UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI,<br>MICHAEL KENWOOD CAPITAL<br>  MANAGEMENT, LLC.<br>    Defendants,<br><br>and<br><br>MICHAEL KENWOOD ASSET<br>  MANAGEMENT, LLC,<br>MK ENERGY AND INFRASTRUCTURE, LLC,<br>MKEI SOLAR, LP,<br><br>    Relief Defendants. | Civil Action No. |

### PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS AND ORDER FOR OTHER EQUITABLE RELIEF

Pursuant to Fed. R. Civ. P. 65(b), plaintiff Securities and Exchange Commission ("the Commission") hereby files this emergency motion for entry of a temporary restraining order, order freezing assets, and order for other equitable relief. A proposed form of Order is submitted herewith.

The Commission submits this motion with notice to the Defendants and Relief Defendants and requests that the Court schedule a hearing on the motion at the Court's earliest convenience.

In support of this motion, the Commission submits the accompanying memorandum of law, the Declaration of Sofia Hussein with Exhibits A through F, which are true and correct copies of documents obtained in connection with the Commission's underlying investigation.

WHEREFORE, the Commission respectfully requests that the Court enter the Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief filed herewith.

        **SECURITIES AND EXCHANGE COMMISSION**

        By its attorneys,

        Rua M. Kelly (Mass. Bar No. 643351)
        Michael D. Foster (Illinois Bar No. 6257063)
        Carlos Costa-Rodrigues (NY Reg. No. 2473593)
        33 Arch Street, 23rd Floor
        Boston, Massachusetts 02110
        Telephone: (617) 573-8941 (Kelly direct)
        Facsimile: (617) 573-4590
        E-mail: kellyru@sec.gov

        Local Counsel:

        /s/
        John B. Hughes (Fed. Bar No. CT 05289)
        Assistant United States Attorney
        Chief, Civil Division
        United States Attorney's Office
        Connecticut Financial Center
        157 Church Street, 23rd Floor
        New Haven, CT 06510
        (203) 821-3700
        (203) 773-5373

Dated: January 14, 2011