# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

**SECURITIES AND EXCHANGE COMMISSION**

CASE NUMBER: 3:11 cv 0078 (PCD)

v.

**FRANCISCO ILLARRAMENDI, ET AL.**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

FRANCISCO ILLARRAMENDI

_January 19, 2011_
Date

_[signature]_
Signature

ct25891
**Connecticut Federal Bar Number**

Michael D. Blanchard
Print Clearly or Type Name

(860) 240-2700
**Telephone Number**

Bingham McCutchen LLP
Address

(860) 240-2800
**Fax Number**

One State Street, Hartford, CT 06103-3178

michael.blanchard@bingham.com
**E-mail address**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was served via operation of the court's electronic notification system, or by first class mail to anyone unable to accept such electronic notice, this 14h day of January, 2011.

John B. Hughes, Esq.
U.S. Attorney's Office-NH
157 Church Street, 23rd Floor
New Haven, CT 06510

_[signature]_
Signature: Michael D. Blanchard

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)
A/73636754.1