Case 3:11-cv-00078-JBA   Document 19   Filed 01/21/11   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>FRANCISCO ILLARRAMENDI, and MICHAEL KEN WOOD CAPITAL MANAGEMENT, LLC,<br><br>             Defendants,<br><br>     and<br><br>MICHAEL KENWOOD ASSET<br>     MANAGEMENT, LLC,<br>MK ENERGY AND INFRASTRUCTURE,<br>     LLC, and<br>MKEI SOLAR, LP,<br><br>             Relief Defendants. | Civil Action No.<br>3:11-cv-00078-PCD |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of Defendant, Franciso Illarramendi, in the above captioned matter.

Dated at Hartford, Connecticut, this 21st day of January, 2011

                              DEFENDANT FRANCISCO ILLARRAMENDI,

                          By: /s/ Seth N. Stratton
                              Seth N. Stratton [ct 27293]
                              BINGHAM McCUTCHEN LLP
                              One State Street
                              Hartford, CT 06103
                              (860) 240-2700 / (860) 240-2800 (facsimile)
                              seth.stratton@bingham.com
                              His attorney

A/73641496.1

## CERTIFICATION

This is to certify that a copy of the foregoing has been served this 21st day of January, 2011, via operation of the Court's ECF system, or by first class mail to anyone unable to receive such notice, to:

John B. Hughes, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT  06510

Rua M. Kelly, Esq.
Securities & Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA  02110

Thomas D. Goldberg, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT  06901

/s/ Seth N. Stratton
　　Seth N. Stratton