UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, and MICHAEL KEN WOOD CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>Relief Defendants. | Civil Action No.<br>3:11-cv-00078-PCD<br><br><br>DECLARATION OF FRANCISCO ILLARRAMENDI |

I, Francisco Illarramendi, do hereby declare as follows:

1. I am a member of Michael Kenwood Capital Management, LLC.

2. A true and correct summary of my living expenses for myself, wife and two children, Mariana (age 5) and Antonio (age 4) is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Francisco Illarramendi

Executed on this 21st day of January, 2011.

1

A/73641270.1

**EXHIBIT A**

| Item | Monthly |
|---|---:|
| Mortgage - Average | 5,700.00 |
| Home Equity Line of Credit | 285.16 |
| Phone, TV, Internet | 300.00 |
| Cellular Phone | 300.00 |
| Water - Average | 85.00 |
| Electricity - Average | 500.00 |
| Gas - Average | 500.00 |
| Food - Estimated | 1,200.00 |
| Child Education - Estimated | 1,500.00 |
| Family and Children Clothing | 300.00 |
| Gas - Transportation - Estimated | 500.00 |
| Property Taxes - Estimated | 1,200.00 |
| Garbage Service | 102.00 |
| General Home Maintenance - Estimated | 1,000.00 |
| **Total** | **13,472.16** |