UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Securities and Exchange Commission,<br>    *Plaintiff*,<br><br>    v.<br><br>Francisco Illarramendi, *et al.*,<br>    *Defendants.*<br><br>    *and.*<br><br>Michael Kenwood Asset Management, LLC, *et al.*,<br>    *Relief Defendants.* | Civil No. 3:11cv78 (JBA)<br><br><br><br><br><br><br><br>February 3 , 2011 |

PRELIMINARY INJUNCTION ORDER

The Securities and Exchange Commission ("SEC") moved [Doc. # 2] for a temporary restraining order and preliminary injunction, seeking appointment of a receiver for Michael Kenwood Capital Management and the Relief Defendants; an order freezing assets under the direct or indirect control of the Defendants and Relief Defendants; an accounting; expedited discovery; and an order prohibiting destruction of documents.  Defendants have stipulated that the requirements for a preliminary injunction have been met and waive the findings–of–fact and conclusions–of–law requirements in Fed. R. Civ. P. 65.  Accordingly, the SEC's motion is GRANTED, and a preliminary injunction is ordered as follows:

1. Modified Temporary Order Freezing Assets [Doc. # 59];

2. Order Appointing Receiver [Doc. # 66];

3. An accounting has been ordered under the terms of the Order Appointing Receiver;

4. Any need for expedited discovery will be addressed in the parties' forthcoming 26(f) Report, on which a scheduling order will be based.

5. The Defendants, the Relief Defendants, their employees and agents, and any other person directly or indirectly under their control are hereby enjoined from destroying and altering documents, to preserve as much of the evidence as possible.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 3d day of February, 2011.