UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:11-cv-00078 (JBA) |
| v. | ) ) | |
| FRANCISCO ILLARRAMENDI, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| MICHEAL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | ) ) ) ) ) | |
| Relief Defendants. | | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Gleason & Koatz, LLP (whose admission pro hac vice before this Court is pending) hereby appears as counsel for defendant Francisco Illarramendi in the above-captioned case and the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the following at the

office and telephone numbers as follows:

Gleason & Koatz, LLP
122 East 42nd Street
New York, New York 10168
Tel: (212) 986-1544
Fax: (212) 986-1379
jgleason@gleasonkoatz.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing requests also includes without limitation any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted by U.S. mail, electronic mail, delivery, telephone, telegraphic, telex or otherwise filed, which may effect or seek to effect any rights or interest of defendants.

Dated:   February 7, 2011
         New York, New York

        Gleason & Koatz, LLP

        By: s/s *John P. Gleason*
            John P. Gleason

        122 East 42nd Street
        New York, New York 10168
        (212) 986-1544
        Attorneys for Francisco Illarramendi

To:    John B. Hughes
       U.S. Attorney's Office
       157 Church Street
       New Haven, Ct. 06510

       Rua M. Kelly
       Securities & Exchange Commission
       33 Arch Street
       Boston Ma 02110-1424

       Michael D. Blanchard
       Bingham McCutchen
       One State Street
       Hartford, CT 06103-3178

       Seth N. Stratton
       Bingham McCutchen
       One State Street
       Hartford, CT 06103-3178

       Thomas D. Goldberg
       Day Pitney LLP
       One Canterbury Green
       Stamford CT 06901

       Joel A. Mullin
       Stoel Rivers LLP
       900 SW Fifth Avenue
       Portland, Or 97205

       Timothy M. Herring
       Cummings & Lockwood
       Six Landmark Square
       Stamford Ct 06901

James P. Tallon
Shearman & Sterling
599 Lexington Avenue
New York NY 10022

Jerome S. Fortinsky
Shearman & Sterling
599 Lexington Avenue
New York NY 10022