# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 3:11-cv-00078-JBA |
| v. ) ) | |
| FRANCISCO ILLARRAMENDI, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, ) ) ) ) | |
| Defendants, ) ) | |
| and ) ) | |
| MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, ) ) ) ) ) ) | |
| Relief Defendants. ) ) | |

_____

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

The undersigned, Seth N. Stratton, hereby requests that his appearance on behalf of the Defendant Francisco Illarramendi in the above-captioned matter be withdrawn because Mr. Illarramendi has retained new counsel to represent him in this matter and undersigned counsel no longer represents Mr. Illarramendi.

The undersigned further represents that Mr. Illarramendi's new counsel, John P. Gleason, Esq., has filed an appearance in this matter (dkt. entry no. 74).

WHEREFORE, the undersigned respectfully requests that the Court grant the instant Motion.

A/73659627.1

Dated at Hartford, Connecticut, this 8th day of February, 2011.

                DEFENDANT FRANCISCO ILLARRAMENDI,

By: /s/ Seth N. Stratton
    Seth N. Stratton [ct 27293]
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT 06103
    (860) 240-2700 / (860) 240-2800 (facsimile)
    seth.stratton@bingham.com
    His attorney

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been served this 8th day of February, 2011, via operation of the Court's ECF system upon all counsel of record as follows:

John B. Hughes, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT  06510

Rua M. Kelly, Esq.
LeeAnn G. Gaunt, Esq.
U.S. Securities and Exchange Commission
33 Arch Street, Suite 2300
Boston, MA  02110

Thomas D. Goldberg, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT  06901

Ona Theresa Wang, Esq.
Baker & Hostetler
45 Rockefeller Plaza
New York, NY  10111

John P. Gleason, Esq.
Gleason & Koatz, LLP
230 Park Avenue, Suite 2430
New York, NY  10169

Joel A. Mullin, Esq.
Timothy W. Snider, Esq.
Stoel Rivers LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97205

Timothy M. Herring, Esq.
Cummings & Lockwood
Six Landmark Square
Stamford, CT  06901

Jerome S. Fortinsky, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY  10022

                                          /s/ Seth N. Stratton
                                          Seth N. Stratton