UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No.  3:11-cv-00078 (JBA) |
| FRANCISCO ILLARRAMENDI, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | February 18, 2011 |
| MICHEAL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | ) ) ) ) ) | |
| Relief Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of defendant Francisco Illarramendi in the above-captioned case.

Dated at Woodbridge Connecticut this 18th day of February 2011.

Attorneys for Francisco Illarramendi

By: _____
Mark A. Shiffrin
1768 Litchfield Turnpike
(Rte. 69)
Woodbridge CT 06525
Phone 203/907-4833
Facsimile 203/397-2266

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been served this ____ day of February, 2011, by first class mail, to:

Ona Theresa Wang
Baker & Hostetler - NY
45 Rockefeller Plaza
New York, NY 10111

John B. Hughes
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510

LeeAnn G. Gaunt
U.S. Securities and Exchange Commission
33 Arch Street, Suite 2300
Boston, MA 02110

Rua M Kelly
Securities & Exchange Commission - MA
33 Arch St., 23rd Fl.
Boston, MA 02110-1424

Colleen J. O'Loughlin
Bingham McCutchen - Park Ave NY
399 Park Ave.
New York, NY 10022
ATTORNEY TO BE NOTICED

Michael D. Blanchard
Bingham McCutchen-State St Htfd
One State St.
Hartford, CT 06103-3178

Seth N. Stratton
Bingham McCutchen-State St Htfd
One State St.
Hartford, CT 06103-3178

Adam J. Reinhart
Arnold & Porter - DC
Thurman Arnold Bldg.
555 12th Street, NW
Washington, DC 20004-1202

Richard L. Jacobson
Arnold & Porter - DC
Thurman Arnold Bldg.
555 12th Street, NW
Washington, DC 20004-1202

Thomas D. Goldberg
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

Joel A. Mullin
Stoel Rivers LLP-OR
900 SW Fifth Avenue, Ste. 2600
Portland, OR 97205

Timothy M. Herring
Cummings & Lockwood - Stmfd
Six Landmark Square
Stamford, CT 06901

Timothy W. Snider
Stoel Rivers LLP-OR
900 SW Fifth Avenue, Ste. 2600
Portland, OR 97205

Jerome S. Fortinsky
Shearman & Sterling - NYC
599 Lexington Ave.
New York, NY 10022

Lindi Beaudreault
Shearman & Sterling - NYC
599 Lexington Ave.
New York, NY 10022

Marc Gottschalk
Proterra, Inc.
16360 Table Mountain Parkway
Golden, CO 80403

By: _____
       Mark A. Shiffrin