UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI AND MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　Defendants,<br>and<br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC AND MKEI SOLAR, LP,<br>　　　　　Relief Defendants. | CASE NO: 3:11-CV-078(JBA) |

## NOTICE OF APPEARANCE

Please entry my appearance for Vetra Energy Group, LLC, an interested party in the above case. I certify that I am admitted to practice in this court.

　　　　　　　　　　　　　　　　　　**Vetra Energy Group, LLC**

　　　　　　　　　　　　　　　　　　/s/ Giannina Marin
　　　　　　　　　　　　　　　　　　Giannina Marin ctphv04598
　　　　　　　　　　　　　　　　　　McAfee & Taft A Professional Corporation
　　　　　　　　　　　　　　　　　　10 Floor Two Leadership Sq., 211 North Robinson
　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73102-7103
　　　　　　　　　　　　　　　　　　Telephone: (405) 552-2289
　　　　　　　　　　　　　　　　　　Fax: (405) 228-7489
　　　　　　　　　　　　　　　　　　giannina.marin@mcafeetaft.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2011, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Giannina Marin
                                        Giannina Marin ctphv04598

6748068_1.DOC