## UNITED STATES DISTRICT
## DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION        NO. 3:11 cv 0078 (JBA)

            Plaintiff,

v.

FRANCISCO ILLARRAMENDI
and
MICHAEL KENWOOD CAPITAL
MANAGEMENT, LLC

            Defendants,

 and

MICHAEL KENWOOD ASSET                          APRIL 1, 2011
MANAGEMENT, LLC, MK ENERGY AND
INFRASTRUCTURE, LLC and
MIKEI SOLAR, LP,

            Relief Defendants.

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in the above captioned matter for

HIGHVIEW POINT PARTNERS, LLC and HIGHVIEW POINT ADVISORS, LLC.

as interested parties in the above-entitled action.

I certify that I am admitted to practice in this Court.

INTERESTED PARTIES:

Highview Point Partners, LLC
and
Highview Point Advisors, LLC

By:   /s/  *Joseph W. Martini*
      Joseph W. Martini
      Federal Bar No. ct07225
      Wiggin and Dana LLP
      One Century Tower
      P.O. Box 1832
      New Haven, CT 06508-1832
      203-498-4400
      203-782-2889 (fax)
      jmartini@wiggin.com

CERTIFICATION

I hereby certify that on April 1, 2011, a copy of the foregoing Notice of Appearance on behalf of interested parties Highview Point Partners, LLC and Highview Point Advisors, LLC was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Joseph W. Martini*
Joseph W. Martini