# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, Michael S. Richie, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Louis J. Price, of Oklahoma City, Oklahoma, was admitted to practice in the Supreme Court of the State of Oklahoma upon Exam, on October 13, 1978, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the March day of 28, 2011.

S-E-A-L

**MICHAEL S. RICHIE, CLERK**
**SUPREME COURT OF OKLAHOMA**

By: [signature]