**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2011, a copy of the foregoing Certificate of Good Standing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Glenn A. Duhl
Glenn A. Duhl ct03644