UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION          NO. 3:11 cv 0078 (JBA)

       Plaintiff,

v.

FRANCISCO ILLARRAMENDI
and
MICHAEL KENWOOD CAPITAL
MANAGEMENT, LLC

       Defendants,

and

MICHAEL KENWOOD ASSET                                        APRIL 11, 2011
MANAGEMENT, LLC, MK ENERGY AND
INFRASTRUCTURE, LLC and
MIKEI SOLAR, LP,

       Relief Defendants.

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in the above captioned matter for

HIGHVIEW POINT LP as an interested party in the above-entitled action.

I certify that I am admitted to practice in this Court.

        INTERESTED PARTY:

        Highview Point LP

By:  */s/ Joseph W. Martini*
     Joseph W. Martini
     Federal Bar No. ct07225
     Wiggin and Dana LLP
     One Century Tower
     P.O. Box 1832
     New Haven, CT 06508-1832
     203-498-4400
     203-782-2889 (fax)
     jmartini@wiggin.com

## CERTIFICATION

I hereby certify that on April 11, 2011, a copy of the foregoing Notice of Appearance on behalf of interested party Highview Point LP was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Joseph W. Martini*
Joseph W. Martini