

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>               Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>               Defendants,<br>and<br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>               Relief Defendants. | 11-CV-00078 (JBA)<br><br>**NOTICE OF MOTION FOR ADMISSION DENNIS O. COHEN AS COUNSEL *PRO HAC VICE*** |

      PLEASE TAKE NOTICE that upon the annexed Affidavits of Ona T. Wang and Dennis O. Cohen in support of this motion, undersigned counsel for the Receiver, John J. Carney, will move this Court before the Honorable Janet Bond Arterton, United States District Judge for the District of Connecticut, pursuant to Rule 83.1(d)(1) of the Local Rules of the United States District Court for the District of Connecticut, for an order allowing the admission Dennis O. Cohen, an associate at the firm of Baker & Hostetler LLP and member in good standing of the New York State Bar, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel to the Receiver.

      In further support of this motion, the undersigned states that there are no pending disciplinary proceedings against Mr. Cohen in any State or Federal court.

WHEREFORE, the undersigned respectfully requests that the Court enter the attached order granting the motion for the *pro hac vice* admission of Dennis O. Cohen.

Respectfully submitted this 8 day of April, 2011.

Respectfully submitted,

Ona T. Wang (ct27836)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
owang@bakerlaw.com
(212) 589-4200
(212) 589-4201 (fax)

Attorney for Receiver

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>    Defendants,<br><br>and<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>    Relief Defendants. | 11-CV-00078 (JBA)<br><br>**AFFIDAVIT OF ONA T. WANG IN SUPPORT OF MOTION TO ADMIT DENNIS O. COHEN** *PRO HAC VICE* |

**State of New York**      )
                           )  ss:
**County of New York**     )

Ona T. Wang being duly sworn, hereby deposes and says as follows:

1. I am a partner at Baker & Hostetler, LLP, counsel for the Receiver in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my Motion to Admit Dennis O. Cohen *pro hac vice* to represent the Receiver in this matter.

2. I am a member in good standing of the bars of the States of Connecticut and New York, and was admitted to practice law in Connecticut in 1998 and in New York in 1999. I am also admitted to practice in the District Court of the District of Connecticut, and was admitted to practice on October 3, 2008.

3. I have known Mr. Cohen since 2006.

4. Mr. Cohen is an associate at Baker & Hostetler, LLP in New York, New York. Mr. Cohen is a member in good standing of the Bar of the State of New York, and is admitted to practice in United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit and is a member of

good standing in each of these Courts.

5. I have found Mr. Cohen to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Cohen, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Dennis O. Cohen, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE**, it is respectfully requested that the Motion to Admit Dennis O. Cohen, *pro hac vice*, to represent the Receiver in the above-captioned matter, be granted.

Dated: April 8, 2011

City, State: New York, NY

Notarized: _____

Theresa Blaber
Notary Public, State of New York
No. 01BL6122229
Qualified in Queens County
Commission Expires 2013

Respectfully submitted,

_____
Ona T. Wang (ct27836)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
owang@bakerlaw.com
(212) 589-4200
(212) 589-4201 (fax)

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>　　　　Defendants,<br><br>　　　　and<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>　　　　Relief Defendants. | C.A. No. 3:11-cv-00078 (JBA)<br><br>**AFFIDAVIT OF DENNIS O. COHEN IN SUPPORT OF MOTION TO ADMIT DENNIS O. COHEN *PRO HAC VICE*** |

**State of New York**　　　)
　　　　　　　　　　　　　) ss:
**County of New York**　　　)

Dennis O. Cohen, being duly sworn, hereby deposes and says as follows:

1.　　I am an associate at Baker & Hostetler, LLP, counsel for the Receiver, John J. Carney, Esq., in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Motion to Admit Dennis O. Cohen *Pro Hac Vice* to represent the Receiver in this matter. My contact information is as follows:

　　　　Firm Name:　　　　Baker & Hostetler, LLP
　　　　Address:　　　　　45 Rockefeller Plaza, 11th Floor
　　　　City/State/Zip:　　　New York, NY 10111
　　　　Telephone/Fax:　　212-589-4288/212-589-4201
　　　　Email Address:　　dcohen@bakerlaw.com

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 22, 2004. My bar identification number is DC-2290. I am also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit and I am a member of good standing in each of these Courts.

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

3. I am experienced in federal practice and familiar with the Federal Rules of Civil and Criminal Procedure. I have also reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

5. I designate Ona T. Wang as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

**WHEREFORE**, it is respectfully requested that the Motion to Admit Dennis O. Cohen, *pro hac vice*, to represent the Receiver in the above-captioned matter, be granted.

Dated: April 8, 2011

City, State: New York, NY

Notarized: /s/

Theresa Blaber
Notary Public, State of New York
No. 01BL6122229
Qualified in Queens County
Commission Expires 2-01-3

Respectfully submitted,

/s/ Dennis O. Cohen

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　　　　　Defendants,<br>and<br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** **ON WRITTEN MOTION** |

　　　　Upon the motion of Ona T. Wang, counsel for the Receiver, John J. Carney and upon Ms. Wang's and Dennis O. Cohen's affidavits in support;

**IT IS HEREBY ORDERED** that

　　　　Applicant's Name:　　Dennis O. Cohen

　　　　Firm Name:　　Baker & Hostetler, LLP

　　　　Address:　　45 Rockefeller Plaza, 11th Floor

　　　　City/State/Zip:　　New York, NY 10111

　　　　Telephone/Fax:　　212-589-4288/212-589-4201

　　　　Email Address:　　dcohen@bakerlaw.com

is admitted to practice pro hac vice as counsel for the Receiver, John J. Carney, in the above-captioned case in the United States District Court for the District of Connecticut. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at ctd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: April ___, 2011.

_____
THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　　　　Defendants,<br>and<br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br>AFFIDAVIT OF SERVICE |

## AFFIDAVIT OF SERVICE

　　Erin F. Mearns, duly sworn deposes and says

　　1.　I am over 18 years of age and not a party to this action and I am employed by Baker Hostetler LLP.

　　2.　On the 11th day of April, 2011, I served a true and correct copy of the following documents: Notice of Motion for Admission of Dennis O. Cohen as Counsel Pro Hac Vice: Affidavit of Dennis O. Cohen in Support of Motion; Affidavit of Ona T. Wang in Support of Motion and Order for Admission Pro Hac Vice on Written Motion Appearance on:

　　　　　　　　John B. Hughes, Esq.
　　　　　　　　US Attorney's Office-NH
　　　　　　　　157 Church Street-23rd floor
　　　　　　　　New Haven, CT 06510

　　　　　　　　LeeAnn G. Gaunt
　　　　　　　　U.S. Securities and Exchange Commission
　　　　　　　　33 Arch Street, Suite 2300
　　　　　　　　Boston, MA 02110

Rua M. Kelly, Esq.
Securities & Exchange Commission-MA
33 Arch Street-23rd Floor
Boston, MA 02110-1424

John P. Gleason, Esq.
Fernando Koatz, Esq.
Gleason & Koatz, LLP
122 East 42nd Street
New York, NY 10168

Mark A. Shiffrin, Esq.
1768 Litchfield Turnpike
Woodbridge, CT 06525

Adam J. Reinhart, Esq.
Richard L. Jacobson, Esq.
Arnold & Porter-DC
Thurman Arnold Building
555 12th Street, NW
Washington, DC 20004-1202

Thomas D. Goldberg, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

Joel A. Mullin, Esq.
Timothy W. Snider, Esq.
Stoel Rivers LLP-OR
900 SW Fifth Avenue
Suite 2600
Portland, OR 97205

Timothy M. Herring, Esq.
Cummings & Lockwood-Stmfd
Six Landmark Square
Stamford, CT 06901

Jerome S. Fortinsky, Esq.
Lindi Beaudreault, Esq.
Sherman & Sterling-NYC
599 Lexington Avenue
New York, NY 10022

Marc Gottschalk, Esq.
Proterra, Inc.
16360 Table Mountain Parkway
Golden, CO 80403

Laurence E. Curran, III, Esq.
Curran & Associates
701 Brickell Avenue
Suite 1550
Miami, FL 33131

Donald S. Zakarin, Esq.
Pryor & Cashman LLP-NY
7 Times Square
New York, NY 10036

Adam J. Blank, Esq.
Wofsey, Rosen, Kweskin & Kuriansky
600 Summer Street
Stamford, CT 06901

Paul J. Smoot, Esq.
Law Offices of Paul J. Smooth
1290 Howard Ave., STE 303
Burlingame, CA 94010

Giannina Marin, Esq.
Louis J. Price, Esq.
McAfee & Taft, P.C.
211 N. Robinson Ave., Tenth Floor
Oklahoma City, OK 73102

Glenn A. Duhl, Esq.
Siegel, O'Connor, O'Donnell & Beck, P.C.
150 Trumbull ST.
Hartford, CT 06103

Hope C. Seeley, Esq.
Santos & Seely
51 Russ St.
Hartford, CT 06106

> Joseph W. Martini, Esq.
> Wiggin & Dana- NH
> One Century Tower
> 265 Church Street
> P.O. Box 1832
> New Haven, CT 06508-1832

By enclosing a true copy in a properly addressed First Class U.S. Postal wrapper and depositing in an official depository under the exclusive custody of U.S. Postal Service in the State of New York.

                                                Erin F. Mearns

Sworn to before me on this
11th day of April, 2011.

_____
Notary Public

Theresa Blaber
Notary Public, State of New York
No. 01BL6122229
Qualified in Queens County
Commission Expires 2c/13

4