UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>                Defendants,<br><br>and<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>                Relief Defendants. | 11-CV-00078 (JBA)<br><br>NOTICE OF MOTION FOR ADMISSION OF FRANCESCA M. HARKER AS COUNSEL *PRO HAC VICE* |

       PLEASE TAKE NOTICE that upon the annexed Affidavits of Ona T. Wang and Francesca M. Harker in support of this motion, undersigned counsel for the Receiver, John J. Carney, will move this Court before the Honorable Janet Bond Arterton, United States District Judge for the District of Connecticut, pursuant to Rule 83.1(d)(1) of the Local Rules of the United States District Court for the District of Connecticut, for an order allowing the admission Francesca M. Harker, an associate at the firm of Baker & Hostetler LLP and member in good standing of the New York State Bar, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel to the Receiver.

       In further support of this motion, the undersigned states that there are no pending disciplinary proceedings against Ms. Harker in any State or Federal court.

WHEREFORE, the undersigned respectfully requests that the Court enter the attached order granting the motion for the *pro hac vice* admission of Francesca M. Harker.

Respectfully submitted this 6th day of April, 2011.

                                  Respectfully submitted,

                                  Ona T. Wang (ct27836)
                                  BAKER & HOSTETLER LLP
                                  45 Rockefeller Plaza, 11th Floor
                                  New York, NY 10111
                                  owang@bakerlaw.com
                                  (212) 589-4200
                                  (212) 589-4201 (fax)

                                  **Attorney for Receiver**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION,
                Plaintiff,

v.

FRANCISCO ILLARRAMENDI and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,

                Defendants,

and

MICHAEL KENWOOD ASSET
MANAGEMENT, LLC, MK ENERGY AND
INFRASTRUCTURE, LLC, and MKEI SOLAR,
LP,
                Relief Defendants.

11-CV-00078 (JBA)

**AFFIDAVIT OF ONA T. WANG IN SUPPORT OF MOTION TO ADMIT FRANCESCA M. HARKER *PRO HAC VICE***

---

**State of New York**     )
                               ) ss:
**County of New York**  )

Ona T. Wang being duly sworn, hereby deposes and says as follows:

1. I am a partner at Baker & Hostetler, LLP, counsel for the Receiver in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my Motion to Admit Francesca M. Harker *pro hac vice* to represent the Receiver in this matter.

2. I am a member in good standing of the bars of the States of Connecticut and New York, and was admitted to practice law in Connecticut in 1998 and in New York in 1999. I am also admitted to practice in the District Court of the District of Connecticut, and was admitted to practice on October 3, 2008.

3. I have known Ms. Harker since May 2007.

4. Ms. Harker is an associate at Baker & Hostetler, LLP in New York, New York and Washington, D.C.. Ms. Harker is a member in good standing of the Bar of the State of New York, and is admitted to practice in United States District Courts for the Southern and Eastern Districts of New York, and is a member of good standing in each of these

Courts.

5. I have found Ms. Harker to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Ms. Harker, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Francesca M. Harker, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE**, it is respectfully requested that the Motion to Admit Francesca M. Harker, *pro hac vice*, to represent the Receiver in the above-captioned matter, be granted.

Dated: April 11, 2011

City, State: New York, NY

Notarized: [signature]
April 11, 2011

Frank Anthony Chiofalo
Notary Public, State of New York
No. 01CH6174970
Qualified in King County
Commission Expires 10/01/2011

Respectfully submitted,

[signature]
Ona T. Wang (ct27836)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
owang@bakerlaw.com
(212) 589-4200
(212) 589-4201 (fax)

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>　　　　　　Defendants,<br><br>and<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>　　　　　　Relief Defendants. | C.A. No. 3:11-cv-00078 (JBA)<br><br>**AFFIDAVIT OF FRANCESCA M. HARKER IN SUPPORT OF MOTION TO ADMIT FRANCESCA M. HARKER PRO HAC VICE** |

**State of New York**　　　)
　　　　　　　　　　　　　) ss:
**County of New York**　　)

Francesca M. Harker being duly sworn, hereby deposes and says as follows:

1. I am an associate at Baker & Hostetler, LLP, counsel for the Receiver, John J. Carney, Esq., in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Motion to Admit Francesca M. Harker Pro Hac Vice to represent the Receiver in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January, 2009. I am also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York and am a member of good standing in each of these Courts.

3. I am experienced in Federal practice and familiar with the Federal Rules of Procedure. I

have also reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

4. I have not been denied admission or disciplined by this Court or any other court.

**WHEREFORE,** it is respectfully requested that the Motion to Admit Francesca M. Harker, pro hac vice, to represent the Receiver in the above-captioned matter, be granted.

Dated: March 30, 2011

City, State: New York, NY

Sworn to before me on this 30th of March, 2011.

Notarized: *[signature: Ramon Cabrera]*

RAMON CABRERA
Notary Public, State of New York
No. 01CA6155386
Qualified in Bronx County
Commission Expires 11/13/2010

Respectfully submitted,

*[signature]*
Francesca M. Harker

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　Defendants,<br>and<br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

　　　　Upon the motion of Ona T. Wang, counsel for the Receiver, John J. Carney and upon Ms. Wang's and Francesca M. Harker's affidavits in support;

**IT IS HEREBY ORDERED** that

　　　　Applicant's Name:　　Francesca M. Harker

　　　　Firm Name:　　　　　Baker & Hostetler, LLP

　　　　Address:　　　　　　1050 Connecticut Avenue, NW, Suite 1100

　　　　City/State/Zip:　　　　Washington, DC 20036

　　　　Telephone/Fax:　　　202-861-1500/202-861-1783

　　　　Email Address:　　　fharker@bakerlaw.com

is admitted to practice pro hac vice as counsel for the Receiver, John J. Carney, in the above-captioned case in the United States District Court for the District of Connecticut.  All attorneys

503333617.1, Order of Admission PHV for FMH

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at ctd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: April ___, 2011

New Haven, Connecticut

                                                  THE HONORABLE JANET BOND ARTERTON
                                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>                 Defendants,<br><br>and<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>                 Relief Defendants. | 11-CV-00078 (JBA)<br><br>**AFFIDAVIT OF SERVICE** |

## **AFFIDAVIT OF SERVICE**

Erin F. Mearns, duly sworn deposes and says

1. I am over 18 years of age and not a party to this action and I am employed by Baker Hostetler LLP.

2. On the 12th day of April, 2011, I served a true and correct copy of the following documents: Notice of Motion for Admission of Francesca M. Harker as Counsel Pro Hac Vice: Affidavit of Francesca M. Harker in Support of Motion; Affidavit of Ona T. Wang in Support of Motion and Order for Admission Pro Hac Vice on Written Motion Appearance on:

        John B. Hughes, Esq.
        US Attorney's Office-NH
        157 Church Street-23rd floor
        New Haven, CT 06510

        LeeAnn G. Gaunt
        U.S. Securities and Exchange Commission
        33 Arch Street, Suite 2300
        Boston, MA 02110

Rua M. Kelly, Esq.
Securities & Exchange Commission-MA
33 Arch Street-23rd Floor
Boston, MA 02110-1424

John P. Gleason, Esq.
Fernando Koatz, Esq.
Gleason & Koatz, LLP
122 East 42nd Street
New York, NY 10168

Mark A. Shiffrin, Esq.
1768 Litchfield Turnpike
Woodbridge, CT 06525

Adam J. Reinhart, Esq.
Richard L. Jacobson, Esq.
Arnold & Porter-DC
Thurman Arnold Building
555 12th Street, NW
Washington, DC 20004-1202

Thomas D. Goldberg, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

Joel A. Mullin, Esq.
Timothy W. Snider, Esq.
Stoel Rivers LLP-OR
900 SW Fifth Avenue
Suite 2600
Portland, OR 97205

Timothy M. Herring, Esq.
Cummings & Lockwood-Stmfd
Six Landmark Square
Stamford, CT 06901

Jerome S. Fortinsky, Esq.
Lindi Beaudreault, Esq.
Sherman & Sterling-NYC
599 Lexington Avenue
New York, NY 10022

Marc Gottschalk, Esq.
Proterra, Inc.
16360 Table Mountain Parkway
Golden, CO 80403

Laurence E. Curran, III, Esq.
Curran & Associates
701 Brickell Avenue
Suite 1550
Miami, FL 33131

Donald S. Zakarin, Esq.
Pryor & Cashman LLP-NY
7 Times Square
New York, NY 10036

Adam J. Blank, Esq.
Wofsey, Rosen, Kweskin & Kuriansky
600 Summer Street
Stamford, CT 06901

Paul J. Smoot, Esq.
Law Offices of Paul J. Smooth
1290 Howard Ave., STE 303
Burlingame, CA 94010

Giannina Marin, Esq.
Louis J. Price, Esq.
McAfee & Taft, P.C.
211 N. Robinson Ave., Tenth Floor
Oklahoma City, OK 73102

Glenn A. Duhl, Esq.
Siegel, O'Connor, O'Donnell & Beck, P.C.
150 Trumbull ST.
Hartford, CT 06103

Hope C. Seeley, Esq.
Santos & Seely
51 Russ St.
Hartford, CT 06106

Joseph W. Martini, Esq.
Wiggin & Dana- NH
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

By enclosing a true copy in a properly addressed First Class U.S. Postal wrapper and depositing in an official depository under the exclusive custody of U.S. Postal Service in the State of New York.

_____
Erin F. Mearns

Sworn to before me on this
12th day of April, 2011.

_____
Notary Public

Theresa Blaber
Notary Public, State of New York
No. 01BL6122229
Qualified in Queens County
Commission Expires 2013

4