UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCISCO ILLARRAMENDI, and<br>MICHAEL KENWOOD CAPITAL<br>    MANAGEMENT, LLC,<br><br>        Defendants,<br><br>and<br><br>MICHAEL KENWOOD ASSET<br>    MANAGEMENT, LLC,<br>MK ENERGY AND INFRASTRUCTURE,<br>    LLC, and<br>MKEI SOLAR, LP,<br><br>        Relief Defendants. | Civil Action No. 11-0078 (JBA) |

### PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a) and 21, Plaintiff Securities and Exchange Commission (the "Commission") hereby moves this Honorable Court for leave to file a Second Amended Complaint (attached hereto as Exhibit 1) in the above-captioned matter. In support of this motion, which is being filed with notice to the Defendants, the Commission submits the accompanying memorandum of law.

In addition, all of the Defendants and Relief Defendants in the existing complaint have consented to the Motion to file an amended complaint to add additional parties in this matter.

Should the Court allow this Motion, the Commission intends to immediately move for

emergency relief, including a temporary restraining order, asset freeze and the appointment of a receiver. The Commission's motion seeking emergency relief against the proposed Defendants and Relief Defendants, along with the supporting materials, is attached hereto as Exhibit 2.

WHEREFORE, the Commission respectfully requests that the Court allow the Motion to File Second Amended Complaint.

                                              **SECURITIES AND EXCHANGE COMMISSION**

                                              By its attorneys,

                                              Rua M. Kelly (Mass. Bar No. 643351)
                                              LeeAnn G. Gaunt (Mass. Bar No. 630557)
                                              Carlos Costa-Rodrigues (NY Reg. No. 2473593)
                                              33 Arch Street, 23rd Floor
                                              Boston, Massachusetts  02110
                                              Telephone:  (617) 573-8941 (Kelly direct)
                                              Facsimile:  (617) 573-4590
                                              E-mail: kellyru@sec.gov

                                              <u>Local Counsel:</u>
                                              John B. Hughes (Fed. Bar No. CT 05289)
                                              Assistant United States Attorney
                                              Chief, Civil Division
                                              United States Attorney's Office
                                              Connecticut Financial Center
                                              157 Church Street, 23rd Floor
                                              New Haven, CT 06510
                                              (203) 821-3700
                                              (203) 773-5373

Dated:  May 6, 2011