UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>          Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>          Defendants,<br>and<br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>          Relief Defendants. | 11-CV-00078 (JBA)<br><br>**Certificate of Service** |

I hereby certify that on May 6, 2011 a Copy of the **Motion for Admission of Jonathan R. Barr As Counsel Pro Hac Vice, Affidavit of Jonathan R. Barr in Support of Motion To Admit Jonathan R. Barr Pro Hac Vice and Order For Admission Pro Hac Vice On Written Notice** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                                             /s/                        
                                      Ona T. Wang (ct27836)