# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Securities & Exchange Commission,
                     Plaintiff,

CASE NUMBER: 3:11-cv-00078-(JBA)

- against -

Illarramendi, et al.
                     Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

Highview Point Partners, LLC

I certify that I am admitted to practice in this court.

May 9, 2011
**Date**

phv04690
**Connecticut Federal Bar Number**

212-336-8640
**Telephone Number**

212-468-7900
**Fax Number**

dbrown@mofo.com
**E-mail address**

_[Signature]_
**Signature**

David S. Brown
**Print Clearly or Type Name**

1290 Avenue of the Americas
**Address**

New York, NY 10104

### CERTIFICATE OF SERVICE

I hereby certify that on 5/9/11, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_[Signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service).

Atty-Appearance.wpd Sept. 2008