UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　　Defendants,<br>and<br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br>**APPEARANCE OF COUNSEL** |

　　　　The undersigned counsel, FRANCESCA M. HARKER, of the law firm of Baker & Hostetler LLP, hereby gives notice of her appearance in this case on behalf of the Receiver, John J. Carney, Esq., and requests service of all notices, pleadings and other papers filed in this case as required by the applicable rules of procedure or by order of the Court.

I certify that I am admitted to practice in this Court.

Dated: May 9, 2011
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Francesca M. Harker
　　　　　　　　　　　　　　　　　　　　　　　　Francesca M. Harker (phv04689)
　　　　　　　　　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036-5304
　　　　　　　　　　　　　　　　　　　　　　　　fharker@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　(202) 861-1500
　　　　　　　　　　　　　　　　　　　　　　　　(202) 861-1783 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Francesca M. Harker (phv04689)