UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO ILLARRAMENDI, <br> MICHAEL KENWOOD GROUP, LLC, <br> MICHAEL KENWOOD ASSET <br>     MANAGEMENT, LLC, <br> MICHAEL KENWOOD CAPITAL <br>     MANAGEMENT, LLC, <br> MICHAEL KENWOOD CONSULTING, LLC, <br><br> Defendants, <br><br> and <br><br> MICHAEL KENWOOD CONSULTING, LLC, <br> MICHAEL KENWOOD ENERGY AND <br>     INFRASTRUCTURE LLC, <br> MKEI SOLAR, LP, <br><br> Relief Defendants. | Civil Action No. |

**PLAINTIFF'S MOTION FOR A
TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS
AND ORDER FOR OTHER EQUITABLE RELIEF**

Pursuant to Fed. R. Civ. P. 65(b), plaintiff Securities and Exchange Commission ("the Commission") hereby files this emergency motion for entry of a temporary restraining order, order freezing assets, and order for other equitable relief. A proposed form of Order is submitted herewith. In addition, the Commission also submits herewith a proposed form of Order to expand the scope of the Receivership in the above-captioned matter.

The Commission submits this motion with notice to the defendant and requests that the

Court schedule a hearing on the motion at the Court's earliest convenience.

In support of this motion, the Commission submits the accompanying memorandum of law and the Declaration of Sofia Hussain, along with accompanying Exhibits to the Declaration.

WHEREFORE, the Commission respectfully requests that the Court enter the Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief filed herewith, along with the Amended Order Appointing Receiver.

## ORAL ARGUMENT REQUESTED

The Commission respectfully requests that the Court hear oral argument on this emergency motion, and estimates that one hour will be required for that purpose.

**SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

Rua M. Kelly (Mass. Bar No. 643351)
LeeAnn G. Gaunt (Mass. Bar No. 630567)
Carlos Costa-Rodrigues (NY Reg. No. 2473593)
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8941 (Kelly direct)
Facsimile: (617) 573-4590
E-mail: kellyru@sec.gov

<u>Local Counsel:</u>
John B. Hughes (Fed. Bar No. CT 05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700
(203) 773-5373

Dated: May 6, 2011