UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Securities & Exchange Commission,           APPEARANCE

        Plaintiff
                                        CASE NUMBER: 3:11-CV-00078-JBA

   v.

Illarramendi, et al.,

        Defendants

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Highview Point Partners, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 10, 2011 | _/s/ Carl H. Loewenson, Jr._ |
| **Date** | **Signature** |
| ct07774 | Carl H. Loewenson, Jr. |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 212-468-8128 | 1290 Avenue of the Americas |
| **Telephone Number** | **Address** |
| 212-468-7900 | New York, NY  10104 |
| **Fax Number** | |
| cloewenson@mofo.com | |
| **E-mail address** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2011, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                               _/s/ Carl H. Loewenson, Jr._
                                                                               Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

                                                                               Atty-Appearance.wpd Sept. 2008