UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, <br><br> Defendants, <br><br> and <br><br> HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, <br><br> Relief Defendants. | Civil Action No. 11-cv-78 (JBA) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, I electronically filed the Second Amended Complaint and exhibits thereto and the Motion for Temporary Restraining Order, along with the Memorandum of Law and Supplemental Memorandum of Law in support of the Motion, the Declaration of Sofia T. Hussain and exhibits thereto, the proposed Order for Temporary Restraining Order and the proposed Amended Order Appointing Receiver, with the Clerk of the Court and parties of record by using the CM/ECF system.

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,


\_\_/s/ Rua M. Kelly_____
Rua M. Kelly (Mass. Bar No. 643351)
Carlos Costa-Rodrigues (NY Reg. No. 2473593)
33 Arch Street, 23rd Floor
Boston, Massachusetts  02110
Telephone:  (617) 573-8941 (Kelly direct)
Facsimile:   (617) 573-4590
E-mail:  kellyru@sec.gov

Local Counsel:

/s/_____
John B. Hughes (Fed. Bar No. CT 05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, Connecticut 06510
(203) 821-3700
(203) 773-5373

Dated:  May 10, 2011