UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO ILLARRAMENDI,<br>HIGHVIEW POINT PARTNERS, LLC and<br>MICHAEL KENWOOD CAPITAL<br>　　MANAGEMENT, LLC,<br><br>　　　　　Defendants,<br><br>　and<br><br>HIGHVIEW POINT MASTER FUND, LTD.,<br>HIGHVIEW POINT OFFSHORE, LTD.,<br>HIGHVIEW POINT LP,<br>MICHAEL KENWOOD ASSET<br>　　MANAGEMENT, LLC,<br>MK ENERGY AND INFRASTRUCTURE,<br>　　LLC, and<br>MKEI SOLAR, LP,<br><br>　　　　　Relief Defendants. | Civil Action No. 11-cv-78 (JBA) |

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on May 11, 2011, I electronically filed (1) [Proposed] Stipulation and Temporary Restraining Order, Order Freezing Assets, and Order for Other Relief as to Highview Point Master Fund, Ltd., Highview Point Offshore Fund, Ltd. and Highview Point L.P.; and (2) [Proposed] Temporary Restraining Order, Order Freezing Assets and Order for Temporary Relief as to Highview Point Partners, with the Clerk of the Court and parties of record by using the CM/ECF system.

                                  **SECURITIES AND EXCHANGE COMMISSION**
By its attorneys,


   /s/ Rua M. Kelly_____
Rua M. Kelly (Mass. Bar No. 643351)
Carlos Costa-Rodrigues (NY Reg. No. 2473593)
33 Arch Street, 23rd Floor
Boston, Massachusetts  02110
Telephone:  (617) 573-8941 (Kelly direct)
Facsimile:   (617) 573-4590
E-mail:  kellyru@sec.gov

Local Counsel:

/s/_____
John B. Hughes (Fed. Bar No. CT 05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, Connecticut 06510
(203) 821-3700
(203) 773-5373

Dated:  May 11, 2011