UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------X
                                    :

SECURITIES AND EXCHANGE
COMMISSION,                              : Civil Action No.: 11-cv-78 (JBA)

    Plaintiff,                           :

vs.                                         : May 12, 2011

FRANCISCO ILLARRANENDI, et al.,

    Defendants.
------------------------------------------------------------------------X

## **APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of non-parties Balanchine Corporation, Brentwood Services Incorporated and Edenwood Holding, S.A.  Counsel is filing a Motion to Intervene with this Appearance.

                                                      **BALANCHINE CORPORATION,**
                                                      **BRENTWOOD SERVICES INC.,**
                                                      **EDENWOOD HOLDING, S.A.**

                                                         /s/ Simon I. Allentuch
                                                 Simon I. Allentuch (ct21094)
                                                 Neubert, Pepe & Monteith, P.C.
                                                 195 Church Street
                                               New Haven, CT  06510
                                               Phone: (203) 821-2000
                                               Fax: (203) 821-2009

## **CERTIFICATION**

      I hereby certify that on May 12, 2011 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                              /s/ Simon I. Allentuch
                                          Simon I. Allentuch
                                          NEUBERT, PEPE & MONTEITH, P.C.