UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,     :
: Civil Action No.: 11-cv-78 (JBA)
    Plaintiff,     :
:
vs.     :
: May 12, 2011
FRANCISCO ILLARRANENDI, et al.,     :
:
    Defendants.     :
:
------------------------------------------------------------------X

**MOTION TO INTERVENE BY
BALANCHINE CORPORATION, BRENTWOOD SERVICES
INCORPORATED AND EDENWOOD HOLDING, S.A.**

    Balanchine Corporation, Brentwood Services Incorporated and Edenwood Holding, S.A. ("Movants"), by and through their undersigned attorneys, hereby move to intervene in this action. This Motion is made pursuant to Fed. R. Civ. P. 24(a)(2) (intervention of right) and 24(b) (permissive intervention). Movants respectfully submit the annexed Memorandum of Law in support of their Motion.

    The Movants seek to intervene to protect their interests as shareholders and creditors of Highview Point Offshore, Ltd., a Cayman Islands exempted company ("HPOL").[1] Those interests would be severely adversely affected were the Court to grant the far-reaching relief sought on an emergency basis by the Plaintiff Securities and Exchange Commission ("SEC") in its Motion for a Temporary Restraining Order, Order Freezing Assets and Order for Other

---

[1] HPOL serves as a "feeder fund" to Highview Point Master Fund, Ltd., another Cayman Islands exempted company ("HPMF"). Historically, over 99% of its assets consisted of moneys invested in HPMF.

Equitable Relief ("SEC TRO Motion").[2] The Movants' intervention is necessary to permit them to contest a number of issues raised in the SEC TRO motion and the simultaneously filed Motion for Leave to Amend ("SEC 15(a) Motion").

Accordingly, Movants respectfully request that they be permitted to intervene in the above captioned action pursuant to Fed. R. Civ. P. 24(a)(2) and 24(b).

                BALANCHINE CORPORATION,
                BRENTWOOD SERVICES INC.
                EDENWOOD HOLDING, S.A.

                /s/ Simon I. Allentuch
                Simon I. Allentuch (ct21094)
                Neubert, Pepe & Monteith, P.C.
                195 Church Street
                New Haven, CT 06510
                Phone: (203) 821-2000
                Fax: (203) 821-2009

OF COUNSEL:

Richard E. Brodsky[3]
THE BRODSKY LAW FIRM
66 West Flagler Street, Ninth Floor
Miami, Florida 33130
Tel.:   786-220-3328
Fax:   866-564-8231
rbrodsky@thebrodskylawfirm.com

---

[2]    The Movants invested $117,500,000 in HPOL, which, on information and belief, represents over 70% of the investments in that entity and the vast majority of the investments in HPMF. (The latter entity also had a much smaller investment by an on-shore fund, Highview Point, Ltd.) The Movants, viz-a-viz HPOL, are creditors of that fund, rather than mere equity holders. This is because in March 2011, after previously agreeing to redeem all investors' shares, HPOL, through its investment manager, prospective defendant Highview Point Capital Partners, LLC ("HPCP"), refused, at the behest of the SEC, to honor investors' contractual rights to redeem their shares.

[3]    Counsel will file a pro hac vice motion for Attorneys Brodsky and Curran shortly.

Laurence E. Curran III
CURRAN & ASSOCIATES
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Tel.: (305) 777-0374
Fax:  (305) 675-0548
lecurran@lecurran.com

## **CERTIFICATION**

      I hereby certify that on May 12, 2011 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                        /s/ Simon I. Allentuch
                                Simon I. Allentuch
                                NEUBERT, PEPE & MONTEITH, P.C.