UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Securities and Exchange Commission,<br>    *Plaintiff*,<br><br>    v.<br><br>Francisco Illarramendi, *et al.*,<br>    *Defendants*.<br><br>    and<br><br>Michael Kenwood Asset Management, LLC, *et al.*,<br>    *Relief Defendants*. | Civil No. 3:11cv78 (JBA)<br><br><br><br><br><br><br><br>May 12, 2011 |

SCHEDULING ORDER

1. The Receiver's [Doc. # 180] Motion to Retain Bankruptcy Counsel on the terms set out is GRANTED.

2. A hearing on the Government's request for injunctive relief is scheduled for May 23, 2011 at 9:00 a.m. in Courtroom Two, 141 Church Street, New Haven, CT. Any responsive briefing shall be filed by May 18, 2011.

3. The Government's response to the [Doc. # 195] Motion to Intervene shall be filed by May 13, 2011, and putative intervenors shall file any reply by May 16, 2011.

4. The Highview Point Relief Defendants shall file their motion to dismiss for lack of personal jurisdiction by May 17, 2011, and the Government shall file its response by May 19, 2011.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 12 day of May, 2011.