# EXHIBIT A

| Highview Point Entity | Bank Name | Account Number | Type of Account |
|---|---|---|---|
| Highview Point Partners, LLC | JPMorganChase | | Bank Account |
| | JPMorganChase | | Bank Account |
| | JPMorgan Chase (1055 Wa. Boulevard rent security deposit) | | Bank Account |
| | JPMorgan Chase (Former office at 540 Madison Ave. rent security CD deposit) | | Bank Account |
| | JPMorgan Chase (Former office at 540 Madison Ave. rent security Letter of Credit) | | Bank Account |
| | ABN Amro [Highview Point Master Fund account] | | DVP/Trading |
| | Bear Stearns [Highview Point Master Fund account] | | DVP/Trading |
| | Credit Suisse [Highview Point Master Fund account] | | DVP/Trading |
| | ING Financial Markets [Highview Point Master Fund account] | | DVP/Trading |
| | ING Financial Markets [Highview Point Master Fund account] | | DVP/Trading |
| | Instinet [Highview Point Master Fund account] | | DVP/Trading |
| | Jefferies [Highview Point Master Fund account] | | DVP/Trading |
| | Merrill Lynch / BofA [Highview Point Master Fund account] | | DVP/Trading |
| | Morgan Stanley [Highview Point Master Fund account] | | DVP/Trading |
| | Morgan Stanley [Highview Point Master Fund account] | | DVP/Trading |
| | Morgan Stanley [Highview Point Master Fund account] | | DVP/Trading |
| | RBS [Highview Point Master Fund account] | | DVP/Trading |
| | Standard Bank [Highview Point Master Fund account] | | DVP/Trading |
| | Wachovia | | DVP/Trading |
| Highview Point Master Fund | Bear Stearns / JPMorgan | | PB/Custodial Account |
| | Bear Stearns / JPMorgan | | PB/Custodial Account |
| | Citigroup | | PB/Custodial Account |
| | Citigroup | | PB/Custodial Account |
| | Citigroup | | PB/Custodial Account |
| | Citigroup | | PB/Custodial Account |
| | Deutsche Bank Amsterdam | | PB/Custodial Account |
| | Deutsche Bank Amsterdam | | PB/Custodial Account |
| | Deutsche Bank Amsterdam | | PB/Custodial Account |
| | Deutsche Bank Amsterdam | | PB/Custodial Account |
| | Lehman Brothers | | PB/Custodial Account |
| | Lehman Brothers | | PB/Custodial Account |
| | Deutsche Bank | | Collateral/ISDA |
| | Credit Suisse | | Collateral/ISDA |
| | Morgan Stanley [Oceanografia] | | Collateral/ISDA |
| | Morgan Stanley | | Collateral/ISDA |
| | Citigroup | | Collateral/ISDA |
| | Citigroup O/N Letter Repo | | Collateral/ISDA |
| | JPMorgan | | Bank Account |
| | Barclays | | DVP/Trading |
| | Barclays | | DVP/Trading |
| | Barclays | | DVP/Trading |
| | BCP Securities | | DVP/Trading |
| | BCP Securities | | DVP/Trading |
| | Bear Stearns | | DVP/Trading |
| | BNP Paribas | | DVP/Trading |
| | Credit Suisse | | DVP/Trading |
| | CRT Securities | | DVP/Trading |
| | Dresdner Kleinwort | | DVP/Trading |
| | Goldman Sachs | | DVP/Trading |
| | Hapoalim | | DVP/Trading |
| | ING Financial Markets | | DVP/Trading |
| | Investment Placement Group | | DVP/Trading |
| | Jefferies | | DVP/Trading |
| | Jefferies | | DVP/Trading |
| | Jefferies | | DVP/Trading |
| | Knight Libertas | | DVP/Trading |
| | Lehman Brothers | | DVP/Trading |
| | Libertas Partners | | DVP/Trading |
| | MarkitSERV | | DVP/Trading |
| | Miller Tabak Roberts | | DVP/Trading |
| | MIBANCO Banco de Desarrollo | | DVP/Trading |
| | Mizuho International Plc | | DVP/Trading |
| | Morgan Stanley | | DVP/Trading |
| | Morgan Stanley | | DVP/Trading |
| | Pali Capital, Inc. | | DVP/Trading |
| | UBS | | DVP/Trading |
| | UBS | | DVP/Trading |
| Highview Point Offshore, Ltd. | Citigroup | | PB/Custodial Account |
| | Citigroup | | PB/Custodial Account |
| | JPMorgan | | Bank Account |
| | BCT Bank International - [deposit account for CD investment] | | Bank Account |
| | BCT Bank International - [CD Investment] | | Bank Account |
| | Credit Suisse | | DVP/Trading |
| | JPMorgan | | DVP/Trading |
| | JPMorgan | | DVP/Trading |
| | RBC Dominion | | DVP/Trading |
| | Wachovia | | DVP/Trading |
| Highview Point LP | JPMorgan | | Bank Account |