# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Securities and Exchange Commission

CASE NUMBER: 11-cv-78 (JBA)

v.

Francisco Illarremendi, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Securities and Exchange Commission

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 16, 2011 | *Kathleen Shields* |
| **Date** | **Signature** |
| phv04710 | Kathleen Burdette Shields |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 617-573-8904 | 33 Arch St., 23rd Floor |
| **Telephone Number** | **Address** |
| 617-573-4590 | Boston, MA 02110 |
| **Fax Number** | |
| shieldska@sec.gov | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Kathleen Shields*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Atty-Appearance.wpd Sept. 2008