UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI<br>HIGHVIEW POINT PARTNERS, LLC<br>and<br>MICHAEL KENWOOD CAPITAL<br>MANAGEMENT, LLC<br><br>Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD.<br>HIGHVIEW POINT OFFSHORE, LTD.<br>HIGHVIEW POINT LP<br>MICHAEL KENWOOD ASSET<br>MANAGEMENT, LLC, MK ENERGY AND<br>INFRASTRUCTURE, LLC and<br>MIKEI SOLAR, LP,<br><br>Relief Defendants. | Civil Action No. 3:11cv78 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>May 17, 2011 |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

The undersigned, Joseph W. Martini, hereby requests that his appearance be withdrawn on behalf of Highview Point Advisors, LLC in the above-captioned matter. Highview Point Advisors, LLC is not named in the Second Amended Complaint and undersigned counsel no longer represents Highview Point Advisors, LLC.

WHEREFORE, the undersigned respectfully requests that the Court grant the instant motion.

INTERESTED PARTY
HIGHVIEW POINT ADVISORS, LLC

By:  /s/ *Joseph W. Martini*
Joseph W. Martini (ct07225)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut  06508-1832
Tel:  203-498-4400
Fax:  203-782-2889
E-mail:  jmartini@wiggin.com

## **CERTIFICATION**

I hereby certify that on May 17, 2011, a copy of the foregoing Motion to Withdraw Appearance of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Joseph W. Martini*
Joseph W. Martini