UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO ILLARRAMENDI ) <br> HIGHVIEW POINT PARTNERS, LLC ) <br> and ) <br> MICHAEL KENWOOD CAPITAL ) <br> MANAGEMENT, LLC ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> HIGHVIEW POINT MASTER FUND, LTD. ) <br> HIGHVIEW POINT OFFSHORE, LTD. ) <br> HIGHVIEW POINT LP ) <br> MICHAEL KENWOOD ASSET ) <br> MANAGEMENT, LLC, MK ENERGY AND ) <br> INFRASTRUCTURE, LLC and ) <br> MIKEI SOLAR, LP, ) <br> ) <br> Relief Defendants. ) | Civil Action No. 3:11cv78 (JBA) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> May 17, 2011 |

### MOTION TO WITHDRAW APPEARANCE OF COUNSEL

The undersigned, Joseph W. Martini, hereby requests that his appearance on behalf of Highview Point LP in the above-captioned matter be withdrawn because Highview Point LP has retained new counsel to represent it in this matter and undersigned counsel no longer represents Highview Point LP.

Based on documents filed in this case, (Document #201) undersigned counsel understands that new counsel, Samuel J. Lieberman, Esq., of Sadis & Goldberg LLP now represents Highview Point LP in this matter.

WHEREFORE, the undersigned respectfully requests that the Court grant the instant motion.

                        HIGHVIEW POINT LP

By:    /s/ Joseph W. Martini
       Joseph W. Martini (ct07225)
       Wiggin and Dana LLP
       One Century Tower
       P.O. Box 1832
       New Haven, Connecticut  06508-1832
       Tel: 203-498-4400
       Fax: 203-782-2889
       E-mail: jmartini@wiggin.com

## **CERTIFICATION**

I hereby certify that on May 17, 2011, a copy of the foregoing Motion to Withdraw Appearance of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                        /s/ Joseph W. Martini
                        Joseph W. Martini