# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
SECURITIES AND EXCHANGE            :
COMMISSION,                        :
                                   :
                    Plaintiff,     :      Civ. Action No. 11-cv-78 (JBA)
                                   :
             - v -                 :
                                   :
FRANCISCO ILLARRAMENDI,            :
HIGHVIEW POINT PARTNERS, LLC and   :
MICHAEL KENWOOD CAPITAL            :
       MANAGEMENT, LLC,            :
                                   :
                    Defendants,    :
                                   :
        and                        :
                                   :
                                   :
HIGHVIEW POINT MASTER FUND, LTD.,  :
HIGHVIEW POINT OFFSHORE, LTD.,     :
HIGHVIEW POINT LP,                 :
MICHAEL KENWOOD ASSET              :
       MANAGEMENT, LLC,            :
MK ENERGY AND INFRASTRUCTURE,      :
       LLC, and                    :
MKEI SOLAR, LP,                    :
                                   :
             Relief Defendants     :
------------------------------------------------------X
```

## RELIEF DEFENDANTS HIGHVIEW POINT MASTER FUND, LTD. AND HIGHVIEW POINT OFFSHORE, LTD.'S  CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following documents have been forwarded to all counsel of record via the Court's CM/ECF system on May 18, 2011:

Memorandum of Law in Opposition to Plaintiff's Motion for A Temporary Restraining

Order, Order Freezing Assets and Order for Other Equitable Relief

Declaration of Scott Dakers   .

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By:          /s/ Kevin J. O'Connor
         Kevin J. O'Connor (ct12124)
         James S. Needham (ct28171)
         225 Asylum Street, Suite 2600
         Hartford, CT 06103
         T: (860) 256-8602
         F: (860) 246-3201

         *Attorney for Highview Point Master Fund,
         Ltd., and Highview Point Offshore, Ltd.*

         Harry S. Davis (Pro Hac Vice Pending)
         Michael E. Swartz (Pro Hac Vice Pending)
         Schulte Roth & Zabel LLP
         919 Third Avenue
         New York, New York 10022
         Telephone:  (212) 756-2222
         Facsimile:  (212) 593-5955
         harry.davis@srz.com
         michael.swartz@srz.com