UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------X
                                                                     :
SECURITIES AND EXCHANGE                                              :
COMMISSION,                                                          : Civil Action No.: 11-cv-78
(JBA)                                                                :
                                                                     :
    Plaintiff,                                                       :
                                                                     :
vs.                                                                  :
                                                                     : May 19, 2011
FRANCISCO ILLARRAMENDI, et al.,                                      :
                                                                     :
    Defendants.                                                      :
                                                                     :
---------------------------------------------------------------------X

## APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of non-parties Balanchine Corporation, Brentwood Services Incorporated and Edenwood Holding, S.A.

**BALANCHINE CORPORATION,**
**BRENTWOOD SERVICES INC.,**
**EDENWOOD HOLDING, S.A.**

              /s/Laurence E. Curran
Laurence E. Curran, III (phv04522)
Curran & Associates
701 Brickell Avenue, Suite 1550
Miami, FL  33131
Phone: (305) 777-0374
Fax: (305) 675-0548
lecurran@lecurran.com

## **CERTIFICATION**

      I hereby certify that on May 19, 2011 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                     /s/ Laurence E. Curran
                                                     Laurence E. Curran