# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SECURITIES EXCHANGE COMMISSION,

V.

SUMMONS IN A CIVIL CASE

FRANCISCO ILLARRAMENDI, ET AL.,

CASE NUMBER: **3:11-CV-00078-JBA**

TO: **Highview Point LP, Highview Point Master Fund, LTD., Highview Point Offshore, LTD., Highview Point Partners, LLC**
Defendant's Address:

    Highview Point Partners, LLC
    c/o Carl H. Loewenson, Jr., Esq.
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York, NY 10104

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rua M. Kelly**
**Securities & Exchange Commission**
**33 Arch St., 23rd Fl.**
**Boston, MA 02110-1424**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − N. Kelsey
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2011-05-16 10:14:15.0, Clerk
USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Highview Point Partners, LLC__
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)* __Counsel for Defendant agreed to accept service via email, Summons & Complaint served on 5-19-11 (see attached email & confirm)__

My fees are $_____ for travel and $ _____ for services, for a total of $ _____ 0.00

I declare under penalty of perjury that this information is true.

Date: __5-19-11__

__Stephanie DeSisto__
Servers signature

__Stephanie DeSisto__
__Paralegal__
Printed name and title

__33 Arch St Boston, MA__
Servers address

Additional information regarding attempted service, etc:

## DeSisto, Stephanie R.

| | |
|---|---|
| **From:** | DeSisto, Stephanie R. |
| **Sent:** | Thursday, May 19, 2011 9:09 AM |
| **To:** | CLoewenson@mofo.com |
| **Cc:** | CostaRodrigues, Carlos; Kelly, Rua |
| **Subject:** | SEC v. Illarramendi # 3:11cv00078 D. Conn - Service of Summons and Complaint |
| **Attachments:** | Summons Highview Point Partners LLC.pdf; 210. 05.10.11 ECF No. 190, Second Amended Complaint.pdf |

Dear Mr. Loewenson:

    Thank you for agreeing to accept service of the attached summons and complaint on behalf of your client, Highview Point Partners, LLC, in the above referenced case. The Staff will treat your acceptance of service as if we had effected service on your client by hand. Should you have any questions, please contact Carlos Costa-Rodrigues at 617-573-8933. Thank you for your cooperation in this matter.

Stephanie DeSisto
Trial Unit Paralegal
SEC
Boston Regional Office
33 Arch Street Suite 2300
Boston, MA 02110
Phone (617) 573-8937
desistos@sec.gov

1

# DeSisto, Stephanie R.

| | |
|---|---|
| **From:** | Loewenson, Carl H., Jr. [CLoewenson@mofo.com] |
| **Sent:** | Thursday, May 19, 2011 9:49 AM |
| **To:** | DeSisto, Stephanie R. |
| **Cc:** | CostaRodrigues, Carlos; Kelly, Rua |
| **Subject:** | RE: SEC v. Illarramendi # 3:11cv00078 D. Conn - Service of Summons and Complaint |

Receipt confirmed.

---

**From:** DeSisto, Stephanie R. [mailto:DeSistoS@SEC.gov]
**Sent:** May 19, 2011 9:09 AM
**To:** Loewenson, Carl H., Jr.
**Cc:** CostaRodrigues, Carlos; Kelly, Rua
**Subject:** SEC v. Illarramendi # 3:11cv00078 D. Conn - Service of Summons and Complaint

Dear Mr. Loewenson:

　　Thank you for agreeing to accept service of the attached summons and complaint on behalf of your client, Highview Point Partners, LLC, in the above referenced case. The Staff will treat your acceptance of service as if we had effected service on your client by hand. Should you have any questions, please contact Carlos Costa-Rodrigues at 617-573-8933. Thank you for your cooperation in this matter.

Stephanie DeSisto
Trial Unit Paralegal
SEC
Boston Regional Office
33 Arch Street Suite 2300
Boston, MA 02110
Phone (617) 573-8937
desistos@sec.gov

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================================