UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 3:11cv78 (JBA) |
| v. | ) ) ) | |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | ) ) ) ) ) ) | |
| Defendants, | ) ) | May 19, 2011 |
| and | ) ) | |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) | |

**MOTION TO WITHDRAW APPEARANCES OF COUNSEL**

The undersigned, Richard L. Jacobson and Adam J. Reinhart, hereby request that their appearances on behalf of Michael Kenwood Capital Management, LLC, Michael Kenwood Asset Management, LLC, MK Energy and Infrastructure, LLC and MKEI Solar, LP be withdrawn.

As reflected in the Receiver's First Status Report dated April 4, 2011, following the issuance of the Amended Receivership Order on March 1, 2011 (as clarified by the Court in the telephonic hearing on March 2, 2011); the undersigned ceased to represent any of the above-mentioned defendants herein, each of which is now a Receivership entity controlled by the Receiver.

Undersigned counsel note, moreover, that documents filed in this action reflect that the Receiver is represented herein by several counsel from Baker & Hostetler and other firms as well.

WHEREFORE, the undersigned respectfully request that the Court grant the instant motion.

/s/ Richard L. Jacobson
Richard L. Jacobson
ARNOLD & PORTER, LLP
555 12th Street, NW
Washington, DC  20004
Tel: 202-942-6975
Fax: 202-942-5999
Email: richard.jacobson@aporter.com

/s/ Adam J. Reinhart
Adam J. Reinhart
ARNOLD & PORTER, LLP
555 12th Street, NW
Washington, DC  20004
Tel: 202-942-5941
Fax: 202-942-5999
Email: adam.reinhart@aporter.com

## **CERTIFICATION**

I hereby certify that on May 19, 2011, a copy of the foregoing Motion to Withdraw Appearances of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CMECF System.

                                            */s/ Adam J. Reinhart*
                                            Adam J. Reinhart