IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>Relief Defendants. | Case No. 11-CV-00078-JBA<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT HIGHVIEW POINT PARTNERS, LLC'S
MOTION FOR EXPEDITED DISCOVERY OF PORTIONS OF PLAINTIFF
SECURITIES AND EXCHANGE COMMISSSION'S INVESTIGATIVE FILE**

Pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, Defendant Highview Point Partners, LLC ("HPP"), by and through its undersigned counsel, hereby moves this Court for an order granting expedited discovery of portions of Plaintiff Securities and Exchange Commission's ("SEC" or the "Commission") investigative file on Francisco Illarramendi. Specifically, HPP seeks immediate access to any and all documents in the SEC's investigative file reflecting any communications with Mr. Illarramendi or his counsel.

In support of this motion, HPP submits the accompanying memorandum of law and the

ny-977664

Declaration of Carl H. Loewenson, Jr., along with accompanying exhibits to the Declaration.

Accordingly, HPP respectfully requests that the Court grant its request for immediate access to any and all documents in the SEC's investigative file reflecting any communications with Mr. Illarramendi or his counsel.

Dated:  May 24, 2011

                                          Respectfully submitted,

                                          */S/ Carl H. Loewenson, Jr.*
                                          Carl H. Loewenson, Jr. (ct07774)
                                          Ronald G. White (phv04692)
                                          David S. Brown (phv04690)
                                          Madeleine A. Hensler (phv04691)
                                          Morrison & Foerster LLP
                                          1290 Avenue of the Americas
                                          New York, New York  10104
                                          Phone:  (212) 468-8000
                                          Fax:  (212) 468-7900
                                          Email:  cloewenson@mofo.com

                                          Joseph W. Martini (ct07225)
                                          Wiggin and Dana LLP
                                          One Century Tower
                                          P.O. Box 1832
                                          New Haven, Connecticut 06508-1832
                                          Phone:  (203) 498-4400
                                          Fax:  (203) 782-2889
                                          Email:  jmartini@wiggin.com

                                          ATTORNEYS FOR DEFENDANT HIGHVIEW POINT PARTNERS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2011, a copy of the foregoing Defendant Highview Point Partners, LLC's Motion for Expedited Discovery of Portions of Plaintiff Securities and Exchange Commission's Investigative File, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                                   */S/ Carl H. Loewenson, Jr.*
                                                                                    Carl H. Loewenson, Jr.