UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff | : | Civil Action No. 3:11-cv-00078-JBA |
| v. | : | |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | : | |
| Defendants | : | |
| and | : | |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | : | |
| Relief Defendants | : | |

---

## CERTIFICATE OF SERVICE

I hereby certify that, on May 24, 2011, a copy of the Letter to the Honorable Judge Arterton from the PDVSA Pension Funds and an attachment were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Date: May 24, 2011

/s/ Kristen Hutchens