UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE
COMMISSION,
                Plaintiff,

v.

FRANCISCO ILLARRAMENDI and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,
                Defendants,

and

MICHAEL KENWOOD ASSET
MANAGEMENT, LLC, MK ENERGY AND
INFRASTRUCTURE, LLC, and MKEI SOLAR,
LP,
                Relief Defendants.

FILED
2011 MAY 25  A 8: 13

11-CV-00078 (JBA) DISTRICT COURT
NEW HAVEN, CT

ECF CASE

## ORDER EXTENDING TIME
## FOR FILING OF RECEIVER'S FIRST QUARTERLY FEE APPLICATION

      **WHEREAS**, this matter has come before this Court upon motion *nunc pro tunc* of the Receiver, John J. Carney, Esq. (the "Receiver") to extend the time for the Receiver to file the first Quarterly Fee Application from May 16, 2011 to May 23, 2011; and

      **WHEREAS**, the Court finds that based on the record in these proceedings and the consent of the parties, an extension of time for the Receiver to file the first Quarterly Fee Application is necessary and essential to enable the Receiver to execute faithfully his duties herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** *nunc pro tunc*; and

2. The time for the Receiver to file an accounting is extended from May 16, 2011 to May 23, 2011.

Dated: May 24, 2011.

/s/ Janet Bond Arterton
THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE