UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
)
SECURITIES AND EXCHANGE )
COMMISSION, )
 )
      Plaintiff, ) Civil Action No. 11-cv-78 (JBA)
 )
  v. )
 )
FRANCISCO ILLARRAMENDI, )
HIGHVIEW POINT PARTNERS, LLC and )
MICHAEL KENWOOD CAPITAL )
    MANAGEMENT, LLC, )
 )
      Defendants, )
 )
  and )
 )
HIGHVIEW POINT MASTER FUND, LTD., )
HIGHVIEW POINT OFFSHORE, LTD., )
HIGHVIEW POINT LP, )
MICHAEL KENWOOD ASSET )
    MANAGEMENT, LLC, )
MK ENERGY AND INFRASTRUCTURE, )
    LLC, and )
MKEI SOLAR, LP, )
 )
      Relief Defendants. )
_____)

## CERTIFICATE OF SERVICE

    I hereby certify that on May 26, 2011, I electronically filed the Commission's PROPOSED SUPERSEDING STIPULATION AND TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS, AND ORDER FOR OTHER RELIEF AS TO HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD. AND HIGHVIEW POINT LP, with the clerk of the court, parties of record, and the proposed intervenors, by using the CM/ECF System.  Parties may access this filing through the Court's CM/ECF System.


Dated: May 27, 2011

                                  /s/ Rua M. Kelly_____
                                  Rua M. Kelly (Mass. Bar No. 643351)

1