# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | | |
|---|---|---|
| **Securities & Exchange Commission,** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.  **3:11-cv-00078-JBA** |
| | ) | |
| **Francisco Illarramendi, et al.,** | ) | |
| *Defendant* | ) | |

### NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd** .

Date:    **Jun 06, 2011**

**/s/ Harry S. Davis**
*Attorney's signature*

**Harry S. Davis, ct09746**
*Printed name and bar number*

**Schulte Roth & Zabel LLP**
**919 Third Avenue**
**New York, NY 10022**
*Address*

**harry.davis@srz.com**
*E-mail address*

**212-756-2000**
*Telephone number*

**212-593-5955**
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on          **Jun 06, 2011**          , a copy of foregoing was filed electronically and served
by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties
by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone
unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing
through the Court's CM/ECF System.


**/s/ Harry S. Davis**
_____

*Attorney's signature*