# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**Securities & Exchange Commission,**

*Plaintiff*     )
                )
v.              )    Case No.    **3:11-cv-00078-JBA**
                )
**Francisco Illarramendi, et al.,**    )
                )
*Defendant*

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd**.

Date:    **Jun 06, 2011**

**/s/ Michael E. Swartz**
*Attorney's signature*

**Michael E. Swartz, phv04722**
*Printed name and bar number*

**Schulte Roth & Zabel LLP**
**919 Third Avenue**
**New York, NY 10022**
*Address*

**michael.swartz@srz.com**
*E-mail address*

**212-756-2000**
*Telephone number*

**212-593-5955**
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **Jun 06, 2011**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael E. Swartz
_____
*Attorney's signature*