CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>  **CARL HANLINE LOEWENSON**         </u>, Bar # <u>    **CL4661**    </u>

was duly admitted to practice in this Court on

<u>   **JANUARY 10th, 1991**   </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>New York, New York</u>   500 Pearl Street   on   <u>    **MAY 24th, 2011**    </u>

<u>   Ruby J. Krajick   </u>     by <u>                                   </u>
Clerk                                    Deputy Clerk

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **DAVID S. BROWN**     </u>, Bar # <u>   DB1376   </u>

was duly admitted to practice in this Court on

<u>   **APRIL 15th, 2003**   </u>, and is in good standing as a member of the Bar of this Court.

Dated at  500 Pearl Street
<u>New York, New York</u>   on   <u>**MAY 31st, 2011**</u>

<u>Ruby J. Krajick</u>       by  <u>  Wayne Browne  </u>
Clerk                              Deputy Clerk

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>      **MADELEINE ANN HENSLER**      </u> , Bar # <u>   **MH1011**   </u>

was duly admitted to practice in this Court on

<u>   **MAY 16th, 2006**   </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>   **MAY 24th, 2011**   </u>

<u>  Ruby J. Krajick  </u>   by <u> [signature] </u>
Clerk                                           Deputy Clerk

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>      **RONALD G. WHITE**      </u>, Bar # <u>      RW1103      </u>

was duly admitted to practice in this Court on

<u>      **APRIL 06th, 2005**      </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>     on     <u>     **JUNE 07th, 2011**     </u>

<u>     Ruby J. Krajick     </u>     by <u>     [signature]     </u>
          Clerk                              Deputy Clerk