IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, <br><br> Defendants, <br><br> and <br><br> HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, <br><br> Relief Defendants. | Case No. 11-CV-00078-JBA |

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2011, copies of the CERTIFICATES OF GOOD STANDING FOR CARL H. LOEWENSON, DAVID BROWN, RONALD WHITE and MADELEINE HENSLER were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

DATED:      New York, New York
            June 8, 2011

                                                    */S/ Madeleine Hensler*
                                                    Madeleine Hensler (phv04691)
                                                    Morrison & Foerster LLP
                                                    1290 Avenue of the Americas
                                                    New York, NY 10104
                                                    Phone: (212) 468-8000
                                                    Fax: (212) 468-7900
                                                    Email: mhensler@mofo.com