UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                          Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI<br>HIGHVIEW POINT PARTNERS, LLC and<br>MICHAEL KENWOOD CAPITAL<br>MANAGEMENT, LLC,<br>                          Defendants,<br>and<br>HIGHVIEW POINT MASTER FUND, LTD.,<br>HIGHVIEW POINT OFFSHORE, LTD.,<br>HIGHVIEW POINT LP,<br>MICHAEL KENWOOD ASSET<br>MANAGEMENT, LLC, MK ENERGY AND<br>INFRASTRUCTURE, LLC, and MKEI<br>SOLAR, LP,<br>                         Relief Defendants. | 11-CV-00078 (JBA)<br><br>**APPEARANCE OF COUNSEL** |

The undersigned counsel, NAIMA J. GARVIN, of the law firm of Baker & Hostetler LLP, hereby gives notice of his appearance in this case on behalf of the Receiver, John J. Carney, Esq., and requests service of all notices, pleadings and other papers filed in this case as required by the applicable rules of procedure or by order of the Court.

I certify that I am admitted to practice in this Court.

Dated: June 9, 2011
       New York, New York

                                              Naima J. Garvin (phv04717)
                                              BAKER & HOSTETLER LLP
                                              45 Rockefeller Plaza, 11th Floor
                                              New York, NY 10111
                                              ngarvin@bakerlaw.com
                                              (212) 589-4200
                                              (212) 589-4201 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Naima J. Garvin (phv04717)