UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE <br> COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO ILLARRAMENDI, <br> MICHAEL KENWOOD GROUP, LLC, <br> MICHAEL KENWOOD ASSET <br>    MANAGEMENT, LLC, <br> MICHAEL KENWOOD CAPITAL <br>    MANAGEMENT, LLC, <br> MICHAEL KENWOOD CONSULTING, LLC, <br><br> Defendants, <br><br> and <br><br> MICHAEL KENWOOD CONSULTING, LLC, <br> MICHAEL KENWOOD ENERGY AND <br>    INFRASTRUCTURE LLC, <br> MKEI SOLAR, LP, <br><br> Relief Defendants. | Civil Action No. 11 Civ. 78 (JBA) |

**PLAINTIFF'S MOTION TO EXTEND MAY 23, 2011 RESTRAINING ORDER AND ORDER FOR ASSET FREEZE AND OTHER RELIEF AS TO HIGHVIEW POINT, L.P.**

The Commission respectfully requests that this Court extend the May 23, 2011 minute order (Docket No. 242) (the "May 23, 2011 Order") as to Relief Defendant Highview Point, L.P. ("HPLP") through July 15, 2011. Although the Commission has reached agreement with the Highview Point Master Fund and the Highview Point Offshore Fund on a proposed extension of the May 23, 2011 Order, which is being filed today via ECF, the Commission is unable to confer with HPLP on the proposed extension, because HPLP is no longer represented by counsel.

On May 23, 2011, this Court allowed the motion of Joseph W. Martini, Esq. to withdraw as counsel to HPLP. See Docket Entry 240. In his motion, Attorney Martini advised the Court that HPLP would be represented by Samuel J. Lieberman of Sadis & Goldberg, LLP, who was the signatory to the original temporary restraining order on behalf of HPLP in this case (Docket No. 201). However, the Commission was advised yesterday by Mr. Lieberman that his firm has resigned as counsel to HPLP, and that no information was available as to successor counsel.

Accordingly, the Commission respectfully requests that the Court continue the May 23, 2011 Order as to HPLP, pursuant to Fed. R. Civ. P. 65, to preserve the *status quo* pending the Court's decision on the Commission's motion for a preliminary injunction, without prejudice to HPLP's rights and arguments as to the relief sought by the Commission in this action.

**SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

Rua M. Kelly (Mass. Bar No. 643351)
LeeAnn G. Gaunt (Mass. Bar No. 630557)
Carlos Costa-Rodrigues (NY Reg. No. 2473593)
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8941 (Kelly direct)
Facsimile: (617) 573-4590
E-mail: kellyru@sec.gov

Local Counsel:
John B. Hughes (Fed. Bar No. CT 05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510

Dated: June 15, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that on June 15, 2011, I electronically filed the Plaintiff's Motion to Extend the May 23, 2011 Restraining Order and Order for Asset Freeze and Other Relief As To Highview Point, L.P., with the Clerk of the Court and parties of record by using the CM/ECF system.

_____
Rua M. Kelly