UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 11-cv-78 (JBA) |
| v. | ) ) | |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2011, I electronically filed the Proposed Order Governing Payment of Attorneys' Fees and Operating Expenses For Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd. with the clerk of the court, parties of record, and the proposed intervenors, by using the CM/ECF System. Parties may access this filing through the Court's CM/ECF System.

Dated: June 24, 2011

/s/ Rua M. Kelly_____
Rua M. Kelly (Mass. Bar No. 643351)

1