UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>Relief Defendants. | Civil Action No. 11-0078 (JBA) |

## NOTICE OF REPATRIATION OF RELIEF DEFENDANTS' OFFSHORE ASSETS

On June 16, 2011, this Court granted the Commission's Motion for Injunctive Relief with respect to the Relief Defendants, including Highview Point Master Fund, Ltd. (the "Master Fund"). The Court's Order [Document No. 276] granting the Commission's Motion required the Relief Defendants, among other things, to "immediately transfer all assets held and controlled by them in offshore accounts as described above to an appropriate financial institution within the jurisdiction of the Court." June 16, 2011 Order, §V, ¶A.

On June 23, 2011, the Master Fund advised the Commission that it transferred approximately $229,369,612.47 from an offshore account to an account in the United States. The Commission, through its Office of International Affairs, has confirmed that the repatriation of those assets has occurred, and has been further advised that approximately $100,000 in additional offshore assets of the Master Fund will be repatriated to the United States by the end of June.

Accordingly, the Commission hereby provides notice that the Relief Defendants have made the above-described transfer in connection with the June 16, 2011 Order requiring the immediate repatriation of offshore assets.

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

_____
Rua M. Kelly (Mass. Bar No. 643351)
LeeAnn G. Gaunt (Mass. Bar No. 630557)
Carlos Costa-Rodrigues (NY Reg. No. 2473593)
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8941 (Kelly direct)
Facsimile: (617) 573-4590
E-mail: kellyru@sec.gov

Dated: June 27, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, I electronically filed the Plaintiff's Notice of Repatriation of Relief Defendants' Offshore Assets with the Clerk of the Court and parties of record by using the CM/ECF system.

Rua M. Kelly