# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SECURITIES EXCHANGE COMMISSION,

V.

FRANCISCO ILLARRAMENDI, ET AL.,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:11-CV-00078-JBA

TO: **Highview Point LP, Highview Point Master Fund, LTD., Highview Point Offshore, LTD., Highview Point Partners, LLC**
Defendant's Address:

Highview Point Limited Partnership (LP)
c/o Corporation Service Company (as Registered Agent)
2711 Centerville Road Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rua M. Kelly**
**Securities & Exchange Commission**
**33 Arch St., 23rd Fl.**
**Boston, MA 02110-1424**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – N. Kelsey
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2011-05-16 10:14:15.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Highview Point Limited Partnership__
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Corporation Service Co.__ REGISTERED AGENT, who is designated by law to accept service of process on behalf of *(name of organization)* __Highview Point Lmtd Partnership__ on *(date)* __6/29/11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __Served via overnight delivery on Registered Agent, see Delivery Receipt Attached__

My fees are $ __—__ for travel and $ __—__ for services, for a total of $ _____ 0.00

I declare under penalty of perjury that this information is true.

Date: __6/30/11__

_Stephanie DeSoto_
Servers signature

__STEPHANIE DESOTO__
Printed name and title

__33 Arch St. Boston, MA 02110__
Servers address

Additional information regarding attempted service, etc:

## DeSisto, Stephanie R.

| | |
|---|---|
| **From:** | UPS Quantum View [auto-notify@ups.com] |
| **Sent:** | Wednesday, June 29, 2011 11:02 AM |
| **To:** | DeSisto, Stephanie R. |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZA376E10193598445 |



\*\*\*Do not reply to this e-mail. UPS and SEC-Boston REGIONAL will not receive your reply.

**At the request of SEC-Boston REGIONAL, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:**   1ZA376E10193598445
**Delivery Date / Time:** 29-June-2011 / 10:29 AM

**Delivery Location:** RECEIVER
**Signed by:** SISOFO

## Shipment Detail

**Ship To:**
Highview Point Limited Partnership
c/o Corporation Service Company
2711 CENTERVILLE RD
ROOM 100
WILMINGTON
DE
19808
US

**Number of Packages:** 1
**UPS Service:**   NEXT DAY AIR
**Shipment Type:**   Letter
**Reference Number 1:** Summons & Complaint Highview LP

1



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET
23RD FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

June 28, 2011

**Via Overnight Delivery**

Highview Point Limited Partnership (LP)
c/o Corporation Service Company (as Registered Agent)
2711 Centerville Road Suite 400
Wilmington, DE 19808

    RE:    Securities and Exchange Commission v. Illarramendi, et al
            United States District Court District of Connecticut CA # 11cv00078-JBA

To whom it may concern:

    Corporation Service Company is listed as the current Registered Agent of record authorized to accept service of process on behalf of a Limited Partnership named **Highview Point Limited Partnership (LP)**. As such, I have enclosed for service upon the same, a copy of the Second Amended Complaint filed in, and the Summons issued by, the United States District Court for the District of Connecticut to **Highview Point Limited Partnership (LP)**, relative to the above captioned case.

    If you have any questions, please contact me at (617) 573-8937. Thank you for your cooperation in this matter.

Sincerely,

Stephanie DeSisto
Paralegal

Enclosures: Summons and Complaint