UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

v.

FRANCISCO ILLARRAMENDI, HIGHVIEW
POINT PARTNERS, LLC and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,

           Defendants,

and

HIGHVIEW POINT MASTER FUND, LTD.,
HIGHVIEW POINT OFFSHORE, LTD.,
HIGHVIEW POINT LP, MICHAEL
KENWOOD ASSET MANAGEMENT, LLC,
MK ENERGY AND INFRASTRUCTURE, LLC,
and MKEI SOLAR, LP,

           Relief Defendants.

11-CV-00078 (JBA)

ECF CASE

**ORDER**

## ORDER EXPANDING THE RECEIVERSHIP TO INCLUDE MK MASTER INVESTMENTS LP, MK INVESTMENTS, LTD., AND MK OIL VENTURES LLC

**WHEREAS** this matter has come before this Court upon motion of the Receiver, John J. Carney Esq. (the "Receiver"), for an order expanding the Receivership to include MK Master Investments LP, MK Investments, Ltd., and MK Oil Ventures LLC in the Receivership Estate; and

**WHEREAS** the Court finds that based on the record in these proceedings, the expansion of the receivership to include MK Master Investments LP, MK Investments, Ltd., and MK Oil Ventures LLC is warranted and, as a result, the March 1, 2011 Amended Order Appointing Receiver shall apply to MK Master Investments LP, MK Investments, Ltd., and MK Oil Ventures LLC, in all respects;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED**;

2.      The Receivership is expanded to include MK Master Investments LP, MK Investments, Ltd., and MK Oil Ventures LLC; and

3.      As Receivership Entities, the June 22, 2011 Amended Order Appointing Receiver applies to MK Master Investments LP, MK Investments, Ltd., and MK Oil Ventures LLC in all respects.

Dated: July 5, 2011

/s/ Janet Bond Arterton

THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE