UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
SECURITIES AND EXCHANGE :
COMMISSION, :
: 
               Plaintiff, :    Civ. Action No. 11-cv-78 (JBA)
:
               - v - :
:
FRANCISCO ILLARRAMENDI, :
HIGHVIEW POINT PARTNERS, LLC and :
MICHAEL KENWOOD CAPITAL :
    MANAGEMENT, LLC, :
:
              Defendants, :
:
   and :
:
:
HIGHVIEW POINT MASTER FUND, LTD., :
HIGHVIEW POINT OFFSHORE, LTD., :
HIGHVIEW POINT LP, :
MICHAEL KENWOOD ASSET :
    MANAGEMENT, LLC, :
MK ENERGY AND INFRASTRUCTURE, :
    LLC, and :
MKEI SOLAR, LP, :
:
             Relief Defendants :
---------------------------------------------------------X

**RELIEF DEFENDANTS HIGHVIEW POINT MASTER FUND, LTD. AND HIGHVIEW POINT OFFSHORE, LTD.'S CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the following documents have been forwarded to all counsel of record via the Court's CM/ECF system on July 12, 2011:

    Certificate of Good Standing for Michael Everett Swartz

    Certificate of Good Standing for Harry Simeon Davis

#3821106.2

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By: /s/ James S. Needham
    James S. Needham (ct28171)
    Kevin J. O'Connor (ct12124)
    225 Asylum Street, Suite 2600
    Hartford, CT 06103
    T: (860) 256-8595
    F: (860) 246-3201

    *Attorney for Highview Point Master Fund, Ltd., and Highview Point Offshore, Ltd.*

    Harry S. Davis (Pro Hac Vice Pending)
    Michael E. Swartz (Pro Hac Vice Pending)
    Schulte Roth & Zabel LLP
    919 Third Avenue
    New York, New York 10022
    Telephone:  (212) 756-2222
    Facsimile:  (212) 593-5955
    harry.davis@srz.com
    michael.swartz@srz.com