UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>       Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>       Defendants,<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>       Relief Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 3:11-cv-00078-JBA<br><br><br><br><br><br><br>AUGUST 1, 2011 |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter our appearance in the above captioned case as counsel for interested party Ramon Illarramendi, father of Defendant Francisco Illarramendi holding ownership interests in various Relief Defendants. The undersigned, Frank F. Coulom, Jr., hereby certifies that he is admitted to practice in this Court. Counsel for Ramon Illarramendi respectfully requests that all subsequent papers filed in this matter be served on undersigned counsel at the address and email address listed below.

| | |
|---|---|
| Of Counsel:<br>David H. Dickieson<br>**Schertler & Onorato, L.L.P.**<br>575 7th Street, NW<br>3rd Floor, South<br>Washington, DC  20004<br>(202) 824-1222<br>Fax:  (202) 628-4177<br>ddickieson@schertlerlaw.com<br>DC Bar 321778 | RAMON ILLARRAMENDI<br><br>By:  /S/     Frank F. Coulom, Jr. (ct05230)<br>     Frank F. Coulom, Jr. (fcoulom@rc.com)<br>     Robinson & Cole LLP<br>     280 Trumbull Street<br>     Hartford, CT  06103-3597<br>     Phone:  860-275-8276<br>     Fax:     860-275-8299 |

11204713-v1

## CERTIFICATE OF SERVICE

I hereby certify that, on August 1, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/S/     Frank F. Coulom, Jr. (ct05230)