UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

AUGUST 9, 2011

---

## MOTION FOR ADMISSION *PRO HAC VICE*

Christopher L. Brigham, on behalf of movants, ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc. (collectively "ReoStar"), hereby move the Court for an order, pursuant to the Local Rules of Civil Procedure 2(d), permitting Attorney Arthur A. Stewart to represent ReoStar before this Court with respect to ReoStar's Motion for Leave filed on August 3, 2011 in this matter. The law firm of Updike, Kelly & Spellacy, P.C. has agreed to serve as local counsel for ReoStar in such proceedings before this Court.

Attorney Arthur A. Stewart practices law with the law firm of Cantey Hanger, LLP, 1999 Bryan Street, Suite 333, Dallas, Texas 75201. Attorney Stewart is a member in good standing of the Bars of the State of Texas, Northern District of Texas, Southern District of Texas, Western District of Texas, Eastern District of Texas and the Fifth Circuit Court of Appeals. Attorney Arthur A. Stewart and attorneys with Cantey Hanger, LLP have never been denied admission to the Bar for

the District of Connecticut, or disciplined in accordance with Local Rules of Civil Procedure 3, or denied admission or disciplined by any other Court.

In support of this Motion, movants, ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc., submit the attached Affidavits of Christopher L. Brigham and Arthur A. Stewart.

Respectfully submitted,

THE MOVANTS, REOSTAR ENERGY
CORPORATION, REOSTAR GATHERING,
INC., REOSTAR LEASING, INC. and
REOSTAR OPERATING, INC.

By: _____
CHRISTOPHER L. BRIGHAM, ESQ.
Federal Bar Number ct12410
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th Floor
New Haven, Connecticut 06510
Telephone: (203) 786-8300
Facsimile:  (203) 772-2037
Email:      cbrigham@uks.com

600258-v1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

AUGUST 9, 2011

---

### ORDER FOR ADMISSION *PRO HAC VICE*

Having read the Motion for Admission *Pro Hac Vice* and the supporting Affidavits of Christopher L. Brigham and Arthur A. Stewart, the Motion for Admission *Pro Hac Vice* permitting Attorney Stewart to represent movants, ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc., in this matter is hereby granted pursuant to Local Rule 2(d).

Dated this ____ day of August, 2011.

BY THE COURT:

_____
District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE : 
COMMISSION, ET AL : NO. 11-cv-00078 (JBA)
    Plaintiffs, :
 :
V. :
 :
FRANCISCO ILLARRAMENDI, ET AL :
    Defendants. : AUGUST 9, 2011
 :

---

### AFFIDAVIT OF CHRISTOPHER L. BRIGHAM
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF CONNECTICUT : 
 : SS.   NEW HAVEN   August 9, 2011
COUNTY OF NEW HAVEN :

I, Christopher L. Brigham, being duly sworn, depose and say:

1.     I am over the age of eighteen (18) years and understand the obligation of an oath.

2.     I am the attorney serving as local counsel for the movants, ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc. (collectively "ReoStar") with respect to ReoStar's Motion for Leave filed on August 3, 2011 in this matter and am a member in good standing of the Bar of the United States District Court of the District of Connecticut.

3.  I make this Affidavit in support of movants' Motion for Admission of Arthur A. Stewart *Pro Hac Vice* for purposes of the instant Motion for Leave only.

4.  Attorney Stewart is a member in good standing of the Bars of the State of Texas, Northern District of Texas, Southern District of Texas, Western District of Texas, Eastern District of Texas and the Fifth Circuit Court of Appeals.

5.  Attorney Stewart currently represents his client ReoStar in an action pending in the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division, encaptioned "ReoStar Energy Corporation, et al v. BT and MK Energy and Commodities, LLC, et al", Adversary Action No. 11-4022-dml, and has asked this firm to act as local counsel for ReoStar with respect to the Motion for Leave filed on August 3, 2011 in this matter and we will continue to do so.

_____
CHRISTOPHER L. BRIGHAM, ESQ.

Subscribed and sworn to before me
this 9th day of August, 2011.

_____
Notary Public/Commissioner of the Superior Court
My Commission Expires: 10/31/2013

600258-v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

AUGUST 9, 2011

---

### AFFIDAVIT OF ARTHUR A. STEWART
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF TEXAS      :
                         :    ss.    August 7, 2011
COUNTY OF DALLAS    :

    I, ARTHUR A. STEWART, being duly sworn, depose and say:

    1.     I am over the age of eighteen (18) years and understand the obligation of an oath.

    2.     I am a member of the firm of Cantey Hanger, LLP, 1999 Bryan Street, Suite 333, Dallas, Texas 75201.

    3.     I am one of the attorneys representing ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc. (collectively "ReoStar") with respect to ReoStar's Motion for Leave filed on August 3, 2011 in the above-referenced

matter and make this Affidavit in support of the movants' Motion for Admission *Pro Hac Vice* for purposes of the instant Motion for Leave only.

4. I am a member in good standing of the Bars of the State of Texas, Northern District of Texas, Southern District of Texas, Western District of Texas, Eastern District of Texas and the Fifth Circuit Court of Appeals.

5. I have never been denied admission to the bar for the District of Connecticut or denied admission or disciplined by any other Court.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7. I have asked Attorney Christopher L. Brigham of the law firm of Updike, Kelly & Spellacy, P.C. to act as local counsel for ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc., and as my sponsoring lawyer with respect to ReoStar's Motion for Leave filed on August 3, 2011 in this matter and he has indicated that he is willing to do so.

_____
ARTHUR A. STEWART, ESQ.

KAREN S. PARHIZI
Notary Public, State of Texas
My Commission Expires
December 21, 2011

Subscribed and sworn to before me
this 9th day of August, 2011.

_____
Notary Public
My Commission Expires:

600258-v1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

**CERTIFICATE OF SERVICE**

AUGUST 9, 2011

---

I hereby certify that, on August __, 2011, the Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.


Dated August 9, 2011

/s/ Christopher L. Brigham
Christopher L. Brigham

600258-v1