UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISION, | § § | 11-cv-00078 (JBA) |
| Plaintiff, | § § | ECF CASE |
| v. | § § | [PROPOSED] ORDER |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC AND KENWOOD CAPITAL MANAGEMENT, LLC, | § § § § § § | |
| Defendants, | § § | |
| and | § § | |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY, AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | § § § § § § § § | |
| Relief Defendants. | § | |

---

**[PROPOSED] ORDER GRANTING REOSTAR ENERGY CORPORATION'S AND RUSSCO ENERGY LLC'S EMERGENCY MOTION FOR LEAVE TO CONTINUE FEDERAL BANKRUPTCY LEGAL PROCEEDINGS AGAINST CERTAIN RECEIVERSHIP PARTIES**

WHEREAS this matter has come before this Court upon the Motion of ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc., and ReoStar Operating, Inc. (collectively, "ReoStar") and Russco Energy LLC (together with ReoStar, the "Movants"), for leave under paragraph 24 of this Court's February 3, 2011 Order Appointing Receiver [Docket No. 66], as amended on July 5, 2011 [Docket No. 287] (as may be further modified or amended,

ORDER GRANTING CO-MOVANTS' MOTION FOR LEAVE TO CONTINUE FEDERAL BANKRUPTCY LEGAL PROCEEDINGS AGAINST CERTAIN RECEIVERSHIP PARTIES

Page 1 of 2

the "Receivership Order"), for Movants to continue a pending adversary proceeding in ReoStar's Chapter 11 Bankruptcy Case against each of the following parties:

> BT AND MK ENERGY AND COMMODITIES LLC, MARK ZOUVAS, SCOTT ALLEN, FRANCISCO ILLARRAMENDI, THE MICHAEL KENWOOD GROUP, LLC, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, MK OIL VENTURES, LLC, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, THOMAS LIONELLI, RONALD PERCIVAL, BANCTRUST & CO., BANCTRUST INTERNATIONAL, INC., CHRISTIAN LOVERA, CESAR JIMENEZ, JOHN CALCE, RAYMOND LEE, AND GREENBERG TRAURIG, LLP, TRITAURIAN CAPITAL, INC., NITON CAPITAL PARTNERS, S.A. AND UNION BANK, N.A. (f/k/a UNION BANK OF CALIFORNIA, N.A.).

**WHEREAS** the Court finds that, based on the record in these proceedings, the requested leave is warranted in all respects;

**IT IS HEREBY ORDERED THAT:**

1. The Motion and all relief requested therein are hereby **GRANTED**;

2. The Movants, jointly or severally, as well as their respective counsel, are hereby granted leave of this Court, including leave within this Court's Receivership Order, to prosecute any and all claims, counterclaims, crossclaims, objections, defenses, and to seek any other relief at law or equity against any of the above-named parties;

3. The Movants shall file further motions before this Court before instigating any legal proceedings against any other parties expressly named within this Court's Receivership Order and not otherwise named in this Order granting leave.

Dated August ____, 2011

---

THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE