UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO. 11-cv-00078-JBA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

FRANCISCO ILLARRAMENDI, et al.,

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Balanchine Corporation, Brentwood Services Incorporated and Edenwood Holding, S.A., proposed intervenors in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Ruling on Motion to Intervene [DE 277] entered in this action on the 16th day of June 2011.

          BALANCHINE CORPORATION,
          BRENTWOOD SERVICES INC.,
          EDENWOOD HOLDING, S.A.

          /s/ Richard E. Brodsky
          Richard E. Brodsky -  phv 0470
          THE BRODSKY LAW FIRM
          66 West Flagler Street, Ninth Floor
          Miami, Florida 33130
          Tel.:    786-220-3328
          Fax:    866-564-8231
          rbrodsky@thebrodskylawfirm.com
          Admitted Pro Hac Vice

OF COUNSEL:

Laurence E. Curran III
CURRAN & ASSOCIATES
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Tel.:  (305) 777-0374
Fax:  (305) 675-0548
lecurran@lecurran.com

Simon I. Allentuch (ct21094)
Neubert, Pepe & Monteith, P.C.
195 Church Street
New Haven, CT  06510
Phone: (203) 821-2000
Fax: (203) 821-2009

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2011, a copy of foregoing Notice of Appeal of Order Denying Motion to Intervene was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Richard E. Brodsky
      Richard E. Brodsky