UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO. 11-cv-00078-JBA

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

vs.

FRANCISCO ILLARRAMENDI, et al.,

      Defendants.

_____/

## **NOTICE OF APPEAL**

     Notice is hereby given that Balanchine Corporation, Brentwood Services

Incorporated and Edenwood Holding, S.A., proposed intervenors in the above

named case, hereby appeal to the United States Court of Appeals for the Second

Circuit from that portion of the Ruling on Motion for Temporary Restraining Order,

Order Freezing Assets, and Order for Other Equitable Relief [DE 276], entered in this

action on the 16th day of June 2011, that froze the entirety of the assets of  Relief

Defendants Highview Point Master Fund Ltd. and Highview Point Offshore Fund Ltd.

                                 BALANCHINE CORPORATION,
                                 BRENTWOOD SERVICES INC.,
                                 EDENWOOD HOLDING, S.A.

                                 /s/ Richard E. Brodsky
                                 Richard E. Brodsky -  phv 0470
                                 THE BRODSKY LAW FIRM
                                 66 West Flagler Street, Ninth Floor
                                 Miami, Florida 33130
                                 Tel.:   786-220-3328
                                 Fax:   866-564-8231
                                 rbrodsky@thebrodskylawfirm.com

Admitted Pro Hac Vice

OF COUNSEL:

Laurence E. Curran III
CURRAN & ASSOCIATES
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Tel.:  (305) 777-0374
Fax:  (305) 675-0548
lecurran@lecurran.com

Simon I. Allentuch (ct21094)
Neubert, Pepe & Monteith, P.C.
195 Church Street
New Haven, CT  06510
Phone: (203) 821-2000
Fax: (203) 821-2009

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2011, a copy of foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Richard E. Brodsky

Richard E. Brodsky