UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
SECURITIES AND EXCHANGE              :
COMMISSION,                          :
                 Plaintiff,          :   Civ. Action No. 11-cv-78 (JBA)
                                     :
- v -                                :
                                     :
FRANCISCO ILLARRAMENDI,              :
HIGHVIEW POINT PARTNERS, LLC and     :
MICHAEL KENWOOD CAPITAL              :
     MANAGEMENT, LLC,                :
                                     :
                 Defendants,         :
                                     :
   and                               :
                                     :
                                     :
HIGHVIEW POINT MASTER FUND, LTD.,    :
HIGHVIEW POINT OFFSHORE, LTD.,       :
HIGHVIEW POINT LP,                   :
MICHAEL KENWOOD ASSET                :
     MANAGEMENT, LLC,                :
MK ENERGY AND INFRASTRUCTURE,        :
     LLC, and                        :
MKEI SOLAR, LP,                      :
                                     :
                 Relief Defendants   :
------------------------------------------------------X
```

## MOTION FOR EXTENSION OF TIME

Relief Defendants Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd. (collectively, "Relief Defendants"), by and through their undersigned counsel, Schulte Roth & Zabel LLP, hereby move this court, pursuant to Local Rule 7(b) of the Rules of the United States District Court, District of Connecticut, for an extension of time, for a period of thirty-days, to and including September 15, 2011, within which to answer, move, or otherwise respond to the Second Amended Complaint of the Securities and Exchange Commission (the "Commission"), dated May 6, 2011.

Additional time is needed due to a delay that arose from the wording of the Court's June 16, 2011 order granting the Commission's request for injunctive relief, which caused the Relief Defendants to question whether they were permitted to access funds to pay counsel fees. That issue was clarified by the Court's subsequent order governing the payment of legal fees and expenses, dated June 28, 2011. Additional time is also needed to accommodate attorneys' vacation schedules that took place subsequent to the June 28 order.

The Commission has agreed to a thirty-day extension. This is the first motion for extension of time that has been filed by the Relief Defendants.

WHEREFORE, Relief Defendants respectfully request a thirty-day extension of time, to and including September 15, 2011, within which to answer, move, or otherwise respond to the Commission's Second Amended Complaint.

Dated: New York, New York  
August 12, 2011

SCHULTE ROTH & ZABEL LLP

By: /s/ Michael E. Swartz  
    Harry S. Davis, Esq. (*admitted pro hac vice*)  
    Michael E. Swartz, Esq. (*admitted pro hac vice*)

919 Third Avenue  
New York, New York 10022  
(212) 756-2000  
harry.davis@srz.com  
michael.swartz@srz.com

*Attorneys for Relief Defendants*  
*Highview Point Master Fund, Ltd. and*  
*Highview Point Offshore, Ltd.*

# CERTIFICATE OF SERVICE

        I hereby certify that on August 12, 2011, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        By: /s/ Michael E. Swartz
          Michael E. Swartz, Esq. (*admitted pro hac vice*)

        SCHULTE ROTH & ZABEL LLP
        919 Third Avenue
        New York, New York 10022
        Phone: (212) 756-2000
        Fax: (212) 593-5955
        Email: michael.swartz@srz.com