UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,
      Plaintiff,

- v -

FRANCISCO ILLARRAMENDI, et al.,
      Defendants,
  and

HIGHVIEW POINT MASTER FUND,
LTD., et al.,
      Relief Defendants
---------------------------------------------------X

Civ. Action No. 11-cv-78 (JBA)

## **NOTICE OF APPEAL**

    NOTICE is hereby given that Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd., Relief Defendants in the above-named action, hereby appeal to the United States Court of Appeals for the Second Circuit from an order granting the Securities and Exchange Commission's Motion for Injunctive Relief [Doc. # 276] entered in this action on the 16th day of June 2011.

Dated: New York, New York
    August 12, 2011

SCHULTE ROTH & ZABEL LLP

By: /s/ Michael E. Swartz
   Harry S. Davis, Esq. (*admitted pro hac vice*)
   Michael E. Swartz, Esq.(*admitted pro hac vice*)

919 Third Avenue
New York, New York  10022
(212) 756-2000
harry.davis@srz.com
michael.swartz@srz.com

*Attorneys for Relief Defendants*
*Highview Point Master Fund, Ltd. and*
*Highview Point Offshore, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2011, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Michael E. Swartz
   Michael E. Swartz, Esq. (*admitted pro hac vice*)

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Phone: (212) 756-2000
Fax: (212) 593-5955
Email: michael.swartz@srz.com