# United States District Court

## DISTRICT OF
CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FRANCISCO ILLARRAMENDI, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC | ) ) ) ) | Civil Action No. 3:11-cv-00078-JBA |
| Defendants, | ) ) ) | |
| MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | ) ) ) ) ) | |
| Relief Defendants. | ) ) | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for following Interested Party:

**NuScale Power, Inc.**

| | |
|---|---|
| August 15, 2011 | /S/ STEVEN I. FRENKEL |
| *Date* | *Signature* |
| | |
| ct07038 | Steven I . Frenkel |
| *Bar Number* | *Name* |
| | |
| (203) 351-4206 / (203) 708-3907 | Cummings & Lockwood LLC |
| *Phone Number / Fax Number* | Six Landmark Square |
| | Stamford, CT 06901 |
| sfrenkel@cl-law.com | *Address* |
| *E-mail address* | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2011, a copy of the foregoing APPEARANCE was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.


/S/ STEVEN I. FRENKEL
STEVEN I. FRENKEL (ct07038)
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Phone: 203-351-4206
Fax: 203-708-3907
E-mail: sfrenkel@cl-law.com

```
2704884_1.doc 8/15/2011
```