UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL : NO. 11-cv-00078 (JBA)
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants. : AUGUST 22, 2011

---

## MOTION FOR ADMISSION *PRO HAC VICE*

Christopher L. Brigham, on behalf of movant, Russco Energy, LLC ("Russco"), hereby moves the Court for an order, pursuant to the Local Rules of Civil Procedure 2(d), permitting Attorney Jason Katz to represent Russco before this Court with respect to Russco's Amended Motion for Leave filed on August 10, 2011 in this matter. The law firm of Updike, Kelly & Spellacy, P.C. has agreed to serve as local counsel for Russco in such proceedings before this Court.

Attorney Jason Katz practices law with the law firm of Curtis Castillo, P.C., 901 Main Street, Suite 6515, Dallas, Texas 75202. Attorney Katz is a member in good standing of the Bars of the States of Texas and Tennessee, U.S. District Court, Northern, Eastern, Western and Southern Districts of Texas, U.S. Court of Appeals, Fifth Circuit and U.S. Supreme Court. Attorney Jason Katz and attorneys with Curtis Castillo, P.C. have never been denied admission to the Bar for the District of Connecticut, or disciplined in accordance with Local Rules of Civil Procedure 3, or denied admission or disciplined by any other Court.

600254-v1

In support of this Motion, movant Russco Energy, LLC submits the attached Affidavits of Christopher L. Brigham and Jason Katz.

Respectfully submitted,

MOVANT, RUSSCO ENERGY, LLC

By: _____
CHRISTOPHER L. BRIGHAM, ESQ.
Federal Bar Number ct12410
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th Floor
New Haven, Connecticut 06510
Telephone: (203) 786-8300
Facsimile:  (203) 772-2037
Email:      cbrigham@uks.com

600254-v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

AUGUST 22, 2011

---

## ORDER FOR ADMISSION *PRO HAC VICE*

Having read the Motion for Admission *Pro Hac Vice* and the supporting Affidavits of Christopher L. Brigham and Jason Katz, the Motion for Admission *Pro Hac Vice* permitting Attorney Katz to represent movant, Russco Energy, LLC in this matter is hereby granted pursuant to Local Rule 2(d).

Dated this ____ day of August, 2011.

                          BY THE COURT:

                          _____
                          District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

AUGUST 22, 2011

---

### AFFIDAVIT OF CHRISTOPHER L. BRIGHAM
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF CONNECTICUT    :
                                 :    SS.    NEW HAVEN    August 22nd, 2011
COUNTY OF NEW HAVEN    :

    I, Christopher L. Brigham, being duly sworn, depose and say:

    1.    I am over the age of eighteen (18) years and understand the obligation of an oath.

    2.    I am the attorney serving as local counsel for the movant, Russco Energy, LLC ("Russco") with respect to Russco's Amended Motion for Leave filed on August 10, 2011 in this matter and am a member in good standing of the Bar of the United States District Court of the District of Connecticut.

    3.    I make this Affidavit in support of movants' Motion for Admission of Jason Katz *Pro Hac Vice* for purposes of the instant Amended Motion for Leave only.

600254-v1

4.Attorney Katz is a member in good standing of the Bars of the States of Texas and Tennessee, U.S. District Court, Northern, Eastern, Western and Southern Districts of Texas, U.S. Court of Appeals, Fifth Circuit and U.S. Supreme Court.

5.Attorney Katz currently represents his client Russco Energy, LLC, as a Co-Plan Proponent in an action pending in the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division, encaptioned "ReoStar Energy Corporation, et al v. BT and MK Energy and Commodities, LLC, et al", Adversary Action No. 11-4022-dml, and has asked this firm to act as local counsel for Russco with respect to the Amended Motion for Leave filed on August 10, 2011 in this matter and we will continue to do so.

_____
CHRISTOPHER L. BRIGHAM, ESQ.

Subscribed and sworn to before me
this 22nd day of August, 2011.

_____
Notary Public/Commissioner of the Superior Court
My Commission Expires: 10/31/2013

600254-v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

AUGUST 10, 2011

---

### AFFIDAVIT OF JASON KATZ
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF TEXAS

COUNTY OF DALLAS

SS.   August 16, 2011

I, JASON KATZ, being duly sworn, depose and say:

1.     I am over the age of eighteen (18) years and understand the obligation of an oath.

2.     I am a member of the firm of Curtis Castillo, P.C., 901 Main Street, Suite 6515, Dallas, Texas 75202.

3.     I am one of the attorneys representing Russco Energy, LLC ("Russco") with respect to Russco's Amended Motion for Leave filed on August 10, 2011 in the above-referenced matter and make this Affidavit in support of the movants' Motion for Admission *Pro Hac Vice* for purposes of the instant Amended Motion for Leave only.

600254-v1

4. I am a member in good standing of the Bars of the States of Texas and Tennessee, U.S. District Court, Northern, Eastern, Western and Southern Districts of Texas, U.S. Court of Appeals, Fifth Circuit and U.S. Supreme Court.

5. I have never been denied admission to the bar for the District of Connecticut or denied admission or disciplined by any other Court.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7. I have asked Attorney Christopher L. Brigham of the law firm of Updike, Kelly & Spellacy, P.C. to act as local counsel for Russco Energy, LLC, and as my sponsoring lawyer with respect to Russco's Amended Motion for Leave filed on August 10, 2011 in this matter and he has indicated that he is willing to do so.

_____
JASON KATZ, ESQ.

Subscribed and sworn to before me
this ____ day of August, 2011.

_____
Notary Public
My Commission Expires:

LORI KING
Notary Public, State of Texas
My Commission Expires
July 30, 2013

600254-v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL,
    Defendants.

---

NO. 11-cv-00078 (JBA)

**CERTIFICATE OF SERVICE**

AUGUST 22, 2011

I hereby certify that, on August __, 2011, the Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated August 22, 2011                          /s/ Christopher L. Brigham
                                                                Christopher L. Brigham

600254-v1