**Exhibit A**

**Time and Expense Detail**

6

| olon Group, Inc. Time and Expense Report Period Ended March 31, 2011 | | | |
|---|---|---|---|
| lient: John J. Carney as Receiver | | Consultant: Midanek | |
| ate | Time | Description of Activity | Code |
| 2/3/2011 | 6.3 | Participation in court hearing re appointment of receiver | 4 |
| 2/3/2011 | 2.3 | Visit Stamford offices of MK and particpate in providing counsel to recevier background on Business Advisor Reports and transition to Receivership control. | 1 |
| 2/4/2011 | 7.2 | Participation in interviews with MK Personnel | 1 |
| 2/4/2011 | 1.4 | Discussion with receivership team members re background | 1 |
| 2/5/2011 | 1.3 | Participation in further interviews with MK personnel | 1 |
| 2/5/2011 | 3.2 | Develop basic list of all private equity investments  held by MK entities | 1 |
| 2/5/2011 | 1.5 | Discussion with receivership counsel re planning and priorities | 1 |
| 2/5/2011 | 1.5 | Background discussion with receivership counsel on various mk assets | 1 |
| 2/7/2011 | 0.5 | Read and respond to emails | 1 |
| 2/7/2011 | 1.6 | Review documents re private equity investments | 1 |
| 2/7/2011 | 1.2 | Review interview notes and develop further issues to pursue | 1 |
| 2/7/2011 | 2.0 | Business Advisor briefing for receivership team on MK Group structure, role of fund manager, nature of assets, review of exhibits re receipts and disbursements by investor and asset | 1 |
| 2/8/2011 | 2.1 | Review documents on private equity investments | 1 |
| 2/8/2011 | 0.4 | Respond to receiver request re possible scope of forensic accountant | 4 |
| 2/9/2011 | 0.4 | Prepare for and discuss with Counsel and Business Advisor open items and questions to pursue | 1 |
| 2/9/2011 | 2.9 | Participate with Receiver and counsel in background meeting with majority investor counsel | 1 |
| 02/09/11 | 0.8 | Review of outstanding items to follow up on | 1 |
| 2/9/2011 | 1.2 | Review  of documents | 1 |
| 2/9/2011 | 0.8 | review and response to emails | 1 |
| 02/09/11 | 0.9 | draft proposal to Receiver | 4 |
| 2/10/2011 | 1.1 | Review prior interviews and meetings to identify open questions | 1 |
| 2/10/2011 | 0.9 | Discuss priorities with receiver counsel | 1 |
| 2/10/2011 | 1.1 | Review various data re liabilities of Receivership estate | 1 |
| 2/10/2011 | 0.8 | Review fund articles of association | 1 |
| 2/10/2011 | 0.6 | Review STLF investment management agreement | 1 |
| 2/10/2011 | 0.8 | Respond to various questions re STLF assets | 1 |
| 2/10/2011 | 2.8 | Participate in interviews with MK personnel | 1 |
| 2/10/2011 | 0.9 | Prepare for and hold telcon with Finn Dixon and counsel re Portfolio Company 1 | 1 |
| 2/10/2011 | 0.8 | organize various meetings to develop plans for review of MK Tech private equity holdings | 1 |
| 2/10/2011 | 2.1 | Participate in receiver debrief | 1 |
| 2/10/2011 | 0.4 | discussion with attorney for portfolio company 3 | 1 |
| 2/10/2011 | 0.9 | further discussion re portfolio company 3 | 1 |
| 2/10/2011 | 1.1 | review and response to emails | 1 |
| 2/10/2011 | 1.2 | review of documents | 1 |
| 2/11/2011 | 0.8 | review expenses and prepare declaration re emergency motion for access to funds | 4 |
| 2/11/2011 | 0.6 | review and respond to emails re portfolio company 3 | 1 |
| 2/11/2011 | 0.9 | discuss revision of Portfolio Company 1 consent and intercreditor draft agreements | 1 |
| 2/11/2011 | 0.7 | review of issues that need action in Portfolio company 4 | 1 |
| 2/11/2011 | 2.3 | meeting with Juan Ferrara re actions required on Portfolio Companies 4,5,6, 3 | 1 |
| 2/11/2011 | 0.9 | review of transaction history of Portfolio Company 4 | 1 |
| 2/11/2011 | 1.7 | meeting with MK personnel to discuss possible approaches to portfolio company 6 and 7 | 1 |
| 2/11/2011 | 1.1 | review of portfolio company 8 with MK CEO | 1 |
| 2/11/2011 | 1.2 | review of portfolio company 9 with MK CEO | 1 |

| Date | Hours | Description | |
|---|---|---|---|
| 2/11/2011 | 0.6 | discussion of possible third party sources of financing | 9 |
| 2/11/2011 | 1.2 | review of issues in proposed financing re portfolio company 1 | 9 |
| 2/11/2011 | 1.9 | review of documents | 1 |
| 2/12/2011 | 1.2 | review of documents re various portfolio companies | 1 |
| 2/12/2011 | 0.9 | drafting of memo to Receiver re portfolio companies | 1 |
| 2/12/2011 | 1.2 | review and discuss status of negotiations in re portfolio company 1 with MK personnel | 9 |
| 2/12/2011 | 0.9 | Review of documents | 1 |
| 2/14/2011 | 0.9 | discussion with Finn Dixon -attorneys re portfolio company 1 financing | 9 |
| 2/14/2011 | 0.9 | review of current term sheet | 9 |
| 2/14/2011 | 1.2 | discussion with counsel re outstanding issues in re private equity investments | 1 |
| 2/14/2011 | 1.2 | discussion  with VM. re various private equity positions and actions | 1 |
| 2/14/2011 | 0.9 | discussion  with receivership team re status of private equity investments | 1 |
| 2/14/2011 | 0.9 | discussion with portfolio company 3 re needs | 1 |
| 2/14/2011 | 1.1 | review of documents | 1 |
| 2/15/2011 | 1.3 | prepare background briefing on portfolio company 1 | 1 |
| 2/15/2011 | 0.4 | review and respond to emails in re portfolio company 1 | 1 |
| 2/15/2011 | 0.9 | review transactions proposed for portfolio company 1. | 1 |
| 2/15/2011 | 0.8 | discussion with business advisor re pe companies | 1 |
| 2/15/2011 | 0.5 | review of documents | 1 |
| 2/16/2011 | 0.3 | review and respond to emails re Portfolio company 5 | 1 |
| 2/16/2011 | 0.5 | telcon w business advisor re call with minority investprs | 1 |
| 2/16/2011 | 1.7 | Prepare for and participate in telcon with minority investors and counsel re pe companies and portfolio company 1 | 1 |
| 2/16/2011 | 0.8 | discussion  with Business Advisor re  next steps | 1 |
| 2/17/2011 | 0.3 | discussion w business advisor  re  pe portfolio | 1 |
| 2/17/2011 | 0.3 | review and respond to emails | 1 |
| 2/18/2011 | 0.3 | review memo re portoflio companies 1 and 2 developments | 1 |
| 2/18/2011 | 0.3 | discussion w business advisor re telcon with judge | 1 |
| 2/18/2011 | 1.4 | prepare for and participate in all hands telcon with judge | 4 |
| 2/18/2011 | 0.9 | review and respond to emails | 1 |
| 2/21/2011 | 0.9 | review and respond to emails | 1 |
| 2/21/2011 | 0.9 | discussion with BA re issues in pe companies and case status | 1 |
| 2/22/2011 | 0.5 | review and respond to emails re  portfolio company 5 | 1 |
| 2/23/2011 | 0.4 | discussion with MK Personnel re Portfolio Company 4 | 1 |
| 2/23/2011 | 0.5 | discussion with BA re pe valuations | 1 |
| 2/26/2011 | 1.1 | review and discussion of position re decisions made by majority investor | 4 |
| 2/28/2011 | 0.7 | review of materials submitted to court re portfolio company 1 | 1 |
| 2/28/2011 | 0.8 | review and response to various emails re developments | 1 |
| 3/2/2011 | 1.8 | prepare for and participate in status call with court on emergency motions and receivership scope | 4 |
| 3/2/2011 | 0.8 | review and comment on analyses of portfolio companies | 1 |
| 3/2/2011 | 0.9 | Review and respond to emails | 4 |
| 3/3/2011 | 0.4 | Review and respond to emails | 4 |
| 3/7/2011 | 0.7 | Review and respond to emails re March 7 developments | 4 |
| 3/10/2011 | 0.3 | Discussion with receivership counsel | 4 |
| 3/21/2011 | 0.6 | Review and respond to various emails | 4 |
| 3/17/2011 | 1.5 | Meet with receivership counsel re scope of activities | 4 |
| 3/21/2011 | 1.2 | Draft response to receivership counsel request | 4 |

104.9

| SEC Billing Activities | TIME |
|---|---|
| 1 **Asset Analysis & Recovery** | **81.8** |
| | |
| 2 Asset Disposition | |
| 3 **Business Operations** | |
| 4 **Case Administration** | **18.3** |
| 5 Claims Admin & Objections | |
| 6 Employee Benefits & Pensions | |
| | |
| 7 Accounting/Auditing | |
| 8 **Business Analysis** | |
| 9 **Corporate Finance** | **4.8** |
| 10 **Data Analysis** | |
| | |
| 11 **Status Reports** | |
| 12 Litigation Consulting | |
| 13 Forensic Accounting | |
| 14 Tax Issues | |
| 15 Valuation | |
| | |
| **Total Hours** | **104.9** |

**Solon Group, Inc. Consultant Expense Report: Midanek**

| Date | Cost | Type of Expense |
|------|------|-----------------|
| 2/3/2011 | $12.50 | Parking for hearing |
| 2/3/2011 | $9.28 | Lunch at hearing |
| 2/4/2011 | $6.50 | Bridge toll |
| 2/4/2011 | $146.46 | Rental car |
| 2/6/2011 | $15.40 | Taxi |
| 2/6/2011 | $21.60 | Taxi |
| 2/6/2011 | $19.12 | Taxi |
| 2/6/2011 | $19.35 | Taxi |
| 2/7/2011 | $15.26 | Food for receivership team in MK Office |
| 2/7/2011 | $36.36 | Dinner while working in MK Office |
| 2/8/2011 | $118.10 | Rental car |
| 2/8/2011 | $32.00 | Parking in Manhattan |
| 2/10/2011 | $29.25 | Food for receivership team in MK Office |
| 2/11/2011 | $32.00 | Parking in Manhattan |
| 2/12/2011 | $32.00 | Parking in Manhattan |
| 2/12/2011 | $273.52 | Rental Car |
| **Total** | **$818.70** | |

Laz Parking LTD.
St. Financial Center
175 Church Street
New Haven, Connecticut

Rcpt#103493
02/03/11 15:04   L# 2 AU 4   Txn#37762u
02/03/11 11:48 In  02/03/11 15:04 Out
TKN 209920
Fee .......4   $   12.50
Total Fee   $   12.50
CASH PAID   $   12.50-
Cash Tender  $   20.00
Change Due  $    7.00
Thank You

SYD PARKING, LLC
405 EAST 56TH STREET
NEW YORK, NY 10022

02/11/2011                    07:58:19
  ...ant ID:        000000001557580
  ...minal ID:             02330508
6318174018

CREDIT CARD

AMEX SALE

CARD #            XXXXXXXXXX1005
INVOICE                     0001
Batch #:                  000331
Approval Code:            561317
Entry Method:             Swiped
Approved:                 Online

SALE AMOUNT            $32.00

CUSTOMER COPY

SYD PARKING, LLC
405 EAST 56TH STREET
NEW YORK, NY 10022

02/08/2011                    07:31:37
Merchant ID:      000000001557580
Terminal ID:            02330508
6318174018

CREDIT CARD

AMEX SALE

CARD #            XXXXXXXXXX1005
INVOICE                     0001
Batch #:                  000328
Approval Code:            501003
Entry Method:             Swiped
Approved:                 Online

SALE AMOUNT            $32.00

CUSTOMER COPY

SYD PARKING, LLC
405 EAST 56TH STREET
NEW YORK, NY 10022

02/12/2011                    07:46:44
Merchant ID:      000000001557580
Terminal ID:            02330508
6318174018

CREDIT CARD

AMEX SALE

CARD #            XXXXXXXXXX1005
INVOICE                     0003
Batch #:                  000332
Approval Code:            507025
Entry Method:             Swiped
Approved:                 Online

SALE AMOUNT            $32.00

I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)

X  D Bailey
      D        BAILEY

MERCHANT COPY

**Receipt 1 (rotated, left side):**

```
BULLS HEAD MARKET
500 SUMMER STREET
STAMFORD,CT 06901
(203) 964-3199

DATE    02/10/2011

PANINI # 6              THU
CAN SODA               $7.50
CAN SODA               $0.94
CAN SODA               $0.94
CAN SODA               $0.94
CAN SODA               $0.94
GROCERY                $1.50
GROCERY TXBL           $1.50
GROCERY TXBL           $1.50
GROCERY TXBL           $3.50
GROCERY TXBL           $2.50
GROCERY TXBL           $2.50
GROCERY TXBL           $2.50
TAX1 AMT               $1.49
TOTAL                 $29.25
CASH                  $40.00
CHANGE                $10.75
* ORDER# 0102 *
NO.082402 REG 01 2ND SHIFT  TIME 13.49

Y O U R   R E C E I P T
T H A N K   Y O U !
```

**Receipt 2 (top right):**

```
Roly Poly.  New Haven
(
777-7659

*** For Here ***

Roly Poly CT
129 Church St
New Haven,CT (203) 777-7659

Order # : 162
Customer: COLEY
Date/Time: 2/3/2011  02:20 pm
Cashier: Barbara
Server:

Menu Item                    ist

Whole . #28
Lrg Combo                   ..50
  Baked BBQ
  Coca-Cola

              o-TTL:   8.75
               Tax:    0.5

              Total:   9.28

         Paid by Cash: 20.00

              Change:  10.72

Thank you.... Paid in Full

Thanks for coming!  Please join us
        again soon!
```

**Receipt 3 (bottom left - Subway):**

```
            SALE RECEIPT
Store #785        tko 02/07/11 12:47:55
Subway Sandwiches & Salads
116 broad st
stamford              CT 06901
203-357-1221
Trans# 34 Clerk 9   mercedes
Dwr1 TRDT 020711 Reg-ID REG-MAIN
            Receipt # 0000563189
--- ITEM --- QTY    PRICE MEMO  PLU
ROAST BEEFfr  1  TD$  5.00$5FTLNG10221
DRK-44oz      1  T $  2.20     10005
RST CHICK fr  1  T $  5.00     14735
DRK-44oz      1  T $  2.20     10005
                    -----------
SUBTOTAL    $        14.40
Sales Tx    $         0.86
TaxD        $         0.00

TAKE-OUT **TOTAL $   15.26
CredCardAMT TEND $   15.26

CHANGE DUE$           0.00

Thank you for making Subway
the World's Best Sandwich!

Approval No: 676194
Reference No: 676194
Account No: ************6965
Card Issuer: MASTERCARD
  Amount: $15.26


Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie.  Keep your receipt and write
your unique coupon code
here

  : Order ID: 03R.3SPO
```

**Receipt 4 (bottom right - credit card):**

```
TERAGCA ASIAN BISTRO
155 BEDFORD STREET
STAMFORD, CT 06901

07/07/2011                  21:56:14
Merchant ID:       000000000583710
Terminal ID:              00976756
2060519618

            CREDIT CARD

            AMEX SALE

CARD #              XXXXAXXXXXX1005
INVOICE                      0024
Batch #:                   001118
SERVER                       0012
Approval Code:             546890
Entry Method:              Swiped
Mode:                      Online

PRE-TIP AMT                 $36.36

TIP


TOTAL AMOUNT


            CUSTOMER COPY
```

NEW YORK LAGUARDIA AP

## RR 145243044 #01
## DEBORAH BAILEY

VEHICLE: 01293 / 2873859
09RAV4   LIC: WA 333ZFS

CDP: 00097   -AAA NEW YORK

RES: F0134934840 /TMDD / F
COMPLETED BY: 6586 /NYLGA10

RENTED:   E 64TH ST MANHATTAN
RENTAL:   02/07/11  11:05
RETURN:   02/08/11  08:01
RETURNED: NEW YORK LAGUARDIA AP

PLAN IN:   TMDD
PLAN OUT:  TMDD          RATE CLASS: F

MILES IN:   45925   TR-X MILES
MILES OUT:  45829   MILES ALLOWED
MILES DRIVEN: 96   MILES CHARGED

| | | | | |
|---|---|---|---|---|
| DAYS | 1 @ $ | 63.81 / DAY | $ | 63.81 |
| SUBTOTAL 1 | | | $ | 63.81 |
| DISCOUNT - | R 10 % | | $ | 6.38 |
| SUBTOTAL 2 | | | T$ | 57.43 |
| LDW | DECLINED | | | |
| LIS | DECLINED | | | |
| PAI, PEC | DECLINED | | | |
| FUEL & SVC $ .428/MI | $ 8.99/GL | | T$ | 41.09 |
| TAX 19.875% ON | 98.52 | | $ | 19.58 |
| NET DUE | | | $ | 118.10 |
| PAID BY | AMX | XXXXXXXXXXX1005 | | |

### HOW WAS YOUR EXPERIENCE?
### WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM

2) Enter Access Code:  01953

3) Take Brief 4 Question Survey

### WANT TO BUY A HERTZ CAR?
Go To: WWW.HERTZCARSALES.COM or
Call: 1-888-674-3309

### QUESTION?
Visit WWW.HERTZ.COM or
Call 1-800-654-4173

THANK YOU FOR RENTING FROM
## HERTZ

---

# Hertz   #01RN   RR 144027376
## DEBORAH BAILEY                    CC
VEHICLE  01498 / 7074990
CLS C4  NVLY        09CORX  LIC: GA ARN0827

COP:  00097  · AAA NEW YORK

RES  00000000099
PREPARED BY: 1092/NYMAN10
COMPLETED BY: 9580/NYMAN10
RENTED: 02/04/11  11:00 @ E 48TH ST MANHATTAN
RETURN: 02/04/11  20:10 @ E 48TH ST MANHATTAN

PLAN IN:   MCLE
PLAN OUT:  MCLE          RATE CLASS:  C

MILEAGE IN   45093        TR-X MILES
MILEAGE OUT  44995        MILES ALLOWED
MILES DRIVEN   98         MILES CHARGED

| | | | | |
|---|---|---|---|---|
| DAYS | 1 @ $ | 99.49/ DAY | $ | 99.49 |
| SUBTOTAL 1 | | | $ | 99.49 |
| DISCOUNT - R | 10% | | $ | 9.95 |
| SUBTOTAL 2 | | | T$ | 89.54 |
| LDW | DECLINED | | | |
| LIS | DECLINED | | | |
| PAI, PEC | DECLINED | | | |
| FUEL & SERVICE $ .333PER MILE | $ 8.99PER GAL | | T$ | 32.63 |
| TAX | 19.875% ON TAXABLE TTL OF $ | 122.17 | $ | 24.29 |
| CHARGED ON AMX | XXXXXXXXXXX1005 | | $ | 146.46 |
| RENT FP AMX | XXXXXXXXXX1005 | | | |

### HOW WAS YOUR EXPERIENCE?
### WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1595, or
   Visit WWW.HERTZSURVEY.COM

2) Enter Access Code: 01950

3) Take Brief 4 Question Survey

### WANT TO BUY A HERTZ CAR?

Go To: WWW.HERTZCARSALES.COM or
Call: 1-888-674-3309

STATEMENT OF CHARGES - NOT VALID FOR RENTAL




```
1 ♡ NEW YORK
HACK #   00395919
MED #        2N87
TRIP #       3854
DATE: 02/06/2011
START TIME 15:09
END TIME   15:34
RATE No.        1
STAND. CITY RATE
MILES R1     3.60
FARE1 $     14.90
ST. SUR      0.50
Tip/Other    3.72
GR.TOT.     19.12

Contact TLC Dial
     3-1-1

CARDNUMBER: 1005
AUTHOR.: 545663
```

```
>>Return>> RA Document 700437264          Rate 2A/B    2 DY  0 HR
RESERVATION #  42550317-US-4B             0 Mi @        .00  =
CA## 5 3 2 4 4 0 5 4  Car Group B         0 HR @      63.00  =
SIL CHEV  HHR 4DR MA 613KC5               2 DY @      83.99  =      167.98
                                          0 WK @     419.95  =

BAILEY.DEBORAH                            2A/B    155Fm
                                          Discount   5.0%     - =        8.40
AWD# = G730600                            TIME & MILEAGE         =      159.58
                                          Gas Service Option     + =      58.59
Out EAST 64TH ST.  NY  10FEB11/0841       $10.00EXTENSION FEE    + =      10.00
In  LAGUARDIA APO  NY  12FEB11/0816       Subtotal               =      228.17
Miles-Out 11486     Miles-In 11641        Tax  19.875%          + =       45.35
Miles Driven  155   Fuel In 8/8           Total Charges          =      273.52
Method of pay =  CLUB                     AMOUNT DUE   CV   USD  =      273.52
AMEX XXXXXXXXXX1054


The amount that appears in "Amount Due" has been billed to your AMEX Card.
All charges are subject to audit and change if any errors are found.
For local inquiries call 212-593-8363.  Thank you for renting from Avis.

9308/C755/11043/08:16/0
```

