**Exhibit C**

**Invoice**



# Invoice

April 12, 2011

To:

John. J. Carney as Receiver
Receivership Estate in re SEC v. Illarramendi et al
C/O Baker Hostetler
45 Rockefeller Plaza, 11th Floor
New York, NY 10111

Re:

---

| | |
|---|---:|
| For services rendered as detailed in the First Fee Application of Deborah Hicks Midanek as Business Advisor to Receiver in re SEC v. Illarramendi for Application Period February 3, 2011 to March 31, 2011: | $51,925.50 |
| Expenses incurred: | 818.50 |
| **Total Due Upon Approval of the Court:** | **$52,744.00** |

**Solon Wire Instructions**
Citibank, N. A.
Branch 177
ABA 021000089
Account 5912420
For account Solon Group, Inc.