UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　　　　Defendants,<br><br>and<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br>**Certificate of Service** |

I hereby certify that on August 23, 2011, the 1) NOTICE OF RECEIVER'S MOTION TO SET BAR DATE FOR CLAIMS AGAINST THE RECEIVERSHIP ESTATE AND TO APPROVE CLAIM FORM AND NOTICE PROCEDURES 2) RECEIVER'S MOTION TO SET BAR DATE FOR CLAIMS AGAINST THE RECEIVERSHIP ESTATE AND TO APPROVE CLAIM FORM AND NOTICE PROCEDURES and 3)THE PROPOSED ORDER were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system Parties may access this filing through the Court's CM/ECF System.

Dated: August 23, 2011

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Ona T. Wang (ct27836)