**Exhibit A**

**Invoice**

# Criterion Advisors, LLC
## Invoice Summary

Time Period of Services:          01/20/11 - 02/03/11

| **Client Information** | |
|---|---|
| Client: | Judge Janet Bond Arterton |
| Court: | Connecticut District Court |
| Case Name: | SEC v. Illaremendi et al. |
| **Timekeeper Information** | |
| Timekeeper Name: | Victor E. Mandel |
| Timekeeper Title: | Court Appointed Business Advisor |
| Timekeeper Total Hours: | 174.6 |
| Timekeeper Rate per Hour: | $500 |
| Timekeeper Total Billings: | $85,050 |

| | |
|---|---:|
| Timekeeper Total Billings* | $85,050 |
| Expenses** | $2,187 |
| **Invoice Total** | $87,237 |
| **Balance Due** | **$87,237** |

**Please remit to: Criterion Advisors, LLC**
**EIN #20-1960906**

**Wiring Instructions**
Bank Name: Charles Schwab Bank
City/State: Reno, NV
Routing transit number: 121202211
Account number: 60447245
Account title: Criterion Advisors, LLC

\* Billing detail provided on next pages.
\*\* Please note that expenses may be invoiced 30-90 days after incurred.

# Criterion Advisors, LLC

## Billing Detail for Victor E. Mandel

| Date | Description | Billable Hours | Hourly Rate | Total Dollars |
|---|---|---|---|---|
| 1/20/11 | Debrief on 1/21 Court Hearing with Counsel | 1.6 | 500 | 800.00 |
| 1/20/11 | Trip #1 - Travel to New Haven from DC | 6.0 | 250 | 1,500.00 |
| 1/21/11 | Court Hearing & post hearing discussions with defense and SEC Counsel | 5.1 | 500 | 2,550.00 |
| 1/21/11 | Draft response to court request for valuation of fund | 1.5 | 500 | 750.00 |
| 1/21/11 | Preliminary review and analysis of MK financial materials | 5.4 | 500 | 2,700.00 |
| 1/21/11 | Preparations and outline of 2/24 Court Report | 2.4 | 500 | 1,200.00 |
| 1/22/11 | Continued research and analysis for 2/24 Court Report | 1.0 | 500 | 500.00 |
| 1/22/11 | Review and analysis of A&P SEC production documents | 5.5 | 500 | 2,750.00 |
| 1/22/11 | Review and analysis of Draft Assets, Investor Subscriptions & Letters, Consent Letter from SEC | 0.9 | 500 | 450.00 |
| 1/22/11 | Review and analysis of Proterra documents including financial statements | 2.1 | 500 | 1,050.00 |
| 1/22/11 | Review and analysis of STLF Offering Memo and MK Org Chart, PPM and BS from MK | 0.4 | 500 | 200.00 |
| 1/22/11 | All-parties call (including preparation for same) | 2.3 | 500 | 1,150.00 |
| 1/22/11 | Interview with MK management re operations | 2.5 | 500 | 1,250.00 |
| 1/22/11 | Proterra due diligence call | 3.9 | 500 | 1,950.00 |
| 1/22/11 | Nuscale due diligence analysis | 1.0 | 500 | 500.00 |
| 1/23/11 | Review and analysis of Proterra investor presentation | 0.8 | 500 | 400.00 |
| 1/23/11 | Review and analysis of STLF and SOF documents | 3.6 | 500 | 1,800.00 |
| 1/23/11 | Review and analysis of Nuscale investor presentation | 1.9 | 500 | 950.00 |
| 1/23/11 | Conference call with Proterra | 1.4 | 500 | 700.00 |
| 1/23/11 | Conference call with NuScale | 1.0 | 500 | 500.00 |
| 1/23/11 | Presentation to all investors and preparation for same | 1.3 | 500 | 650.00 |
| 1/23/11 | Update conference call with all parties | 0.9 | 500 | 450.00 |
| 1/23/11 | Analysis for and drafting of January 24, 2011 Court Report | 3.8 | 500 | 1,900.00 |
| 1/23/11 | Interviews with investors and preparation for same | 1.3 | 500 | 650.00 |
| 1/24/11 | Analysis for and drafting of January 24, 2011 Court Report | 2.7 | 500 | 1,350.00 |
| 1/24/11 | Attend and testify at Court Hearing | 5.1 | 500 | 2,550.00 |
| 1/24/11 | Conference with Counsel re Court session | 0.7 | 500 | 350.00 |
| 1/24/11 | Review and outline of court assignment for February 2, 2011 Court Report | 1.0 | 500 | 500.00 |
| 1/24/11 | Discussion with Counsel to investors re private equity portfolio | 1.6 | 500 | 800.00 |
| 1/25/11 | Interview SEC examiners | 3.2 | 500 | 1,600.00 |
| 1/25/11 | Conference call with Proterra | 0.6 | 500 | 300.00 |
| 1/25/11 | Conference call with Alvarez | 1.0 | 500 | 500.00 |
| 1/25/11 | Preparation of private equity company due diligence package for majority investor counsel | 1.2 | 500 | 600.00 |
| 1/25/11 | Review and analysis of currency arbitrage trades | 1.4 | 500 | 700.00 |
| 1/25/11 | Review and analysis of McFarlane declaration | 0.4 | 500 | 200.00 |
| 1/25/11 | Review and analysis of MK financial documents | 3.0 | 500 | 1,500.00 |
| 1/25/11 | Discussion with MK management | 1.8 | 500 | 900.00 |
| 1/26/11 | Preparation for and interview with SEC examiners | 3.7 | 500 | 1,850.00 |
| 1/26/11 | Conference call with majority investor Counsel | 0.3 | 500 | 150.00 |
| 1/26/11 | Prepare for, attend, and testify at telephonic Court Hearing | 2.5 | 500 | 1,250.00 |
| 1/26/11 | Conference call with Proterra to discus next steps from Court Hearing | 0.6 | 500 | 300.00 |
| 1/26/11 | Due diligence on MK Emergency Order Request | 1.5 | 500 | 750.00 |
| 1/26/11 | Review of SEC asset freeze order | 0.4 | 500 | 200.00 |
| 1/26/11 | Analysis of various documents regarding Venezuelan investments | 3.3 | 500 | 1,650.00 |
| 1/27/11 | Review of Order re asset freeze | 0.8 | 500 | 400.00 |
| 1/27/11 | Review and analysis of Cheyne Fund documents | 1.8 | 500 | 900.00 |
| 1/27/11 | Review and analysis of MK Budget for Emergency Order Request | 3.5 | 500 | 1,750.00 |
| 1/27/11 | Conference call with MK CFO | 1.2 | 500 | 600.00 |
| 1/27/11 | Review and analysis of Habeck Declaration | 0.3 | 500 | 150.00 |
| 1/27/11 | Attend and tesify at Court telephonic hearing | 2.3 | 500 | 1,150.00 |
| 1/27/11 | Proterra conference call | 0.2 | 500 | 100.00 |
| 1/27/11 | Conference call with SEC | 0.5 | 500 | 250.00 |
| 1/27/11 | Conference call with majority investor Counsel | 0.5 | 500 | 250.00 |
| 1/28/11 | Review and analysis of SEC draft Receivership Order | 2.2 | 500 | 1,100.00 |
| 1/28/11 | Analysis for Supplemental Emergency Request | 0.8 | 500 | 400.00 |
| 1/28/11 | Prepare February 2, 2011 Court Report | 3.5 | 500 | 1,750.00 |

| Date | Description | Billable Hours | Hourly Rate | Total Dollars |
|---|---|---|---|---|
| 1/28/11 | Review and analysis of Bolivar loan portfolio and documentation | 1.2 | 500 | 600.00 |
| 1/28/11 | Analyze Cheyne investments | 0.6 | 500 | 300.00 |
| 1/29/11 | Prepare for conference call with minority investors | 2.1 | 500 | 1,050.00 |
| 1/29/11 | Review of SEC draft Receivership Order | 1.3 | 500 | 650.00 |
| 1/29/11 | Proterra analysis and due diligence | 1.2 | 500 | 600.00 |
| 1/29/11 | Due Diligence with defense Counsel | 0.7 | 500 | 350.00 |
| 1/29/11 | Draft February 2, 2011 Court Report | 3.2 | 500 | 1,600.00 |
| 1/29/11 | NuScale analysis and due diligence | 1.1 | 500 | 550.00 |
| 1/30/11 | Conference calls and debriefing with Receiver candidates | 2.5 | 500 | 1,250.00 |
| 1/30/11 | Conference call with majority investors | 0.7 | 500 | 350.00 |
| 1/30/11 | Conference call at minority investors | 0.3 | 500 | 150.00 |
| 1/30/11 | Review of Receivership Order | 0.4 | 500 | 200.00 |
| 1/30/11 | Analysis of investor issues | 2.6 | 500 | 1,300.00 |
| 1/30/11 | Draft February 2, 2011 Court Report | 1.9 | 500 | 950.00 |
| 1/31/11 | All-parties conference call | 2.7 | 500 | 1,350.00 |
| 1/31/11 | Conference calls and debrief with Receiver candidates | 2.1 | 500 | 1,050.00 |
| 1/31/11 | Preparation and conference call with SEC | 0.9 | 500 | 450.00 |
| 1/31/11 | Conference call with Proterra | 1.3 | 500 | 650.00 |
| 1/31/11 | Review and analysis of financial documents and conference call with Nuscale | 1.7 | 500 | 850.00 |
| 1/31/11 | Conference call with BCINet | 2.1 | 500 | 1,050.00 |
| 1/31/11 | Conference call with CT Court | 0.1 | 500 | 50.00 |
| 1/31/11 | Analysis of Bolivar Loan Portfolio | 0.8 | 500 | 400.00 |
| 1/31/11 | Analysis of Cheyne positions | 0.3 | 500 | 150.00 |
| 2/1/11 | Draft February 2, 2011 Court Report | 5.5 | 500 | 2,750.00 |
| 2/1/11 | Conference calls and debriefing with Receiver candidates | 2.1 | 500 | 1,050.00 |
| 2/1/11 | Preparation for and conference call with investors | 0.9 | 500 | 450.00 |
| 2/1/11 | Conference call with Proterra | 0.8 | 500 | 400.00 |
| 2/1/11 | Review and analysis of financial documents and conference call with Nuscale | 0.2 | 500 | 100.00 |
| 2/1/11 | Conference call with BCINet | 0.5 | 500 | 250.00 |
| 2/1/11 | Conference call with MK | 1.1 | 500 | 550.00 |
| 2/1/11 | Conference call with SEC | 0.6 | 500 | 300.00 |
| 2/2/11 | Draft February 2, 2011 Court Report | 1.5 | 500 | 750.00 |
| 2/2/11 | Conference call with BCINet | 0.5 | 500 | 250.00 |
| 2/2/11 | Attend and testify at Court Hearing | 9.0 | 500 | 4,500.00 |
| 2/2/11 | Trip #3 - Travel from New Haven to DC | 3.0 | 250 | 750.00 |
| 2/3/11 | Prepare for, attend, and testify at Court Hearing | 3.2 | 500 | 1,600.00 |
| 2/3/11 | Development of fee proposal as requested by court | 2.0 | 500 | 1,000.00 |
| 2/3/11 | Conference calls and debriefing with Receiver candidates | 0.7 | 500 | 350.00 |
| | TOTAL | 174.6 | | 85,050.00 |

# Criterion Advisors, LLC

| Expenses | |
|---|---:|
| **Trip #1: Travel to New Haven to testify at hearing 1/20/11-1/21/11** | |
| Amtrak | $147.00 |
| USAIRWAYS 037241726751NEW YORK NY | $335.70 |
| ROLY POLY - 129 CHURNEW HAVEN CT | $9.28 |
| OMNI HOTELS NEW HAVENEW HAVEN CT | $222.88 |
| Taxi in DC to Train Station | $20.00 |
| Taxi in DC from Train Station | $20.00 |
| Total Expenses | $754.86 |
| | |
| **Trip#2: Travel to New Haven to testify at hearing 1/24/11** | |
| USAIRWAYS 037241756007NEW YORK NY | 335.70 |
| USAIRWAYS 037241748051NEW YORK NY | 335.70 |
| Taxi in DC to Airport | 25.00 |
| Taxi in DC from Airport | $25.00 |
| Total Expenses | $721.40 |
| | |
| **Trip#3: Travel to New Haven to testify at hearing 2/01/11-2/02/11** | |
| METRO-NORTH TVM 877-886-6677 NY | 14.00 |
| OMNI HOTELS NEW HAVENEW HAVEN CT | 208.32 |
| ROLY POLY - 129 CHURNEW HAVEN CT | 6.63 |
| US AIRWAYS PHOENIX AZ | 195.70 |
| AMTRAK INTERNET DC | 232.00 |
| Taxi in DC to Train Station | 20.00 |
| Taxi in New Haven from Train to Hotel | 9.00 |
| Taxi in DC from Airport | $25.00 |
| Total Expenses | $710.65 |
| | |
| **Grand Total** | **2,186.91** |