Exhibit B

**Certification by Applicant**

I, Victor Mandel, as Applicant and Certifying Professional, do certify that:

    (a)    the Certifying Professional has read the Application;

    (b)    to the best of the Applicant's knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate and comply with the Billing Instructions (with any exceptions specifically noted in the Certification and described in the Application);

    (c)    all fees contained in the Application are based on the rates listed in the Applicant's fee schedule attached hereto and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed;

    (d)    the Applicant has not included in the amount for which

    (e)    reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission); and,

    (f)    in seeking reimbursement for a service which the Applicant justifiably

    (g)    purchased or contracted for from a third party (such as copying, imaging bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), the Applicant requests reimbursement only for the amount billed to the Applicant by the third party vendor and paid by the Applicant to such vendor. If such services are performed by the receiver, the receiver will certify that it is not making a profit on such reimbursable service.

_Victor Mandel_

Victor E. Mandel

Criterion Advisors, LLC

June 15, 2011

503612212

9