UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE
COMMISSION,
                           Plaintiff,

v.

FRANCISCO ILLARRAMENDI and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,
                           Defendants,

and

MICHAEL KENWOOD ASSET
MANAGEMENT, LLC, MK ENERGY AND
INFRASTRUCTURE, LLC, and MKEI SOLAR,
LP,
                           Relief Defendants.

11-CV-00078 (JBA)


**Certificate of Service**


I hereby certify that on August 24, 2011, the  Victor Mandel Fee Application was filed
electronically and served by mail on anyone unable to accept electronic filing.  Notice of this
filing was sent by email to all parties by operation of the Court's electronic filing system.  Parties
may access this filing through the Court's CM/ECF System.


Dated:  August 24, 2011                           _____/s/_____
                                                          Ona T. Wang (ct27836)