UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>Defendants.<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, MKEI SOLAR, LP<br><br>Relief Defendants. | 11-CV-00078 (JBA)<br><br>ECF CASE<br><br>NOTICE OF AMENDMENT |

### NOTICE OF AMENDMENT TO PROPOSED ORDER GRANTING RECEIVER'S <u>MOTION TO SET BAR DATE</u>

**PLEASE TAKE NOTICE** that, on August 23, 2011, John J. Carney, Esq., the Court-appointed receiver (the "Receiver") in the above-captioned case, filed a Motion to Set Bar Date For Claims Against the Receivership (Docket No. 315) (the "Bar Date Motion");

**PLEASE TAKE FURTHER NOTICE** that the Receiver hereby presents this amended proposed order ("Amended Order") amending the proposed order to the Bar Date Motion;

**PLEASE TAKE FURTHER NOTICE** that this Amended Order modifies the Notice and Proof of Claim Form appended as <u>Schedule 1</u> to the originally proposed order.

Dated: New York, New York  
August 24, 2011

BAKER & HOSTETLER LLP

By: ____/s/_____  
Ona T. Wang  
Baker & Hostetler LLP  
45 Rockefeller Plaza, 11th Floor  
New York, NY 10111  
owang@bakerlaw.com  
Tel: (212) 589-4200  
Fax: (212) 589-4201  
Counsel to the Receiver

*Attorney for the Receiver*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>　　　　　Defendants.<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, MKEI SOLAR, LP<br><br>　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br>ECF CASE |

### ORDER GRANTING RECEIVER'S MOTION TO SET BAR DATE FOR CLAIMS AGAINST THE RECEIVERSHIP ESTATE AND TO APPROVE CLAIM FORM AND NOTICE PROCEDURES

Upon the motion dated August 23, 2011 (the "Bar Date Motion" or "Motion")[1] of John J. Carney, Esq., the Court-appointed receiver (the "Receiver") in the above-captioned case, to set November 30, 2011 at 5:00 p.m. prevailing Eastern Time as the deadline for filing claims (the "Bar Date") against assets possessed by entities administered by the Receiver (collectively, the "Receivership" or the "Receivership Estate"), to approve procedures for setting supplemental bar dates, and to approve the Notice and Proof of Claim Form and notice procedures established

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

herein, and due and proper notice of the Bar Date Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having reviewed the Bar Date Motion and determined that the bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the relief requested in the Bar Date Motion is granted in its entirety; and it is further

**ORDERED** that the Notice and Proof of Claim Form attached hereto as <u>Schedule 1</u> is approved; and it is further

**ORDERED** that claims against any of the entities or assets administered by the Receiver (the "Receivership") must be asserted using the Notice and Proof of Claim Form; and it is further

**ORDERED** that the Notice and Proof of Claim Form must be received by the Receiver at the following address:

> Michael Kenwood Group Receivership
> C/O FTI Consulting
> 3 Times Square
> New York, NY 10036

or submitted via email in PDF format to the following email address:

> MKGReceivership@fticonsulting.com;

and it is further

**ORDERED** that untimely claims may be barred by the Receiver from any distribution of Receivership assets until expenses of administering the Receivership Estate and all timely allowed claims are paid in full; and it is further

**ORDERED** that claims against the Receivership Entities (as defined below) will be deemed untimely unless the claimant's Notice and Proof of Claim Form is actually received by the Receiver before November 30, 2011 at 5:00 p.m. prevailing Eastern Time. The

"Receivership Entities" are:

    Highview Point Partners, LLC
    The Michael Kenwood Group, LLC
    Michael Kenwood Capital Management, LLC
    MK Automotive, LLC
    MK Investments, Ltd.
    MK Technology, LLC
    Michael Kenwood Consulting, LLC
    MK International Advisory Services, LLC
    MKG-Atlantic Investments, LLC
    Michael Kenwood Nuclear Energy, LLC
    MyTcart, LLC
    TUOL, LLC
    MKCM Merger Sub, LLC
    MK Special Opportunity Fund, Ltd.
    MK Venezuela, Ltd.
    Short Term Liquidity Fund I, Ltd.
    Michael Kenwood Asset Management, LLC
    MK Energy and Infrastructure, LLC
    MKEI Solar, LP
    MK Master Investments LP
    MK Investments, Ltd., and
    MK Oil Ventures LLC;

and it is further

**ORDERED** that claims against any entity added to the Receivership after the date of this Order (such entity, a "New Receivership Entity") will be deemed untimely 60 days following the Receiver's mailing of a notice of the New Receivership Entity's addition to the Receivership, such notice to be served upon parties believed by the Receiver to have a claim against or interest in such New Receivership Entity; and it is further

**ORDERED** that the names of the Receivership Entities and New Receivership Entities shall be published to the Receiver's website at (www.michaelkenwoodgroupreceivership.com or the "Receivership Website"), and that publication of the names of such entities on the Receivership Website, combined with mailing notice to all parties believed by the Receiver to have a claim or interest in a New Receivership Entity, shall constitute adequate notice of the Bar

3

Date and other deadlines and provisions effectuated by this Order as to parties that may hold an interest in any New Receivership Entity; and it is further

**ORDERED** that the publication notice attached hereto as <u>Schedule 2</u> (the "Publication Notice") is hereby approved, and that publication of the Publication Notice or a substantially similar notice in the *Wall St. Journal*, National Edition, and a Venezuelan paper of record (such as *El Universal*) before November 1, 2011 shall be deemed sufficient and adequate notice of the Bar Date and of the provisions of this Order to all parties that may hold claims against the Receivership Entities; and it is further

**ORDERED** that the Receiver is authorized to pay expenses incurred by publication of the Publication Notice to alert unknown claimholders of the Bar Date, the provisions of this Order, and of their opportunity to file a claim in this matter; and it is further

**ORDERED** that to the extent the Receiver seeks to disallow, reduce, or otherwise object to any timely claim, a schedule of allowed and disallowed claims shall be filed with this Court; and it is further

**ORDERED** that parties may object to the Receiver's determination of their claim by filing an objection with this Court; and it is further

**ORDERED** that the Court retains jurisdiction to enforce and implement the terms and provisions of this Order.


Dated: August __, 2011

_____
THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE

# SCHEDULE 1

## NOTICE AND PROOF OF CLAIM FORM

### UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 1:11-cv-00078<br><br>Honorable Janet B. Arterton |

## NOTICE OF BAR DATE FOR ASSERTING CLAIMS AND PROOF OF CLAIM FORM INSTRUCTIONS

YOU ARE RECEIVING THIS NOTICE BECAUSE YOU ARE A PERSON OR ENTITY WHO MAY POTENTIALLY HAVE A CLAIM IN THIS MATTER BECAUSE OF YOUR AFFILIATION AND/OR BUSINESS RELATIONSHIP WITH ONE OF THE ENTITIES LISTED HEREIN. ENCLOSED YOU WILL FIND A CLAIM/INTEREST FORM (A "PROOF OF CLAIM") TO BE USED IN ASSERTING A CLAIM AGAINST ANY OF THE FOLLOWING ENTITIES (THE "RECEIVERSHIP ENTITIES"):

  Highview Point Partners, LLC
  The Michael Kenwood Group, LLC
  Michael Kenwood Capital Management, LLC
  MK Automotive, LLC
  MK Investments, Ltd.
  MK Technology, LLC
  Michael Kenwood Consulting, LLC
  MK International Advisory Services, LLC
  MKG-Atlantic Investments, LLC
  Michael Kenwood Nuclear Energy, LLC
  MyTcart, LLC
  TUOL, LLC
  MKCM Merger Sub, LLC
  MK Special Opportunity Fund, Ltd.
  MK Venezuela, Ltd.
  Short Term Liquidity Fund I, Ltd.

      Michael Kenwood Asset Management, LLC
      MK Energy and Infrastructure, LLC
      MKEI Solar, LP
      MK Master Investments LP
      MK Investments, Ltd., and
      MK Oil Ventures LLC.

YOU SHOULD FILE THIS PROOF OF CLAIM TO REPORT ANY CLAIM YOU MAY HAVE AGAINST ANY OF THE RECEIVERSHIP ENTITIES.

YOU SHOULD FILE THIS PROOF OF CLAIM TO REPORT ANY EQUITY INTEREST YOU ASSERT YOU MAY HAVE IN ANY OF THE RECEIVERSHIP ENTITIES.

YOUR ASSERTION OF A CLAIM OR INTEREST IN ANY OF THE RECEIVERSHIP ENTITIES SHOULD INCLUDE, BUT NOT BE LIMITED TO, ANY CLAIM FOR SERVICES PROVIDED AND/OR GOODS SOLD AS WELL AS ANY MONIES PAID TO ANY OF THESE ENTITIES FOR LOAN OR INVESTMENT PURPOSES.

IT IS VERY IMPORTANT THAT YOU COMPLETELY AND ACCURATELY FILL OUT THIS FORM AND FILE IT BY RETURNING IT WITH SUPPORTING DOCUMENTS ON OR BEFORE 5:00 P.M. EASTERN TIME ON NOVEMBER 30, 2011 (THE "BAR DATE") TO THE COURT-APPOINTED RECEIVER AT THE FOLLOWING MAILING OR EMAILING ADDRESSES:

      Michael Kenwood Group Receivership
      C/O FTI Consulting
      3 Times Square
      New York, NY 10036
      MKGReceivership@fticonsulting.com (PDF FORMAT ONLY)

IN CALCULATING THE AMOUNT OF YOUR CLAIM, PLEASE INCLUDE ONLY THE PRINCIPAL AMOUNT OWED TO YOU OR INVESTED BY YOU LESS ALL CREDITS, OFFSETS, AND PAYMENTS RECEIVED BY YOU. DO NOT ADD ANY INTEREST, PENALTIES, OR OTHER CHARGES.

SHOULD YOU FAIL TO RETURN THIS PROOF OF CLAIM FORM TO THE RECEIVER ON OR BEFORE 5:00 P.M. EASTERN TIME ON NOVEMBER 30, 2011, YOUR ASSERTION OF A CLAIM OR INTEREST AGAINST ANY OF THE RECEIVERSHIP ENTITIES MAY BE DISALLOWED, MEANING THAT YOU WILL NOT RECEIVE ANY DISTRIBUTION OR PAYMENTS.

YOU MAY DETERMINE THE NAMES OF ANY RELATED ENTITIES THAT HAVE BEEN ADDED TO THE RECEIVERSHIP, OBTAIN A PROOF OF CLAIM FORM, AND REVIEW OTHER INFORMATION ABOUT THE RECEIVERSHIP BY VISITING THE RECEIVERSHIP WEBSITE AT: www.michaelkenwoodgroupreceivership.com.

PLEASE NOTE THAT ALL CLAIM / INTEREST FORMS SUBMITTED ARE SUBJECT TO REVIEW AND OBJECTION BY THE RECEIVER AND THE SUBMISSION OF A CLAIM FORM DOES NOT GUARANTEE ALLOWANCE OF YOUR CLAIM AND/OR INTEREST.

IF YOUR MAILING ADDRESS OR EMAIL ADDRESS CHANGES AFTER SUBMITTING THIS FORM TO THE RECEIVER, PLEASE NOTIFY THE RECEIVER OF YOUR NEW ADDRESS AS SOON AS POSSIBLE. IT IS YOUR RESPONSIBILITY TO KEEP THE RECEIVER ADVISED OF YOUR CURRENT ADDRESS.

DUE TO THE POTENTIALLY LARGE NUMBER OF CLAIMS IN THIS MATTER AND THE NEED TO THOROUGHLY VERIFY EACH ONE, THE PROCESS OF COLLECTING, EVALUATING, AND PRESENTING ALL RELEVANT INFORMATION TO THE COURT MAY BE LENGTHY. YOU CAN FACILITATE THE PROCESS BY FOLLOWING THE INSTRUCTIONS CONTAINED ON THE PROOF OF CLAIM FORM CLOSELY, EXPLAINING ALL RELEVANT INFORMATION AS CLEARLY AS POSSIBLE, AND INCLUDING ALL DOCUMENTS THAT WILL VALIDATE YOUR CLAIM.

ONCE ALL COMPLETED PROOF OF CLAIM FORMS HAVE BEEN PROCESSED, THE RECEIVER WILL MAKE A RECOMMENDATION TO THE COURT CONCERNING THE AMOUNT EACH CLAIMANT IS OWED OR NOT OWED. THE RECOMMENDATION WILL BE BASED ON THE INFORMATION CONTAINED IN THE PROOF OF CLAIM FORMS RECEIVED, INFORMATION OTHERWISE ACQUIRED BY THE RECEIVER, AND INFORMATION KNOWN BY OR PROVIDED TO THE COURT.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE USE THE CONTACT INFORMATION BELOW:

      PHONE: 646-485-0566
      EMAIL: MKGReceivership@fticonsulting.com

PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP

Claimant name:_____

Other Entity name(s) (if different from Claimant name):_____

Address:_____

Email:_____

Telephone number:_____

Social Security Number or Tax ID:_____

Contact name (including Counsel):_____

Address:_____

Email:_____

Telephone number:_____

Indicate entity against which you assert an amount owed by checking the appropriate box below. (Check only one entity per form).

☐ The Michael Kenwood Group, LLC  ☐ MK Technology, LLC  ☐ TUOL, LLC
☐ Michael Kenwood Capital Management, LLC  ☐ Michael Kenwood Consulting, LLC  ☐ MKCM Merger Sub, LLC
☐ Michael Kenwood Asset Management, LLC  ☐ MK International Advisory Services, LLC  ☐ MK Special Opportunity Fund, Ltd.
☐ MK Energy and Infrastructure, LLC  ☐ MKG-Atlantic Investment, LLC  ☐ MK Venezuela, Ltd.
☐ MKEI Solar, LP  ☐ Michael Kenwood Nuclear Energy, LLC  ☐ Short Term Liquidity Fund I, Ltd.
☐ MK Automotive, LLC  ☐ MyTcart, LLC  ☐ Highview Point Partners, LLC
☐ MK Investments, Ltd.  ☐ MK Oil Ventures LLC  ☐ Other: _____ (attach explanation)
☐ MK Master Investments LP

1. **Claim for money balances:**

a. The Entity owes me a Credit (Cr.) Balance of   $_____

b. I owe the Entity a Debit (Dr.) Balance of   $_____

2. Please check all boxes that apply to you and provide the requested information at the end of this Proof of Claim Form or attach separate sheets:

☐ Former Employee.
Former employees of the Michael Kenwood Group, its affiliated entities and funds, and/or Highview Point Partners, LLC who have past due obligations. Please provide all documents evidencing employment.

☐ Trade Creditor.
Claimants who did business with the Michael Kenwood Group, its affiliated entities and funds, and/or Highview Point Partners, LLC on credit (including consultants, professionals, contractors, and advisors) and have past due payments. Please provide all documents evidencing such an arrangement.

☐ Unsecured Lenders.
Lenders whose loans and other obligations to the Michael Kenwood Group, its affiliated entities and funds, and/or Highview Point Partners, LLC were not secured by collateral. Please explain the nature of the obligations, the facts giving rise to the obligation, and all documents evidencing the same.

☐ Secured Lenders.
Lenders whose loans and other obligations to the Michael Kenwood Group, its affiliated entities and funds, and/or Highview Point Partners, LLC were secured by collateral. Please explain the nature of the obligation, the facts giving rise to the obligation, a description of the collateral, and all documents evidencing the same.

☐ Fund or Entity Investors.
Claimants who invested money with Michael Kenwood Group, its affiliated entities and funds, and/or Highview Point Partners, LLC and have not been fully reimbursed. Please provide all documents evidencing such an arrangement.

☐ Taxing and Other Governmental Authorities.
Federal, state, or local taxing or other governmental authorities to which the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC has an outstanding obligation. Please provide all documents evidencing such obligations.

☐ Other.
Please explain the nature of the obligation, the facts giving rise to the obligation, the amount owed, the date the obligation arose, and all documents evidencing the same.

_____

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your proceeds to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to your claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the entity, proof of wire transfers, etc.) of your deposits of cash or securities with the entity from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the entity.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS PROVIDED TO RECEIVER WILL NOT BE RETURNED AND MAY BE DESTROYED AFTER SCANNING.

**PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP**

3. Additional information/questions (if response does not fit in allotted space, please attach additional pages):

a. List any and all lawsuits or other legal proceedings you have participated in related to these cases. Please provide the name and case number of the lawsuit or proceeding, the name of your attorney, and the filing location.
   _____
   _____

b. If you decided to invest any monies or other items of value with the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC but were unable to actually complete the transaction, please provide any and all information related to such an attempt.
   _____
   _____

c. How did you learn about the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC?
   _____
   _____

d. Did you cause anyone else to deposit funds or invest with the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? If so, please list their names and contact information.
   _____
   _____

e. Have you ever met personally with the principals of the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? ____NO ____ YES. If so, please explain and include dates and locations.
   _____
   _____

f. Do you have any written or email correspondence with the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? ____NO ____ YES. If so, please attach a copy to this form.
   _____
   _____

g. Do you have any information that may assist us in tracing assets of the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC, thereby increasing the return to depositors? ____NO ____ YES. If so, please explain.
   _____
   _____

h. Do you have any knowledge of bank accounts, automobiles, land, cash, long term investments, short term investments, or other assets of the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? If so, please explain.
   _____
   _____

i. Have you ever worked for the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? ____NO ____ YES. If so, please explain the nature of employment and provide dates of employment.
   _____
   _____

j. Have you ever been convicted of a crime? If so please explain.
   _____
   _____

k. Are you holding any assets of or traceable to the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? If so, please explain.
   _____
   _____

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your proceeds to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to your claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the entity, proof of wire transfers, etc.) of your deposits of cash or securities with the entity from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the entity.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS PROVIDED TO RECEIVER WILL NOT BE RETURNED AND MAY BE DESTROYED AFTER SCANNING.**

**PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP**

3. Additional information/questions - continued (if response does not fit in allotted space, please attach additional pages):

l. Are you or were you a director, officer, partner, lender to, or capital contributor of the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? Please list the dates of involvement, relevant title, and related entity.

_____
_____

m. Are you or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management of the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? Please explain the relationship and provide supporting detail.

_____
_____

n. Are you related to, or do you have any business venture with, any of the persons who work or have worked for the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? If so, please give the names of said relatives or business associates.

_____
_____

o. Is this claim being filed by or on behalf of a broker, dealer, or bank? If so, please provide documentation with respect to each public customer on whose behalf you are claiming.

_____
_____

p. Are you aware of whether anyone else has filed a claim form related to the amount listed in Item 1? If so, please attach a copy of the form and any documents detailing particulars.

_____
_____

q. Are there any other documents or information that you would like to bring to the attention of the Receiver? If so, please attach supporting documents or describe below:

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your proceeds to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to your claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the entity, proof of wire transfers, etc.) of your deposits of cash or securities with the entity from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the entity.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS PROVIDED TO RECEIVER WILL NOT BE RETURNED AND MAY BE DESTROYED AFTER SCANNING.

### PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP

4. Investments in, loans to, and distributions from the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC. Enter the information requested below for ALL AMOUNTS INVESTED IN, AND RECEIVED FROM THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, OR HIGHVIEW POINT PARTNERS, LLC (applicable to fund investors and secured lenders only).

| Investment/Loan Amount | Investment/Loan Date | Account(s) FROM which Your Investment was made | Account(s) and Name(s) of Person or Entity TO which Your Investment was made |
|---|---|---|---|
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |

| Amount of Monies Returned to You or Amount of Loan and/or Interest Repayment | Date Monies Returned | Account(s) FROM which Monies Were Returned to You | Account(s) TO which Monies Returned to You |
|---|---|---|---|
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |

If you need additional space, please attach additional pages formatted in the same manner as the above tables.

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your proceeds to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to your claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the entity, proof of wire transfers, etc.) of your deposits of cash or securities with the entity from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the entity.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS PROVIDED TO RECEIVER WILL NOT BE RETURNED AND MAY BE DESTROYED AFTER SCANNING.

7

PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP

5. Claimant Signature

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRADULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF

Date _____ Signature _____

Date _____ Signature _____

Date _____ Signature _____

Date _____ Signature _____

Date _____ Signature _____

(If ownership of the claim is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet).

All claims must be post marked by November 30, 2011. Please return to the address below:

Michael Kenwood Group Receivership C/O FTI Consulting
3 Times Square
New York, NY 10036

You may also submit your claim in PDF format to the following Email Address:

MKGReceivership@fticonsulting.com

If you would like to receive a proof of receipt, please provide an Email address on the line below:

Email Address: _____

For any questions, please use the following contact information:
Telephone: 646-485-0566
Email Address: MKGReceivership@fticonsulting.com

For updated information, please periodically check the following:
Web Site: www.michaelkenwoodgroupreceivership.com

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your proceeds to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to your claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the entity, proof of wire transfers, etc.) of your deposits of cash or securities with the entity from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the entity.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS PROVIDED TO RECEIVER WILL NOT BE RETURNED AND MAY BE DESTROYED AFTER SCANNING.

8

## SCHEDULE 2

### PROPOSED PUBLICATION NOTICE

UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC<br><br>Defendants. | Case No. 1:11-cv-00078<br><br>Honorable Janet B. Arterton |

### NOTICE OF BAR DATE FOR ASSERTING CLAIMS AND INSTRUCTIONS ON FILING TIMELY CLAIMS

ON FEBRUARY 3, 2011, THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT (THE "COURT"), UPON RELIEF SOUGHT BY THE SECURITIES AND EXCHANGE COMMISSION, APPOINTED JOHN J. CARNEY AS RECEIVER (THE "RECEIVER") OVER ALL ASSETS "UNDER THE DIRECT OR INDIRECT CONTROL" OF DEFENDANT MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC AND RELIEF DEFENDANTS MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, AND MKEI SOLAR, LP.

SUBSEQUENT TO FEBRUARY 3, 2011, THE COURT ISSUED SEVERAL AMENDED ORDERS EXPANDING THE DUTIES OF THE RECEIVER AND THE DEFINITION OF THE RECEIVERSHIP TO INCLUDE THE FOLLOWING "RECEIVERSHIP ENTITIES":

   Highview Point Partners, LLC
   The Michael Kenwood Group, LLC
   Michael Kenwood Capital Management, LLC
   MK Automotive, LLC
   MK Investments, Ltd.
   MK Technology, LLC
   Michael Kenwood Consulting, LLC
   MK International Advisory Services, LLC
   MKG-Atlantic Investments, LLC
   Michael Kenwood Nuclear Energy, LLC
   MyTcart, LLC
   TUOL, LLC
   MKCM Merger Sub, LLC

      MK Special Opportunity Fund, Ltd.
      MK Venezuela, Ltd.
      Short Term Liquidity Fund I, Ltd.
      Michael Kenwood Asset Management, LLC
      MK Energy and Infrastructure, LLC
      MKEI Solar, LP
      MK Master Investments LP
      MK Investments, Ltd., and
      MK Oil Ventures LLC.

ON [_____] (THE "ORDER DATE"), AT THE REQUEST OF THE RECEIVER, THE COURT ENTERED AN ORDER SETTING A BAR DATE AFTER WHICH CLAIMS FILED AGAINST THE RECEIVERSHIP ENTITIES MAY BE DEEMED UNTIMELY.

THE PURPOSE OF THIS PUBLICATION IS TO ALERT THOSE PERSONS OR ENTITIES WHO MAY POTENTIALLY HOLD A CLAIM AGAINST ANY OF THE RECEIVERSHIP ENTITIES THAT 5:00 P.M. EASTERN TIME ON <u>NOVEMBER 30, 2011</u> HAS BEEN SET AS THE DEADLINE (THE "BAR DATE") TO FILE ALL CLAIMS AND/OR INTERESTS ASSERTED AGAINST ENTITIES ADMINISTERED BY THE RECEIVER (THE "RECEIVERSHIP").

YOU MAY DETERMINE THE NAMES OF ANY RELATED ENTITIES THAT HAVE BEEN ADDED TO THE RECEIVERSHIP, OBTAIN A PROOF OF CLAIM FORM, AND REVIEW OTHER INFORMATION ABOUT THE RECEIVERSHIP BY VISITING THE RECEIVERSHIP WEBSITE AT: www.michaelkenwoodgroupreceivership.com.

IF YOU PAID ANY MONIES TO THE RECEIVERSHIP ENTITIES FOR INVESTMENT PURPOSES AND/OR LOANS, PROVIDED SERVICES AND/OR GOODS TO THE RECEIVERSHIP ENTITIES, OR OTHERWISE WISH TO MAKE ANY CLAIM AGAINST ANY OF THE RECEIVERSHIP ENTITIES, IT IS VERY IMPORTANT THAT YOU COMPLETELY AND ACCURATELY FILL OUT A PROOF OF CLAIM FORM AND RETURN IT SO THAT IT IS <u>RECEIVED</u> BY THE RECEIVER AT THE FOLLOWING ADDRESS ON OR BEFORE 5:00 P.M. EASTERN TIME ON <u>NOVEMBER 30, 2011</u>:

      Michael Kenwood Group Receivership C/O FTI Consulting
      3 Times Square
      New York, NY 10036

YOU MAY ALSO SUBMIT YOUR CLAIM BY SUBMITTING A PROOF OF CLAIM FORM IN PDF FORMAT TO THE FOLLOWING EMAIL ADDRESS: MKGReceivership@fticonsulting.com

SHOULD YOU HAVE ANY QUESTIONS, PLEASE USE THIS CONTACT INFORMATION: PHONE: 646-485-0566; EMAIL: MKGReceivership@fticonsulting.com

103904717.2

10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　　　Defendants,<br><br>and<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br>**Certificate of Service** |

I hereby certify that on August 24, 2011, the Notice Of Amendment To Proposed Order Granting Receiver's Motion To Set Bar Date was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated:  August 24, 2011

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Ona T. Wang (ct27836)