UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------------------------------x
SECURITIES AND EXCHANGE              :
COMMISSION,                          :
                    Plaintiff,       :      Civ. Action No. 11-cv-78 (JBA)
                                     :
- v -                                :
                                     :
FRANCISCO ILLARRAMENDI,              :
HIGHVIEW POINT PARTNERS, LLC and     :
MICHAEL KENWOOD CAPITAL              :
     MANAGEMENT, LLC,                :
                                     :
                    Defendants,      :
                                     :
     and                             :
                                     :
                                     :
HIGHVIEW POINT MASTER FUND, LTD.,    :
HIGHVIEW POINT OFFSHORE, LTD.,       :
HIGHVIEW POINT LP,                   :
MICHAEL KENWOOD ASSET                :
     MANAGEMENT, LLC,                :
MK ENERGY AND INFRASTRUCTURE,        :
     LLC, and                        :
MKEI SOLAR, LP,                      :
                                     :
                    Relief Defendants :
--------------------------------------------------X
```

**RELIEF DEFENDANTS/APPELLANTS'**
**PROPOSED INDEX OF RECORD FOR APPEAL**

Relief Defendants/Appellants, Highview Point Master Fund, Ltd. and Highview Point

Offshore, Ltd. (collectively, the "Relief Defendants"), respectfully propose the following index

for the record in the above-captioned appeal:

1.   Amended Complaint (Doc. Entry # 122)

2.   First Motion to Amend/Correct Amended Complaint by Securities & Exchange
     Commission (Doc. Entry # 169);

3.   Order granting #169 Motion for Leave to File Second Amended Complaint (Doc.
     Entry # 179);

4.      Motion for Temporary Restraining Order by Securities & Exchange Commission (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order for TRO, # 3 Text of Proposed Order Amended Order Appointing Receiver, # 4 Affidavit /Declaration of Sofia Hussain in Support of Motion with Exhibits C - R) (Doc. Entry # 182);

5.      Supplemental Memorandum in Support re #182 Motion for Temporary Restraining Order filed by Securities & Exchange Commission (Doc. Entry # 188);

6.      Second Amended Complaint against Highview Point LP, Highview Point Partners, LLC, Francisco Illarramendi, MK Energy and Infrastructure, LLC, MKEI Solar, LP, Michael Kenwood Asset Management, LLC, Michael Kenwood Capital Management, LLC, Highview Point Master Fund, Ltd., and Highview Point Offshore, Ltd., filed by Securities & Exchange Commission.  (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Doc. Entry # 190);

7.      Memorandum in Support re #195 Motion to Intervene filed by Balanchine Corporation, Brentwood Services Inc., and Edenwood Holding, S.A. (Doc. Entry # 196);

8.      Stipulation and Temporary Restraining Order, Order Freezing Assets, and Order for Other Relief as to Highview Point Master Fund, Ltd., Highview Point Offshore, Ltd., and Highview Point LP signed by Judge Arterton. (Additional attachment (s) added on 5/13/2011 # 1 Attachment A) (Doc. Entry # 201);

9.      Memorandum in Opposition to the Securities & Exchange Commission's Motion for Appointment of a Receiver re # 182 Motion for Temporary Restraining Order filed by Highview Point Partners, LLC. (Doc. Entry # 225);

10.     Memorandum in Opposition re # 182 Motion for Temporary Restraining Order filed by Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd. (Doc. Entry # 226);

11.     Affidavit re Memorandum in Opposition to the Securities and Exchange Commission's # 182 Motion for Appointment of a Receiver signed by Carl H. Loewenson, Jr. filed by Highview Point Partners, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 8, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13) (Doc. Entry # 227);

12.     Reply to Response to #182 Motion for Temporary Restraining Order filed by Securities & Exchange Commission. (Doc. Entry # 234);

13.     Motion to Adopt Intervenor's Proposed Memo of Law in Opposition to Securities & Exchange Commission's #182 Motion for TRO re # 208 Memorandum in Support of Motion, filed by Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd. (Doc. Entry # 235);

14.     Transcript of Evidentiary Hearing, Volume I, held on 5/23/11 before Judge Arterton. (Doc. Entry #259);

15.     Transcript of Evidentiary Hearing, Volume II, held on 5/25/11 before Judge Arterton. (Doc. Entry #260);

16.     Notice by Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd. pursuant to FRCP 44.1, of letter to the Court from Cayman counsel re: Cayman Islands law and legal procedure. (Attachments: # 1 Supplement Letter to Court from Cayman Counsel, # 2 Certificate of Service) (Doc. Entry # 261);

17.     Response re # 261 Notice filed by John J. Carney, Esq. (Attachments: # 1 Exhibit A to the 6-7-11 Response by Jonathan New, # 2 Exhibit B to the 6-7-11 Response by Jonathan New, # 3 Certificate of Service) (Doc. Entry # 267);

18.     Response re # 267 Response, by Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd. (Doc. Entry # 271);

19.     First Motion for Order to Extend May 23, 2011 Restraining Order and Order to Asset Freeze as to Highview Point L.P. filed by Securities & Exchange Commission.  (Doc. Entry # 273);

20.     Order granting # 273 for Order to Extend the May 23, 2011 Restraining Order and Order for Asset Freeze as to Highview Point L.P. by Judge Arterton.  (Doc. Entry # 274);

21.     Transcript of Oral Argument held on 5/27/11 before Judge Arterton. (Doc. Entry # 275);

22.     Order granting # 182 Securities & Exchange Commission's Motion for Injunctive Relief signed by Judge Arterton. (Doc. Entry #276);

23.     Order denying # 195 Movants' Motion to Intervene signed by Judge Arterton. (Doc. Entry # 277);

24.     Amended Order Appointing Receiver (Doc. Entry # 279);

25.     First Notice Regarding Repatriation of Relief Defendants' Offshore Assets by Securities & Exchange Commission. (Doc. Entry # 283);

26.     Order governing Payment of Attorneys' Fees and Operating Expenses for Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd. signed by Judge Arterton. (Doc. Entry # 284);

27.     Order Expanding Receivership (Doc. Entry # 287).

Dated:  New York, New York         SCHULTE ROTH & ZABEL LLP
       August 26, 2011

By: /s/ Michael E. Swartz
    Harry S. Davis, Esq. (*admitted pro hac vice*)
    Michael E. Swartz, Esq. (*admitted pro hac vice*)

919 Third Avenue
New York, New York  10022
(212) 756-2000
harry.davis@srz.com
michael.swartz@srz.com

*Attorneys for Relief Defendants*
*Highview Point Master Fund, Ltd. and*
*Highview Point Offshore, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011, a copy of the foregoing Proposed Index of Record for Appeal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By:  /s/ Michael E. Swartz
    Michael E. Swartz, Esq. (*admitted pro hac vice*)

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
Phone:  (212) 756-2000
Fax:  (212) 593-5955
Email:  michael.swartz@srz.com