## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2011, a copy of the foregoing 1) The Receiver's Opposition to Motion for Modification of Receiver Order and 2) Declaration of Ona T. Wang were filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                                                                                             /s/
                                                                Ona T. Wang (ct27836)