UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEC,
    *Plaintiff*,

v.                                                            Civil No. 3:11cv78 (JBA)

Illarramendi, et al
    *Defendants*.

## ENDORSEMENT ORDER

Motion to Admit *Pro Hac Vice* [Doc. # 296] ise DENIED, without prejudice to renew, for failure to comply with D. Conn. L. Civ. R. 83.1**(vi)and(vii):**
  The petitioner has no pending disciplinary complaint(s) as to which a finding has been made that such complaint(s) should proceed to a hearing; and
(vii) the petitioner has not been denied admission to, been disciplined by, resigned from, surrendered his licence to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

                                     IT IS SO ORDERED.

                                     /s/_____
                                     Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: August 31, 2011