UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEC,
    *Plaintiff*,

v.                                            Civil No. 3:11cv78 (JBA)

Illarramendi, et al
    *Defendants*.

## ENDORSEMENT ORDER

Motions to Admit *Pro Hac Vice* [Doc. # 299, 300] are DENIED, without prejudice to renew, for failure to comply with D. Conn. L. Civ. R. 83.1**(vii)(i):**
    The petition and affidavit of the petitioner shall be accompanied by the sworn affidavits of two sponsoring members of the Bar of this Court. The sponsoring attorney's affidavits must attest:
(i) where and when the sponsor was admitted to practice in this Court,
(ii) that the sponsor has known the petitioner in a professional legal capacity for at least six months,
(iii) that the petitioner has good professional character, (iv) that the petitioner is experienced at the bar, (v) how long and under what circumstances the sponsor has known the petitioner's professional character and experience as an attorney, and (vi) that the sponsor knows of no fact which would call into question the integrity or character of the petitioner The Clerk will examine the petition and affidavits and, if found to be in compliance with this Rule, the petition for admission will be presented to the Court at a time and place selected by the Clerk.)

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: August 31, 2011