**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

FILED

2011 SEP -6  P 2: 09

U.S. DISTRICT COURT
NEW HAVEN, CT

Writer's Direct Number
212.756.2471

Writer's E-mail Address
michael.swartz@srz.com

September 2, 2011

**VIA FEDERAL EXPRESS**
The Honorable Janet Bond Arterton
United States District Court, District of Connecticut
141 Church Street
New Haven, CT 06510

      Re:  <u>SEC v. Illarramendi et al.</u> - Civ. Action No. 11-cv-78 (JBA)

Dear Judge Arterton:

      We represent Highview Point Master Fund, Ltd. and Highview Point Offshore Ltd., relief defendants in the above-referenced action (the "Relief Defendants"). By Order entered August 19, 2011 (docket entry # 310), the Relief Defendants have until September 15, 2011 to answer, move, or otherwise respond to the Securities and Exchange Commission's (the "Commission") Second Amended Complaint.

      The Relief Defendants intend to file a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The motion will be premised on arguments similar to those raised by the Relief Defendants in opposition to the Commission's motion for a preliminary injunction, and will raise substantially the same issues the Relief Defendants intend to raise in their appeal to the Second Circuit of the Court's June 16, 2011 Ruling on Motion for Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief.

      Pursuant to Your Honor's Chambers Practices, a party may not make a dispositive motion until there has first been a pre-filing conference. Relief Defendants hereby request that a pre-filing conference be scheduled in connection with the filing of their motion to dismiss. Pursuant to the Chambers Practices, a request for pre-filing conference tolls the deadline for filing the motion to dismiss. During the conference, the Relief Defendants intend to request an adjournment of the deadline for filing their motion to dismiss until 20 days after the Second Circuit decides their appeal.

Respectfully,

*/s/ Michael Swartz*
Michel E. Swartz

cc: Counsel of record (via E-mail)