# EXHIBIT 1

**From:** Barr, Jonathan R. [mailto:jbarr@bakerlaw.com]
**Sent:** Wednesday, August 24, 2011 2:04 PM
**To:** David H. Dickieson; David Schertler
**Cc:** Harker, Francesca M.
**Subject:** Ramon Illarramendi

David and David,

Hope you are both well. I am still looking into your contention on behalf of Mr. Ramon Illarramendi concerning a purported ownership interest in MKE&I and Nuscale. In our last telephone call you indicated that Mr. Illarramendi claims that he can bring investors to the table who would purchase the Receivership Estate's interest in Nuscale for the amount that was invested by various Receivership entities/funds. As is apparent from public statements in Court hearings and filings, the Receiver has for a long time been attempting to find the most beneficial alternative for the Receivership Estate relating to Nuscale. To this end, there have been ongoing efforts in this regard that are now at an advanced stage. To date, Mr. Illarramendi has never come forward to present a bonafide offer on behalf of himself or any other investors. Indeed, despite prior requests, Mr. Illarramendi previously would not make himself available for an interview by Receiver's counsel.

If Mr. Illarramendi actually has investors who are prepared to make a bonafide offer, he must make the offer now or lose the opportunity to have such an offer considered by the Receiver. If Mr. Illarramendi wishes to have such an offer considered by the Receiver and his business advisor, he must present the written offer by the end of the close of business tomorrow with supporting documentation which establishes the availability of funds to consummate the purchase at the price contained in his offer, and which demonstrates the substantial likelihood that the proposed transaction could be closed within a very short time period. In addition, documentation should be submitted which would establish that any proposed purchasers are legally able to purchase nuclear technology under existing export control and other applicable U.S. laws.

As I am sure you understand, the Receiver must make decisions for the benefit of the Receivership Estate based upon well supported and documented bonafide offers. All parties interested in Nuscale have had a very long time to submit bonafide offers. To the extent, Mr. Illarramendi now has such an offer to present for consideration, the deadline for doing so is at the close of business tomorrow. You may provide any such offer by fax or email to me.

As previously indicated, we would also like to subpoena Mr. Illarramendi for testimony. Please advise as to whether Mr. Illarramendi has authorized you to accept service of a subpoena. If he has, we will immediately provide you with a subpoena for documents and testimony.

As always, you can reach me at 202-861-1534. I look forward to talking with you in the near future.

Best regards,

Jon

My Bio    Web site    V-card

T 202.861.1534
F 202.861.1783
M
www.bakerlaw.com

Jonathan Barr
jbarr@bakerlaw.com

Baker & Hostetler LLP
Washington Square, Suite 1100

EXHIBIT 1

1

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304



This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.