# EXHIBIT 2

**Certified Statement of Ramon A. Illarramendi**

United States District Court
District of Connecticut
SEC v. Francisco Illarramendi et al.
C.A. No. 3:11-ev-00078 (JBA)

In accordance with Paragraph 15 of the Order Appointing Receiver and as requested in the letter of February 10, 2010, I am submitting this certified statement. Please note that I have requested access to my emails and other documents which reside on the Michael Kenwood Group server; however, as of this date they have not been made available. Accordingly, I reserve the right to supplement my response at a later date should the requested documents be made available.

I hold a 50% interest in the Relief Defendant MK Energy and Infrastructure, LLC, and a 75% interest in Michael Kenwood Nuclear Energy, LLC. While I have played an active role in determining some of the investments of these entities, I ceded day-to-day administration operations to Michael Kenwood Group. My inability to access my files precludes me from providing a detailed accounting for the assets or a description of any accounts and their balances.

I certify that this information is true and correct to the best of my knowledge.

_____
Ramon A. Illarramedi

This _24th_ day of February, 2011

EXHIBIT 2