# EXHIBIT 3

RAMÓN ADOLFO ILLARRAMENDI
5301 WESTBARD CIRCLE, SUITE 240
BETHESDA, MD 20816
EMAIL: RAI5301@GMAIL.COM
DIRECT PHONE: +1 202 746 8036

Bethesda, March 25, 2011

John J. Carney, Esq.
Baker & Hostetler
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
Via e-mail: jcarney@bakerlaw.com and jfokas@bakerlaw.com

Dear Mr. Carney,

As founder and co-owner of Michael Kenwood Energy + Infrastructure (MKEI, 50%) and of MK Nuclear Energy (MKN, 75%), and pending further notice promised by your colleague Mr. Fokas, with whom I last spoke in early March, I am writing to urge you to do everything in your power to protect the key investment made by Michael Kenwood in NuScale Power, Inc (NuScale).

As I have been denied access to my correspondence and other corporate documents stored on the Michael Kenwood servers, I am unable to furnish precise details at this time; however, I understand there were ten million dollars set aside for NuScale, indispensable at this time for NuScale to continue operations and implement the early monetization plan that had been devised to satisfy the investors and creditors of Michael Kenwood. The consequences of not releasing these funds now would bring serious damage to the investors whose interests the Receivership is mandated to protect. Please bear in mind that I am one of the major investors, a condition that I would be most grateful if you could acknowledge and confirm, based on the documents at your disposal which I have no access to, such as the bylaws and articles of incorporation for MKEI and MKN.

It is crucial to determine my participation among the interests to be protected, since my accurate initial early analysis of the evolving energy supply markets was the fundamental rationale for my founding of a company in which the Michael Kenwood Group (MKG) expressed interest. My agreement to cede to them 50% of the equity in MKEI obliged them to finance all expenses, including constitution and incorporation, all required legal fees, the hiring of appropriate personnel, accounting and administration records, and the financing of all eventual investments to be undertaken by the company. Furthermore, and in particular, the agreement included the organization of a company (MKN) created specifically as the

EXHIBIT 3

holder of the investment in NuScale and other eventual investments in the nuclear industry field. It should be noted that, even though the shares of NuScale may not yet have been transferred from other MK entities to MKN, the agreement required the MKG management to do so --as will be readily confirmed, I am sure, by the MKG administrators at the time, especially the CEO and the other managing partners. This might also be supported by references in the documents in your power that I no longer have access to. In any case, the mere fact of having established MK Nuclear to hold these investments is in itself the most eloquent and undeniable proof of our agreement in this respect.

The scope of the potential damage to investors should the funds for NuScale not be released immediately, can begin to be gauged in analyzing the estimated present value of NuScale's projected product in the future world power generation markets, and in considering the paradoxically favorable position NuScale finds itself in, following the Japanese nuclear crisis.

Indeed, we can safely bet that there will most probably be very few, if any, new large nuclear reactors built in the near future. Even before the Japanese tragedy, large reactors in any case were perceived as being increasingly costly and complicated to build and run, especially as compared to the simpler light water Small Modular Reactors. And of these SMR models, the best design and mostly likely to be "first to market" is NuScale's. This is a company in which, thanks to my strategic design for a favorable corporate governance structure, along with MKG's financial capabilities and professional acuity, we were able to gain a position equivalent to 56% of its equity. Obviously, MKG's participation in this result has been up to now a valuable and legitimate source of expectation for the benefit of all their investors and creditors. NuScale's technology is highly appreciated, and even coveted, by a large group of major companies in the field, a veritable Who's Who of the nation's leading enterprises. Just this past week, as quoted by Bloomberg Markets Magazine, a representative of Venrock Associates stated that once NuScale completes the regulatory process, "the company will be worth billions of dollars."

Meanwhile, the President's 2012 budget almost triples U.S. loan guarantees for nuclear power-plant construction, aggressively funds development of SMRs, and increases spending on "breakthrough" energy research. U.S. Energy Secretary Steven Chu has requested additional funds for small-reactor development in fiscal 2012 and said on March 16 that President Obama's administration will press ahead with efforts to expand loan guarantees for new reactors.

MKEI's decision to invest in NuScale was not random or uninformed: we realized long before all the current media interest was kindled, that NuScale is an exceptional enterprise. The indefinite, unplanned suspension of MK activities, particularly as regards MKEI and MKN, has seriously hindered the heretofore efficient and timely development of our carefully crafted business plan, designed to come to fruition before the end of the current year (2011). This paralysis threatens to unravel any progress achieved thus far. However, this unfortunate outcome could

be minimized and even fully avoided if NuScale is adequately funded following the program already undertaken.

As I understand from recent reports in the press (my sole source of information in this respect, since, again, I have not been allowed access to company documents or proceedings), the Receiver has decided not to release the funds that were intended for NuScale. If this decision is based, as also reported in the press, on the expressed preference of the PDVSA Pension Fund, this could only be explained by a grievous lack of information regarding the relative position of all investors, the proportion of the funds corresponding to each one of them, and moreover and above all, an incorrect appreciation of the disastrous result for all investors, including the Pension Fund and myself, were the promise of NuScale for all of us to disappear.

Due to its huge wealth creation potential, the very valuable investment in NuScale Power, Inc. should produce all expected returns for investors in the funds managed by various units of the Michael Kenwood Group if, and only if, the business plan devised for its development and early monetization is not squandered or delayed or in any way obstructed, as is already beginning to happen given the unfavorable publicity and reputational damage that the SEC inquiry has triggered.

To summarize, the requests I hereby respectfully submit to your consideration are as follows:

- First, I exhort you to release the funds previously set aside for NuScale immediately, so as to prevent any further damage to the interests of all the investors and creditors.

- Second, I entreat you to allow me access to my correspondence and other documents stored on the Michael Kenwood servers.

- Third, I ask you to acknowledge and define my participation and interest in this matter; and

- Fourth, as previously asked of Mr. Fokas, I request that you authorize payment of the legal fees that would enable my position to be ably and duly represented in all instances.

Thanking you in advance for your kind attention to this matter, I remain,

Sincerely yours,

*(Signed)*
Ramón Adolfo Illarramendi

Cc: James Fokas, Esq.