# EXHIBIT 4

RAMÓN ADOLFO ILLARRAMENDI
5301 WESTBARD CIRCLE, SUITE 240
BETHESDA, MD 20816
EMAIL: RAI5301@GMAIL.COM
DIRECT PHONE: +1 202 746 8036

Bethesda, June 26, 2011

John J. Carney, Esq.
Baker & Hostetler
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
*Via registered mail and e-mail: jcarney@bakerlaw.com*

Re: Michael Kenwood Group (MKG) Receivership

Dear Mr. Carney,

Ninety days ago I wrote you a letter (March 25, 2011, copy enclosed) requesting information about the company MK Energy + Infrastructure (MKEI), in which you, on behalf of MKG, represent 50% of the equity. I am the sole owner of the other 50%. In view of repeated rumors and speculation in the media, I am extremely uneasy about decisions you might be taking which affect the companies that, by virtue of my agreement with MKG, you now have the charge of administering.

If, as I understand, you have dismissed the attorneys from Arnold & Porter and from Day Pitney that represented MKEI, it follows that now the Company depends on you for all legal representation. As I lack the means to finance my own counsel, my interests in the Company, as far as I know, are also in your hands, and the protection of those interests is thus a part of your mandate.

My lack of counsel prevents me from presenting this communication directly to the Court, in support of my request to you for legal services financed by the Receivership, as was authorized by the Court's Order Appointing Receiver of February 3, 2011. Therefore, I would ask you, if only as a courtesy, to present this letter and its enclosure to Judge Arterton and/or to other interested parties, at your discretion.

As you already know, I do not have access to any documents on the MK servers, including the corporate bylaws for MKEI. I had left these matters in charge of the MK administrators, upon whom I had deposited my entire trust and confidence. Therefore, I do not know the formalities spelled out in the bylaws, regulating the request of a shareholder to convene a meeting. However, as a general matter, it

EXHIBIT 4

seems logical to me that any substantial shareholder would have such a right, and I therefore present this request to you, as administrator of MKEI. As an agenda for this meeting I would propose, among other issues to be included, the following: to clarify where the company now stands, under your administration, what are the pending matters and obligations, accounting and so forth; and to determine the best course of action we can take to generate, through one or more of the portfolio companies, enough income to fulfill all obligations to the Receivership and to the MKG investors and creditors. This is a distinct possibility even in the short term, if we as equity owners act decisively and in a prompt and coordinated fashion. I am convinced that this approach would afford a great contribution to the success of your endeavors and to the full satisfaction of all investors and creditors of the Receivership.

Sincerely yours,


*(Signed)*
Ramón Adolfo Illarramendi


Enclosure: Letter of March 25, 2011