UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 3:11-cv-00078-JBA |
| FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | : | |
| Defendants, | : | |
| | : | |
| MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | : | |
| Relief Defendants. | : | AUGUST 8, 2011 |

**APPEARANCE**

Please enter the appearance of the undersigned on behalf of the Interested Party, Ramon Illarramendi.

INTERESTED PARTY

RAMON ILLARRAMENDI

By /s/ Kathleen E. Dion
 Kathleen E. Dion (ct28605)
 E-mail:  kdion@rc.com
 Robinson & Cole LLP
 280 Trumbull Street
 Hartford, CT  06103
 Tel. No. (860) 275-8200
 Fax. No. (860) 275-8299

2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 8, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                      /s/   Kathleen E. Dion
                                  Kathleen E. Dion  (ct28605)