UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.                                                                                          CASE NO.:  11-CV-00078 (JBA)

FRANCISCO ILLARRAMENDI, HIGHVIEW
POINT PARTNERS, LLC and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,

      Defendants,

and

HIGHVIEW POINT MASTER FUND, LTD.,
HIGHVIEW POINT OFFSHORE, LTD.,
HIGHVIEW POINT LP, MICHAEL KENWOOD
ASSET MANAGEMENT, LLC, MK ENERGY
AND INFRASTRUCTURE, LLC, and MKEI
SOLAR, LP,

      Relief Defendants.
_____/         SEPTEMBER 12, 2011

## APPEARANCE

    Please enter the appearance of the undersigned on behalf of the Interested Party, Ventures Trust Management LLC.

                            INTERESTED PARTY

                            VENTURES TRUST MANAGEMENT LLC

                            By: /s/ Julie A. Manning
                                  Julie A. Manning (ct 03255)
                                  E-mail:  jmanning@goodwin.com
                                  Shipman & Goodwin LLP
                                  One Constitution Plaza
                                  Hartford, CT  06103-1919
                                  Tel. No. (860) 251-5000
                                  Fax No.  (860) 251-5218
                                  Its Attorneys

2027787v1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2011, a copy of the foregoing was filed electronically [and served by United States mail, postage prepaid, on anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by United States mail, postage prepaid, to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      /s/  Julie A. Manning
      Julie A. Manning (ct 03255)

2027787v1