UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.                                                                                    CASE NO.:  11-CV-00078
(JBA)

FRANCISCO ILLARRAMENDI, HIGHVIEW
POINT PARTNERS, LLC and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,

          Defendants,

and

HIGHVIEW POINT MASTER FUND, LTD.,
HIGHVIEW POINT OFFSHORE, LTD.,
HIGHVIEW POINT LP, MICHAEL KENWOOD
ASSET MANAGEMENT, LLC, MK ENERGY
AND INFRASTRUCTURE, LLC, and MKEI
SOLAR, LP,

          Relief Defendants.
_____/        SEPTEMBER 12, 2011

## MOTION TO INTERVENE

      Pursuant to Fed. R. Civ. P. 24(a)(2) and (b), Ventures Trust Management LLC ("VTM"), by and through its undersigned attorneys, hereby moves this Court for an Order permitting it to intervene in the above-captioned civil enforcement action brought by the United States Securities and Exchange Commission and the Receivership which has been created by the Court under its equitable powers as ancillary to the instant enforcement action.  In particular, VTM seeks to intervene in this action to obtain an

**ORAL ARGUMENT REQUESTED**

order (i) allowing VTM to proceed in an action filed in Florida state court against NuScale Power, Inc. ("NuScale"), a subsidiary of the defendant Michael Kenwood Capital Management, LLC, or alternatively, allowing VTM to commence an adversary proceeding against NuScale in this Court, and (ii) requiring the Receiver to notify the Court prior to any sale or liquidation of the equity interests in NuScale, allowing for a hearing on notice to VTM concerning such proposed sale or liquidation, and requiring approval of this Court to effectuate such proposed sale or liquidation.

In support of the request relief, VTM has contemporaneously submitted a Memorandum of Law.

VENTURES TRUST MANAGEMENT LLC

/s/ Julie A. Manning
Julie A. Manning, Esq. (ct 03255)
Eric S. Goldstein, Esq. (ct 27195)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Phone: (860) 251-5000
Fax:    (860) 251-5218
Email: jmanning@goodwin.com
Email: egoldstein@goodwin.com
(Local Counsel)

- and -

John R. Kiefner, Jr., Esq.[1]
Florida Bar Number: 0137703
KIEFNER LAW OFFICES, P.A.
146 2nd Street North, Suite 300
St. Petersburg, FL   33701
Phone: (727) 894-8000
Fax:    (727) 894-8002
E-Mail: jkiefner@kiefnerlaw.com
(Lead Counsel)

---

[1] Counsel will be filing a pro hac vice motion for Attorney Kiefner shortly.

2

2027139v1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2011, a copy of the foregoing was filed electronically [and served by United States mail, postage prepaid, on anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by United States mail, postage prepaid, to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.  In addition, I hereby certify that on September 12, 2011, a copy of the foregoing was served by United States mail, postage prepaid, to NuScale Power, Inc., 6650 W. Redwood Lane, Suite 210, Portland, OR  97224.

      /s/ Julie A. Manning
      Julie A. Manning, Esq. (ct 03255)
      Shipman & Goodwin LLP

2027139v1