**EXHIBIT 2**

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA

VENTURES TRUST MANAGEMENT
LLC, a Delaware Limited Liability
Company,

    Plaintiff,

v.                          Case No.: 11-CA-10094

NUSCALE POWER, INC., an Oregon
Corporation

    Defendant.
_____/

## MOTION FOR ISSUANCE OF ORDER MODIFYING STYLE, NOTICE OF ADDING AND DROPPING PARTIES, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, AND NOTICE OF FILING AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND MONETARY DAMAGES

Plaintiff Ventures Trust Management LLC ("VTM"), a Delaware limited liability company, by and through its undersigned attorneys, hereby notifies this Court of the following:

### INTRODUCTION

1. This is an action for monetary damages, declaratory relief and injunctive relief with respect to defamation, breach of duty of good faith and fair dealing, and tortious interference with prospective business relationships and contracts regarding negotiations and offers to fund advanced by Plaintiff VTM and the resultant acquisition by Plaintiff VTM of a majority and/or controlling equity position in NuScale.

2. There exists a civil injunctive action pending in the United States District Court for the District of Connecticut captioned *Securities and Exchange Commission v. Francisco Illarramendi*, Case No.: 11-CV-00078 (JBA) (the "SEC action").

1

3. As is alleged in the original Complaint filed in the instant action in Hillsborough County, Florida, in paragraphs 12 through 18, an entity known as Michael Kenwood Asset Management LLC ("MK"), also a Defendant in the SEC action pending in Connecticut, allegedly engaged in a complex Ponzi scheme involving MK and Mr. Illarramendi. One of the results of this alleged Ponzi scheme was the influx of substantial capital by MK into NuScale such that MK was/is the largest single equity shareholder of NuScale, as well as its largest creditor.

4. Within the past few days and following the filing of the instant action, Plaintiff VTM has been notified by the Receiver's counsel in the SEC action that on June 22, 2011, the Connecticut federal court issued an Amended Order Appointing Receiver. Although Defendant NuScale is not a party to the SEC litigation in Connecticut, nonetheless, the Court-appointed Receiver in that action has taken the position that NuScale is an MK asset over which the Receiver has dominion and control. In the referenced Amended Order, which Plaintiff VTM received last Thursday, the assets of MK have been frozen, and in paragraphs 33 and 36 of the Amended Order, the Court has enjoined interference with the Receiver in carrying out his duties and responsibilities and, further, has issued a stay as to all litigation involving, among other things, any of the "Receivership Property" as to which the Receiver considers NuScale to be such type of asset. A copy of the Amended Order dated June 22, 2011 is appended hereto as Exhibit 1.

5. This action was filed August 12, 2011. There has been no responsive pleading filed. Pursuant to Rule 1.250 (b), *Florida Rules of Civil Procedure*, and pursuant to Rule 1.420 (a)(1), *Florida Rules of Civil Procedure*, Plaintiff VTM hereby notifies the Court that it is, respectively, "Dropping" NuScale as a party defendant in this action and, further, dismissing without prejudice Defendant NuScale from this action. Plaintiff VTM seeks to comply with any and all current Court Orders in the SEC action and any and all future Orders which may be entered in that action. Plaintiff VTM reserves all rights and remedies against NuScale upon the dissolution of the Receivership, and considering any and all Court Orders which may then exist.

6. NuScale was organized in 2007 as an Oregon corporation. NuScale's purpose is to advance and develop a small scale nuclear reactor technology within the US power generation market. The Chief Executive Officer ("CEO") of NuScale is Paul Lorenzini, Ph.D. ("Dr. Lorenzini"), a longtime executive in the utility industry.

7. Dr. Lorenzini is the person who made the defamatory statements regarding Plaintiff VTM as alleged in the original Complaint filed in this action. Therefore, it is proper and appropriate to add Dr. Lorenzini as the sole defendant in this action under the currently existing circumstances.

8. Pursuant to Rule 1.250 (c), *Florida Rules of Civil Procedure*, and Rule 1.190 (a), *Florida Rules of Civil Procedure*, Plaintiff VTM hereby notifies the Court that it is "Adding" Paul Lorenzini as the party defendant in this action.

9. Further, Plaintiff VTM believes it appropriate to have this Court enter an Order directing that the style of this action be changed or modified to be *Ventures Trust Management, LLC, Plaintiff, v. Paul Lorenzini, Defendant.* Given the status of the Amended Order appended

3

hereto as Exhibit 1, Plaintiff VTM believes that it would be improvident to continue to utilize a style in which NuScale appears.

10. Plaintiff VTM is also filing herewith an Amended Complaint which contains the modified style and respectfully requests that this Court enter its Order permitting the change of the style. This Amended Complaint is being filed under Rule 1.190 (a), *Florida Rules of Civil Procedure*.

WHEREFORE, Plaintiff VTM respectfully requests that this Court enter an Order directing the change of style to *Ventures Trust Management, LLC, Plaintiff, v. Paul Lorenzini, Defendant*, and accepting the filing of the Amended Complaint with the aforementioned style, and for such other and further relief as this Court deems just and appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to NuScale Power, Inc., 6650 W. Redwood Lane, Suite 210, Portland, OR 97224; and to Ona T. Wang, Esq., Counsel to Receiver in *Securities and Exchange Commission v. Francisco Illarramendi*, Baker & Hostetler, 45 Rockefeller Plaza, New York, NY 10111, on this 2ND day of Sept. ~~August~~, 2011.

_____
John R. Kiefner, Jr., Esq.
FBN: 0137703
KIEFNER LAW OFFICES, P.A.
146 2nd Street North, Suite 300
St. Petersburg, FL 33701
Phone: (727) 894-8000
Fax: (727) 894-8002