UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>              Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>              Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>              Relief Defendants. | 11-CV-00078 (JBA)<br><br><br><br><br>**DECLARATION** |

### DECLARATION OF JONATHAN B. NEW IN SUPPORT RECEIVER'S MOTION FOR AN ORDER APPROVING RECOVERY OF <u>ASSETS ACQUIRED WITH INVESTOR FUNDS</u>

Pursuant to 28 U.S.C. § 1746, JONATHAN B. NEW hereby declares as follows:

1. I am a partner at Baker & Hostetler, LLP, counsel for John J. Carney, Esq. as court-appointed receiver in the above-captioned action (the "Receiver"). I am a member in good standing of the bar of New York and admitted *pro hac vice* to the United States District Court for the District of Connecticut to act as counsel for the Receiver.

2. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Receiver's Motion For An Order Approving Recovery of Assets Acquired With Investor Funds.

3. A true and correct copy of payment instructions captioned: "Payment-order Deutsche Bank AG, Amsterdam Branch" is attached hereto as Exhibit A.

4. A true and correct copy of an email from Francisco Illarramendi to Hamish de Run *et al.*, dated September 3, 2011, confirming transfer of funds is attached hereto as Exhibit B.

5. A true and correct copy of the Agreement of Limited Partnership of MKEI Solar LP is attached hereto as Exhibit C.

6. A true and correct copy of a notice letter from Receiver's counsel to MKEI Solar LP, dated February 23, 2011, is annexed hereto as Exhibit D.

7. A true and correct copy of a notice letter from Receiver's counsel to Hamish de Run at MK Energy + Infrastructure LLP, dated March 8, 2011, is annexed hereto as Exhibit E.

8. A true and correct copy of a notice letter from Receiver's counsel to Dan R. Koeppen, counsel for Pacific Integrated Energy, Inc., dated March 22, 2011, is annexed hereto as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2011
New York, NY

_____
Jonathan B. New