# EXHIBIT A



## Payment-order Deutsche Bank AG, Amsterdam Branch
(Please note that DB does not accept a hand written form)

| | | |
|---|---|---|
| Client name | : | **Short Term Liquidity Fund I, Ltd** |
| Cash account number | : | **265049113** |
| To pay (number) | : | **4,000,000.00$** |
| To pay (letter) | : | **Four Million Dollars.** |
| Value date | : | **September 3nd 2010** |

**Correspondent bank:**
Name          :
Account       :
Swift         :

**Beneficiary's bank** (max 4 x35 signs)
Swift/ BIC code:
Account/ABA:  **ABA 026 009 593**
Name         : **Bank of America**
Address      : **530 Lytton Avenue,**
City         : **Palo Alto, CA 94301**
Country      : **USA**

IBan no./Acc.no   : **16645-62842**
Name              : **Wilson Sonsini Goodrich & Rosati Transactions Trust**
Address           : **650 Page Mill Road,**
City              : **Palo Alto, CA 94304**
Country           :

Reference: MKEI UK LLP / Pacific Integrated Energy/Series A/Liz Kane & Sheri Martin/38746.007

========================================================

Reason for payment (max 4 x35 signs):
Beneficiary (max 4 x35 signs) beneficiary is a bank    : yes ☐   no X
Intercompany payment                                   : yes ☐   no X

Charges abroad to the account of:    ☐ Beneficiary (Receiving bank will charge costs)
                                      X Principal (DB will charge your account EUR/USD 30,-)

Additional information for the bank:
To be executed:   ☐ normal    X☐ urgent (same day value)

========================================================
                     To be filled by Deutsche Bank
No DB charges ☒   (Except CCOC or CCUS)

                     To be filled By Deutsche Bank
========================================================

Signature                                    Signature  /signature/
............................                 ............................
Name  Odo Habeck                             Name Francisco Illaramendi

..............................................   ..............................................
(Authorized Signature(s) as per signature list)

F01334-E00298941                                                                 Illarramendi, Francisco