# EXHIBIT B

**From:** Francisco Illarramendi
**Sent:** Friday, September 03, 2010 3:14 PM
**To:** Ignacio Iribarren; Hamish de Run
**Cc:** Mark S. Juergensen; Craig Murphy
**Subject:** RE: PIE Transaction Closing

I copy below the swift of the transfer. The funds should have been received in the WS account already. Sorry for the delay. I hope it did not pose much of the problem.

```
{1:F01DEUTNL2AAXXXSSSSIIIIII}
{2:I103BKTRUS33XXXXU3003}
{3:
{119:STP}}
{4:
:20:PA100903-17028
:23B:CRED
:23E:SDVA
:32A:100903USD4000000,00
:33B:USD4000000,00
:50K:/0265049113
SHORT TERM LIQUIDITY FUND I, LTD
89 NEXUS WAY
KY1-9007 CAMANA BAY
:57A://FW026009593
BOFAUS3NXXX
:59:/16645-62842
WILSON SONSINI GOODRICH AND ROSATI
 TRANSACTIONS TRUST
 650 PAGE MILL ROAD
 PALO ALTO CA 94304
:70:MKEI UK LLP/PACIFIC INTEGRATED
 ENERGY/SERIES A/LIZ KANE AND SHERI
 MARTIN/38746.007
:71A:OUR
-}
{5:
{CHK:BBC8B3ECBCF0}}
```