# EXHIBIT D

Case 3:11-cv-00078-JBA   Document 335-4   Filed 09/13/11   Page 1 of 3

Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

**VIA FEDERAL EXPRESS**

February 23, 2011

Ona T. Wang
direct dial: 212.589.4254
OWang@bakerlaw.com

MKEI Solar, LP
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Re:   Order Appointing Receiver & Asset Freeze: <u>SEC v. Illarramendi, Michael Kenwood Capital Management, LLC et al. C.A. No. 3:11-cv-00078 (JBA)</u>

To Whom It May Concern:

Please be advised that the law firm of Baker & Hostetler LLP represents John J. Carney, Esq. in his capacity as Receiver of Michael Kenwood Capital Management, LLC, Michael Kenwood Asset Management, LLC, MK Energy and Infrastructure, LLC and MKEI Solar, LP (collectively, the "Receivership Defendants"). **At a telephonic status conference on February 18, 2011, the Court expanded the scope of the Receivership to include Michael Kenwood Group, LLC.**

On February 3, 2011, the United States District Court for the District of Connecticut (the "Court") entered an order (the "Receiver Order") appointing John J. Carney, Esq. of Baker & Hostetler LLP to serve as receiver in connection with the above-referenced litigation (the "Receiver"), and appointing Baker & Hostetler LLP as counsel to the Receiver. A copy of the Receiver Order is attached as Exhibit A. As defined therein, the Receivership Estate includes among other things, "all assets under the direct or indirect control" of the Receivership Defendants.

In addition to the Receiver Order, please find the "Temporary Order Freezing Assets", entered January 28, 2011, and the "Modified Temporary Order Freezing Assets", entered on February 2, 2011 (collectively the "Orders"). Please review each of the Orders in their entireties. This letter serves as notice of the Orders and all the terms and conditions set forth in each. **It has come to our attention that you may hold assets of the Receivership Estate that must be preserved according to the attached orders.**

As per the Receiver Order, the "Receiver is authorized to take possession, custody and control of all assets, bank accounts or other financial accounts, books and

MKEI Solar, LP
February 23, 2011
Page 2

records and all other documents or instruments relating to the Receivership Defendants. All persons and entities having possession, custody or control of any property of the Receivership Estate are hereby directed to provide access to the Receiver and to turn such property over to the Receiver at the Receiver's request." *See* Attachment A ¶ 13. As a result, you are hereby directed to provide direct access to the Receiver and the Receiver's counsel as per the Receiver's request.

You are hereby directed to "**Not liquidate, transfer, sell, convey or otherwise transfer any assets, securities, funds or accounts in the name of or for the benefit of the Receivership Defendants except as approved by the Receiver[.]**" *See id.* ¶15 (emphasis added). In addition, Paragraph 15 of the Receivership Order requires all persons or entities which hold assets or funds of the Receivership Estate to serve on the Receiver "within five (5) business days of receipt of th[is] notice…a certified statement setting forth, with respect to each such account or other asset, the balance in the account or description of the assets as of the close of business on the date of receipt of notice." Please provide this certified statement to the undersigned.

You also are further instructed to comply with all the terms set forth in the attached Orders and to refrain from engaging in or permitting any transfer or dispositions of funds and other assets of the Receivership Defendants except as directed by the Receiver. Your failure to abide by the Orders may subject you to a finding of contempt.

Please note that the Receiver's investigation is continuing and the Receiver reserves all rights to amend or supplement the positions taken hereunder.

Please contact me or my partner, Jimmy Fokas, at 212-589-4272 or jfokas@bakerlaw.com as soon as possible to discuss compliance with this letter.

Sincerely,

Ona T. Wang
Jimmy Fokas