# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,

        Defendants,

and

HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,

        Relief Defendants.

CASE NO.: 11-CV-00078 (JBA)

## AFFIDAVIT OF JOHN R. KIEFNER, JR. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF FLORIDA      : 
                                  : ss.:
COUNTY OF PINELLAS  :

I, JOHN R. KIEFNER, JR., ESQ., being duly sworn, hereby depose and say:

      1.    I am over the age of eighteen years and I understand the obligations of an oath. I submit this affidavit pursuant to D. Conn. L. Civ. R. 83.1(d) in support of the attached

2027993v1

motion seeking permission of the Court for me to appear *pro hac vice,* for all purposes, in the above entitled action.

2.   I am an attorney at Kiefner Law Offices, P.A., attorneys for interested party Ventures Trust Management LLC ("<u>VTM</u>").  My contact information is as follows:

>John R. Kiefner, Jr., Esq.
>Kiefner Law Offices, P.A.
>146 Second St. N., Suite 300
>St. Petersburg, FL 33701
>Telephone:  727-894-8000
>Facsimile:  727-894-8002
>Email: jkiefner@kiefnerlaw.com

3.   I am a member in good standing of The Florida Bar (Bar no. 0137703) and am admitted to practice before the Middle District of Florida (Bar no. 0137703).

4.   I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5.   I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.   I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.   Pursuant to Local Rule 83.1(d)(1)(e), I designate Julie A. Manning, Esq. and her office, Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT  06103, telephone number (860) 251-5000, as the member of the bar of this Court upon whom service of all papers

shall also be made, and I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8.	There is good cause for my admission *pro hac vice* in that: (a) his firm is regular counsel to VTM; (b) VTM has expressed its confidence in his experience and recommendations and has expressly requested that he and his firm represent its interests in this case; and (c) he is actively participating in the case; and (d) because of his substantial past experience, his assistance is needed in the representation of VTM in this action.



John R. Kiefner, Jr., Esq.

Subscribed and sworn to before
me this _____ day of September, 2011.

_____
Notary Public
My Commission Expires:

KAREN WIDELL
MY COMMISSION # DD 694612
EXPIRES: September 27, 2011
Bonded Thru Notary Public Underwriters