UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Securities and Exchange Commission,<br>    *Plaintiff*,<br><br>    *v.*<br><br>Francisco Illaramendi et al.,<br>    *Defendants*,<br><br>and<br><br>Highview Point Master Fund, Ltd. et al.,<br>    *Relief Defendants*. | Civil No. 3:11cv78 (JBA)<br><br><br><br>September 14, 2011 |

Endorsement Order

After review, the First Interim Application of Victor E. Mandel for fees and expenses for his service as Court–appointed Business Advisor, for the period January 20, 2011 to February 3, 2011 and filed on his behalf by the Receiver on August 23, 2011, is approved. The Received is authorized to pay to Mr. Mandel $83,237 (which includes $2,187 in expense reimbursements) for his services, which were of great assistance to the Court.

IT IS SO ORDERED.

  /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 14th day of September, 2011.