UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO. 11-cv-00078-JBA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

FRANCISCO ILLARRAMENDI, et al.,

    Defendants.
_____/

### MOVANTS/APPELLANTS' ADOPTION OF RELIEF DEFENDANTS/APPELLANTS' PROPOSED INDEX OF RECORD FOR APPEAL (DE 320) AND <u>LISTING OF PROPOSED ADDITIONS THERETO</u>

Movants/Appellants Balanchine Corporation, Brentwood Services, Inc. and Edenwood Holding S.A. respectfully adopt the Relief Defendants/Appellants' Proposed Index of Record for Appeal (DE 320) and respectfully propose the addition of the following filings *in addition to* those listed in that Proposed Index:

| Date | Docket No. | Item |
|---|---|---|
| 1/14/11 | 1 | Complaint filed by Securities & Exchange Commission |
| 2/3/11 | 66 | Order Appointing Receiver |
| 3/1/11 | 118 | Amended Order Appointing Receiver |
| 5/10/11 | 186 | Exhibit A to Amended Complaint |
| 5/10/11 | 187 | Exhibit B to Amended Complaint |
| 5/12/11 | 195 | Motion to Intervene, filed by Balanchine Corporation, Brentwood Services Inc., Edenwood Holding, S.A |
| 5/13/11 | 203 | Memorandum in Opposition re Motion to Intervene, filed by Securities & Exchange Commission |

| Date | Docket No. | Item |
|---|---|---|
| 5/16/11 | 208 | Memorandum in Support re Motion to Intervene and re Motion for Temporary Restraining Order, and attachment, filed by Balanchine Corporation, Brentwood Services Inc., Edenwood Holding, S.A. |
| 5/22/11 | 239 | Notice of Verified Statement filed in Response to Motion for Temporary Restraining Order and in Support of Motion to Intervene, with attached Verified Statement, filed by Balanchine Corporation, Brentwood Services Inc. and Edenwood Holding, S.A. |
| 8/10/11 | 304 | Notice Of Appeal as to Order on Motion to Intervene, filed by Balanchine Corporation, Brentwood Services Inc. and Edenwood Holding, S.A. |
| 8/10/11 | 305 | Notice Of Appeal as to Order on Motion for TRO, filed by Balanchine Corporation, Brentwood Services Inc. and Edenwood Holding, S.A. |
|  |  | Highview Point Master Fund, Summary of Investment and Transaction Activity (Ex. A, admitted in evidence at hearing on SEC TRO Motion) |
|  |  | Highview Point Master Fund, Summary of Investment and Transaction Activity (Ex. B, admitted in evidence at hearing on SEC TRO Motion) |
|  |  | Highview Point Master Fund, Summary of Vouched Investments and Proceeds on Structured Investments (Ex. C, admitted in evidence at hearing on SEC TRO Motion) |
|  |  | Highview Point Master Fund, Vouched Investments and Proceeds on Structured Investments by Year (Ex. D, admitted in evidence at hearing on SEC TRO Motion) |
|  |  | Highview Point Master Fund, MKV Vouched Investment and Proceeds by Year (Ex. D-1, admitted in evidence at hearing on SEC TRO Motion) |
|  |  | Reconciliation of Summary of Investment and Transaction Activity to Vouched Investments and Proceeds (Ex. E, admitted in evidence at hearing on SEC TRO Motion) |
|  |  | Highview Point Master Fund Chart (Ex. F, admitted in evidence at hearing on SEC TRO Motion) |
|  |  | Highview Point Master Fund, Principal Amounts Invested (Ex. G, admitted in evidence at hearing on SEC TRO Motion) |
|  |  | December 12, 2010 letter from HPP's counsel to SEC with various documents related to Highview Point Master Fund account at Deutsche Bank (Ex. L, admitted in |

| Date | Docket No. | Item |
|---|---|---|
| | | evidence at hearing on SEC TRO Motion) |
| | | Highview Point Master Fund trade blotter (Ex. 5, admitted in evidence at hearing on SEC TRO Motion) |

                                                BALANCHINE CORPORATION,
                                                BRENTWOOD SERVICES INC.,
                                                EDENWOOD HOLDING, S.A.

                                                /s/ Richard E. Brodsky
                                                Richard E. Brodsky - phv 0470
                                                THE BRODSKY LAW FIRM
                                                66 West Flagler Street, Ninth Floor
                                                Miami, Florida 33130
                                                Tel.:   786-220-3328
                                                Fax:   866-564-8231
                                                rbrodsky@thebrodskylawfirm.com
                                                Admitted Pro Hac Vice

OF COUNSEL:

Laurence E. Curran III
CURRAN & ASSOCIATES
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Tel.: (305) 777-0374
Fax: (305) 675-0548
lecurran@lecurran.com

Simon I. Allentuch (ct21094)
Neubert, Pepe & Monteith, P.C.
195 Church Street
New Haven, CT 06510
Phone: (203) 821-2000
Fax: (203) 821-2009

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2011, a copy of foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Richard E. Brodsky