UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FRANCISCO ILLARRAMENDI; MICHAEL )<br>KENWOOD CAPITAL MANAGEMENT, LLC; )<br>et al., )<br>    Defendants. ) | Case No.: 3:11-cv-00078 (JBA)<br><br><br><br>September 16, 2011 |

## APPEARANCE AS MOVANT

Please enter the appearance in the above-captioned matter of Harold James Pickerstein as Movant on behalf of Rufino Rafael Gonzalez-Miranda Camejo in his Motion to Quash and the Memorandum of Law thereto.

                                                      Respectfully submitted,

                                      By:     /s/ Harold James Pickerstein
                                             Harold James Pickerstein (ct05094)
                                             McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                             30 Jelliff Lane
                                             Southport, CT 06890
                                             Tel.:  (203) 319-4000
                                             Fax:  (203) 259-0251
                                             Email: hpickerstein@mdmc-law.com

## CERTIFICATE OF SERVICE

    I, Harold James Pickerstein, hereby certify that on September 16, 2011, a copy of the foregoing Appearance As Movant was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

          /s/ Harold James Pickerstein
          Harold James Pickerstein