UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | CIVIL ACTION NO. 3:11-CV-00078 (JBA) |
| Plaintiff | : : | |
| v. | : : | |
| FRANCISCO ILLARRAMENDI, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, *et al*. | : : : : | SEPTEMBER 16, 2011 |
| Defendants. | : : | |

## MOVANT RUFINO GONZALEZ-MIRANDA'S
## MOTION TO QUASH SUBPOENAS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Movant Rufino Gonzalez-Miranda respectfully moves for an Order quashing subpoenas served upon non-parties CitiMortgage Inc. ("Citi") and American Express Company ("Amex") (collectively "the Subpoenas") by the Court Appointed Receiver.  The Subpoenas seek personal financial information from Mr. Gonzalez-Miranda's accounts that is completely irrelevant to the Receiver's investigation.  Accordingly, any purported interest of the Receiver in this information is substantially outweighed by Mr. Gonzalez-Miranda's privacy interests.  Additionally, the limitless scope and breadth of the information sought are such that they are abusive and constitute an undue invasion of privacy upon Mr. Gonzalez-Miranda.  In further support, Mr. Gonzalez-Miranda respectfully submits the accompanying Memorandum of Law.

Respectfully submitted,
MOVANT,
RUFINO GONZALEZ-MIRANDA


By: /s/ Harold James Pickerstein
　　Harold James Pickerstein (ct05094)
　　Calvin K. Woo (ct 24497)
　　McElroy, Deutsch, Mulvaney & Carpenter, LLP
　　30 Jelliff Lane
　　Southport, CT 06890
　　Tel.:  (203) 319-4000
　　Fax:  (203) 259-0251
　　Email: hpickerstein@mdmc-law.com

　　　　-and-

　　Alan S. Fine
　　Alan S. Fine, P.A.
　　255 Alahambra Circle, Suite 850
　　Coral Gables, FL  33134
　　Email: afine@fine-law.com
　　Of Counsel

　　His Attorneys

2

## CERTIFICATE OF SERVICE

I, Harold James Pickerstein, hereby certify that on September 16, 2011, a copy of the foregoing Movant Rufino Gonzalez-Miranda's Motion To Quash Subpoenas was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/ Harold James Pickerstein
        Harold James Pickerstein