UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>Defendants.<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>Relief Defendant. | Case No.: 3:11-CV-00078-JBA |

## DECLARATION OF MAURICE GUNDERSON

I, Maurice Gunderson, certify and declare as follows:

1. I am a Venture Partner of CMEA Capital ("CMEA") and focus on CMEA investments in the energy sector. I have personal knowledge of the statements made in this declaration.

2. CMEA Capital is a venture capital firm headquartered in San Francisco, California. CMEA has been established for twenty-one years, has $1.1 B under management, and has invested in over 140 companies. CMEA's current investment portfolio includes approximately 50 companies, in the Information Technology, Life Sciences, and Energy and Materials sectors. CMEA is also the largest minority shareholder of NuScale, Power, Inc. ("NuScale"). I sat on the

Page 1

NuScale board from 2007 to 2009, and have held a board observer seat from 2009 to the present time.

3. In connection with the proposed acquisition by Fluor Enterprises, Inc. ("Fluor") of a controlling interest in NuScale, CMEA has been asked to consent to a recapitalization of NuScale and to a plan of share exchange. CMEA expects to consent to the recapitalization and plan of share exchange because Fluor represents a stable source of funding for NuScale both in the short and long term.

4. I am aware of recent efforts by a group led by Ramon Illarramendi and another led by Craig Berkman to purchase the controlling interest in NuScale. I am familiar with Mr. Illarramendi based on his former role as a board member of NuScale. I am familiar with Mr. Berkman based on review of the results of litigation, including the case of *Synectic Ventures I, LLC et al. v. Craig L. Berkman et al.*, Circuit Court of the State of Oregon for Multnomah County, Case No. 0512-13245.

5. CMEA would oppose any effort by Mr. Illaramendi or by Mr. Berkman, or investors represented by either, to secure a controlling interest in NuScale. It is my belief that CMEA would not grant its consent to a proposal similar to the one presented by Fluor, if presented by Mr. Illarramendi, Mr. Berkman, or investors led by either.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14 2011,

_____
Maurice Gunderson

035522/00002/3101274v4