UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>Defendants.<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>Relief Defendant. | Case No.: 3:11-CV-00078-JBA |

## DECLARATION OF BRIAN WALL

I, Brian Wall, certify and declare as follows:

1. I am the Director of the Office for Commercialization and Corporate Development at Oregon State University. I make this declaration on my own personal knowledge.

2. Oregon State University ("OSU") and NuScale Power, Inc. ("NuScale") are parties to a Patent License Agreement ("PLA") effective November 18, 2007, that granted to NuScale exclusive rights to OSU's small nuclear reactor design. OSU and NuScale are also parties to a Memorandum of Understanding effective November 18, 2007, that provided NuScale with

priority access and use of OSU's Multi-Application Small Light Water Reactor Integrated Test Facility ("MITF").

3. On January 20, 2011, OSU sent a letter to NuScale asserting that the PLA had terminated by its own terms based on NuScale having ceased commercialization of the licensed intellectual property and that termination of the PLA also effected a termination of NuScale's rights to access and use of the MITF. A copy of the January 20, 2011 letter is attached to this declaration as Exhibit 1. NuScale contested OSU's claim that the PLA had terminated.

4. In connection with the proposed transaction with Fluor Enterprises, Inc. ("Fluor"), OSU has been requested to rescind the January 20, 2011 letter and to enter into a settlement agreement with NuScale with respect to the claims asserted in the January 20, 2011 letter. OSU has agreed to do so in connection with closing of the Fluor financing and believes that Fluor brings a stable source of financing to NuScale.

5. OSU is aware of efforts by Ramon Illarramendi and Ventures Trust Management LLC to present bids on behalf of themselves or others to purchase a controlling interest in NuScale. It is my current belief that in the event that Mr. Illaramendi, Ventures Trust Management LLC or entities represented by either of them secure a controlling interest in NuScale, OSU would not rescind the January 20, 2011 letter and would not agree to enter into a settlement agreement with NuScale with respect to the claims asserted in that letter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2011,

_____
Brian Wall



Office of the President
Oregon State University, 600 Kerr Administration Building, Corvallis, Oregon 97331-2128
Phone 541-737-4133 | Fax 541-737-3033

January 20, 2011

NuScale Power, Inc.
PO Box 2710
Corvallis, OR 97339-2710
Att'n: Paul Lorenzini, CEO

Dear Mr. Lorenzini:

Oregon State University (OSU) is licensor and NuScale Power, Inc. (NuScale) is licensee under a Patent License Agreement (PLA) effective November 18, 2007, covering certain patents and related intellectual property related to nuclear power generation. In addition, OSU owns and operates on its Corvallis campus a Multi-Application Small Light Water Reactor Integrated Test Facility (MITF). Under a Memorandum of Understanding (MOU) effective November 18, 2007, OSU is providing NuScale priority access to and use of the MITF to pursue NuScale's commercialization activities under the PLA. Under the MOU, OSU and NuScale have entered into various agreements whereby OSU is providing certain research and testing services to NuScale.

OSU has become aware, through information provided by NuScale (including the press release being issued by NuScale today) and other sources, that NuScale has ceased to pursue commercial development of Licensed Products under the PLA. Under the PLA, such cessation by NuScale of commercial development of Licensed Products effects an automatic termination of the PLA. This letter notifies NuScale that OSU considers the License Agreement terminated as of the date NuScale ceased commercial development of Licensed Products under the PLA, which is not later than today.

Termination of the PLA effects an automatic termination of the Reservation Period under the MOU, including termination of NuScale's priority rights under the MOU to use the MITF. This letter also notifies NuScale that OSU considers the Reservation Period under the MOU terminated as of the date NuScale ceased commercial development of Licensed Products under the PLA.

To the extent termination of the PLA and the Reservation Period under the MOU do not automatically terminate the various research, testing and other agreements and understandings in effect between OSU and NuScale under the MOU (Test Agreements), this letter provides notice to NuScale that OSU exercises such rights as it may have under the Test Agreements to terminate the Test Agreements. The termination of each Test Agreement shall occur (if it has not already occurred) as of the earliest possible date provided for termination by OSU in such Test Agreement.

As described above, OSU believes that NuScale has ceased to pursue commercial development of Licensed Products under the PLA. If NuScale disputes that fact, please

Page 2
January 20, 2011

notify OSU in writing no later than 8:00 a.m. PST Monday, January 24, of the specific basis for NuScale's dispute of that fact and, at such time, provide any documentation necessary to support NuScale's position. OSU will consider in good faith any such written information and documentation provided within that time frame. That consideration will include whether OSU should reinstate the PLA with NuScale as the licensee if appropriate based on the information and documentation provided by NuScale. However, no such dispute process shall cause the automatic termination of the PLA according to its terms as described above to be revoked, suspended or deferred, unless and until OSU were to affirmatively reinstate the PLA in writing.

Sincerely,

Edward J. Ray
President