UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　　　　　Defendants,<br>and<br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br>ECF CASE<br><br>**[PROPOSED] ORDER** |

### [PROPOSED] ORDER DENYING THE MOTIONS OF VENTURES TRUST MANAGEMENT LLC AND RAMON ILLARRAMENDI

**WHEREAS** this matter has come before this Court upon motion of the Receiver, John J. Carney Esq. (the "Receiver"), for an order denying the Motions of Ventures Trust Management LLC, Dkt. No. 332, and Ramon Illarramendi, Dkt. No. 328;

**WHEREAS** the Court finds that the Receiver is authorized to dispose of Receivership Assets without Further Court Order pursuant to the terms of Paragraph 42 of the June 22, 2011 Amended Order Appointing the Receiver;

**WHEREAS** the Court finds that based on the record in these proceedings, Ventures Trust Management LLC and Ramon Illarramendi are subject to Paragraph 33 of the June 22, 2011 Amended Order Appointing the Receiver and are thereby enjoined from taking any further

actions to delay, impede or otherwise interfere with the sale of the MK Group's Interests in NuScale;

**IT IS HEREBY ORDERED THAT:**

1. Ventures Trust Management LLC's motion is **DENIED**;

2. Ramon Illarramendi's motion is **DENIED**; and

3. Ventures Trust Management LLC and Ramon Illarramendi are **ENJOINED** from further action with respect to the sale of the MK Group's Interests in NuScale that are the subject of these motions or otherwise interfering in the sale of such interests.

Dated: September ___, 2011

_____
THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE