UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　　　Defendants,<br>and<br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 22, 2011, the 1) Memorandum of Law in Support of the Receiver's Emergency Opposition to Ventures Trust Management LLC's Motion and Ramon Illarramendi's Motion Opposing the Sale of the Receiver's Interests in NuScale, and 2) Proposed Order Denying the Motions of Venture's Trust Management LLC and Ramon Illarramendi were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Jonathan B. New