UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>              Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>              Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>              Relief Defendants. | 11-CV-00078 (JBA)<br><br>ECF CASE<br><br><br>[PROPOSED] ORDER |

## [PROPOSED] ORDER DENYING MOTION TO MODIFY RECEIVER ORDER

**WHEREAS** this matter has come before this Court upon motion of Russco Energy LLC, ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and Reostar Operating, Inc., (collectively, "Movants") for an order modifying the Receiver Order to permit Reostar to join certain parties in a pending adversary proceeding in the Bankruptcy Court for the Northern District of Texas (Dkt. No. 323);

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is **DENIED**; and

2. The Receiver's costs for opposing this motion and the related Motion for Leave to Amend Complaint, filed in the Bankruptcy Court of the Northern District of Texas, are assessed against Movants.

Dated: September ___, 2011

_____
THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                   Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>                   Defendants,<br><br>and<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>                   Relief Defendants. | 11-CV-00078 (JBA)<br><br>**Certificate of Service** |

I hereby certify that on September 22, 2011, the **[PROPOSED] ORDER DENYING MOTION TO MODIFY RECEIVER ORDER** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: September 22, 2011

                                                               /s/
                                                       Jonathan B. New