UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Securities and Exchange Commission,<br>    *Plaintiff*,<br><br>    *v.*<br><br>Francisco Illaramendi et al.,<br>    *Defendants*,<br><br>and<br><br>Highview Point Master Fund, Ltd. et al.,<br>    *Relief Defendants*. | Civil No. 3:11cv78 (JBA)<br><br>September 22, 2011 |

Endorsement Order

After review, the First Interim Application of Deborah Hicks Midanek for fees and expenses for her service as Court–appointed Business Advisor, for the period February 3, 2011 to March 31, 2011 and filed on her behalf by the Receiver on August 22, 2011, is approved. The Received is authorized to pay to Ms. Midanek $52,744 for her services, which were of great assistance to the Court.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 22nd day of September, 2011.