UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

v.                                                                                    CASE NO.:  11-CV-00078
(JBA)

FRANCISCO ILLARRAMENDI, HIGHVIEW
POINT PARTNERS, LLC and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,

           Defendants,

and

HIGHVIEW POINT MASTER FUND, LTD.,
HIGHVIEW POINT OFFSHORE, LTD.,
HIGHVIEW POINT LP, MICHAEL KENWOOD
ASSET MANAGEMENT, LLC, MK ENERGY
AND INFRASTRUCTURE, LLC, and MKEI
SOLAR, LP,

           Relief Defendants.
_____/          SEPTEMBER 23, 2011

## MOTION TO WITHDRAW MOTION TO INTERVENE

Interested party Ventures Trust Management LLC ("VTM"), by and through its undersigned attorneys, hereby respectfully moves to withdraw its Motion to Intervene dated September 12, 2011. In support of this Motion, VTM states as follows:

1.      On September 12, 2011, VTM moved to intervene in the instant receivership proceeding to obtain relief from certain orders entered by this Court pertaining to the receivership proceeding (the "Motion to Intervene").  (D.I. # 332).

2042843v1

2.	Subsequently, opposition to the Motion to Intervene was filed by NuScale Power, Inc., the Securities and Exchange Commission, and the Receiver. (See D.I. # 346, 351 and 354.)

3.	Upon due consideration of the opposition filed, VTM hereby withdraws its Motion to Intervene.

WHEREFORE, VTM respectfully requests the entry of an order to withdraw its Motion to Intervene, and such further relief as justice requires.

VENTURES TRUST MANAGEMENT LLC

/s/ Julie A. Manning
Julie A. Manning, Esq. (ct 03255)
Eric S. Goldstein, Esq. (ct 27195)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Phone: (860) 251-5000
Fax:    (860) 251-5218
Email: jmanning@goodwin.com
Email: egoldstein@goodwin.com
(Local Counsel)

- and -

John R. Kiefner, Jr., Esq. (admitted pro hac vice)
Florida Bar Number: 0137703
KIEFNER LAW OFFICES, P.A.
146 2nd Street North, Suite 300
St. Petersburg, FL   33701
Phone: (727) 894-8000
Fax:    (727) 894-8002
E-Mail: jkiefner@kiefnerlaw.com
(Lead Counsel)

2042843v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, I hereby certify that on September 23, 2011, a copy of the foregoing was served by United States mail, postage prepaid, to NuScale Power, Inc., 6650 W. Redwood Lane, Suite 210, Portland, OR 97224.

/s/ Julie A. Manning
Julie A. Manning, Esq. (ct 03255)
Shipman & Goodwin LLP