UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.                                              CASE NO.:  11-CV-00078 (JBA)

FRANCISCO ILLARRAMENDI, HIGHVIEW
POINT PARTNERS, LLC and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,

          Defendants,

and

HIGHVIEW POINT MASTER FUND, LTD.,
HIGHVIEW POINT OFFSHORE, LTD.,
HIGHVIEW POINT LP, MICHAEL KENWOOD
ASSET MANAGEMENT, LLC, MK ENERGY
AND INFRASTRUCTURE, LLC, and MKEI
SOLAR, LP,

          Relief Defendants.
_____/        SEPTEMBER 23, 2011

**MOTION TO WITHDRAW *PRO HAC VICE* APPEARANCE**

      Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel of record respectfully moves the Court to withdraw the appearance of John R. Kiefner, Jr., Esq., admitted *pro hac vice*, as counsel for interested party, Ventures Trust Management LLC ("VTM"), in the above action. VTM is aware of the filing of this Motion and is being sent a copy of this Motion by certified mail.

2042897v1

VENTURES TRUST MANAGEMENT LLC

/s/ Julie A. Manning
Julie A. Manning, Esq. (ct 03255)
Eric S. Goldstein, Esq. (ct 27195)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Phone: (860) 251-5000
Fax:   (860) 251-5218
Email: jmanning@goodwin.com
Email: egoldstein@goodwin.com
(Local Counsel)

- and -

John R. Kiefner, Jr., Esq.[1]
Florida Bar Number: 0137703
Kiefner Law Offices, P.A.
146 2nd Street North, Suite 300
St. Petersburg, FL   33701
Phone: (727) 894-8000
Fax:   (727) 894-8002
E-Mail: jkiefner@kiefnerlaw.com
(Lead Counsel)

---

[1] Attorney John R. Kiefner, Jr. was admitted to appear *pro hac vice* on behalf of VTM by order of this Court, dated September 15, 2011 (Doc. Id. No. 339).

## CERTIFICATION OF SERVICE

      I hereby certify that on September 23, 2011, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system. I further certify that on September 23, 2011, a copy of the foregoing was sent via certified mail to Ventures Trust Management LLC, , 7722 Still Lakes Dr., Odessa, FL 33556.

                                                  /s/ Julie A. Manning, Esq.
                                                  Julie A. Manning, Esq.