UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE
COMMISSION,
                              Plaintiff,

v.

FRANCISCO ILLARRAMENDI and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,
                              Defendants,

and

MICHAEL KENWOOD ASSET
MANAGEMENT, LLC, MK ENERGY AND
INFRASTRUCTURE, LLC, and MKEI SOLAR,
LP,
                              Relief Defendants.

11-CV-00078 (JBA)

ECF CASE

**ORDER**

## ORDER AUTHORIZING RECEIVER TO FILE EXHIBITS UNDER SEAL

**WHEREAS,** this matter has come before this Court upon motion of the Receiver, John J.

Carney, Esq. (the "Receiver") seeking authorization to file under seal Exhibits 3 and 4 to the

Receiver's Opposition to Ventures Trust Management LLC's Motion and Ramon Illarramendi's

Motion Challenging the Sale of the MK Group's Interests in NuScale; and

**WHEREAS,** the Court finds that based on the record in these proceedings and the

consent of the parties, authorization to file Exhibits 3 and 4 under seal is necessary and essential

to enable the Receiver to execute faithfully his duties herein;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED**; and

2.      The Receiver is authorized to file under seal Exhibits 3 and 4 to Receiver's Opposition to Ventures Trust Management LLC's Motion and Ramon Illarramendi's Motion Challenging the Sale of the MK Group's Interests in NuScale.


Dated: September **22**, 2011.


/s/

THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE