UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

SEPTEMBER 26, 2011

---

## MOTION FOR ADMISSION *PRO HAC VICE*

Christopher L. Brigham, on behalf of movants, ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc. (collectively "ReoStar"), hereby move the Court for an order, pursuant to the Local Rules of Civil Procedure 83.1(d), permitting Attorney Bruce W. Akerly to represent ReoStar before this Court with respect to ReoStar's Motion for Leave filed on August 3, 2011 in this matter. The law firm of Updike, Kelly & Spellacy, P.C. has agreed to serve as local counsel for ReoStar in such proceedings before this Court.

Attorney Bruce W. Akerly practices law with the law firm of Cantey Hanger, LLP, 1999 Bryan Street, Suite 333, Dallas, Texas 75201. Attorney Akerly is a member in good standing of the Bars of the State of Texas, the U.S. Districts Courts in the States of Texas and Wisconsin and the U.S. Court of Appeals for the Fifth Circuit. Attorney Bruce W. Akerly and attorneys with Cantey Hanger, LLP have never been denied admission to the Bar for the District of Connecticut, or

599914-v1

disciplined in accordance with Local Rules of Civil Procedure 83.2, or denied admission or disciplined by any other Court.

In support of this Motion, movants, ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc., submit the attached Affidavits of Christopher L. Brigham and Bruce W. Akerly.

Respectfully submitted,

THE MOVANTS, REOSTAR ENERGY
CORPORATION, REOSTAR GATHERING,
INC., REOSTAR LEASING, INC. and
REOSTAR OPERATING, INC.

By: /s/ Christopher L. Brigham
CHRISTOPHER L. BRIGHAM, ESQ.
Federal Bar Number ct12410
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th Floor
New Haven, Connecticut 06510
Telephone: (203) 786-8300
Facsimile:  (203) 772-2037
Email:      cbrigham@uks.com

599914-v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

---

NO. 11-cv-00078 (JBA)

SEPTEMBER 26, 2011

## ORDER FOR ADMISSION *PRO HAC VICE*

Having read the Motion for Admission *Pro Hac Vice* and the supporting Affidavits of Christopher L. Brigham and Bruce W. Akerly, the Motion for Admission *Pro Hac Vice* permitting Attorney Akerly to represent movants, ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc., in this matter is hereby granted pursuant to Local Rule 83.1(d).

Dated this ____ day of September, 2011.

BY THE COURT:

_____
District Judge

599914-v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ET AL<br>     Plaintiffs, | NO. 11-cv-00078 (JBA) |
| V. | |
| FRANCISCO ILLARRAMENDI, ET AL<br>     Defendants. | SEPTEMBER 26, 2011 |

---

### AFFIDAVIT OF CHRISTOPHER L. BRIGHAM
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF CONNECTICUT      :
                          :   SS.   NEW HAVEN   September 26, 2011
COUNTY OF NEW HAVEN       :

I, Christopher L. Brigham, being duly sworn, depose and say:

1.   I am over the age of eighteen (18) years and understand the obligation of an oath.

2.   I am the attorney serving as local counsel for the movants, ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc. (collectively "ReoStar") with respect to ReoStar's Motion for Leave filed on August 3, 2011 in this matter and am a member in good standing of the Bar of the United States District Court of the District of Connecticut.

3.   I make this Affidavit in support of movants' Motion for Admission of Bruce W. Akerly *Pro Hac Vice* for purposes of the instant Motion for Leave only.

4.      Attorney Akerly is a member in good standing of the Bars of the State of Texas, the U.S. District Courts in the States of Texas and Wisconsin and the U.S. Court of Appeals for the Fifth Circuit.

5.      Attorney Akerly currently represents his client ReoStar in an action pending in the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division, encaptioned "ReoStar Energy Corporation, et al v. BT and MK Energy and Commodities, LLC, et al", Adversary Action No. 11-4022-dml, and has asked this firm to act as local counsel for ReoStar with respect to the Motion for Leave filed on August 3, 2011 in this matter and we will continue to do so.

_____
CHRISTOPHER L. BRIGHAM, ESQ.

Subscribed and sworn to before me
this 26th day of September, 2011.

_____
Notary Public/Commissioner of the Superior Court
My Commission Expires: 10/31/2013

599914-v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- :
SECURITIES AND EXCHANGE              :
COMMISSION, ET AL                    :   NO. 11-cv-00078 (JBA)
    Plaintiffs,                      :
V.                                   :
                                     :
FRANCISCO ILLARRAMENDI, ET AL        :
    Defendants.                      :   SEPTEMBER 26, 2011
---------------------------------------------------------- :

### AFFIDAVIT OF BRUCE W. AKERLY
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF TEXAS                :
                              :   SS.   September 22, 2011
COUNTY OF DALLAS              :

I, BRUCE W. AKERLY, being duly sworn, depose and say:

    1.    I am over the age of eighteen (18) years and understand the obligation of an oath.

    2.    I am a member of the firm of Cantey Hanger, LLP, 1999 Bryan Street, Suite 333, Dallas, Texas 75201. My telephone number is 214-978-4129. My fax number is 214-978-4150 and my email is bakerly@canteyhanger.com.

    3.    I am one of the attorneys representing ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc. (collectively "ReoStar") with respect to ReoStar's Motion for Leave filed on August 3, 2011 in the above-referenced matter and make this Affidavit in support of the movants' Motion for Admission *Pro Hac Vice* for purposes of the instant Motion for Leave only.

599914-v1

4.     I am a member in good standing of the Bars of the State of Texas, the U.S. District Courts in the States of Texas and Wisconsin and the U.S. Court of Appeals for the Fifth Circuit.

5.     I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6.     I have never been denied admission to the Bar for the District of Connecticut or denied admission or disciplined by any other Court. I have not resigned from or surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court while facing a disciplinary complaint.

7.     I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules, Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

8.     I have asked Attorney Christopher L. Brigham of the law firm of Updike, Kelly & Spellacy, P.C. to act as local counsel and agent for service for ReoStar Energy Corporation, ReoStar Gathering, Inc., ReoStar Leasing, Inc. and ReoStar Operating, Inc., and as my sponsoring lawyer with respect to ReoStar's Motion for Leave filed on August 3, 2011 in this matter and he has

indicated that he is willing to do so. I have designated the District Court for the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

9. In support of my Motion for Pro Hac Vice Admission in the above-referenced matter, I have attached a Certificate of Good Standing from the State Bar of Texas, Office of The Chief Disciplinary Counsel, dated September 13, 2011.

_____
BRUCE W. AKERLY, ESQ.

Subscribed and sworn to before me
this 22nd day of September, 2011.

_____
Notary Public
My Commission Expires:



NANCY STARR
Notary Public
State of Texas
My Comm. Expires 07-13-13

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

September 13, 2011

RE:   **Mr. Bruce W. Akerly**
      State Bar Number - **00953200**

To Whom it May Concern:

This is to certify that Mr. Bruce W. Akerly was licensed to practice law in Texas on November 05, 1982 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- :
SECURITIES AND EXCHANGE                                    :
COMMISSION, ET AL                                          :    NO. 11-cv-00078 (JBA)
    Plaintiffs,                                               :
                                                           :    **CERTIFICATE OF SERVICE**
V.                                                         :
                                                           :
FRANCISCO ILLARRAMENDI, ET AL                              :
    Defendants.                                                :    SEPTEMBER 26, 2011
                                                           :
---------------------------------------------------------- :

I hereby certify that, on September 26, 2011, the Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                              /s/ Christopher L. Brigham
                                                                              Christopher L. Brigham