

# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon     )

                    In Re:  137703  
                             John Robert Kiefner, Jr.  
                             Kiefner Law Offices, P.A.  
                             146 2nd St. N., Ste. 300  
                             Saint Petersburg, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 19, 1971.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this _13th_ day of September, 2011.

*[signature]*  
Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/KLCTu1:R10