UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Securities and Exchange Commission,<br>    *Plaintiff,*<br><br>    v.<br><br>Francisco Illarramendi, *et al.*,<br>    *Defendants,*<br><br>    and<br><br>Highview Point Master Fund, Ltd., *et al.*,<br>    *Relief Defendants.* | Civil No. 3:11cv78 (JBA)<br><br><br><br><br><br><br>September 27, 2011 |

APPROVAL OF FIRST INTERIM APPLICATION FOR FEES AND EXPENSES

After reviewing the First Interim Application for Fees and Expenses for Fees and Expenses [Doc. # 243] for the Receiver John Carney, the Receiver's legal advisors Baker & Hostetler LLP, and the forensic accountants FTI, which is represented to conform to the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission, and in light of the nature and scope of the work reflected in the April 4, 2011 Status Report, the Court approves the Application subject to the 20% hold–back, which will be reconsidered with the next application.

Accordingly, the Receivership Estate is authorized to pay the Receiver and Baker & Hostetler LLP an allowance of $1,570,332 for legal services provided during the period of February 3–March 31, 2011 and a $44,996 reimbursement for expenses, and it is authorized

to pay to FTI an allowance of $1,229,989 for services provided in this period and a $121,233 reimbursement for expenses.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 27th day of September, 2011.