# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ET AL<br>Plaintiffs, | NO. 11-cv-00078 (JBA) |
| | **CERTIFICATE OF SERVICE** |
| V. | |
| FRANCISCO ILLARRAMENDI, ET AL<br>Defendants. | OCTOBER 12, 2011 |

I hereby certify that, on October 11, 2011, the Certificate of Good Standing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Christopher L. Brigham
Christopher L. Brigham

599914-v1