UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                                  Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>                                  Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>                                  Relief Defendants. | 11-CV-00078 (JBA)<br><br><br><br><br>**AFFIDAVIT OF SERVICE** |

Jonathan Zambelli, duly sworn deposes and says:

1.      I am over 18 years of age, not a party to this action, and am employed by FTI Consulting.

2.      On the 6th day of October, 2011, I served true and correct copies of the 1) Notice of Bar Date for Asserting Claims and Proof of Claim Form Instructions (in both English and Spanish), and 2) Proof of Claim Form (English only), pursuant to the September 23, 2011 Order Granting the Receiver's Motion to set Bar Date for Claims Against the Receivership Estate and to Approve the Notice and Proof of Claim Form and Notice Procedures [Docket No. 365] (the "Order"), as modified by the September 28, 2011 Order Modifying Proof of Claim Form Appended to Bar Date Order [Docket No. 380], upon (a) all domestic parties (as listed in Exhibit

A, the "Domestic Parties") believed by the Receiver to have a potential claim against or potential interest in a Receivership Entity,[1] and (b) all international parties (as listed in Exhibit B, the "International Parties") believed by the Receiver to have a potential claim against or potential interest in a Receivership Entity.

3.      The Domestic Parties and the International Parties were served by first class mail or, with respect to those claimants whose addresses were not located and therefore do not have addresses indicated on either Exhibit A or Exhibit B, by email.

Jonathan Zambelli

Sworn to before me on this
13th day of October, 2011

Notary Public

DEBRA FERUCCI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FE6189430
Qualified in New York County
My Commission Expires June 23, 2012

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Order.