UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ET AL<br>    Plaintiffs, | NO. 11-cv-00078 (JBA) |
| V. | |
| FRANCISCO ILLARRAMENDI, ET AL<br>    Defendants. | OCTOBER 17, 2011 |

---

## MOTION FOR ADMISSION *PRO HAC VICE*

Christopher L. Brigham, on behalf of movant, Russco Energy, LLC ("Russco"), hereby moves the Court for an order, pursuant to the Local Rules of Civil Procedure 83.1(d), permitting Attorney Stephanie D. Curtis to represent Russco before this Court with respect to Reostar Energy Corporation's and Russco Energy LLC's Amended Motion for Leave filed on August 10, 2011 in this matter. The law firm of Updike, Kelly & Spellacy, P.C. has agreed to serve as local counsel for Russco in such proceedings before this Court.

Attorney Stephanie D. Curtis practices law with the law firm of Curtis Castillo, P.C., 901 Main Street, Suite 6515, Dallas, Texas 75202. Attorney Stephanie D. Curtis is a member in good standing of the Bars of the State of Texas, U.S. District Court, Northern, Eastern, Western and Southern Districts of Texas, U.S. Court of Appeals, Fifth Circuit and Eleventh Circuit. Attorney Stephanie D. Curtis and attorneys with Curtis Castillo, P.C. have never been denied admission to

600260-v1

the Bar for the District of Connecticut, or disciplined in accordance with Local Rules of Civil Procedure 83.2, or denied admission or disciplined by any other Court.

In support of this Motion, movant, Russco Energy, LLC, submits the attached Affidavits of Christopher L. Brigham and Stephanie D. Curtis.

Respectfully submitted,

MOVANT, RUSSCO ENERGY, LLC

By: _____
CHRISTOPHER L. BRIGHAM, ESQ.
Federal Bar Number ct12410
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th Floor
New Haven, Connecticut 06510
Telephone: (203) 786-8300
Facsimile: (203) 772-2037
Email: cbrigham@uks.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

OCTOBER 17, 2011

---

## ORDER FOR ADMISSION *PRO HAC VICE*

Having read the Motion for Admission *Pro Hac Vice* and the supporting Affidavits of Christopher L. Brigham and Stephanie Curtis, the Motion for Admission *Pro Hac Vice* permitting Attorney Curtis to represent movant, Russco Energy, LLC, in this matter is hereby granted pursuant to Local Rule 83.1(d).

Dated this ____ day of October, 2011.

BY THE COURT:

_____
District Judge

600260-v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

OCTOBER 17, 2011

---

### AFFIDAVIT OF CHRISTOPHER L. BRIGHAM
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF CONNECTICUT    :
                                      :   SS.   NEW HAVEN   October 17, 2011
COUNTY OF NEW HAVEN    :

I, Christopher L. Brigham, being duly sworn, depose and say:

1. I am over the age of eighteen (18) years and understand the obligation of an oath.

2. I am the attorney serving as local counsel for the movant, Russco Energy, LLC ("Russco") with respect to Reostar Energy Corporation's and Russco Energy LLC's Amended Motion for Leave filed on August 10, 2011 in this matter and am a member in good standing of the Bar of the United States District Court of the District of Connecticut.

3. I make this Affidavit in support of movant's Motion for Admission of Stephanie D. Curtis *Pro Hac Vice* for purposes of the instant Amended Motion for Leave only.

4. Attorney Stephanie D. Curtis is a member in good standing of the Bars of the State of Texas, U.S. District Court, Northern, Eastern, Western and Southern Districts of Texas, U.S. Court of Appeals, Fifth Circuit and Eleventh Circuit.

5. Attorney Stephanie D. Curtis currently represents her client Russco Energy, LLC as a Co-Plan Proponent in an action pending in the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division, encaptioned "ReoStar Energy Corporation, et al v. BT and MK Energy and Commodities, LLC, et al", Adversary Action No. 11-4022-dml, and has asked this firm to act as local counsel for Russco with respect to the Amended Motion for Leave filed on August 10, 2011 in this matter and we will continue to do so.

_____
CHRISTOPHER L. BRIGHAM, ESQ.

Subscribed and sworn to before me
this 17th day of October, 2011.

_____
Notary Public/Commissioner of the Superior Court
My Commission Expires: 10/31/2013

600260-v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- :
SECURITIES AND EXCHANGE                  :
COMMISSION, ET AL                        :    NO. 11-cv-00078 (JBA)
    Plaintiffs,                          :
                                         :
V.                                       :
                                         :
FRANCISCO ILLARRAMENDI, ET AL            :
    Defendants.                          :    OCTOBER 17, 2011
                                         :
---------------------------------------------------------- :

### AFFIDAVIT OF STEPHANIE D. CURTIS
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF TEXAS                    :
                                  :    SS.    October 17, 2011
COUNTY OF DALLAS                  :

    I, STEPHANIE CURTIS, being duly sworn, depose and say:

    1.    I am over the age of eighteen (18) years and understand the obligation of an oath.

    2.    I am a member of the firm of Curtis Castillo, P.C., 901 Main Street, Suite 6515, Dallas, Texas 75202. My telephone number is 214-752-2222. My fax number is 214-752-0709 and my e-mail is scurtis@curtislaw.net.

    3.    I am one of the attorneys representing Russco Energy, LLC ("Russco") with respect to Reostar Energy Corporation's and Russco Energy LLC's Amended Motion for Leave filed on August 10, 2011 in the above-referenced matter and make this Affidavit in

600260-v1

support of the movant's Motion for Admission *Pro Hac Vice* for purposes of the instant Amended Motion for Leave only.

4. I am a member in good standing of the Bars of the State of Texas, U.S. District Court, Northern, Eastern, Western and Southern Districts of Texas, U.S. Court of Appeals, Fifth Circuit and Eleventh Circuit.

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have never been denied admission to the bar for the District of Connecticut or denied admission or disciplined by any other Court. I have not resigned from or surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules, Rules of the United States District Court for the District of Connecticut an the Connecticut Rules of Professional Conduct.

8. I have asked Attorney Christopher L. Brigham of the law firm of Updike, Kelly & Spellacy, P.C. to act as local counsel for Russco Energy, LLC, and as my sponsoring lawyer with respect to Russco's Amended Motion for Leave filed on August 10, 2011 in this matter and he has indicated that he is willing to do so. I have designated the District Court for the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

9. In compliance with Local Rules of Civil Procedure 83.1(d)(4) and upon admission, I will promptly file with the Clerk of the Court a certificate of good standing from the state court of Texas.

_____
STEPHANIE D. CURTIS, ESQ.

Subscribed and sworn to before me
this _17_ day of October, 2011.

SARAH ANNE MCCHESNEY
Notary Public, State of Texas
My Commission Expires
September 01, 2015

_____
Notary Public
My Commission Expires: 09/01/2015

600260-v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION, ET AL
    Plaintiffs,

V.

FRANCISCO ILLARRAMENDI, ET AL
    Defendants.

NO. 11-cv-00078 (JBA)

**CERTIFICATE OF SERVICE**

OCTOBER 17, 2011

---

I hereby certify that, on October 17, 2011, the Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Christopher L. Brigham
                                            Christopher L. Brigham

600260-v1