## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | x | |
| SECURITIES AND EXCHANGE COMMISSION, | : : : | Civil Action No. 3:11-cv-00078-JBA |
| Plaintiff, | : : | |
| v. | : : | |
| FRANCISCO A. ILLARRAMENDI, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | : : : : | |
| Defendants, | : : | |
| MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, And MKEI SOLAR, LP, | : : : : : | |
| Relief Defendants. | : : : | |
| | x | |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Interested Party Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC successor-in-interest to DaimlerChrysler Financial Services Americas, LLC (herein, "MBFS"), by and through its counsel, hereby makes this Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states that MBFS is wholly owned by Daimler Investments US Corporation, which is wholly owned by Daimler North America Corporation, which is wholly owned by Daimler AG. No other corporation owns 10% or more of any class of MBFS's stock.

Dated: October 18, 2011                    Respectfully submitted,

Alexander Powhida, Esq. (CT 27984)
DEILY, MOONEY & GLASTETTER, LLP
*Attorneys for Interested Party Mercedes-*
*Benz Financial Services Americas USA LLC*
8 Thurlow Terrace
Albany, NY 12203
Telephone:   (518) 436-0344
Facsimile:    (518) 436-8273
Email:         apowhida@deilylawfirm.com