UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------- x

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

FRANCISCO A. ILLARRAMENDI, and
MICHAEL KENWOOD CAPITAL
MANAGEMENT, LLC,

          Defendants,

MICHAEL KENWOOD ASSET
   MANAGEMENT, LLC,
MK ENERGY AND
INFRASTRUCTURE, LLC,
   And MKEI SOLAR, LP,

          Relief Defendants.

---------------------------------------- x

Civil Action No. 3:11-cv-00078-JBA

## CERTIFICATION

This is to certify that a copy of the foregoing Notice of Appearance, Motion for Relief From Orders, Rule 7.1 Corporate Disclosure Statement, Affidavit of Juan Orellana, and Memorandum of Law in Support of Interested Party MBFS' Motion for Relief From Orders have been served on all parties of record via ECF notification this 18th day of October, 2011. Parties may access this filing through the Court's CM-ECF System.

Dated: October 18, 2011

                                                 */s/ Alexander Powhida*
                                        Alexander Powhida, Esq. (CT 27984)
                                        DEILY, MOONEY & GLASTETTER, LLP
                                        8 Thurlow Terrace
                                        Albany, New York 12203
                                        Telephone:   (518) 436-0344
                                        Facsimile:    (518) 436-8273
                                        Email:         apowhida@deilylawfirm.com