UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEC,<br>    *Plaintiff,*<br><br>    *v.*<br><br>Illarramendi, et al<br>    *Defendants.* | Civil No. 3:11cv78 (JBA)<br><br><br>October 19, 2011 |

SCHEDULING ORDER

Pursuant to the colloquy with the parties on the record 10/18/11, the following schedule is ordered:

1. Relief Defendants' 12(b)(6) Motion will be filed by 11/14/11; opposition will be filed by 12/6/11; any reply will be filed by 12/20/11.

2. The parties' 26(f) Planning Report will be filed 14 days after ruling.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 19th day of October, 2011.