UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>      Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>      Defendants,<br>and<br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>      Relief Defendants. | 11-CV-00078 (JBA)<br><br><br><br><br>**DECLARATION** |

### DECLARATION OF JONATHAN B. NEW IN SUPPORT RECEIVER'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO REOSTAR'S MOTION FOR MODIFICATION OF RECEIVER ORDER

Pursuant to 28 U.S.C. § 1746, JONATHAN B. NEW hereby declares as follows:

1. I am a partner at Baker & Hostetler, LLP, counsel for John J. Carney, Esq. as court-appointed receiver in the above-captioned action (the "Receiver"). I am a member in good standing of the bar of New York and admitted *pro hac vice* to the United States District Court for the District of Connecticut to act as counsel for the Receiver.

2. I make this statement in support of the Receiver's Supplemental Memorandum in Opposition to Reostar's Motion for Modification of the Receiver Order.

3. A true and correct copy of the Receiver's Opposition to Plaintiff's Amended Motion For

Leave to Amend Complaint and for Joinder of Additional Plaintiffs and Defendants filed by Plaintiff ReoStar Energy Corporation, Dkt. No. 54 in adversary proceeding, #11-04022-dml (the "Adversary Proceeding") is attached hereto as Exhibit 1.

4. A true and correct copy of the Wang Affidavit in Support of the Receiver's Opposition, Dkt. No. 55 in the Adversary Proceeding, is attached hereto as Exhibit 2.

5. A true and correct copy of Motion to Appear *Pro Hac Vice* by Marc E. Hirschfield, Dkt. No. 230 in Reostar Chapter 11 proceedings, #10-47176-dml-11 ("Chapter 11 proceedings"), is attached hereto as Exhibit 3.

6. A true and correct copy of Motion to Appear *Pro Hac Vice* by Jonathan B. New, Dkt. No. 231 in the Chapter 11 proceedings, is attached hereto as Exhibit 4.

7. A true and correct copy of Motion to Appear *Pro Hac Vice* by Ona T. Wang, Dkt. No. 232 in the Chapter 11 proceedings, is attached hereto as Exhibit 5.

8. A true and correct copy of the Motion Requesting Leave to Proceed Without Local Counsel, Dkt. No. 242 in the Chapter 11 proceedings, is attached hereto as Exhibit 6.

9. A true and correct copy of the Amended Motion by BTMK for relief from automatic stay with joinder by Receiver, Dkt. No. 319 in the Chapter 11 proceedings, is attached hereto as Exhibit 7.

10. A true and correct copy of Judge Lynn's July 26, 2011 Letter Ruling, Dkt. No.237 in the Chapter 11 proceedings, is attached hereto as Exhibit 8.

11. A true and correct copy of the Docket of Adversary Proceeding #11-04022-dml is attached hereto as Exhibit 9, as of October 24, 2011.

12. A true and correct copy of the Docket of Bankruptcy Petition #10-47176-dml-11 is attached hereto as Exhibit 10, as of October 24, 2011.

13.   A true and correct copy of the MK Oil Ventures, LLC Agreement, is attached hereto as Exhibit 11.

14.   A true and correct copy of an email from Bruce Akerly to Jonathan New and corresponding subpoena to the Receiver, dated October 11, 2011, are attached hereto as Exhibit 12.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2011
New York, NY

_____
Jonathan B. New