UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | NO. 3:11-CV-00078-JBA |
| v. | : : | |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | : : : : : : | November 7, 2011 |
| Defendants, | : : | |
| and | : : | |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC and MKEI SOLAR, LP, | : : : : : : : : | |
| Relief Defendants. | : | |

**MOTION TO WITHDRAW APPEARANCES OF COUNSEL**

The undersigned, Thomas D. Goldberg and Christopher M. Wasil, hereby request that their appearances on behalf of Michael Kenwood Group Capital Management, LLC, Michael Kenwood Asset Management, LLC, MK Energy and Infrastructure, LLC and MKEI Solar, LP be withdrawn.

The undersigned acted as local counsel for the above named entities, which were represented primarily by Arnold & Porter LLP. As reflected in the Receiver's First Status Report dated April 4, 2011, following the issuance of the Amended Receivership Order on

71668343.2

March 1, 2011 (as clarified by the Court in the telephonic hearing on March 2, 2011), Arnold & Porter LLP ceased to represent any of the above-mentioned defendants herein, each of which is now a Receivership entity controlled by the Receiver.  The undersigned has performed no work for the Receiver since that time.

Undersigned counsel note, moreover, that documents filed in this action reflect that the Receiver is represented herein by several counsel from Baker & Hostetler and other firms as well.

WHEREFORE, the undersigned respectfully request that the Court grant the instant motion.

  /s/ Thomas D. Goldberg
Thomas D. Goldberg
Day Pitney LLP
One Canterbury Green
Stamford, CT  06901
Tel:  (203) 977-7383
Fax:  (203) 399-5882
Email: tgoldberg@daypitney.com

  /s/ Christopher M. Wasil
Christopher M. Wasil
Day Pitney LLP
One Canterbury Green
Stamford, CT  06901
Tel:  (203) 977-7437
Fax:  (203) 583-3984
Email: cwasil@daypitney.com

**CERTIFICATION**

I hereby certify that on November 7, 2011, a copy of the foregoing Motion to Withdraw Appearances of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CMECF System.

    /s/ Christopher M. Wasil
    Christopher M. Wasil

71668343.2