UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
SECURITIES AND EXCHANGE        :
COMMISSION,                    :
                   Plaintiff,   :   Civ. Action No. 11-cv-78 (JBA)
              - v -        :
FRANCISCO ILLARRAMENDI,        :
HIGHVIEW POINT PARTNERS, LLC and :
MICHAEL KENWOOD CAPITAL        :
   MANAGEMENT, LLC,            :
              Defendants,  :
and                            :
HIGHVIEW POINT MASTER FUND, LTD., :
HIGHVIEW POINT OFFSHORE, LTD., :
HIGHVIEW POINT LP,             :
MICHAEL KENWOOD ASSET          :
   MANAGEMENT, LLC,            :
MK ENERGY AND INFRASTRUCTURE,  :
   LLC, and                    :
MKEI SOLAR, LP,                :
            Relief Defendants :
---------------------------------------------------------X

## MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and upon the accompanying Affirmation of Michael E. Swartz dated November 14, 2011 and the documents and exhibits attached thereto, and the accompanying Memorandum of Law, Relief Defendants Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd. hereby move this Court to dismiss Plaintiff's Fifth Claim for Relief in its Second Amended Complaint, with

prejudice.  The bases for this Motion to Dismiss are set forth in the accompanying Memorandum of Law.

                                        Respectfully Submitted:

Dated:  New York, New York        SCHULTE ROTH & ZABEL LLP
       November 14, 2011

                                        By:  /s/ Michael E. Swartz
                                            Harry S. Davis (*admitted pro hac vice*)
                                            Michael E. Swartz (*admitted pro hac vice*)

                                          919 Third Avenue
                                        New York, New York  10022
                                        (212) 756-2000
                                        harry.davis@srz.com
                                        michael.swartz@srz.com

                                        *Attorneys for Relief Defendants*
                                        *Highview Point Master Fund, Ltd. and*
                                        *Highview Point Offshore, Ltd.*