UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
SECURITIES AND EXCHANGE :
COMMISSION, :
                    Plaintiff, : Civ. Action No. 11-cv-78 (JBA)
:
              - v - :
:
FRANCISCO ILLARRAMENDI, :
HIGHVIEW POINT PARTNERS, LLC and : **AFFIRMATION OF**
MICHAEL KENWOOD CAPITAL : **MICHAEL E. SWARTZ**
    MANAGEMENT, LLC, :
:
                 Defendants, :
    and :
:
HIGHVIEW POINT MASTER FUND, LTD., :
HIGHVIEW POINT OFFSHORE, LTD., :
HIGHVIEW POINT LP, :
MICHAEL KENWOOD ASSET :
    MANAGEMENT, LLC, :
MK ENERGY AND INFRASTRUCTURE, :
    LLC, and :
MKEI SOLAR, LP, :
:
               Relief Defendants :
---------------------------------------------------------X

       MICHAEL E. SWARTZ, an attorney duly admitted to practice before this Court, hereby affirms, under penalty of perjury, that the foregoing is true and correct:

       1.      I am a member of the law firm of Schulte Roth & Zabel LLP, attorneys for Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd. (collectively, the "Highview Offshore Funds"), relief defendants in the above-captioned matter. I submit this affirmation in support of the Highview Offshore Funds' Motion to Dismiss, made pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

2. Attached hereto as Exhibit A is a true and correct copy of certain corporate records obtained from the Cayman Online Registry Information Service, and the Cayman Islands Monetary Authority.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Scott Dakers, dated May 18, 2011.  (Dkt. 226-1.)

4. Attached hereto as Exhibit C is a true and correct copy of certain pages of the transcript from the May 23, 2011 hearing before the Court.

5. Attached hereto as Exhibit D is a true and correct copy of certain pages of the transcript from the May 25, 2011 hearing before the Court.

Dated: New York, New York
       November 14, 2011

By: /s/ Michael E. Swartz
    Michael E. Swartz (*admitted pro hac vice*)
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022
(212) 756-2000
michael.swartz@srz.com

*Attorneys for Relief Defendants*
*Highview Point Master Fund, Ltd. and*
*Highview Point Offshore, Ltd.*