# EXHIBIT A

Case 3:11-cv-00078-JBA   Document 405-1   Filed 11/14/11   Page 1 of 6

# Search for Entities

Search here for entities that are currently licensed or registered by the Cayman Islands Monetary Authority.

**How To Search**

In the first box, type the full name, or part of the name, of the entity you wish to find. Choose the appropriate sector from the drop-down box, or choose "All" to search for the entity in all sectors. **Click "Search" or hit the Enter / Return key** on your keyboard.

MK Special Opportunities | All | Search

| Number | Name | Type | Date | Analyst |
|---|---|---|---|---|
| 14029 | MK SPECIAL OPPORTUNITIES FUND LTD. | Mutual Fund - Registered | Oct 15 2007 | - |

# Search for Entities

Search here for entities that are currently licensed or registered by the Cayman Islands Monetary Authority.

**How To Search**

In the first box, type the full name, or part of the name, of the entity you wish to find. Choose the appropriate sector from the drop-down box, or choose "All" to search for the entity in all sectors. **Click "Search" or hit the Enter / Return key** on your keyboard.

MK Venezuela | All | Search

| Number | Name | Type | Date | Analyst |
|---|---|---|---|---|
| 15986 | MK Venezuela Fund Ltd. | Mutual Fund - Registered | Dec 11 2008 | - |









