# EXHIBIT D

Case 3:11-cv-00078-JBA   Document 405-4   Filed 11/14/11   Page 2 of 8
Case 3:11-cv-00078-JBA   Document 260   Filed 05/28/11   Page 1 of 186
219

```
 1                    UNITED STATES DISTRICT COURT

 2                      DISTRICT OF CONNECTICUT

 3     * * * * * * * * * * *        *
                                    *
 4     SECURITIES AND EXCHANGE      * Case No. 11cv78(JBA)
       COMMISSION,                  *
 5                    Plaintiff,    *
                                    *
 6              vs.                 *
                                    *
 7     FRANCISCO ILLARRAMENDI, ET AL * MAY 25, 2011
                                    *
 8                    Defendant.    *
                                    *
 9     * * * * * * * * * * * *      *

10              TRANSCRIPT OF EVIDENTIARY HEARING
                            VOLUME II
11
       BEFORE:   THE HONORABLE JANET BOND ARTERTON, U.S.D.J.
12
       Appearances:
13     FOR THE PLAINTIFF:       RUA KELLY, ESQ
                                KATHELEEN SHIELDS, ESQ
14                              CARLOS COSTA-RODRIGUES, ESQ
                                LEEANN GAUNT, ESQ.
15                              United States Security and
                                Exchange Commission
16                              33 Arch Street
                                Boston, MA 02110
17
       FOR THE DEFENDANT        JOHN GLEASON, ESQ.
18     FRANCISCO ILLARAMENDI:   Gleason & Koatz
                                122 East 42nd Street
19                              New York, NY 10168

20     FOR THE DEFENDANT        CARL LOEWENSON, ESQ
       HIGHVIEW POINT           RONALD WHITE, ESQ.
21     PARTNERS:                Morrison & Foerster
                                1290 Avenue of the Americas
22                              New York, NY 10104

23     FOR THE DEFENDANT        MICHAEL SWARTZ, ESQ
       HIGHVIEW POINT MASTER    Highview Point
24     FUND, HIGHVIEW POINT     Schulte Roth & Zabel
       OFFSHORE, LTD:           919 Third Avenue
25                              New York, NY 10022
```

Case 3:11-cv-00078-JBA   Document 405-4   Filed 11/14/11   Page 3 of 8
Case 3:11-cv-00078-JBA   Document 260   Filed 05/28/11   Page 104 of 186
322

```
 1        Q.   And when you were at the -- you said you
 2   managed the Highview Point Master Fund.  When you
 3   were managing the Highview Point Master Fund, did
 4   you also do transactions involving Venezuelan
 5   foreign exchange arbitrage?
 6        A.   Yes, some of the transactions that the
 7   Highview Point Master Fund did involved that
 8   arbitrage in different forms.
 9        Q.   And again, without going into too much
10   detail, when -- can you describe how -- describe the
11   various steps of the transaction, starting off in
12   the beginning.  Does it start with someone trying to
13   obtain from the government of Venezuela some of
14   their -- some bonds issued by the government?
15             MS. KELLY:  Objection.
16             THE COURT:  You want him to describe how
17   someone gets a Venezuelan bond?
18             MR. LOEWENSON:  Your Honor, I can -- I
19   think I can link it up to the issue that we're all
20   focussed on here today, and I may approach it a
21   slightly different way.
22             THE COURT:  Okay.
23        Q.   Mr. Illarramendi, when the Highview Point
24   Master Fund would invest in the Venezuelan foreign
25   exchange arbitrage transaction, when the money would
```

Case 3:11-cv-00078-JBA   Document 405-4   Filed 11/14/11   Page 4 of 8
Case 3:11-cv-00078-JBA   Document 260   Filed 05/28/11   Page 105 of 186
323

```
 1   go out from the Highview Point Master Fund, it would
 2   go to several different locations, is that right, as
 3   the funds were aggregated to buy the bolivars?
 4        A.   That could be the case, not always.
 5        Q.   But there were occasions when the Highview
 6   Point Master Fund would invest in Venezuelan foreign
 7   exchange arbitrage and the first step of that
 8   transaction was that money would go out of the
 9   Highview Point Master Fund to several different
10   banks or brokerage firms; is that right?
11        A.   Sorry, as I answered before, there were
12   occasions in which Highview Point Master Fund
13   invested in what you described as Venezuelan foreign
14   exchange arbitrage transactions.  And in some of
15   those occasions the money would go to several
16   different places, but not on every occasion.  There
17   may have been occasions in which the money went to a
18   single source of bolivar providers.
19        Q.   And when you say a "bolivar provider" what
20   are you referring to?
21        A.   Under the structure or the execution of the
22   transaction, the buyer of the securities that the
23   Venezuelan government, or one of the Venezuelan
24   government entities, was selling, would have to
25   purchase the securities in bolivars and, therefore,
```

Case 3:11-cv-00078-JBA   Document 405-4   Filed 11/14/11   Page 5 of 8
Case 3:11-cv-00078-JBA   Document 260   Filed 05/28/11   Page 106 of 186

324

```
 1   would have to acquire bolivars from an intermediary
 2   in the local markets to be able to make that
 3   purchase, or would have to enter into an agreement
 4   with a local market intermediary which would
 5   effectively purchase the securities in bolivars.
 6        Q.   Just to try to simplify it, can you give an
 7   example of a financial institution in Venezuela that
 8   would be part of the foreign exchange transaction
 9   converting the dollars into bolivars to permit the
10   purchase of the bonds from the government?  Just
11   give us an example.
12        A.   Any of the local banks or broker dealers,
13   Mi Banco, is one of the ones I would work with, or
14   Maximiza.
15        Q.   Just using Mi Banco as an example, that's a
16   bank in Venezuela?
17        A.   Correct, a small development bank in
18   Venezuela.
19        Q.   As the first step of this transaction,
20   would Mi Banco see if they could source a bond from
21   the Venezuela treasury?
22        A.   It happened under different -- for
23   different reasons and under different scenarios.
24   The government may make the offer to the bank
25   locally or they may have made the offer to a
```

Case 3:11-cv-00078-JBA   Document 405-4   Filed 11/14/11   Page 6 of 8
Case 3:11-cv-00078-JBA   Document 260   Filed 05/28/11   Page 107 of 186
325

```
 1   different intermediary or to ourselves.  I don't
 2   recall every occasion, but you could say on some
 3   occasions the banks would want to buy the securities
 4   from the government.
 5       Q.   So, in order to source the -- in order for
 6   these deals to work someone has to source the bond
 7   from the government; is that right?
 8       A.   The government has to allocate the security
 9   to somebody, yes.
10       Q.   And it could be to a bank in Venezuela like
11   Mi Banco?
12       A.   Correct.
13       Q.   It could be that you would be the one who
14   would identify a bond that would be available for
15   purchase from the treasury; is that right?
16       A.   Yes.
17       Q.   And is it fair to say from your times at
18   Credit Suisse that you knew a lot of the top
19   officials of the treasury department in Venezuela?
20       A.   They vary over the years and they evolve,
21   but I generally knew at least some of the officials
22   that were in government at the time.
23       Q.   In fact, had your father been a Venezuelan
24   government official?
25            MS. KELLY:  Objection.
```

326

```
 1                THE COURT:  Sustained.
 2       Q.   Did you have other connections -- other
 3  than the time you worked at Credit Suisse, did you
 4  have other connections to individuals in the
 5  Venezuelan government to permit you to source these
 6  valuable bonds from the government?
 7                MS. KELLY:  Objection.
 8                THE COURT:  Where are we going with
 9  this?
10                MR. LOEWENSON:  Your Honor, I'm
11  describing -- I'm trying to get Mr. Illarramendi to
12  describe the structure of the Venezuelan foreign
13  exchange arbitrage deal to show that some of the
14  transactions that you see on SEC Exhibit 9 and 10
15  with money going out of the Highview Point Master
16  Fund to third parties other than Michael Kenwood
17  Venezuela is consistent with the transactions he's
18  describing.
19                THE COURT:  Okay, well, why don't we get
20  to that.  He said he knew officials in the
21  Venezuelan government, they changed over time, but I
22  don't think we need to know everybody he knew at
23  what time.
24                MR. LOEWENSON:  Thank you, your Honor.
25       Q.   So, if the Highview Point Master Fund is
```

Case 3:11-cv-00078-JBA   Document 405-4   Filed 11/14/11   Page 8 of 8
Case 3:11-cv-00078-JBA   Document 260   Filed 05/28/11   Page 109 of 186

327

```
 1   going to participate in one of these Venezuelan
 2   foreign exchange bond transactions, the first step
 3   is that they will send money to different entities,
 4   send dollars to different entities that would then
 5   be converted into bolivars to purchase the bonds; is
 6   that right?
 7        A.   Normally, yes.
 8        Q.   And so if -- it would not be surprising
 9   then that money would go out of the Highview Point
10   Master Fund to multiple locations on occasion to
11   purchase the Venezuelan bond; is that right?
12        A.   It would not be surprising, yes, correct.
13        Q.   And so if you saw money going out of the
14   Highview Point Master Fund to multiple different
15   locations, would you think that that in itself is an
16   indication of fraud?
17             MS. KELLY:   Objection.
18             THE COURT:   Sustained.
19        Q.   There were times when you described to the
20   other members of the Highview Point Partners this
21   Venezuelan bond strategy; is that right?
22        A.   Correct.
23        Q.   And so you described it to Frank Lopez?
24        A.   Yes, but Frank Lopez was my boss at Credit
25   Suisse when we designed the original transaction, so
```