UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
SECURITIES AND EXCHANGE :
COMMISSION, :
                   Plaintiff, : Civ. Action No. 11-cv-78 (JBA)
:
- v - :
:
FRANCISCO ILLARRAMENDI, :
HIGHVIEW POINT PARTNERS, LLC and : **CERTIFICATE OF SERVICE**
MICHAEL KENWOOD CAPITAL :
    MANAGEMENT, LLC, :
:
                  Defendants, :
:
  and :
:
HIGHVIEW POINT MASTER FUND, LTD., :
HIGHVIEW POINT OFFSHORE, LTD., :
HIGHVIEW POINT LP, :
MICHAEL KENWOOD ASSET :
    MANAGEMENT, LLC, :
MK ENERGY AND INFRASTRUCTURE, :
    LLC, and :
MKEI SOLAR, LP, :
:
                Relief Defendants :
-------------------------------------------------------X

       I hereby certify that on November 14, 2011, the Motion to Dismiss of Relief Defendants Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd., and accompanying Affirmation of Michael E. Swartz and Memorandum of Law in support thereof, were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  November 14, 2011                By:  /s/ Michael E. Swartz_____
                                                                      Michael E. Swartz (*admitted pro hac vice*)