# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION,
               Plaintiff,

v.

FRANCISCO ILLARRAMENDI,
HIGHVIEW POINT PARTNERS, LLC and
MICHAEL KENWOOD CAPITAL
MANAGEMENT, LLC,
               Defendants.

and

HIGHVIEW POINT MASTER FUND, LTD.,
HIGHVIEW POINT OFFSHORE, LTD.,
HIGHVIEW POINT LP, MICHAEL
KENWOOD ASSET MANAGEMENT, LLC,
MK ENERGY AND INFRASTRUCTURE,
LLC, and MKEI SOLAR, LP,
               Relief Defendants.

11-CV-00078 (JBA)

---

**CERTIFICATION IN SUPPORT OF APPLICATION OF JOHN J. CARNEY, ESQ., RECEIVER, AND BAKER & HOSTETLER LLP, COUNSEL TO THE RECEIVER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011**

I, Jonathan B. New (the "Certifying Professional"), hereby certify that John J. Carney, Esq., the duly appointed receiver herein (the "Receiver") for the assets of Highview Point Partners, LLC; The Michael Kenwood Group, LLC; Michael Kenwood Capital Management, LLC ("MKCM"); Michael Kenwood Asset Management, LLC; MK Energy and Infrastructure, LLC; MKEI Solar, LP; MK Automotive, LLC; MK Technology, LLC; Michael Kenwood Consulting, LLC; MK International Advisory Services, LLC; MKG-Atlantic Investment, LLC; Michael Kenwood Nuclear Energy,

LLC; MyTcart, LLC; TUOL, LLC; MKCM Merger Sub, LLC; MK Special Opportunity Fund, Ltd. ("SOF"); MK Venezuela Fund, Ltd. ("MKV"); Short Term Liquidity Fund, I, Ltd. ("STLF"); MK Master Investments, LP; MK Investments, Ltd.; and MK Oil Ventures, LLC ("MK Oil") (collectively, the "Receivership Entities"), and Baker & Hostetler LLP ("B&H"), as counsel for the Receiver, have designated me as the Certifying Professional with respect to the Certification required by the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (the "SEC Guidelines") and further certify that:

1. I am a partner at Baker & Hostetler, LLP, counsel for John J. Carney, Esq. as court-appointed receiver in the above-captioned action (the "Receiver"). I am a member in good standing of the bar of New York and admitted *pro hac vice* to the United States District Court for the District of Connecticut to act as counsel for the Receiver.

2. I have read and am familiar with the application (the "Application") of the Receiver and B&H for allowance of compensation and reimbursement of expenses incurred during the period from April 1, 2011 through June 30, 2011.

3. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses sought therein are true and accurate and comply with the SEC Guidelines except as noted in paragraphs 4, 5 and 8 below.

4. As more fully discussed in the Receiver's Status Report filed April 4, 2011 (Docket Entry 143) and the Receiver's Motion on Consent of the SEC for an Order Amending the Court's June 22, 2011 Order Appointing Receiver (Docket 376), due to the complexity of the transactions and relationships among the Receivership Entities and

others, the foreign nature of many of the Receivership Entities' investments, and the volume of data and documents recovered to date, it is premature for the Receiver, in connection with the Case Status narrative required by sections C.2 and C.4 of the SEC Guidelines, to (i) predict when the case will close, (ii) provide a description or current status of creditor claims proceedings, (iii) identify any liquidated or unliquidated claims, or (iv) prepare a Standardized Fund Accounting Report.

5. B&H has made every effort to ensure that all billing professionals placed all related time entries in a single activity category as designated by activity or task code. However, in some instances B&H professionals may not have been entirely consistent in placing all related billings under the same activity category.

6. All fees contained in the Application are based on rates listed in B&H's Fee Schedule (Exhibit D to the Application) and all such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

7. B&H has not included in the amounts for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

8. Although such reimbursement is permitted by the SEC Guidelines, but because B&H recognizes the public service nature of the engagement and is mindful of the Court's concern with appointing a Receiver and counsel located in New York City, B&H has not sought reimbursement for long-distance travel expenses such as car service.

9. In seeking reimbursement for a service which B&H justifiably purchased or contracted from a third party (such as copying, imaging, mail, messenger service, overnight courier, computerized research or title and lien searches), B&H requests reimbursement only for the amount billed to B&H by the third-party vendor and paid by

B&H to such vendor. Neither B&H nor the Receiver is making a profit on such reimbursable service.

Dated: New York, New York
November 28, 2011

By: _/s/ Jonathan B. New_____
Jonathan B. New

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>          Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>          Defendants,<br>and<br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>          Relief Defendants. | 11-CV-00078 (JBA) |

**CERTIFICATION IN SUPPORT OF APPLICATION OF FTI CONSULTING INC., FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM April 1, 2011 THROUGH June 30, 2011**

I, Philip Daddona (the "Certifying Professional"), hereby certify that FTI Consulting Inc. ("FTI"), the duly appointed financial advisor to John J. Carney, the Receiver (the "Receiver") for the assets of Highview Point Partners, LLC; The Michael Kenwood Group, LLC; Michael Kenwood Capital Management, LLC; Michael Kenwood Asset Management, LLC; MK Energy and Infrastructure, LLC; MKEI Solar, LP; MK Automotive, LLC; MK Technology, LLC; Michael Kenwood Consulting, LLC; MK International Advisory Services, LLC; MKG-Atlantic Investment, LLC; Michael

Kenwood Nuclear Energy, LLC; MyTcart, LLC; TUOL, LLC; MKCM Merger Sub, LLC; MK Special Opportunity Fund, Ltd.; MK Venezuela Fund, Ltd.; and Short Term Liquidity Fund, I, Ltd.; MK Master Investments, Ltd. ("MKI") and MK Oil Ventures LLC ("MK Oil") (collectively, the "Receivership Entities"), has designated me as the Certifying Professional with respect to the Certification required by the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (the "SEC Guidelines") and further certify that:

1. I am Senior Managing Director with FTI resident in the New York office with overall responsibility for the provision of FTI's services for this engagement.

2. I have read and am familiar with the application (the "Application") of FTI for compensation of professional fees and reimbursement of expenses incurred during the period from April 1, 2011 through June 30, 2011.

3. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses sought therein are true and accurate and comply with the SEC Guidelines except as noted in paragraph 4 below.

4. As more fully discussed in the Receiver's Status Report filed April 4, 2011 (Docket Entry 143) and the Receiver's Motion on Consent of the SEC for an Order Amending the Court's June 22, 2011 Order Appointing Receiver (Docket 376), due to the complexity of the transactions and relationships among the Receivership Entities and others, the foreign nature of many of the Receivership Entities' investments, and the volume of data and documents recovered to date, it is premature for the Receiver, in connection with the Case Status narrative required by section C.2 of the SEC Guidelines, to (i) predict when the case will close, (ii) provide a description or current status of

creditor claims proceedings, (iii) identify any liquidated or unliquidated claims, or (iv) to prepare the SEC's Standardized Fund Accounting Report.

5. FTI has made every effort to ensure that all billing professionals placed all related time entries in a single activity category as designated by activity or task code. All fees contained in the Application are based on rates listed in FTI's Engagement Letter (Exhibit D to the Application) and all such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

6. FTI has not included in the amounts for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay although such reimbursement is permitted by the SEC Guidelines. In seeking reimbursement for a service which FTI justifiably purchased or contracted from a third party (such as copying, imaging, mail, messenger service, overnight courier, computerized research or title and lien searches), FTI requests reimbursement only for the amount billed to FTI by the third-party vendor and paid by FTI to such vendor. FTI is not making a profit on such reimbursable service.

Dated:   New York, New York
         November 28, 2011

By: _____
    Philip Daddona

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　　　Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　　　　Relief Defendants. | 11-CV-00078 (JBA) |

**CERTIFICATION IN SUPPORT OF APPLICATION OF HIGGS & JOHNSON FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM March 2, 2011 THROUGH JUNE 30, 2011**

I, John Michael Harris (the "Certifying Professional"), hereby certify that Higgs & Johnson ("H&J"), the duly appointed Cayman Islands attorneys to John J. Carney, the Receiver (the "Receiver") for the assets of Highview Point Partners, LLC; The Michael Kenwood Group, LLC; Michael Kenwood Capital Management, LLC ("MKCM"); Michael Kenwood Asset Management, LLC; MK Energy and Infrastructure, LLC; MKEI Solar, LP; MK Automotive, LLC; MK Technology, LLC; Michael Kenwood Consulting, LLC; MK International Advisory Services, LLC; MKG-Atlantic Investment, LLC;

Michael Kenwood Nuclear Energy, LLC; MyTcart, LLC; TUOL, LLC; MKCM Merger Sub, LLC; MK Special Opportunity Fund, Ltd. ("SOF"); MK Venezuela Fund, Ltd. ("MKV"); Short Term Liquidity Fund, I, Ltd. ("STLF"); MK Master Investments, LP; MK Investments, Ltd.; and MK Oil Ventures, LLC ("MK Oil") (collectively, the "Receivership Entities"), and Baker & Hostetler LLP ("B&H"), as counsel for the Receiver, have designated me as the Certifying Professional with respect to the Certification required by the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (the "SEC Guidelines") and further certify that:

1. I am an Attorney admitted to practice in the Grand Court of the Cayman Islands and am employed as an Associate resident in the Grand Cayman office of H&J with day to day responsibility for the provision of H&J's services for this engagement.

2. I have read and am familiar with the application (the "Application") of H&J for compensation and reimbursement of expenses incurred during the period from March 2, 2011 through June 30, 2011.

3. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses sought therein are true and accurate and comply with the SEC Guidelines except as noted in paragraphs 4 below.

4. As more fully discussed in the Receiver's Status Report filed April 4, 2011 (Docket Entry 143) and the Receiver's Motion on Consent of the SEC for an Order Amending the Court's June 22, 2011 Order Appointing Receiver (Docket 376), due to the complexity of the transactions and relationships among the Receivership Entities and others, the foreign nature of many of the Receivership Entities' investments, and the

volume of data and documents recovered to date, it is premature for the Receiver, in connection with the Case Status narrative required by sections C.2 and C.4 of the SEC Guidelines, to (i) predict when the case will close, (ii) provide a description or current status of creditor claims proceedings, (iii) identify any liquidated or unliquidated claims, or (iv) prepare a Standardized Fund Accounting Report.

5. H&J has made every effort to ensure that all billing professionals placed all related time entries in a single activity category as designated by activity or task code. All fees contained in the Application are based on rates listed in H&J's Engagement Letter and all such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

6. H&J observed the following policies in connection with its expenses during the compensation period:

   A. With respect to expenses, H&J seeks reimbursement only for the actual costs of its expenses. H&J has not included the amortization of any investment, equipment or capital outlay in any request for expense reimbursement.

   B. In accordance with the SEC Guidelines, H&J has not sought reimbursement for local travel expenses (within a 20-mile radius of H&J's office), including mileage, taxis and meals.

   C. H&J has not has not sought reimbursement for any charges for car service.

   D. H&J has not sought reimbursement for secretarial, word processing, proofreading or document preparation expenses (other than by professionals or

paraprofessionals), data processing and other staff services (exclusive of paraprofessional services) or clerical overtime.

E. In accordance with the SEC Guidelines, H&J seeks its internal photocopying expenses at a rate of $0.15 per page for black and white and $1.00 per page for color copies.

Dated:   George Town, Grand Cayman, Cayman Islands
         November 28, 2011

By: _____
    John Michael Harris

# EXHIBIT D

| B & H Professional/Paraprofessional | | Capacity of Employment | Customary Hourly Billing Rate | Hourly Billing Rate Charged | Hours | Fees |
|---|---|---|---|---|---|---|
| Carney | John J | Receiver | 850.00 | 495.00 | 348.4 | $172,458.00 |
| *Carney** | *John J* | *Receiver* | *850.00* | *247.50* | *21.5* | *$5,321.25* |
| Barr | Jonathan R | Partner | 725.00 | 594.50 | 324.6 | $192,974.70 |
| *Barr** | *Jonathan R* | *Partner* | *725.00* | *297.25* | *7.3* | *$2,169.95* |
| Burke | John J | Partner | 620.00 | 620.00 | 0.4 | $248.00 |
| Dusing | Benjamin G | Partner | 350.00 | 350.00 | 27.7 | $9,695.00 |
| Fokas | Jimmy | Partner | 675.00 | 553.50 | 243.1 | $134,555.85 |
| *Fokas* | *Jimmy* | *Partner* | *675.00* | *276.75* | *3.2* | *$885.60* |
| Goldberg | Steven H | Partner | 845.00 | 692.90 | 215 | $148,973.50 |
| Hannon | John P | Partner | 660.00 | 495.00 | 53.4 | $26,433.00 |
| Hirschfield | Marc E | Partner | 800.00 | 656.00 | 161.8 | $106,140.80 |
| *Hirschfield** | *Marc E* | *Partner* | *800.00* | *328.00* | *9* | *$2,952.00* |
| Lehrer, II | John R | Partner | 369.00 | 369.00 | 0.2 | $73.80 |
| Malone | Raymond M | Partner | 540.00 | 540.00 | 30.1 | $16,254.00 |
| New | Jonathan B | Partner | 785.00 | 643.70 | 227 | $146,119.91 |
| *New** | *Jonathan B* | *Partner* | *785.00* | *321.85* | *7.3* | *$2,349.51* |
| Posner | David A | Partner | 465.00 | 465.00 | 2.2 | $1,023.00 |
| Shearer | W Robert | Partner | 530.00 | 530.00 | 10.1 | $5,353.00 |
| Smith | Elizabeth A | Partner | 760.00 | 623.20 | 2.8 | $1,744.96 |
| Wang | Ona T | Partner | 660.00 | 541.20 | 328.8 | $177,946.56 |
| *Wang** | *Ona T* | *Partner* | *660.00* | *270.60* | *9.3* | *$2,516.58* |
| Zeballos | Gonzalo S | Partner | 700.00 | 574.00 | 1.3 | $746.20 |
| Ball | Stephen L | Associate | 335.00 | 274.70 | 66.8 | $18,349.96 |
| Beckerlegge | Robertson D | Associate | 515.00 | 422.30 | 71.3 | $30,109.99 |
| Benavides | Michelle | Associate | 375.00 | 375.00 | 139.7 | $52,387.50 |
| Biegelman | Daniel R | Associate | 415.00 | 340.30 | 280.3 | $95,386.09 |
| Bodenheimer | Henry C | Associate | 445.00 | 364.90 | 0.5 | $182.45 |
| Cabico | Jason D | Associate | 335.00 | 274.70 | 225.2 | $61,862.44 |
| Campbell | Patrick T | Associate | 400.00 | 328.00 | 1.25 | $410.00 |
| Cohen | Dennis O | Associate | 500.00 | 410.00 | 297.7 | $122,057.00 |
| *Cohen** | *Dennis O* | *Associate* | *500.00* | *205.00* | *2* | *$410.00* |
| Day | James W | Associate | 400.00 | 328.00 | 150.4 | $49,331.20 |
| Garvin | Naima J | Associate | 500.00 | 410.00 | 210 | $86,100.00 |
| *Garvin** | *Naima J* | *Associate* | *500.00* | *205.00* | *3.6* | *$738.00* |
| Harker | Francesca M | Associate | 375.00 | 375.00 | 494.5 | $185,437.50 |
| Hughes | Susan Whittaker | Associate | 240.00 | 240.00 | 1.2 | $288.00 |
| Kepple | Brandon E | Associate | 310.00 | 310.00 | 162 | $50,220.00 |
| Liburd | Essence | Associate | 425.00 | 348.50 | 68.3 | $23,802.55 |
| Lugo | Alissa | Associate | 265.00 | 265.00 | 282.4 | $74,836.00 |
| Nydegger | Michael W | Associate | 380.00 | 380.00 | 56.1 | $21,318.00 |
| Oigarden | David W | Associate | 270.00 | 270.00 | 4 | $1,080.00 |
| Olson | Stephen T | Associate | 375.00 | 307.50 | 636.8 | $195,816.00 |
| Ozturk | Ferve E | Associate | 400.00 | 328.00 | 6.4 | $2,099.20 |
| Rodriguez | Alberto | Associate | 450.00 | 369.00 | 280.5 | $103,504.50 |
| Schichnes | Jessica | Associate | 390.00 | 319.80 | 156.2 | $49,952.76 |
| Schill | Kathryn E | Associate | 250.00 | 250.00 | 103.3 | $25,825.00 |
| Scott | Justin T | Associate | 285.00 | 285.00 | 217.7 | $62,044.50 |
| Tsesmelis | Christina H. | Associate | 440.00 | 360.80 | 482.3 | $174,013.84 |
| *Tsesmelis** | *Christina H.* | *Associate* | *440.00* | *180.40* | *4.5* | *$811.80* |

| B & H Professional/Paraprofessional | | Capacity of Employment | Customary Hourly Billing Rate | Hourly Billing Rate Charged | Hours | Fees |
|---|---|---|---|---|---|---|
| Wangsgard | Kendall E. | Associate | 335.00 | 274.70 | 396.8 | 4109,000.96 |
| *Wangsgard** | *Kendall E.* | *Associate* | *335.00* | *137.35* | *3.9* | *$535.67* |
| Dayan | Scott M. | Counsel | 650.00 | 650.00 | 22.1 | $14,365.00 |
| Fuller | Lars H. | Counsel | 360.00 | 360.00 | 10.6 | $3,816.00 |
| Nieto | Pamela D. | Counsel | 400.00 | 400.00 | 8.3 | $3,320.00 |
| Little | Lynn M. | Managing Clerk | 285.00 | 233.70 | 18.2 | $4,253.34 |
| Villamayor | Fidentino L. | Litigation Support | 300.00 | 246.00 | 0.3 | $73.80 |
| Blaber | Theresa A. | Paraprofessional | 275.00 | 225.50 | 19.3 | $4,352.15 |
| Charlotten | Magdalena | Paraprofessional | 245.00 | 200.90 | 1.1 | $220.99 |
| *Charlotten** | *Magdalena* | *Paraprofessional* | *122.50* | *100.45* | *3.9* | *$391.76* |
| Chiofalo | Frank A. | Paraprofessional | 225.00 | 184.50 | 1.5 | $276.75 |
| Jones | Michael K. | Paraprofessional | 135.00 | 135.00 | 8.7 | $1,174.50 |
| Mearns | Erin F. | Paraprofessional | 220.00 | 180.40 | 281.3 | $50,746.52 |
| *Mearns** | *Erin F.* | *Paraprofessional* | *220.00* | *90.20* | *5.2* | *$469.04* |
| O'Connor | Natalie C. | Paraprofessional | 135.00 | 135.00 | 0.3 | $40.50 |
| Paremoud | Jana | Paraprofessional | 225.00 | 184.50 | 5.7 | $1,051.65 |
| TOTAL | | | | | 7,226.65 | $2,839,398.08 |

* Reflects 50 % reduction to discounted billing rate for travel time.

# EXHIBIT E

| FTI Professional/ Paraprofessional | Capacity of Employment | Customary Hourly Billing Rate | Hourly Billing Rate Charged | Hours | Fees |
|---|---|---|---|---|---|
| Philip Daddona | Senior Managing Directors | $660 | $495 | 335 | $165,825 |
| Brian Ong | Senior Managing Directors | $660 | $495 | 103 | $50,886 |
| Stephen O'Malley | Senior Managing Directors | $600 | $492 | 68 | $33,554 |
| Matthew Greenblatt | Senior Managing Directors | $600 | $492 | 126 | $61,992 |
| Simon Strong | Senior Managing Directors | $565 | $463 | 18 | $8,339 |
| Terrence Grossman | Managing Directors | $745 | $472 | 198 | $93,310 |
| Anthony Milazzo | Managing Directors | $575 | $472 | 490 | $231,224 |
| Vijay Sampath | Managing Directors | $575 | $472 | 147 | $69,311 |
| Lisa Corcoran | Managing Directors | $530 | $435 | 18 | $7,649 |
| Steven Buddell | Managing Directors | $525 | $431 | 5 | $2,066 |
| Karen Greene | Managing Directors | $475 | $390 | 2 | $779 |
| Peter Lawson | Managing Directors | $375 | $308 | 3 | $953 |
| Jamal Ahmad | Directors | $530 | $435 | 144 | $62,582 |
| Andrew Friedler | Directors | $505 | $414 | 426 | $176,200 |
| Javier Alvarez | Directors | $500 | $410 | 572 | $234,438 |
| Daniel Eisemann | Directors | $500 | $410 | 33 | $13,325 |
| Dennis Mercado | Directors | $500 | $410 | 8 | $3,444 |
| Jonathan Zambelli | Directors | $605 | $410 | 392 | $160,720 |
| Robert Omeljanivk | Directors | $450 | $369 | 23 | $8,303 |
| Richard Chung | Directors | $425 | $349 | 196 | $68,341 |
| Andrew Rosini | Directors | $425 | $349 | 325 | $113,263 |
| Keven Tam | Directors | $415 | $340 | 20 | $6,840 |
| Kathleen Chu | Directors | $400 | $328 | 412 | $135,136 |
| Ian Smith | Directors | $380 | $312 | 6 | $1,807 |
| Elise Roemer | Directors | $375 | $308 | 58 | $17,804 |
| Irina Atran | Directors | $365 | $299 | 38 | $11,224 |
| Keith Cozier | Directors | $365 | $299 | 284 | $85,031 |
| Alana Heller | Directors | $350 | $287 | 34 | $9,844 |
| Carlos de la Incera | Directors | $325 | $267 | 9 | $2,319 |
| Austin Tellam | Directors | $300 | $246 | 10 | $2,460 |
| Robert Jaynes | Senior Consultants | $495 | $316 | 223 | $70,373 |
| Peter Friedmann | Senior Consultants | $385 | $316 | 100 | $31,633 |
| Susan Sullivan | Senior Consultants | $365 | $299 | 73 | $21,729 |
| Douglas Manhart | Senior Consultants | $350 | $287 | 594 | $170,392 |
| Brady Rice | Senior Consultants | $350 | $287 | 652 | $187,153 |
| Ka Leung | Senior Consultants | $335 | $275 | 111 | $30,492 |
| Nirav Patel | Senior Consultants | $335 | $275 | 36 | $9,834 |
| Francisco Roig | Senior Consultants | $330 | $271 | 54 | $14,477 |
| Mark Reagan | Senior Consultants | $320 | $262 | 26 | $6,849 |
| Matthew Toma | Senior Consultants | $320 | $262 | 58 | $15,167 |
| Amber Buycks | Senior Consultants | $300 | $246 | 6 | $1,550 |
| Hong-Duc Dang | Senior Consultants | $300 | $246 | 28 | $6,937 |
| Brian McMahon | Senior Consultants | $290 | $238 | 30 | $7,205 |
| Jonathan Picarello | Senior Consultants | $290 | $238 | 271 | $64,444 |
| James Barrett | Senior Consultants | $275 | $226 | 30 | $6,742 |
| Andraisa Hernandez | Senior Consultants | $275 | $226 | 94 | $21,129 |
| Emily Fabiaschi | Senior Consultants | $460 | $316 | 421 | $133,068 |
| Laura Martinez | Senior Consultants | $225 | $185 | 1 | $148 |
| Frank Nasso | Consultants | $380 | $312 | 72 | $22,279 |
| Ching Man Tsang | Consultants | $300 | $246 | 7 | $1,599 |
| Adeel Dar | Consultants | $275 | $226 | 5 | $1,015 |

| FTI Professional/ Paraprofessional | Capacity of Employment | Customary Hourly Billing Rate | Hourly Billing Rate Charged | Hours | Fees |
|---|---|---|---|---|---|
| Matthew Huwyler | Consultants | $275 | $226 | 47 | $10,553 |
| Preethi Rajagopal | Consultants | $275 | $226 | 55 | $12,312 |
| Vinay Vadhirajan | Consultants | $275 | $226 | 33 | $7,442 |
| Daniel DeLorenzo | Consultants | $270 | $221 | 390 | $86,346 |
| Christine Lee | Consultants | $270 | $221 | 246 | $54,420 |
| Brian Leo | Consultants | $270 | $221 | 14 | $3,122 |
| Andrew Fontana | Consultants | $270 | $221 | 365 | $80,700 |
| Jason Lee | Consultants | $265 | $217 | 53 | $11,582 |
| Matthew Bernstein | Consultants | $250 | $205 | 94 | $19,311 |
| Christopher Dyroff | Consultants | $250 | $205 | 4 | $718 |
| James Haase | Consultants | $250 | $205 | 12 | $2,358 |
| Matthew Nuttall | Consultants | $250 | $205 | 336 | $68,942 |
| David Sa | Consultants | $250 | $205 | 5 | $1,025 |
| Andrew Stern | Consultants | $250 | $205 | 39 | $7,975 |
| Matthew Schwartz | Consultants | $250 | $205 | 232 | $47,560 |
| Jonathan Rosen | Consultants | $235 | $193 | 123 | $23,779 |
| Ryan Muth | Consultants | $190 | $156 | 49 | $7,650 |
| Brian Thompson | Consultants | $190 | $156 | 57 | $8,943 |
| Brian Duong | Consultants | $175 | $144 | 6 | $875 |
| Ismenia Briceno | Other Professionals | $200 | $164 | 21 | $3,477 |
| Berta Ramona Thayer | Other Professionals | $200 | $164 | 57 | $9,266 |
| Nathan David | Other Professionals | $175 | $144 | 326 | $46,738 |
| **Total** | | | | 9,953 | $3,178,276 |