# EXHIBIT F

| B & H Expense Category | Total Amount |
|---|---:|
| Copying (E101) | $8,773.40 |
| Outside Printing (E102) | $1,447.91 |
| Facsimile (E104) | $33.00 |
| Telephone (E105) | $731.59 |
| Online Research (E106) | $10,335.04 |
| Delivery Services/Messengers (E107) | $7,297.81 |
| Postage (E108) | $397.88 |
| Local Travel (E109) | $702.21 |
| Out-of-Town Travel (E110) | $3,226.28 |
| Business Meals, etc. (E111) | $21.90 |
| Court Fees (E112) | $851.60 |
| Service of Process Fees/Subpoena Fees (E113) | $2,068.99 |
| Document Specialist/ Expert (E119) | $44,569.41 |
| Other Professionals (E123) | $3,776.66 |
| Other (E124) | $32.39 |
| **TOTAL** | **$84,266.07** |

# EXHIBIT G

| FTI Expense Category | Total Amount |
|---|---:|
| Transportation | $8,319.30 |
| Lodging | $3,472.35 |
| Meals | $889.97 |
| Technology & Research | $19,717.93 |
| Miscellaneous | $1,755.19 |
| Ringtail | $94,298.01 |
| **Total** | **$128,452.75** |

# EXHIBIT H

**FILED UNDER SEAL**

# EXHIBIT I

**FILED UNDER SEAL**

# EXHIBIT J

**FILED UNDER SEAL**