UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>             Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>             Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>             Relief Defendants. | 11-CV-00078 (JBA)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on November 29, 2011, the 1) RECEIVER'S MOTION FOR AN ORDER AUTHORIZING RECEIVER TO FILE EXHIBITS H, I AND J TO SECOND QUARTERLY FEE APPLICATION UNDER SEAL, 2) PROPOSED ORDER AUTHORIZING RECEIVER TO FILE EXHIBITS H, I AND J TO SECOND QUARTERLY FEE APPLICATION UNDER SEAL, and 3) SECOND INTERIM APPLICATION FOR FEES AND EXPENSES BY THE RECEIVER AND HIS ADVISERS were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                            /s/
                                                      Jonathan B. New