# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

November 29, 2011

RE:    **Ms. Stephanie D. Curtis**
          State Bar Number - **05286800**

To Whom it May Concern:

This is to certify that Ms. Stephanie D. Curtis was licensed to practice law in Texas on November 02, 1990 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- :
SECURITIES AND EXCHANGE                       :
COMMISSION, ET AL                             :   NO. 11-cv-00078 (JBA)
    Plaintiffs,                              :
                                              :   **CERTIFICATE OF SERVICE**
V.                                            :
                                              :
FRANCISCO ILLARRAMENDI, ET AL                 :
    Defendants.                              :   DECEMBER 8, 2011
                                              :
---------------------------------------------------------- :

I hereby certify that on December 8, 2011, the Certificate of Good Standing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                                 /s/ Christopher L. Brigham
                                                                                 Christopher L. Brigham