UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
SECURITIES AND EXCHANGE                    :
COMMISSION,                                :
                        Plaintiff,         :        Civ. Action No. 11-cv-78 (JBA)
                                           :
             - v -                         :
                                           :
FRANCISCO ILLARRAMENDI,                    :
HIGHVIEW POINT PARTNERS, LLC and           :
MICHAEL KENWOOD CAPITAL                    :
        MANAGEMENT, LLC,                   :
                                           :
                                           :
                     Defendants,           :
                                           :
      and                                  :
                                           :
                                           :
HIGHVIEW POINT MASTER FUND, LTD.,          :
HIGHVIEW POINT OFFSHORE, LTD.,             :
HIGHVIEW POINT LP,                         :
MICHAEL KENWOOD ASSET                      :
        MANAGEMENT, LLC,                   :
MK ENERGY AND INFRASTRUCTURE,              :
        LLC, and                           :
MKEI SOLAR, LP,                            :
                                           :
                  Relief Defendants        :
------------------------------------------------------X
```

I hereby certify that on December 20, 2011, the Reply Memorandum of Law in Further Support of the Motion to Dismiss of Relief Defendants Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd., was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  December 20, 2011                    By:  /s/  Michael E. Swartz_____
                                                  Michael E. Swartz (admitted *pro hac vice*)