UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>    Defendants,<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>    Relief Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 3:11-cv-00078-JBA<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  December 28, 2011<br>:<br>: |

## WITHDRAWAL OF APPEARANCE FOR INTERESTED PERSON AND REVOCATION OF REQUEST FOR SERVICE OF PAPERS

David H. Dickieson of the law firm, Schertler & Onorato, LLP and Frank F. Coulom, Jr. of the law firm Robinson & Cole, LLP, hereby withdraw their Notices of Appearance and Requests for Service previously filed in this case on behalf of Ramon A. Illarramendi, as Interested Person. Mr. Illarramendi will be participating pro se in future proceedings in this case.

Dated: December 28, 2011

Respectfully Submitted,

**SCHERTLER & ONORATO, LLP**

By: /s/ David H. Dickieson
SCHERTLER & ONORATO, LLP
575 – 7th Street, N.W., Suite 300 South
Washington, DC  20004
Telephone: 202-628-4199
Fax: 202-628-4177
E-mail: ddickieson@schertlerlaw.com

                    **ROBINSON & COLE, LLP**

By:   /s/ Frank F. Coulom
Frank F. Coulom, Jr. (CT 05230)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: fcoulom@rc.com
*Former Counsel for Ramon A. Illarramendi*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Withdrawal of Appearance for Interested Person and Revocation of Request for Service of Papers were served on all counsel of record, this 28th day of December, 2011, via the Court's ECF system.


                    By:     /s/ Frank F. Coulom, Jr.
                                Frank F. Coulom, Jr.