UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,

v.

FRANCISCO ILLARRAMENDI, HIGHVIEW
POINT PARTNERS, LLC and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,

                              Defendants,

and

HIGHVIEW POINT MASTER FUND, LTD.,
HIGHVIEW POINT OFFSHORE, LTD.,
HIGHVIEW POINT LP, MICHAEL
KENWOOD ASSET MANAGEMENT, LLC,
MK ENERGY AND INFRASTRUCTURE, LLC,
and MKEI SOLAR, LP,

                              Relief Defendants.

---

11-CV-00078 (JBA)

**CERTIFICATE OF SERVICE BY
PUBLICATION**

---

Pursuant to the September 23, 2011 Order Granting the Receiver's Motion to set Bar Date for

Claims Against the Receivership Estate and to Approve the Notice and Proof of Claim Form and

Notice Procedures [Docket No. 365] (the "Order"),[1] as modified by the September 28, 2011

Order Modifying Proof of Claim Form Appended to Bar Date Order [Docket No. 380], I hereby

proffer the following sworn affidavits for the Court's consideration:

> (a)  The affidavit of Albert Fox, attached hereto as Exhibit A, dated October 19,
> 2011, attesting to the publication of the Notice of Bar Date for Asserting Claims
> and Instructions on Filing Timely Claims appended thereto in the *Wall Street
> Journal*, National Edition, on October 19, 2011.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Order.

(b)   The affidavit of Jennifer Watson Laws, attached hereto as <u>Exhibit B</u>, dated November 17, 2011, attesting to the publication of the Notice of Bar Date for Asserting Claims and Instructions on Filing Timely Claims appended thereto in the *Wall Street Journal*, National Edition, on November 17, 2011.

(c)   The affidavit of Maria Efena Ponte Echeverria, attached hereto as <u>Exhibit C</u>, dated November 7, 2011, attesting to the publication of the Notice of Bar Date for Asserting Claims and Instructions on Filing Timely Claims appended thereto in *El Universal*, on October 20, 2011.

(d)   The affidavit of Maria Efena Ponte Echeverria, attached hereto as <u>Exhibit D</u>, dated November 18, 2011, attesting to the publication of the Notice of Bar Date for Asserting Claims and Instructions on Filing Timely Claims appended thereto in *El Universal*, on November 17, 2011.

In light of the foregoing, the Receiver submits that the Order's requirement of publication of the publication notice attached to the Order in October 2011 and November 2011 in the above-referenced newspapers has been satisfied and that sufficient and adequate notice of the Bar Date and the provisions of the Order to all interested parties has therefore been provided.

Date:   New York, New York
      December 28, 2011

*/s/ Jonathan B. New*
Jonathan B. New
Baker Hostetler LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111
Phone:  212-589-4200
Fax:  212-589-4201
Email: jnew@bakerlaw.com

*Attorney for Receiver*

**EXHIBIT A**

AFFIDAVIT OF ALBERT FOX
AND
OCTOBER 19, 2011 WALL ST. JOURNAL PUBLICATION

# AFFIDAVIT

STATE OF TEXAS                    )
                                  )
CITY AND COUNTY OF DALLAS)

I, Albert Fox, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

OCT-19-2011;

ADVERTISER: Michael Kenwood Capital Management, LLC;

and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
19   day of   October      2011

_____
Notary Public

DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2014

PUBLIC NOTICES

**SCHEDULE 2**
**PUBLICATION NOTICE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW<br>POINT PARTNERS, LLC and MICHAEL<br>KENWOOD CAPITAL MANAGEMENT, LLC,<br>Defendant,<br><br>and,<br><br>HIGHVIEW POINT MASTER FUND, LTD.,<br>HIGHVIEW POINT OFFSHORE, LTD.,<br>HIGHVIEW POINT LP, MICHAEL KENWOOD<br>ASSET MANAGEMENT, LLC, MK ENERGY AND<br>INFRASTRUCTURE, LLC, MKEI SOLAR, LP<br>Relief Defendants. | Civil No. 3:11cv78 (JBA) |

**NOTICE OF BAR DATE FOR ASSERTING CLAIMS AND INSTRUCTIONS ON FILING TIMELY CLAIMS**

ON FEBRUARY 3, 2011, THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT (THE "COURT"), UPON RELIEF SOUGHT BY THE SECURITIES AND EXCHANGE COMMISSION, APPOINTED JOHN J. CARNEY AS RECEIVER (THE "RECEIVER") OVER ALL ASSETS "UNDER THE DIRECT OR INDIRECT CONTROL" OF DEFENDANT MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC AND RELIEF DEFENDANTS MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, AND MKEI SOLAR, LP.

SUBSEQUENT TO FEBRUARY 3, 2011, THE COURT ISSUED SEVERAL AMENDED ORDERS EXPANDING THE DUTIES OF THE RECEIVER AND THE DEFINITION OF THE RECEIVERSHIP TO INCLUDE THE FOLLOWING "RECEIVERSHIP ENTITIES":

Highview Point Partners, LLC
The Michael Kenwood Group, LLC
Michael Kenwood Capital Management, LLC
MK Automotive, LLC
MK Investments, Ltd.
MK Technology, LLC
Michael Kenwood Consulting, LLC
MK International Advisory Services, LLC
MKG-Atlantic Investments, LLC
Michael Kenwood Nuclear Energy, LLC
Myficard, LLC
TUOL, LLC
MKCM Merger Sub, LLC
MK Special Opportunity Fund, Ltd.
MK Venezuela, Ltd.
Short Term Liquidity Fund I, Ltd.
Michael Kenwood Asset Management, LLC
MK Energy and Infrastructure, LLC
MKEI Solar, LP
MK Master Investments LP
MK Investments, Ltd., and
MK Oil Ventures LLC

ON SEPTEMBER 23, 2011 (THE "ORDER DATE"), AT THE REQUEST OF THE RECEIVER, THE COURT ENTERED AN ORDER SETTING A BAR DATE AFTER WHICH CLAIMS FILED AGAINST THE RECEIVERSHIP ENTITIES MAY BE DEEMED UNTIMELY.

THE PURPOSE OF THIS PUBLICATION IS TO ALERT THOSE PERSONS OR ENTITIES WHO MAY POTENTIALLY HOLD A CLAIM AGAINST ANY OF THE RECEIVERSHIP ENTITIES THAT 5:00 P.M. EASTERN TIME ON DECEMBER 30, 2011 HAS BEEN SET AS THE DEADLINE (THE "BAR DATE") TO FILE ALL CLAIMS AND/OR INTERESTS ASSERTED AGAINST ENTITIES ADMINISTERED BY THE RECEIVER (THE "RECEIVERSHIP").

YOU MAY DETERMINE THE NAMES OF ANY RELATED ENTITIES THAT HAVE BEEN ADDED TO THE RECEIVERSHIP, OBTAIN A PROOF OF CLAIM FORM, AND REVIEW OTHER INFORMATION ABOUT THE RECEIVERSHIP BY VISITING THE RECEIVERSHIP WEBSITE AT:
www.michaelkenwoodgroupreceivership.com.

IF YOU PAID ANY MONIES TO THE RECEIVERSHIP ENTITIES FOR INVESTMENT PURPOSES AND/OR LOANS, PROVIDED SERVICES AND/OR GOODS TO THE RECEIVERSHIP ENTITIES OR OTHERWISE WISH TO MAKE ANY CLAIM AGAINST ANY OF THE RECEIVERSHIP ENTITIES, IT IS VERY IMPORTANT THAT YOU COMPLETELY AND ACCURATELY FILL OUT A PROOF OF CLAIM FORM AND RETURN IT SO THAT IT IS RECEIVED BY THE RECEIVER AT THE FOLLOWING ADDRESS ON OR BEFORE 5:00 P.M. EASTERN TIME ON DECEMBER 30, 2011:

Michael Kenwood Group Receivership C/O FTI Consulting
3 Times Square
New York, NY 10036

YOU MAY ALSO SUBMIT YOUR CLAIM BY SUBMITTING A PROOF OF CLAIM FORM IN PDF FORMAT TO THE FOLLOWING EMAIL ADDRESS:
MKGReceivership@fticonsulting.com

SHOULD YOU HAVE ANY QUESTIONS, PLEASE USE THIS CONTACT INFORMATION: PHONE: 646-485-0544; EMAIL: MKGReceivership@fticonsulting.com

<u>**EXHIBIT B**</u>

AFFIDAVIT OF JENNIFER WATSON LAWS
AND
NOVEMBER 17, 2011 WALL ST. JOURNAL PUBLICATION

## AFFIDAVIT

STATE OF TEXAS                          )
                                        ) ss:
CITY AND COUNTY OF DALLAS)

I, Jennifer Watson Laws, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

NOV-17-2011;

ADVERTISER: Kenwood Capital Management, LLC;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
17   day of   November   2011

_____
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

PUBLIC NOTICES

**SCHEDULE 2**
**PUBLICATION NOTICE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,

v.

FRANCISCO ILLARRAMENDI, HIGHVIEW
POINT PARTNERS, LLC and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,
Defendant,

and

HIGHVIEW POINT MASTER FUND, LTD.,
HIGHVIEW POINT OFFSHORE, LTD.,
HIGHVIEW POINT LP, MICHAEL KENWOOD
ASSET MANAGEMENT, LLC, MK ENERGY AND
INFRASTRUCTURE, LLC, MKEI SOLAR, LP
Relief Defendants.

Civil No. 3:11cv78 (JBA)

**NOTICE OF BAR DATE FOR ASSERTING CLAIMS AND INSTRUCTIONS ON FILING TIMELY CLAIMS**

ON FEBRUARY 3, 2011, THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT (THE "COURT"), UPON RELIEF SOUGHT BY THE SECURITIES AND EXCHANGE COMMISSION, APPOINTED JOHN J. CARNEY AS RECEIVER (THE "RECEIVER") OVER ALL ASSETS "UNDER THE DIRECT OR INDIRECT CONTROL" OF, DEFENDANT MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC AND RELIEF DEFENDANTS MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC AND MKEI SOLAR, LP.

SUBSEQUENT TO FEBRUARY 3, 2011, THE COURT ISSUED SEVERAL AMENDED ORDERS EXPANDING THE DUTIES OF THE RECEIVER AND THE DEFINITION OF THE RECEIVERSHIP TO INCLUDE THE FOLLOWING "RECEIVERSHIP ENTITIES":

Highview Point Partners, LLC
The Michael Kenwood Group, LLC
Michael Kenwood Capital Management, LLC
MK Automotive, LLC
MK Investments, Ltd.
MK Technology, LLC
Michael Kenwood Consulting, LLC
MK International Advisory Services, LLC
MKG-Atlantic Investments, LLC
Michael Kenwood Nuclear Energy, LLC
MyKart, LLC
MKCM Merger Sub, LLC
MK Special Opportunity Fund, Ltd.
MK Venezuela, Ltd.
Short Term Liquidity Fund I, Ltd.
Michael Kenwood Asset Management, LLC
MK Energy and Infrastructure, LLC
MKEI Solar, LP
MK Master Investments LP
MK Investments, Ltd. and
MK Oil Ventures LLC

ON SEPTEMBER 23, 2011 (THE "ORDER DATE"), AT THE REQUEST OF THE RECEIVER, THE COURT ENTERED AN ORDER SETTING A BAR DATE AFTER WHICH CLAIMS FILED AGAINST THE RECEIVERSHIP ENTITIES MAY BE DEEMED UNTIMELY.

THE PURPOSE OF THIS PUBLICATION IS TO ALERT THOSE PERSONS OR ENTITIES WHO MAY POTENTIALLY HOLD A CLAIM AGAINST ANY OF THE RECEIVERSHIP ENTITIES THAT 5:00 P.M. EASTERN TIME ON DECEMBER 30, 2011 HAS BEEN SET AS THE DEADLINE (THE "BAR DATE") TO FILE ALL CLAIMS AND/OR INTERESTS ASSERTED AGAINST ENTITIES ADMINISTERED BY THE RECEIVER (THE "RECEIVERSHIP").

YOU MAY DETERMINE THE NAMES OF ANY RELATED ENTITIES THAT HAVE BEEN ADDED TO THE RECEIVERSHIP, OBTAIN A PROOF OF CLAIM FORM, AND REVIEW OTHER INFORMATION ABOUT THE RECEIVERSHIP BY VISITING THE RECEIVERSHIP WEBSITE AT:
www.michaelkenwoodgroupreceivership.com.

IF YOU PAID ANY MONIES TO THE RECEIVERSHIP ENTITIES FOR INVESTMENT PURPOSES AND/OR LOANS, PROVIDED SERVICES AND/OR GOODS TO THE RECEIVERSHIP ENTITIES OR OTHERWISE WISH TO MAKE ANY CLAIM AGAINST ANY OF THE RECEIVERSHIP ENTITIES, IT IS VERY IMPORTANT THAT YOU COMPLETELY AND ACCURATELY FILL OUT A PROOF OF CLAIM FORM AND RETURN IT SO THAT IT IS RECEIVED BY THE RECEIVER AT THE FOLLOWING ADDRESS ON OR BEFORE 5:00 P.M. EASTERN TIME ON DECEMBER 30, 2011:

Michael Kenwood Group Receivership C/O FTI Consulting
3 Times Square
New York, NY 10036

YOU MAY ALSO SUBMIT YOUR CLAIM BY SUBMITTING A PROOF OF CLAIM FORM IN PDF FORMAT TO THE FOLLOWING EMAIL ADDRESS:
MKGReceivership@fticonsulting.com

SHOULD YOU HAVE ANY QUESTIONS, PLEASE USE THIS CONTACT INFORMATION: PHONE: 646-485-0546; EMAIL: MKGReceivership@fticonsulting.com

## EXHIBIT C

AFFIDAVIT OF MARIA EFENA PONTE ECHEVERRIA
AND
OCTOBER 20, 2011 EL UNIVERSAL PUBLICATION

# EL UNIVERSAL

**PORQUE DECIDES A DIARIO**

Caracas, 07 de noviembre de 2011

## CERTIFICACIÓN

Por medio de la presente se hace constar que la presente es copia fiel y exacta de la publicación original de la Edición del Diario El Universal de fecha 20 de octubre de 2011, en su Cuerpo 2, Página 2-13.

Caracas a los siete (07) días del mes noviembre de 2011.

María Elena Ponte Echeverría
Consultor Jurídico
Diario El Universal, C.A.

DIARIO EL UNIVERSAL, C.A.
J-30075014-0

Av. Urdaneta, Torre El Universal, Piso 6, Consultoría Jurídica, La Candelaria. Caracas. Telf. (0212)-505.23.13 Fax (0212)-505.22.94

μ

Diario El Universal, C.A.

COPIA FIEL Y EXACTA DE SU ORIGINAL

JUEVES, 20 DE OCTUBRE DE 2011
www.eluniversal.com
PUBLICIDAD
2-13





















**NOTA DE PUBLICACION**
Corte de Distrito de los Estados Unidos
Distrito de Connecticut

Notificación de fecha para hacer valer
reclamaciones e instrucciones sobre
cómo presentarlas oportunamente.

**Mercantil** Merinvest

OBLIGACIONES QUIROGRAFARIAS AL PORTADOR DE
TOYOTA SERVICES DE VENEZUELA, C.A.

EMISIÓN 2010 POR UN MONTO DE Bs. 200.000.000,00

Fijación de Tasa de Interés

Emisión 2010 Serie I por un monto de Bs. 20.000.000,00

| Serie | Promedio Tasa Activa de Mercado | % del Promedio de Tasa Activa de Mercado | Tasa de Interés del Período (Anual) | Cupón Nº |
|---|---|---|---|---|
| 2010 I | 17,70% | 75,00% | 13,28 % | 4 |

Mercantil Merinvest, Casa de Bolsa C.A.
Representante Común Definitivo de los Obligacionistas
20 de octubre de 2011

¿Busca Bujías?
**DENSO**
Aldorvan es Distribuidor Oficial

**COMPRAMOS**
**ROPA USADA**
Damas - Caballeros y Niños

Centro de Atención Telefónica
**0-501-505-2020**

**LOCAL COMERCIAL**

---

**LAS PLUMAS Y ASOCIADOS, C.A.**
RIF: J-30024861-5
## CONVOCATORIA

Se convoca a los señores accionistas de LAS PLUMAS Y
ASOCIADOS, C.A. a una ASAMBLEA GENERAL
EXTRAORDINARIA DE ACCIONISTAS que se efectuará el
día lunes treinta y uno (31) de octubre de dos mil once (2011) a
las 11:00 a.m., en la Sala de Juntas de la Sede Administrativa
de la Compañía, ubicada en la Avenida 13 de Junio C/C 40C y
40D, Nº36-B75, Acarigua, Estado Portuguesa. PUNTOS A
TRATAR: PRIMERO: Considerar y resolver sobre la fusión
definitiva por absorción de la Sociedad Mercantil LP Solucio-
nes Integrales, C.A., todo de conformidad con lo previsto en
los artículos 343 y siguientes del Código de Comercio.
SEGUNDO: Aprobación del Balance General de la Compañía
resultante por efecto de la fusión, por haberse sido transferido el
patrimonio de la sociedad mercantil LP SOLUCIONES
INTEGRALES, C.A. TERCERO: Nombramiento de los
miembros de la Junta Directiva.

**Álvaro Oteyza Scull**
Presidente de la Junta Directiva
Acarigua, 20 de octubre de 2011

**LP SOLUCIONES INTEGRALES, C.A.**
RIF: J-29506166-8
## CONVOCATORIA

Se convoca a los señores accionistas de LP SOLUCIONES
INTEGRALES, C.A. a una ASAMBLEA GENERAL
EXTRAORDINARIA DE ACCIONISTAS que se efectuará el
día lunes treinta y uno (31) de octubre de dos mil once (2011)
a las 9:00 a.m., en la Sala de Juntas de la Sede
Administrativa de la Compañía, ubicada en la Avenida 13 de
Junio C/C 40C y 40D, Nº36-B75, Acarigua, Estado
Portuguesa. PUNTOS A TRATAR: PRIMERO: Considerar
y resolver sobre la fusión definitiva por absorción de la
Compañía por parte de la Sociedad Mercantil Las Plumas y
Asociados, C.A. SEGUNDO: Cualquier otro punto que a
bien tenga considerarle la Asamblea.

**Guillermo A. Wenzel**
Presidente de la Junta Directiva
Acarigua, 20 de octubre de 2011

## EXHIBIT D

AFFIDAVIT OF MARIA EFENA PONTE ECHEVERRIA
AND
NOVEMBER 17, 2011 EL UNIVERSAL PUBLICATION

# EL UNIVERSAL

**PORQUE DECIDES A DIARIO**

Caracas, 18 de noviembre de 2011

## CERTIFICACIÓN

Por medio de la presente se hace constar que la presente es copia fiel y exacta de la publicación original de la Edición del Diario El Universal de fecha 17 de noviembre de 2011, en su Cuerpo 3, página 3-5.

Caracas a los dieciocho (18) días del mes noviembre de 2011.

María Elena Ponte Echeverría
Consultor Jurídico
Diario El Universal, C.A.

DIARIO EL UNIVERSAL, C.A.
J-30075014-0

Av. Urdaneta, Torre El Universal, Piso 6, Consultoría Jurídica, La Candelaria. Caracas. Telf. (0212)-505.23.13 Fax (0212)-505.22.94

CONSULTORIA JURÍDICA
DIARIO EL UNIVERSAL, C.A.

Consultoría Jurídica
Diario El Universal, C.A.

COPIA FIEL Y EXACTA DE SU ORIGINAL

JUEVES 17 DE NOVIEMBRE DE 2011
www.eluniversal.com

PUBLICIDAD

3-5



## INMUEBLES
Clasificados EL UNIVERSAL.com

¿CUÁNTOS AVISOS
DE INMUEBLES TIENES?

¿CUÁNTOS QUIERES PUBLICAR?

AQUÍ, SE PUBLICAN
TUS AVISOS EN UN SÓLO SITIO

INMOBILIARIAS ON LINE

Una nueva sección de inmuebles
Clasificados EL UNIVERSAL.com
donde te ofrecemos tu marca y todos tus avisos

Compra, vende, busca en
Clasificados EL UNIVERSAL.com

¡Haz clic y después decide!

clasificados )
@inmueblesEU )
inmuebles@eluniversal.com
Centro de atención al cliente 0501-505.2020

Clasificados EL UNIVERSAL.com

## EL UNIVERSAL



TE OFRECEMOS

TARIFAS PEQUEÑAS
Y
BENEFICIOS MUY GRANDES

¡PUBLICIDAD A TU
ALCANCE!

Engancha
nuevos
clientes

EU
Pymes

---

**Primera Convocatoria**

Se convoca a los señores socios de la Compañía Nacional de Pirotecnia, C.A., a una Asamblea General Extraordinaria de Accionista a celebrarse el día 29 de noviembre de 2011, a las 4:00 pm, en la Sede de la Avenida Universidad de Trapacos a Chorro, Edificio Cerramar, PH-36, la Candelaria, Caracas, con el objeto de deliberar y resolver sobre los siguientes puntos:

Primero: Considerar y resolver acerca de aumentar el Capital de la Compañía y modificación de la Cláusula Quinta.

Segundo: Nombramiento o ratificación de los miembros de la Junta Directiva y modificación de la Cláusula respectiva.

Tercero: Nombramiento o ratificación del comisario.

Se advierte a los socios que de no haber quórum en esta Primera Convocatoria, se procederá a una Segunda Convocatoria.

Por la Junta Directiva
Hernando Rafael
de la Chiquinquirá
D'Cero Ortiz
Vicepresidente
C.I. 5.012.577

---



## Locales Comerciales
### desde 22Mts2

SU MEJOR INVERSIÓN CON LOS MEJORES
PLANES DE FINANCIAMIENTO
ZONA PRIVILEGIADA

Av. Panteón con Calle Anauco, Pórtico del Avila,
**San Bernardino**

Atención en Obra: Lun -Jue: 10:00 AM a 12:30 PM
- 1:00 PM a 4:30 PM
Viernes de 10:00 AM a 2:00 PM / Sábados de 9:00 AM a 3:00 PM

Contacto: (212) 886.9952 / (414) 256.6606 /
(414) 307.3530

---

## BANCARIBE

## NOTIFICACIÓN

EL BANCO DEL CARIBE, C.A. BANCO UNIVERSAL BANCARIBE, en su condición de Fiduciario de un Fideicomiso constituido al finalizar el proceso de liquidación de BANCARIBE FONDO MUTUAL DÓLARES DE INVERSIÓN DE CAPITAL ABIERTO, C.A. (hoy liquidado) informa a las personas que mantenían unidades de inversión en ese Fondo Mutual, que no pudieron ser contactadas durante el proceso de liquidación, que sus inversiones fueron transferidas a este Fideicomiso.

Por tal motivo se les exhorta a acudir a cualquiera de las Oficinas de Bancaribe, para hacerles entrega de sus haberes, previa verificación de su condición de inversionista del liquidado Fondo Mutual y beneficiario del referido Fondo Fiduciario.

Para mayor información sobre este proceso llame a la Gerencia de Negocios Fiduciarios, a través de los siguientes números telefónicos (0212) 505.6023 · 505.6072 · 505.6075 · 505.6032.

---

En Clasificados EL UNIVERSAL.com
Ofrece lo que quieras y págalo con tu
**Factura CANTV**



INMUEBLES
Prensa: 7 días
Web: el meses
Bs. 242 + IVA
Llama y publica:
0900-266.2674

CARROS
Prensa: 7 días
Web: 3 meses
Bs. 174 + IVA
Llama y publica:
0900-266.2672

EMPLEOS
Prensa: 7 días
Web: 1 mes
Bs. 235 + IVA
Llama y publica:
0900-266.2673

Clasificados EL UNIVERSAL.com

---



**NOTA DE PUBLICACION**
Corte de Distrito de los Estados Unidos
Distrito de Connecticut

Notificación de fecha para hacer valer
reclamaciones e instrucciones sobre
cómo presentarlas oportunamente.

---

