UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　Defendants,<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　Relief Defendants. | :<br>:<br>:<br>:<br>:<br>:　Civil Action No. 3:11-cv-00078-JBA<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:　December 28, 2011<br>:<br>: |

**WITHDRAWAL OF APPEARANCE FOR INTERESTED PERSON AND REVOCATION OF REQUEST FOR SERVICE OF PAPERS**

　　　　Kathleen E. Dion of the law firm Robinson & Cole, LLP, hereby withdraws her Notice of Appearance and Requests for Service previously filed in this case on behalf of Ramon A. Illarramendi, as Interested Person.  Mr. Illarramendi will be participating pro se in future proceedings in this case.

Dated: December 28, 2011

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**ROBINSON & COLE, LLP**

　　　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Kathleen E. Dion
　　　　　　　　　　　　　　　　　　　　　　　　Kathleen E. Dion (ct28605)
　　　　　　　　　　　　　　　　　　　　　　　　ROBINSON & COLE LLP
　　　　　　　　　　　　　　　　　　　　　　　　280 Trumbull Street
　　　　　　　　　　　　　　　　　　　　　　　　Hartford, CT 06103-3597
　　　　　　　　　　　　　　　　　　　　　　　　Tel. No.: (860) 275-8200
　　　　　　　　　　　　　　　　　　　　　　　　Fax No.: (860) 275-8299
　　　　　　　　　　　　　　　　　　　　　　　　E-mail:  kdion@rc.com
　　　　　　　　　　　　　　　　　　　　　　　　*Former Counsel for Ramon A. Illarramendi*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Withdrawal of Appearance for Interested Person and Revocation of Request for Service of Papers were served on all counsel of record, this 28th day of December, 2011, via the Court's ECF system.

By: __/s/ Kathleen E. Dion__
Kathleen E. Dion