IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2012 JAN -9 A 11: 07

-----------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION      :      3:11 CV 78 (JBA)
:
v.                                       :                U.S. DISTRICT COURT
:                NEW HAVEN, CT
FRANCISCO ILLARRAMENDI ET AL.           :      DATE: JANUARY __, 2012
:
-----------------------------------------------------------------x

### APPROVAL OF SECOND INTERIM APPLICATION FOR FEES AND EXPENSES

After reviewing the Second Interim Application for Fees and Expenses [Doc. # 408] for the Receiver John Carney, the Receiver's legal advisors Baker & Hostetler LLP ["B&H"], as well as Higgs & Johnson (Cayman Islands counsel for the Receiver)["H&C"] and the forensic accountants FTI Consulting, Inc. ["FTI"], which is represented to conform to the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission, and in light of the nature and scope of the work reflected in the Application, subsequent to the Approval of First Interim Application for Fees and Expenses, filed September 28, 2011 [Doc. #379], the Court approves the Application subject to the 20% hold–back, which will be reconsidered with the next application.

Accordingly, the Receivership Estate is authorized to pay the Receiver and B&H an allowance of $2,839,398 for legal services provided during the period of April 1–June 30, 2011 and a $84,266 reimbursement for expenses, and it is authorized to pay to H&J an allowance of $25,787 for legal services provided in this period and a $1,081 reimbursement for expenses, and it is authorized to pay to FTI an allowance of $3,178,276 for services provided in this period and a $128,452 reimbursement for expenses.

IT IS SO ORDERED.

/s/ /s/ Janet Bond Arterton
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 6th day of January, 2012.