UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEC,
    *Plaintiff*,

v.

Illarramendi, et al
    *Defendants*.

Civil No. 3:11cv78 (JBA)

ENDORSEMENT ORDER

D. Conn. L. Civ. R. 7(e) sets out the requirements for withdrawal of appearances requiring a <u>motion</u> to withdraw and showing of actual notice to the party. While counsel for "interested party" Ramon Illarramendi represent that he will participate *pro se*, he has filed no *pro se* appearance.

Accordingly, construing counsel's "withdrawals" as a Motions for Leave to Withdraw [Doc. # 418, # 420] they are DENIED, without prejudice to renew with a showing of actual notice to this "interested party."

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 10th day of January 2012.