# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>  Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>  Defendant,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, MKEI SOLAR, LP<br><br>  Relief Defendants. | Case No.3:11-cv-0078 (JBA)<br><br><br><br><br><br><br><br><br><br>January 17, 2012 |

## **NOTICE OF APPEARANCE**

To: The Clerk of the Court and all parties of record.

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Alvarez & Marsal Global Forensic and Dispute Services, LLC, Creditor and party in interest.

42645704.1

Dated at New Haven, Connecticut this 17th day of January, 2012.

                                                  ALVAREZ & MARSAL GLOBAL
                                                  FORENSIC AND DISPUTE SERVICES, LLC

                                                  By  /s/ Joshua W. Cohen_____
                                                        Joshua W. Cohen (ct 14731)
                                                        Day Pitney LLP
                                                        One Audubon Street
                                                        New Haven, CT 06511
                                                         e-mail: jwcohen@daypitney.com
                                                        Tel: (203) 752-5000
                                                         Fax: (203) 752-5001

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012, a copy of the Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic service.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic service as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                           ___/s/ Joshua W. Cohen_____
                                                           Joshua W. Cohen (ct14731)