UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff,*<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>*Defendant,*<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, MKEI SOLAR, LP<br>*Relief Defendants.* | No. 3:11-cv-0078 (JBA)<br><br><br><br><br><br><br><br><br><br>January 17, 2012 |

### ALVAREZ & MARSAL GLOBAL FORENSIC AND DISPUTE SERVICES, LLC'S MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

Alvarez & Marsal Global Forensic and Dispute Services, LLC f/k/a Alvarez & Marsal Dispute Analysis & Forensic Services, LLC ("A&M"), creditor and party in interest in the above-captioned receivership action, by its undersigned counsel, respectfully submits this motion seeking an Order allowing the late filing of its proof of claim for accounting services provided to The Michael Kenwood Group, LLC ("MKG") prior to the appointment of the Receiver.

A&M respectfully submits that allowance of its claim would be fair and equitable. A&M did not have notice of the need to file a claim until after the date by which all claims were due had passed. A&M filed its claim within one day of learning of its need to do so and within four business days of the deadline, and the minor delay will have no impact on the proceedings.

42642923.3

ORAL ARGUMENT NOT REQUESTED

Finally, there will be no prejudice to the other parties in the receivership action if the Court allows the late submission of A&M's proof of claim.

In support of this Motion, A&M respectfully refers the Court to the Affidavit of James W. Barratt in Support of Alvarez & Marsal Global Forensic and Dispute Services, LLC's Motion to Allow Late Filing of Proof of Claim and the Memorandum of Law in Support of Alvarez & Marsal Global Forensic and Dispute Services, LLC's Motion to Allow Late Filing of Proof of Claim, both filed herewith.

WHEREFORE, A&M respectfully requests that the Court allow the late filing of its proof of claim.

Dated: January 17, 2012

ALVAREZ & MARSAL GLOBAL FORENSIC AND DISPUTE SERVICES, LLC

By /s/ Joshua W. Cohen
Joshua W. Cohen (ct14731)
Day Pitney LLP
One Audubon Street
New Haven, CT  06511
Tel:  (203) 752-5000
Fax:  (203) 752-5001
jwcohen@daypitney.com

ITS COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2012, the foregoing Alvarez & Marsal Dispute Analysis & Forensic Services, LLC's Motion to Allow Late Filing of Proof of Claim, along with the supporting Affidavit of James W. Barratt in Support of Alvarez & Marsal Dispute Analysis & Forensic Services, LLC's Motion to Allow Late Filing of Proof of Claim and the Memorandum of Law in Support of Alvarez & Marsal Dispute Analysis & Forensic Services, LLC's Motion to Allow Late Filing of Proof of Claim were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Joshua W. Cohen
Joshua W. Cohen