UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | Civil No. 3:11-cv-00078 (JBA) ) ) |
| FRANCISCO ILLARRAMENDI, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | ) ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| MICHEAL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | ) ) ) ) ) |
| Relief Defendants. |  |

ORDER

Whereas John P. Gleason and Fernando Koatz are each admitted *pro hac vice* before this Court, and

Whereas John P. Gleason and Fernando Koatz moved pursuant to local rule 7(e) to be relieved as counsel for defendant Francisco Illarramendi ("Illarramendi") in the above-captioned case, because Illarramendi has discharged John P. Gleason and Fernando Koatz and

1

elected to proceed *pro se*.

Now therefore it is hereby ordered that John P. Gleason and Fernando Koatz are relieved as counsel of records for Illarramendi.

SO ORDERED

This [ ] day of January, 2012 at Bridgeport, Connecticut.

_____
Janet Bond Arterton
United States District Judge