UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2012 JAN 20 P 12: 48
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>    Defendants,<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>    Relief Defendants. | Civil Action No. 3:11-cv-00078-JBA<br><br><br><br><br><br>January 18, 2012 |

## APPEARANCE

Please enter the *pro se* appearance of Defendant, Francisco Illarramendi, in the above-captioned matter.

Respectfully Submitted,

By: /s/ Illarramendi
Francisco A. Illarramendi
61 Parade Hill Lane
New Canaan, CT 06840
Home Tel. No.: (203) 966-6763
Mobile Tel No.: (646) 772-1501
E-mail: fai.seclegal@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of January, 2012, a copy of the foregoing was mailed first class postage prepaid to the following counsel of record:

Bruce W. Akerly
Cantey Hanger, LLP –TX
1999 Bryan Street, Suite 333
Dallas, TX 75201

Jonathan R. Barr
Baker & Hostetler, LLP – DC
1050 Connecticut Avenue., NW, Suite 1100
Washington, DC 20036

Lindi Beaudreault
Shearman & Sterling – NYC
599 Lexington Avenue
New York, NY 10022

Adam J. Blank
Wofsey, Rosen, Kweskin & Kuriansky
600 Summer Street
Stamford, CT 06901

Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT 06510

Richard E. Brodsky
The Brodsky Law Firm
66 West Flagler Street, 9th Floor
Miami, FL 33130

David S. Brown
Morrison & Foerster – NY
1290 Avenue of the Americas
New York, NY 10104-0050

Dennis O. Cohen
Baker & Hostetler, LLP – NY
45 Rockefeller Plaza
New York, NY 10111

Frank F. Coulom, Jr.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Laurence E. Curran, III
Curran & Associates
701 Brickell Avenue, Suite 1550
Miami, FL 33131

Stephanie D. Curtis
Curtis Castillo, P.C.
901 Main Street, Suite 6515
Dallas TX 75202

Harry S. Davis
Schulte, Roth & Zabel, LLP – NY
919 Third Avenue
New York, NY 10022

David H. Dickieson
Schertler & Onorato, LLP
575 7th Street, NW
Washington, DC 20004

Kathleen Elizabeth Dion
Robinson & Cole LLP - HTFD
280 Trumbull Street
Hartford, CT 06103

Glenn A. Duhl  
Siegal O'Connor, O'Donnell & Beck P.C.  
150 Trumbull Street  
Hartford, CT 06103  

Alan S. Fine  
Alan S. Fine, P.A.  
255 Alhambra Circle, Suite 850  
Coral Gables, FL 33134  

Jimmy Fokas  
Baker & Hostetler, LLP – NY  
45 Rockefeller Plaza  
New York, NY 10111  

Jerome S. Fortinsky  
Shearman & Stearling – NYC  
599 Lexington Avenue  
New York, NY 10022  

Steven I. Frenkel  
Cummings & Lockwood – Stmfd  
Six Landmark Square  
Stamford, CT 06901  

Naima J. Garvin  
Baker & Hostetler, LLP – NY  
45 Rockefeller Plaza  
New York, NY 10111  

LeeAnn G. Gaunt  
U.S. Securities and Exchange Commission  
33 Arch Street, Suite 2300  
Boston, MA 02110  

John P. Gleason  
Gleason & Koatz, LLp  
122 East 42nd Street  
New York, NY 10168  

Thomas D. Goldberg  
Day Pitney LLP  
One Canterbury Green  
Stamford, CT 06901  

Marc Gottschalk  
Proterra, Inc.  
16360 Table Mountain Parkway  
Golden, CO 80403  

Francesca M. Harker  
Baker & Hostetler, LLP – DC  
1050 Connecticut Ave., NW, Suite 1100  
Washington DC 20036  

Madeleine A. Hensler  
Morrison & Forester – NY  
1290 Avenue of the Americas  
New York, NY 10104-0050  

Timothy M. Herring  
Chipman, Mazzucco, Land & Pennarola  
39 Old Ridgebury Road Suite D-2  
Danbury, CT 06810  

Marc E. Hirschfield  
Baker & Hostetler, LLP – NY  
45 Rockefeller Plaza  
New York, NY 10111  

John B. Hughes  
U.S. Attorney's Office – CT  
157 Church Street, 23rd Floor  
New Haven, CT 06510  

Jason Katz  
Curtis Castillo, P.C.  
901 Main Street, Suite 6515  
Dallas, TX 75202

Rua M. Kelly
Securities & Exchange Commission – MA
33 Arch Street, 23rd Fl.
Boston, MA 02110-1424

John R. Kiefner, Jr.
Kiefner Law Offices, P.A.
146 Second Street, N., Suite 300
St. Petersburg, FL 33701

Fernando Koatz
Gleason & Koatz, LLP
122 East 42nd Street
New York, NY 10168

Carl H. Loewenson, Jr.
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104-0050

Julie A. Manning
Shipman & Goodwin – ConstPlza- Hrfd
One Constitution Plaza
Hartford, CT 06103-1919

Giannina Marin
McAfee & Taft, P.C.
211 N. Robinson Avenue., Tenth Floor
Oklahoma City, OK 73102

Joseph W. Martini
Wiggin & Dana LLP – Stfd
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901

Joel A. Mullin
Stoel Rivers LLP – OR
900 SW Fifth Avenue, Ste. 2600
Portland, OR 97205

James S. Needham
Bracewell & Giuliani, LLP – CT
225 Asylum Street, Suite 2600
Hartford, CT 06103

Jonathan B. New
Baker & Hostetler – NY
45 Rockefeller Plaza
New York, NY 10111

Kevin J. O'Connor
Bracewell & Giuliani, LLP –CT
225 Asylum Street, Suite 2600
Hartford, CT 06103

Angel Peterson
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT 06510

Harold James Pickerstein
McElroy, Deutsch, Mulvaney &
Carpeenter/PH, LLP – Southport
30 Jelliff Lane
Southport, CT 06890-1436

Alexander Powhida
D'Amico, Griffin & Pettinicchi
465 Straits Tpke., P.O. Box 670
Watertown, CT 06795

Louis J. Price
McAfee & Taft, P.C.
211 N. Robinson Avenue, Tenth Floor
Oklahoma City, OK 73102

Hope C. Seeley
Santos & Seeley
51 Russ Street
Hartford, CT 06106

| | |
|---|---|
| Kathleen Burdette Shields<br>U.S. Securities and Exchange Comm. Bos<br>Boston Regional Office<br>33 Arch Street, 23rd Floor<br>Boston, MA 02110 | Christina H. Tsesmelis<br>Baker & Hostetler – NY<br>45 Rockefeller Plaza<br>New York, NY 10111 |
| Mark A. Shiffrin<br>1768 Litchfield Turnpike<br>Woodbridge, CT 06525 | Ona Theresa Wang<br>Baker & Hostetler – NY<br>45 Rockefeller Plaza<br>New York, NY 10111 |
| Paul J. Smoot<br>Law Offices of Paul J. Smoot<br>1290 Howard Avenue, Suite 303<br>Burlingame, CA 94010 | Ronald G. White<br>Morrison & Foerster – NY<br>1290 Avenue of the Americas<br>New York, NY 10104-0050 |
| Timothy W. Snider<br>Stoel Rivers LLP –OR<br>900 SW Fifth Avenue, Ste. 2600<br>Portland, OR 97205 | Calvin K. Woo<br>McElroy, Deutsch, Mulvaney &<br>Carpenter/PH, LLP – Southport<br>30 Jelliff Lane<br>Southport, CT 06890-1436 |
| Arthur A. Stewart<br>Cantey Hanger, LLP- TX<br>1999 Bryan Street, Suite 333<br>Dallas, TX 75201 | Donald S. Zakarin<br>Pryor Cashman LLP- NY<br>7 Times Square<br>New York, NY 10036 |
| Michael E. Swartz<br>Schulte, Roth & Zabel, LLP – NY<br>919 Third Avenue<br>New York, NY 10022 | |

By:  /s/ Francisco A. Illarramendi

Francisco A. Illarramendi