# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

APPEARANCE

SECURITIES AND EXCHANGE COMMISSION,

CIVIL ACTION NO.
3:11 CV 00078 (JBA)

    Plaintiff,

    v.

FRANCISCO ILLARRAMENDI, ET AL

    Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the non party witness, Juan Montes

    I certify that I am admitted to practice in this court.

| January 20, 2012 | Signature |
| --- | --- |
| *Date* | |

| CT04274 | David L. Belt |
| --- | --- |
| | HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC |
| *Connecticut Federal Bar Number* | *Print Name* |
| (203) 877-8000   (203) 878-9800 | 147 N. Broad Street |
| *Telephone*   *Facsimile* | *Address* |

Email: DBelt@hssklaw.com

| Milford | CT | 06460 |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was sent electronically by notification of the Court's electronic system on January 20, 2012.

David L. Belt