Case 3:11-cv-00078-JBA  Document 438  Filed 01/20/12  Page 1 of 6

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Securities + Exchange Commission, Plaintiff

V.

Francisco Illarramendi, et al., Defendant

Case No. (Put case number here)
Case No. 3:11-cv-00078-JBA

FILED
2012 JAN 20 P 12: 49
U.S. DISTRICT COURT
NEW HAVEN, CT

## CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT

1.  (Complete the first line for electronic notification from the court)

I, Francisco Illarramendi, hereby consent to the court
(name of pro se litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

2.  (Complete the second line for electronic service from opposing counsel; **DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL**)

I, Francisco Illarramendi, hereby consent to opposing
(name of pro se litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

Francisco Illarramendi
(Name of pro se litigant, typed or printed)

61 Parade Hill Lane
Street Address

New Canaan, CT 06840      (203)-966-6763(h) (646)-772-1501(m)
City, State, Zip Code                 Telephone

Fai.seclegal@gmail.com
email address

January 20, 2012      [Signature]
Date                  Signature

## Certificate of Service

I hereby certify that on 12/20/2012 [date], a copy of foregoing "Consent to Electronic Service By Pro Se Litigant," was filed and served by mail on the following: [list by name and address, every person served]

_____
Signature of pro se litigant

Bruce W. Akerly
Cantey Hanger, LLP – TX
1999 Bryan Street, Suite 333
Dallas, TX 75201

Jonathan R. Barr
Baker & Hostetler, LLP – DC
1050 Connecticut Avenue., NW, Suite 1100
Washington, DC 20036

Lindi Beaudreault
Shearman & Sterling – NYC
599 Lexington Avenue
New York, NY 10022

Adam J. Blank
Wofsey, Rosen, Kweskin & Kuriansky
600 Summer Street
Stamford, CT 06901

Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT 06510

Richard E. Brodsky
The Brodsky Law Firm
66 West Flagler Street, 9th Floor
Miami, FL 33130

David S. Brown
Morrison & Foerster – NY
1290 Avenue of the Americas
New York, NY 10104-0050

Dennis O. Cohen
Baker & Hostetler, LLP – NY
45 Rockefeller Plaza
New York, NY 10111

Frank F. Coulom, Jr.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Laurence E. Curran, III
Curran & Associates
701 Brickell Avenue, Suite 1550
Miami, FL 33131

Stephanie D. Curtis
Curtis Castillo, P.C.
901 Main Street, Suite 6515
Dallas TX 75202

Harry S. Davis
Schulte, Roth & Zabel, LLP – NY
919 Third Avenue
New York, NY 10022

David H. Dickieson
Schertler & Onorato, LLP
575 7th Street, NW
Washington, DC 20004

Kathleen Elizabeth Dion
Robinson & Cole LLP - HTFD
280 Trumbull Street
Hartford, CT 06103

Glenn A. Duhl
Siegal O'Connor, O'Donnell & Beck P.C.
150 Trumbull Street
Hartford, CT 06103

Alan S. Fine
Alan S. Fine, P.A.
255 Alhambra Circle, Suite 850
Coral Gables, FL 33134

Jimmy Fokas
Baker & Hostetler, LLP – NY
45 Rockefeller Plaza
New York, NY 10111

Jerome S. Fortinsky
Shearman & Stearling – NYC
599 Lexington Avenue
New York, NY 10022

Steven I. Frenkel
Cummings & Lockwood – Stmfd
Six Landmark Square
Stamford, CT 06901

Naima J. Garvin
Baker & Hostetler, LLP – NY
45 Rockefeller Plaza
New York, NY 10111

LeeAnn G. Gaunt
U.S. Securities and Exchange Commission
33 Arch Street, Suite 2300
Boston, MA 02110

John P. Gleason
Gleason & Koatz, LLp
122 East 42nd Street
New York, NY 10168

Thomas D. Goldberg
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

Marc Gottschalk
Proterra, Inc.
16360 Table Mountain Parkway
Golden, CO 80403

Francesca M. Harker
Baker & Hostetler, LLP – DC
1050 Connecticut Ave., NW, Suite 1100
Washington DC 20036

Madeleine A. Hensler
Morrison & Forester – NY
1290 Avenue of the Americas
New York, NY 10104-0050

Timothy M. Herring
Chipman, Mazzucco, Land & Pennarola
39 Old Ridgebury Road Suite D-2
Danbury, CT 06810

Marc E. Hirschfield
Baker & Hostetler, LLP – NY
45 Rockefeller Plaza
New York, NY 10111

John B. Hughes
U.S. Attorney's Office – CT
157 Church Street, 23rd Floor
New Haven, CT 06510

Jason Katz
Curtis Castillo, P.C.
901 Main Street, Suite 6515
Dallas, TX 75202

Rua M. Kelly
Securities & Exchange Commission – MA
33 Arch Street, 23rd Fl.
Boston, MA 02110-1424

John R. Kiefner, Jr.
Kiefner Law Offices, P.A.
146 Second Street, N., Suite 300
St. Petersburg, FL 33701

Fernando Koatz
Gleason & Koatz, LLP
122 East 42nd Street
New York, NY 10168

Carl H. Loewenson, Jr.
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104-0050

Julie A. Manning
Shipman & Goodwin – ConstPlza- Hrfd
One Constitution Plaza
Hartford, CT 06103-1919

Giannina Marin
McAfee & Taft, P.C.
211 N. Robinson Avenue., Tenth Floor
Oklahoma City, OK 73102

Joseph W. Martini
Wiggin & Dana LLP – Stfd
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901

Joel A. Mullin
Stoel Rivers LLP – OR
900 SW Fifth Avenue, Ste. 2600
Portland, OR 97205

James S. Needham
Bracewell & Giuliani, LLP – CT
225 Asylum Street, Suite 2600
Hartford, CT 06103

Jonathan B. New
Baker & Hostetler – NY
45 Rockefeller Plaza
New York, NY 10111

Kevin J. O'Connor
Bracewell & Giuliani, LLP –CT
225 Asylum Street, Suite 2600
Hartford, CT 06103

Angel Peterson
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT 06510

Harold James Pickerstein
McElroy, Deutsch, Mulvaney &
Carpeenter/PH, LLP – Southport
30 Jelliff Lane
Southport, CT 06890-1436

Alexander Powhida
D'Amico, Griffin & Pettinicchi
465 Straits Tpke., P.O. Box 670
Watertown, CT 06795

Louis J. Price
McAfee & Taft, P.C.
211 N. Robinson Avenue, Tenth Floor
Oklahoma City, OK 73102

Hope C. Seeley
Santos & Seeley
51 Russ Street
Hartford, CT 06106

Kathleen Burdette Shields
U.S. Securities and Exchange Comm. Bos
Boston Regional Office
33 Arch Street, 23rd Floor
Boston, MA 02110

Mark A. Shiffrin
1768 Litchfield Turnpike
Woodbridge, CT 06525

Paul J. Smoot
Law Offices of Paul J. Smoot
1290 Howard Avenue, Suite 303
Burlingame, CA 94010

Timothy W. Snider
Stoel Rivers LLP –OR
900 SW Fifth Avenue, Ste. 2600
Portland, OR 97205

Arthur A. Stewart
Cantey Hanger, LLP- TX
1999 Bryan Street, Suite 333
Dallas, TX 75201

Michael E. Swartz
Schulte, Roth & Zabel, LLP – NY
919 Third Avenue
New York, NY 10022

Christina H. Tsesmelis
Baker & Hostetler – NY
45 Rockefeller Plaza
New York, NY 10111

Ona Theresa Wang
Baker & Hostetler – NY
45 Rockefeller Plaza
New York, NY 10111

Ronald G. White
Morrison & Foerster – NY
1290 Avenue of the Americas
New York, NY 10104-0050

Calvin K. Woo
McElroy, Deutsch, Mulvaney &
Carpenter/PH, LLP – Southport
30 Jelliff Lane
Southport, CT 06890-1436

Donald S. Zakarin
Pryor Cashman LLP- NY
7 Times Square
New York, NY 10036