UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　Defendants,<br><br>MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　Relief Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 3:11-cv-00078-JBA<br><br><br><br><br><br><br><br><br>January 27, 2012 |

**WITHDRAWAL OF APPEARANCE FOR INTERESTED PERSON AND REVOCATION OF REQUEST FOR SERVICE OF PAPERS**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure for the United States District Court, Attorney's David H. Dickieson of the law firm, Schertler & Onorato LLP and Frank F. Coulom, Jr. and Kathleen E. Dion of the law firm Robinson & Cole LLP respectfully move to withdraw their appearances on behalf of interested party, Ramon Illarramendi, in this action.

Mr. Illarramendi has elected to proceed pro se. In accordance with Local Rule 7(e), Mr. Illarramendi has received actual notice by certified mail of a draft of this Motion to Withdraw and notification that all counsel would be filing this Motion.

Respectfully Submitted,

**SCHERTLER & ONORATO, LLP**

By: /s/ David H. Dickieson
SCHERTLER & ONORATO, LLP
575 – 7th Street, N.W., Suite 300 South
Washington, DC  20004
Telephone: 202-628-4199
Fax: 202-628-4177
E-mail: ddickieson@schertlerlaw.com

**ROBINSON & COLE, LLP**

By:    /s/ Frank F. Coulom
Frank F. Coulom, Jr. (CT 05230)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail:  fcoulom@rc.com


By:    /s/ Kathleen E. Dion
Kathleen E. Dion (ct28605)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail:  kdion@rc.com
*Former Counsel for Ramon A. Illarramendi*

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of January, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all applicable parties by operation of the Court's electronic filing system.

By:     __/s/ Kathleen E. Dion__
        Kathleen E. Dion
