# EXHIBIT F

```
From: morisb@mycingular.blackberry.net
Sent: Tuesday, October 23, 2007 6:29 PM
To: Francisco Iiaramendi
Subject: Re: Hola panchito

No chamo los 10bs te los doy yo aqui tu me diras si en bs o los convierto. El .25 de los
bonos ya lo hicistes cuando vendistes y como me reportastes 74.10. Quedamos q te quedes
con esos .10 tu y reportabamos en 74. Ahora si estas claro?
-----Original Message-----
From: "Francisco Illarramendi" <fillarramendi@highviewpoint.com>

Date: Tue, 23 Oct 2007 14:21:41
To:<morisb@mycingular.blackberry.net>
Subject: RE: Hola panchito


Chamo, asumiendo 11056415.49, si le quito 525k míos y 1,686,283.10 tuyos me
quedan 8,845,132.29 de los cuales me dices que le envíe 7,269,716.50 a black
y entonces sobran 1,548,415.89 que se los vas a enviar tu porque ya los
tienes. Entonces eso nos dá zero.  De donde saco los 10 bs de y los otros
.25 y .10 que dices de los bonos, o están incluidos en los 525k?

-----Original Message-----
From: morisb@mycingular.blackberry.net
[mailto:morisb@mycingular.blackberry.net]
Sent: Tuesday, October 23, 2007 1:55 PM
To: Francisco Iiaramendi
Subject: Hola panchito

Aqui te paso la liquidacion de la primera operacion.
Profit = 11056415.49$
525mil$ son tuyos. Te los quedas + el.25 de la vta de los bonos +.10 tambien
de la venta de los bonos + 10bs
2) Vas a mandar 1686283.10$ a mi cuenta en hsbc. Las instrucciones son
FOR CREDIT TO:

HSBC BANK USA - NEW YORK
ABA: 021001088
SWIFT: MRMDUS33
ACCOUNT: 000-038016

FOR FURTHER CREDIT:

HSBC PRIVATE BANK (SWITZERLAND) SA
2 PLACE DU LAC
CH - 1211 GENÈVE
SWIFT: BLICCHGG
ATTENTION: MAZ / LOB
BENEFICIARY: MORIS BERACHA
ACCOUNT: 29867
3) Tienes 7296716.50$ de black q se mandaran el lunes ya te dare
instrucciones cta nueva q le estoy abriendo en hsbc
4) Tu me mandastes para la primera op 38mm$ y usamos 36451584.50$  es decir
sobran 1548415.5$ q se los mando yo.
Si sumas 525mil$+ 1686283.10$+ 1548415.5+7296716.50 te da 11056415.49. Por
favor avisame si estas claro
```

# MERRILL CORPORATION
Merrill Communications LLC



225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York    )
                     )    ss:
County of New York   )

## Certificate of Accuracy

This is to certify that the attached document with reference:

**Spanish Document 41**

originally written in the Spanish language, is to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: January 6, 2012

_____
Violeta Lejtman
Team Lead - Legal Translations
Merrill Brink International

Sworn to and signed before
Me, this ____6th_____ day of
_____January_____ 2012

_____
Notary Public

ROSEMARIE COHEN
Notary Public, State of New York
No. 01CO6050705
Qualified in New York County
Commission Expires November 13, 20/4

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD

From: morisb@mycingular.blackberry.net
Sent: Tuesday, October 23, 2007 6:29 PM
To: Francisco Iiaramendi
Subject: Re: Hello panchito

No buddy, I'll give you the 10bs [bs = bolivares] here, you will tell me if in bs or if I convert them. You already made the .25 from the bonds when you sold them, and as you reported 74.10 to me. We agreed that you will keep that .10 and we'd report 74. Are we clear now?

-----Original Message-----
From: "Francisco Illarramendi" <fillarramendi@highviewpoint.com>
Date: Tue, 23 Oct 2007 14:21:41
To:<morisb@mycingular.blackberry.net>
Subject: RE: Hello panchito

Buddy, assuming 11056415.49, if I take out my 525k and your 1,686,283.10 I have 8,845,132.29 remaining, from which you tell me to send 7,269,716.50 to black and then 1,548,415.89 remain, which you are going to send since you already have them. Then that gives us zero. Where do I get the 10 bs from and the other .25 and .10 you are saying from the bonds, or are they included in the 525k?

-----Original Message-----
From: morisb@mycingular.blackberry.net
[mailto:morisb@mycingular.blackberry.net]
Sent: Tuesday, October 23, 2007 1:55 PM
To: Francisco Iiaramendi
Subject: Hello panchito

Here is the settlement of the first operation.
Profit – $11056415.49
$525 thousand are yours. You keep that + the .25 from the sale of the bonds +.10 also from the sale of the bonds + 10bs
2) You are going to send $1686283.10 to my account at hsbc. The instructions are
FOR CREDIT TO:

HSBC BANK USA - NEW YORK
ABA: 021001088
SWIFT: MRMDUS33
ACCOUNT: 000-038016

FOR FURTHER CREDIT:

HSBC PRIVATE BANK (SWITZERLAND) SA
2 PLACE DU LAC
CH - 1211 GENÈVE
SWIFT: BLICCHGG
ATTENTION: MAZ / LOB
BENEFICIARY: MORIS BERACHA
ACCOUNT: 29867

3) You have black's $7296716.50 which will be sent on Monday, I will give you the instructions for the new account I am opening for him at hsbc
4) For the first operation you sent me $38mm and we used $36451584.50 in other words $1548415.5 remain which I will send to him.
If you add $525 thousand + $1686283.10 + $1548415.5 + $7296716.50 that is $11056415.49.
Please let me know if it's clear to you.

Page Intentionally Blank

**From:** Francisco Illarramendi [fillarramendi@highviewpoint.com]
**Sent:** Tuesday, March 30, 2010 9:54 AM
**To:** Juan Montes
**Subject:** Re: Harewood DAF - FR0010453803

Pana ahorita no me puedo enfocar en esto, pero la verdad que lo que dice BNP abajo es bien contundente. Ya nosotros les pagamos ayer, pero me pones en una situacion muy dificil si uds se lavan las manos del tema en este momento.

Por lo menos que transfieran McCaff a MK SOF seria el primer paso. Luego deben liquidar el warrant y pagartelo, y uds pagarnoslo a nosotros. Creo que es lo mas sano.

Por el lado contable, ya tu tienes 35 millones en cash y 100 millones en la nueva inversion, con lo cual estas saneado.

No vuelvas a trabajar con esta gente. Son unos ladrones piratas.

Un abrazo.

Sent via BlackBerry by AT&T

---

**From:** "iron3" <iron3@att.blackberry.net>
**Date:** Tue, 30 Mar 2010 04:00:42 +0000
**To:** Pannini<fillarramendi@highviewpoint.com>
**Subject:** Fw: Harewood DAF - FR0010453803

Chamo el mensaje q envie es q el ya nosotros no somos los duenos ! Q ustedes son los nuevos inversores! Y q se entiendan con ustedes no con nosotros!

---

**From:** imanol@luzcapital.com
**Date:** Tue, 30 Mar 2010 03:44:50 +0000
**To:** <iron3@att.blackberry.net>; David J. Osio<Dosio@aol.com>
**Subject:** Fw: Harewood DAF - FR0010453803

Black:
Abajo email de BNP en el cual indican que Harewood no es transferible. Lo que esta sucediendo es que el agente de registro no permitira la transferencia del mismo y tarde o temprano regresara a manos tuyas. Estan dispuestod a que, de inmediato, Harewood transfiera las acciones de Mcaf a los fondos de pensiones y Harewood solo contenga el warrant. Yo te recomiendp hagas eso lo antes posible. Luego al recibir Mcaf lo transfieres al fideicomiso o al comprador que tienes de Harewood. Esto ya lo habiamos discutido. Lo unico que estamos buscando es ayudarte.

Enviado a través de BlackBerry de movistar

---

**From:** agustin.ruizdearcaute@americas.bnpparibas.com
**Date:** Fri, 26 Mar 2010 11:35:44 -0400
**To:** <imanol@luzcapital.com>
**Subject:** Harewood DAF - FR0010453803

Imanol
aqui tienes la explicacion del jefe de compliance de Harewood.
El cliente tiene que cancelar las ordenes de transferencia, de modo que las acciones del DAF vuelvan a donde estaban

inicialmente (cuenta de UBS Ginebra en BP2S).

Saludos
Agustin

----- Forwarded by Agustin Ruiz de Arcaute/US/AMERICAS/GROUP on 03/26/2010 11:30 AM -----

**Eric BENOIT**

Conformité - RCCI - HAREWOOD AM
Corporate & Investment Banking

20 bd des Italiens
75009 PARIS

To Agustin Ruiz de Arcaute

cc

Subject Réf. : Re: DAF - FR0010453803 - opposition sur transfert de parts Link

Dear Agustin,

DAF is a **French contractual Fund** and then, it is not formaly approved by the French Financial Authority (AMF). This type of fund is submitted to strong internal rules in terms of KYC and suitability.Therefore, any subscriptions or transfer of units must be approved by the Asset Management Company. **In this case, I am firmly opposed to any transfer of units** and I ordered BPSS to stop this operation.

Could you please ask the client to order its global custody to cancel the transfer order to SIX SIS AG ?

Best regards,

Eric Benoit

Responsable de la Conformité et du Contrôle Interne - HAREWOOD A.M

This message and any attachments (the "message") is intended solely for
the addressees and is confidential. If you receive this message in error,
please delete it and immediately notify the sender. Any use not in accord
with its purpose, any dissemination or disclosure, either whole or partial,
is prohibited except formal approval. The internet can not guarantee the
integrity of this message. BNP PARIBAS (and its subsidiaries) shall (will)
not therefore be liable for the message if modified. Please note that certain
functions and services for BNP Paribas may be performed by BNP Paribas RCC, Inc.

# MERRILL CORPORATION
Merrill Communications LLC



225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York    )
                     ) ss:
County of New York   )

## Certificate of Accuracy

This is to certify that the attached document with reference:

**Spanish Document 31**

originally written in the Spanish language, is to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: January 6, 2012

_____
Violeta Lejtman
Team Lead - Legal Translations
Merrill Brink International

Sworn to and signed before
Me, this ____6th_____day of
_____January_____2012

_____
Notary Public

ROSEMARIE COHEN
Notary Public, State of New York
No. 01CO6050705
Qualified in New York County
Commission Expires November 13, 20_14_

From: Francisco Illarramendi [fillarramendi@highviewpoint.com]
Sent: Tuesday, March 30, 2010 9:54 AM
To: Juan Montes
Subject: Re: Harewood DAF - FR0010453803

Pal, right now I can't focus on this, but honestly, what BNP says below is pretty convincing. We already paid them yesterday, but you're putting me in a really tough situation if you are washing your hands of the matter right now.

At least it would be the first step to transfer McCaff to MK SOF. Then they can liquidate the warrant and pay it to you, and you pay it to us. I think that's the cleanest way.

On the accounting side, you already have 35 million in cash and 100 million in the new investment with which you're made whole.

Don't work with those people again. They're highway robbers.

Hugs,

Sent via BlackBerry by AT&T

---

From: "iron3" <iron3@att.blackberry.net>
Date: Tue, 30 Mar 2010 04:00:42 +0000
To: Pannini<fillarramendi@highviewpoint.com>
Subject: Fw: Harewood DAF - FR0010453803

Buddy, the message I sent is that we aren't the owners any more! That you all are the new investors! And that they're communicating with you, not with us!

From: imanol@luzcapital.com
Date: Tue, 30 Mar 2010 03:44:50 +0000
To: <iron3@att.blackberry.net>; David J. Osio<Dosio@aol.com>
Subject: Fw: Harewood DAF - FR0010453803

Black:
Below is the email from BNP in which they say that Harewood isn't transferrable. What's happening is that the registration agent won't allow its transfer and sooner or later it will come back into your hands. They're prepared for Harewood to immediately transfer the shares from Mcaf [sic] to the Pension Funds, and Harewood will only hold the warrant. I recommend that you do that as soon as possible. After receiving Mcaf [sic], you transfer it to the trust account or the buyer you have from Harewood. We'd already discussed this. The only thing we're looking for is to help you.
Sent through BlackBerry by Movistar

From: agustin.ruizdearcaute@americas.bnpparibas.com
Date: Fri, 26 Mar 2010 11:35:44 -0400
To: <imanol@luzcapital.com>
Subject: Harewood DAF - FR0010453803

Imanol
Here's the explanation from Harewood's Chief of Compliance.
The client has to cancel the transfer orders, so the DAF shares go back to where they were

initially (UBS Geneva account in BP2S).

Best,
Agustin

--- Forwarded by Agustin Ruiz de Arcaute/US/AMERICAS/GROUP on 03/26/2010 11:30 AM ---

**Eric BENOIT**

Conformité - RCCI - HAREWOOD AM
Corporate & Investment Banking

20 bd des Italiens
75009 PARIS

To Agustin Ruiz de Arcaute
cc
Subject Réf. : Re: DAF - FR0010453803 - opposition sur transfert de parts Link

Dear Agustin,

DAF is a **French contractual Fund** and then, it is not formaly approved by the French Financial Authority (AMF). This type of fund is submitted to strong Internal rules in terms of KYC and suitability. Therefore, any subscriptions or transfer of units must be approved by the Asset Management Company. **In this case, I am firmly opposed to any transfer of unit and I ordered BPSS to stop this operation.**

Could you please ask the client to order its global custody to cancel the transfer order to SIX SIS AG ?

Best regards,

Eric Benoit

Responsable de la Conformité et du Contrôle Interne - HAREWOOD A.M

This message and any attachments (the "message") is intended solely for
the addressees and is confidential. If you receive this message in error,
please delete it and immediately notify the sender. Any use not in accord
with its purpose, any dissemination or disclosure, either whole or partial,
is prohibited except formal approval. The internet can not guarantee the
integrity of this message. BNP PARIBAS (and its subsidiaries) shall (will)
not therefore be liable for the message if modified. Please note that certain
functions and services for BNP Paribas may be performed by BNP Paribas RCC, Inc.

**Full Name:**      Montes Blackberry Juan
**Last Name:**      Juan
**First Name:**     Montes

**Business:**       +58 414 1190919

**E-mail:**         iron3@att.blackberry.net
**E-mail Display As:** iron3@att.blackberry.net