# EXHIBIT H

**From:** Francisco Illarramendi [fillarramendi@highviewpoint.com]
**Sent:** Tuesday, June 16, 2009 11:32 AM
**To:** 'alejandra omaña'; 'Rufino Gonzalez'
**Subject:** Fondos

**Attachments:** MK Venezuela Fidevalores LOA Lynux _6-16-09_.pdf; MK Venezuela Fidevalores LOA CL _6-16-09_.pdf; MK Venezuela Fidevalores LOA OGH _6-16-09_.pdf; MK Venezuela Fidevalores LOA FAI _6-16-09_.pdf
**BCC List:** 'bccfromPANCHOdesktop@highviewpoint.com'

Estimada María Alejandra:

Según mi conversación con Rufino el día de ayer, te informo que hoy estaremos enviándoles US$4.0 millones de la cuenta de MK Venezuela en Deutsche Bank a la cuenta de Fidevalores en First Citizens Bank. En base a lo acordado, quedan autorizados para ejecutar la compra y venta de títulos valores correspondientes a esta transacción, y a cobrar honorarios profesionales del 2.0% del monto enviado.

Te agradecería que me confirmaras la recepción de los fondos y que, un vez recibidos los fondos y ejecutadas las transacciones, se hagan las siguientes transferencias por cuenta y orden de MK Venezuela, según sea posible en los próximos días.

Amount: US$1,122,187.50

Intermediary Bank: Credit Suisse, Zurich

SWIFT: CRESCHZZ80A

Beneficiary Bank: Clariden Leu, Zurich

SWIFT: CLLECHZZXXX

Address: Bahnhofstrasse 32, 8001 Zurich

In favor of ultimate beneficiary: Lynux Investment International Corp.

Account No. 0065-198627-32

IBAN: CH37 0506 5019 8627 3200

Attn: Mr. Peter Schneider

Amount: US$500,000.00

Bank: JP Morgan Chase

ABA: 021 000 021

Address: New Canaan, CT (USA)

Account Number: 921002173865

Beneficiary: Francisco Illarramendi & María Josefina Gonzalez

F01334-E00104003                                                                                                                   Illarramendi, Francisco

Address: 8 Lockwood Avenue, New Canaan, CT 06840

Ref: 61 Parade Hill Lane Loan

Amount: US$500,000.00

Bank: People's United Bank

ABA: 221 172 186

Address: Bridgeport, CT (USA)

Account Number: 0377014287

Beneficiary: OGH Advisors, LLC

Address: 205 East Hunting Ridge Road, Stamford, CT 06903

Ref: MK Group Consulting Fees

Amount: $1,100,000.00

Bank: Citibank N.A.

ABA: 021 000 089

Address: 399 Park Avenue, NY, NY 10043

Account Number: 59713152

Beneficiary: Christopher Luth

Address: 1 Pond Ridge Lane, Rowayton, CT 06853

Te estoy adjuntando las cartas de autorización para cada transferencia. Deberías tener documentación para mi persona, Odo Habeck y Chris Luth, ya que anteriormente se han hecho transferencias a todos. La documentación de Lynux la estoy consiguiendo y te la envío en un rato.

El saldo remanente por favor guardar a favor de MK Venezuela para futuras instrucciones. Muchas gracias y perdona la molestia.

Pancho

# MERRILL CORPORATION
Merrill Communications LLC



225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York     )
                      )   ss:
County of New York    )

## Certificate of Accuracy

This is to certify that the attached document with reference:

**Spanish Document 65**

originally written in the Spanish language, is to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: January 6, 2012

Violeta Lejtman
Team Lead - Legal Translations
Merrill Brink International

Sworn to and signed before
Me, this ____6th_____day of
_____January_____2012

Notary Public

ROSEMARIE COHEN
Notary Public, State of New York
No. 01CO6050705
Qualified in New York County
Commission Expires November 13, 2014

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD

**From:** Francisco Illarramendi [fillarramendi@highviewpoint.com]
**Sent:** Tuesday, June 16, 2009 11:32 a.m.
**To:** 'alejandra omaña'; 'Rufino Gonzalez'
**Subject:** Funds

**Attachments:** MK Venezuela Fidevalores LOA Lynux _6-16-09_.pdf; MK Venezuela Fidevalores LOA CL _6-16-09_.pdf; MK Venezuela Fidevalores LOA OGH _6-16-09_.pdf; MK Venezuela Fidevalores LOA FAI _6-16-09_.pdf
**BCC List:** 'bccfromPANCHOdesktop@highviewpoint.com'

Dear María Alejandra:

As per my conversation with Rufino yesterday, this is to inform you that today we are sending the US$ 4.0 million from the MK Venezuela account at Deutsche Bank to the Fidevalores account at First Citizens Bank. Based on the agreement, you are authorized to purchase and sell securities corresponding to this transaction, and to charge professional fees of 2.0% of the amount sent.

I would appreciate it if you would confirm the receipt of funds, and once the funds are received and the transactions are executed, make the following transfers on behalf and to the order of MK Venezuela, as possible, within the next few days.

Amount: US$1,122,187.50

Intermediary Bank: Credit Suisse, Zurich

SWIFT: CRESCHZZ80A

Beneficiary Bank: Clariden Leu, Zurich

SWIFT: CLLECHZZXXX

Address: Bahnhofstrasse 32, 8001 Zurich

In favor of ultimate beneficiary: Lynux Investment International Corp.

Account No. 0065-198627-32

IBAN: CH37 0506 5019 8627 3200

Attn: Mr. Peter Schneider

Amount: US$500,000.00

Bank: JP Morgan Chase

ABA: 021 000 021

Address: New Canaan, CT (USA)

Account Number: 921002173865

Beneficiary: Francisco Illarramendi & Maria Josefina Gonzalez

Address: 8 Lockwood Avenue, New Canaan, CT 06840

Ref: 61 Parade Hill Lane Loan

Amount: US$500,000.00

Bank: People's United Bank

ABA: 221 172 186

Address: Bridgeport, CT (USA)

Account Number: 0377014287

Beneficiary: OGH Advisors, LLC

Address: 205 East Hunting Ridge Road, Stamford, CT 06903

Ref: MK Group Consulting Fees

Amount: $1,100,000.00

Bank: Citibank N.A.

ABA: 021 000 089

Address: 399 Park Avenue, NY, NY 10043

Account Number: 59713152

Beneficiary: Christopher Luth

Address: 1 Pond Ridge Lane, Rowayton, CT 06853

I am attaching the authorization letters for each transfer. You should have documentation for me, Odo Habeck and Chris Luth, as transfers to everyone have been made previously. I am getting the Lynux documentation and I will send it to you in a while.

Please keep the remaining balance in favor of MK Venezuela for future instructions. Thank you very much, and I apologize for the inconvenience.

Pancho

F01334-E00104003                                                                                    Illarramendi, Francisco