# EXHIBIT I

 **MK VENEZUELA FUND LTD.**

Stamford, 16 de junio del 2009

Señores:
**FIDEVALORES, Sociedad de Corretaje de Títulos Valores S.A.**
Presente.-

Estimados señores:

Quien suscribe, MK VENEZUELA FUND representada por su Presidente FRANCISCO ILLARRAMENDI, por el presente documento solicito a **Fidevalores Sociedad de Corretaje de Títulos Valores S.A.**, que el pago correspondiente a la operación de venta de títulos valores, de fecha 16 de junio del 2009, sea realizada, por cuenta y orden nuestra, directamente a favor de **Francisco Illarramendi & María Josefina Gonzalez** motivado a un préstamo de acuerdo a las siguientes instrucciones.

Amount: US$500,000.00
Bank: JP Morgan Chase
ABA: 021 000 021
Address: New Canaan, CT (USA)
Account Number: 921002173865
Beneficiary: Francisco Illarramendi & María Josefina Gonzalez
Address: 8 Lockwood Avenue, New Canaan, CT 06840
Ref: 61 Parade Hill Lane Loan

Atentamente,

_____
Francisco Illarramendi
Managing Director

C/O Mourant Cayman Corporate Services, Ltd.
Third Floor, Harbour Centre, P.O. Box 1348, Grand Cayman KY1-1108 Cayman Islands