# EXHIBIT J

```
From: Francisco Illarramendi [fillarramendi@highviewpoint.com]
Sent: Monday, March 29, 2010 2:28 PM
To: flopez@highviewpoint.com
Subject: RE: Dile a Carolina

Según lo conversado pon a BP en 155 y LB lo cuadramos luego.  Un saludo.

-----Original Message-----
From: Frank H. Lopez [mailto:flopez@highviewpoint.com]
Sent: Wednesday, March 24, 2010 12:13 PM
To: fillarramendi@highviewpoint.com
Subject: Re: Dile a Carolina

Copiado
------Original Message------
From: Francisco Illarramendi
To: Frank Lopez
ReplyTo: fillarramendi@highviewpoint.com
Sent: Mar 24, 2010 11:52 AM
Subject: Dile a Carolina

3,956

1,267 nosotros 3.

105 BP

50 LB.

Un abrazo.
Sent via BlackBerry by AT&T


Enviado desde un dispositivo inalámbrico BlackBerry
```

# MERRILL CORPORATION
Merrill Communications LLC



225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York    )
                     )   ss:
County of New York   )

## Certificate of Accuracy

This is to certify that the attached document with reference:

**Spanish Document 70**

originally written in the Spanish language, is to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: January 30, 2012

_____
Roberto J. Millan
Senior Project Manager - Legal Translations
Merrill Brink International

Sworn to and signed before
Me, this ____30th____ day of
_____January_____ 2012

_____
Notary Public

GINA MARIE STLAURENT
Notary Public, State of New York
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2014

From: Francisco Illarramendi [fillarramendi@highviewpoint.com]
Sent: Monday, March 29, 2010 2:28 p.m.
To: flopez@highviewpoint.com
Subject: RE: Tell Carolina

As discussed, put BP at 155 and we'll get LB in later. Regards.

-----Original Message-----
From: Frank H. Lopez [mailto:flopez@highviewpoint.com]
Sent: Wednesday, March 24, 2010 12:13 p.m.
To: fillarramendi@highviewpoint.com
Subject: Re: Tell Carolina

Copied
-----Original Message-----
From: Francisco Illarramendi
To: Frank Lopez
Reply To: fillarramendi@highviewpoint.com
Sent: March 24, 2010 11:52 a.m.
Subject: Tell Carolina

3,956

1,267 us 3.

105 BP

50 LB

Regards.
Sent via BlackBerry by AT&T

Sent by a wireless BlackBerry device

N01334-E00201821                                            Lopez, Frank