UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                    Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>                    Defendants,<br>and<br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>                    Relief Defendants. | 11-CV-00078 (JBA)<br><br>ECF CASE<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER EXPANDING THE RECEIVERSHIP TO
INCLUDE HIGHVIEW POINT MASTER FUND, LTD.,
HIGHVIEW POINT OFFSHORE FUND, LTD., AND HIGHVIEW POINT LP**

**WHEREAS** this matter has come before this Court upon motion of the Receiver, John J. Carney Esq. (the "Receiver"), for an order expanding the Receivership to include Highview Point Master Fund, Ltd. ("Master Fund"), Highview Point Offshore Fund, Ltd. ("HVP Offshore"), and Highview Point LP ("HVP LP") in the Receivership Estate;

**WHEREAS** this Court finds that based on the record in these proceedings, the expansion of the receivership and the modification of the original order appointing the Receiver to include Master Fund, HVP Offshore, and HVP LP is necessary and appropriate to achieve equity; and

**WHEREAS** this Court has subject matter jurisdiction over this action and personal jurisdiction over Master Fund, HVP Offshore Fund, and HVP LP; and venue properly lies in this district.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This Court hereby takes exclusive jurisdiction and possession of the assets, of whatever kind and wherever situated of Master Fund, HVP Offshore ("HVP Offshore; and HVP LP.

2. This Court hereby continues to maintain exclusive jurisdiction and possession of the assets, of whatever kind and wherever situated, of the entities and assets subject to the Court's Temporary Order Freezing Assets and Modified Temporary Order Freezing Assets, entered January 28, 2011 and February 2, 2011, respectively (Doc. # 36, Doc. # 59)(collectively "Original Freeze Orders").

3. The Orders appointing a Receiver entered on February 3, 2011 and amended March 1, 2011, June 22, 2011, July 5, 2011 and January 4, 2012 (respectively, Doc. # 66, Doc. #118, Doc. #279, Doc. # 287 and Doc #423)(the "MK Receiver Orders") continue in full force and effect and nothing in this Order shall be construed to limit the powers or duties granted the Receiver under the MK Receiver Orders.

4. The Court amends its definition of the "Receivership Estate" as set forth in the Original Freeze Orders to include all assets under the direct or indirect control of the entities known as the Master Fund, HVP Offshore and HVP LP as well as the previous entities included within the definition.

5. The Court amends its definition of the "Receivership Entities" as set forth in the Original Freeze Orders to include the entities known as the Master Fund, HVP Offshore and HVP LP as well as the previous entities included within the definition.

6. Until further order of this Court, John J. Carney, Esq., of Baker & Hostetler LLP is hereby appointed to serve without bond as receiver (the "Receiver") for the Receivership Estate and continues to be empowered with all authority, privileges and immunities as set forth in the Original Freeze Orders and MK Receiver Orders.

7. The Motion of the Receiver is **GRANTED**.

SO ORDERED,

This Date: _____, 2012


_____
THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE