UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                                )
SECURITIES AND EXCHANGE                         )
COMMISSION,                                      )
                                                )
                    Plaintiff,                   )        Civil Action No. 11-cv-78 (JBA)
                                                )
          v.                                     )
                                                )
FRANCISCO ILLARRAMENDI,                          )
HIGHVIEW POINT PARTNERS, LLC and                 )
MICHAEL KENWOOD CAPITAL                          )
          MANAGEMENT, LLC,                       )
                                                )
                    Defendants,                  )
                                                )
          and                                    )
                                                )
HIGHVIEW POINT MASTER FUND, LTD.,                )
HIGHVIEW POINT OFFSHORE, LTD.,                   )
HIGHVIEW POINT LP,                               )
MICHAEL KENWOOD ASSET                            )
          MANAGEMENT, LLC,                       )
MK ENERGY AND INFRASTRUCTURE,                    )
          LLC, and                               )
MKEI SOLAR, LP,                                  )
                                                )
                    Relief Defendants.           )
_____)

**COMMISSION'S JOINDER TO PORTIONS OF THE RECEIVER'S EMERGENCY
OPPOSITION TO VENTURES TRUST MANAGEMENT LLC'S MOTION AND
RAMON ILLARRAMENDI'S MOTION CHALLENGING THE SALE OF THE MK
GROUP'S INTERESTS IN NUSCALE**

The Commission hereby joins in sections IV, V.B and V.C of the Receiver's Emergency

Opposition (Dkt. No. 354) to both the motion to intervene filed by Ventures Trust Management

LLC and the motion challenging the sale of the Receivership Estate's interests in NuScale filed

by Ramon Illarramendi.  Specifically, the Commission supports the Receiver's positions that: (i)

Ramon Illarramendi's request for a period of due diligence prior to the sale of NuScale should be

1

denied because the delay caused by his request is detrimental to the Receivership Estate; (ii)

VTM's request to modify the Receivership Order to require court approval of the NuScale sale

should be denied because the delay and inefficiencies caused by that process would harm the

Receivership Estate and VTM does not deserve a second bite at the NuScale apple; and (iii)

VTM has failed to make the required showing that it is entitled to a modification of the

Receivership Order lifting the stay of litigation against NuScale.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**
By its attorneys,

    /s/ Kathleen Burdette Shields
Rua M. Kelly (Mass. Bar No. 643351)
Kathleen Burdette Shields (Mass. Bar No. 637438)
LeeAnn G. Gaunt (Mass. Bar No. 630557)
Carlos Costa-Rodrigues (NY Reg. No. 2473593)
33 Arch Street, 23rd Floor
Boston, Massachusetts  02110
Telephone:  (617) 573-8904 (Shields direct)
Facsimile:   (617) 573-4590
E-mail:  shieldska@sec.gov

Local Counsel:

/s/
John B. Hughes (Fed. Bar No. CT 05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, Connecticut 06510
(203) 821-3700
(203) 773-5373

Dated:  September 22, 2011

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 22, 2011, I electronically filed the Commission's Joinder to Portions of the Receiver's Emergency Opposition to Ventures Trust Management LLC's Motion and Ramon Illarramendi's Motion Challenging the Sale of the MK Group's Interests in NuScale, with the Clerk of the Court and the parties of record by using the CM/ECF system.


                         __/s/ Kathleen Burdette Shields_____
                         Kathleen Burdette Shields (Mass. Bar No. 637438)