UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEC,
     *Plaintiff*,

     *v.*

Illarramendi, et al.,
     *Defendants*.

Civil No. 3:11cv78 (JBA)

ENDORSEMENT ORDER

Pursuant to the colloquy with counsel and parties of February 24, 2012:

1.    The Receiver shall produce all documents, records, and materials received and reviewed by the Receiver's forensic accountant Matthew Greenblatt by Friday, March 2, 2012.

2.    Counsel for Highview Point Master Fund, Ltd., and Highview Point Offshore, Ltd. shall advise the Court by March 9, 2012 of the proposed scheduling for filing their brief in opposition to the Receiver's Motion to Expand the Receivership [Doc. # 446].

3.    Defendant Francisco Illarramendi will be provided with appropriate access to the above discovery.

4.    A scheduling order, including a date for an evidentiary hearing, will follow.

IT IS SO ORDERED.

        /s/
     Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 24th day of February 2012.