UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
SECURITIES AND EXCHANGE           :
COMMISSION,                       :
                Plaintiff,   :   Civ. Action No. 11-cv-78 (JBA)
                - v -   :
FRANCISCO ILLARRAMENDI,           :
HIGHVIEW POINT PARTNERS, LLC and  :   **CERTIFICATE OF SERVICE**
MICHAEL KENWOOD CAPITAL           :
   MANAGEMENT, LLC,              :
                Defendants,  :
and                               :
HIGHVIEW POINT MASTER FUND, LTD., :
HIGHVIEW POINT OFFSHORE, LTD.,    :
HIGHVIEW POINT LP,                :
MICHAEL KENWOOD ASSET             :
   MANAGEMENT, LLC,              :
MK ENERGY AND INFRASTRUCTURE,     :
   LLC, and                      :
MKEI SOLAR, LP,                   :
              Relief Defendants :
---------------------------------------------------------X

       I hereby certify that on April 2, 2012, Relief Defendants Highview Point Master Fund, Ltd. and Highview Point Offshore, Ltd. filed their Opposition to the Receiver's Motion for an Expedited Scheduling Order, electronically, and served by mail on anyone unable to accept electronic filing.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  April 2, 2012                By:  /s/  Michael E. Swartz_____
                                                             Michael E. Swartz (admitted *pro hac vice*)