UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>　　　　　　　　Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>　　　　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br>ECF CASE |

**UNOPPOSED MOTION BY THE RECEIVER FOR AN ORDER AUTHORIZING THE RECEIVER TO PRODUCE DOCUMENTS TO THE U.S. GOVERNMENT NOTWITHSTANDING THE COURT'S FEBRUARY 3, 2011 PROTECTIVE ORDER**

John J. Carney, Esq. (the "Receiver"), as Court-appointed Receiver in the above-captioned action, by and through his undersigned counsel, respectfully submits this unopposed motion for an order authorizing the Receiver and Receiver's counsel to produce documents obtained by the Receiver or Receiver's counsel to any agency or department of the United States Government which requests such production without providing notice to any party who designated documents confidential or following any other procedures notwithstanding the Court's February 3, 2011 Protective Order (Doc. #65)(the "Protective Order") issued in this case.

The Protective Order currently has no provision which explicitly allows the Receiver to produce documents which have been designated confidential under the Protective Order to the U.S. Government. The Receiver wishes to be able to produce documents in the most cost efficient manner and to be formally relieved from the requirements of the Protective Order in responding to any request by any agency or department of the U.S. Government, including, but not limited to, the United States Department of Justice, the Federal Bureau of Investigation and the Internal Revenue Service. Counsel for the Receiver has consulted with counsel for Mr. Illarramendi, the Securities and Exchange Commission, the Highview Point Master Fund, Ltd., Highview Point Offshore, Ltd., and Highview Point LP; and they do not oppose Receiver's motion. Accordingly, for the aforementioned reasons, the Receiver respectfully requests that the Receiver's unopposed motion be granted.

Respectfully submitted this 4th day of May, 2012.

                                            /s/
Jonathan B. New
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
jnew@bakerlaw.com
(212) 589-4200
(212) 589-4201 (fax)
*Attorney for Receiver*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                    Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>                    Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>                    Relief Defendants. | 11-CV-00078 (JBA)<br><br>ECF CASE |

O R D E R

Upon consideration of the Unopposed Motion by the Receiver for an order authorizing the Receiver to produce documents to the U.S. Government notwithstanding the Court's February 3, 2011 Protective Order,

IT IS HEREBY ORDERED THAT:  the Motion is GRANTED;

IT IS FURTHER ORDERED THAT:  the Receiver and Receiver's counsel are relieved from the requirements of the Protective Order (Doc. #65) in responding to any request by any agency or department of the U.S. Government, including, but not limited to, the United States Department of Justice, the Federal Bureau of Investigation and the Internal Revenue Service, and are not

2

required to provide any notice to any person who has designated documents confidential under the Protective Order (Doc. #65) when producing documents to any agency or department of the U.S. Government.

SO ORDERED,

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this _____ day of _____ 2012

2