UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>                    Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>                    Relief Defendants. | 11-CV-00078 (JBA)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 23, 2012 a copy of the 1) Receiver's Emergency Motion For an Order to Clarify the Scope of the May 12, 2011 Asset Freeze Order to Include the Highview Point Partners, LLC Incentive Savings Trust, 2) Memorandum of Law in Support of Receiver's Emergency Motion For an Order to Clarify the Scope of the May 12, 2011 Asset Freeze Order to Include the Highview Point Partners, LLC Incentive Savings Trust, 3) [Proposed] Order to Clarify the Scope of the May 12, 2011 Asset Freeze Order to Include the Highview Point Partners, LLC Incentive Savings Trust, 4) Declaration of Jonathan B. New In Support of Receiver's Emergency Motion For an Order to Clarify the Scope of the May 12, 2011 Asset Freeze Order to Include the Highview Point Partners, LLC Incentive Savings Trust, and 4)

Declaration of Jonathan Zambelli In Support of Receiver's Emergency Motion For an Order to Clarify the Scope of the May 12, 2011 Asset Freeze Order to Include the Highview Point Partners, LLC Incentive Savings Plan were filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing was sent by email to all parties by operation of the Court's electric filing system.   Parties may access this filing through the Court's CM/ECF System.

> /s/ Jonathan B. New
> Jonathan B. New
> Naima J. Garvin
> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, NY 10111
> jnew@bakerlaw.com
> ngarvin@bakerlaw.com
> Tel: (212) 589-4200
> Fax: (212) 589-4201
>
> *Attorney for Receiver John J. Carney*