**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | DOCKET NO. 3:11 CV 00078 (JBA) |
| Plaintiffs, | : | |
| v. | : | |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC | : | |
| | : | **LIMITED APPEARANCE** |
| Defendants. | : | |
| and | : | |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC and MKEI SOLAR, LP, | : | |
| | | MAY 24, 2012 |
| Relief Defendants | | |

**<u>LIMITED APPEARANCE</u>**

   Please enter a limited appearance on behalf of Frank Lopez, in order for Mr. Lopez to

respond to the Receiver's Emergency Motion for an Order to Clarify the Scope of the May 12,

2011 Asset Freeze Order to Include the Highview Point Partners, LLC Incentive Savings Trust,

Docket No. 488 dated May 23, 2012.

FRANK LOPEZ


 /s/ J. Tyler Butts
J. Tyler Butts
Federal Bar No. ct28641
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT  06103
Tel.:   (860) 275-8200
Fax:  (860) 275-8299
jbutts@rc.com

## **CERTIFICATION**

I do hereby certify that on this 10th day of January, 2007, the foregoing Motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


By: _____/s/ J. Tyler Butts_____
        J. Tyler Butts

3