United States District Court
District of Connecticut

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | Civ. No. 3:11CV00078 (JBA) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC And MICHAEL KENWOOD CAPITAL MANAGEMENT , LLC, | : | |
|     Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| HIGHVIEW POINT MASTER FUND, LTD. HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC AND MKEI SOLAR, LP, | : | |
|     Relief Defendants. | : | May 24, 2012 |

## LIMITED APPEARANCE

HOPE C. SEELEY, of the law firm of SANTOS & SEELEY, P.C., hereby enters her limited appearance as counsel of record for Frank Lopez in order for Mr. Lopez to respond to the Receiver's Emergency Motion for an Order to Clarify the Scope of the May 12, 2011 Asset Freeze Order to Include the Highview Point Partners, LLC Incentive Savings Trust (Doc. No. 488) dated May 23, 2012.

**FRANK LOPEZ,**

BY  /s/ Hope C. Seeley
    HOPE C. SEELEY
    Federal Bar No. ct 04863
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel. (860) 249-6548
    Fax (860) 724-5533
    hseeley@santos-seeley.net

# C e r t i f i c a t i o n

      I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        ___/s/___Hope C. Seeley_____
                                        HOPE C. SEELEY