UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>　　　　　　　　　Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>　　　　　　　　　Relief Defendants. | 11-CV-00078 (JBA)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 24, 2012 a copy of the Receiver's Reply in Support of Motion for An Order Authorizing the Receiver to Produce Documents to the U.S. Government Notwithstanding the Court's February 3, 2011 Protective Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electric filing system and to **Alexander Powhida,** Deily, Mooney & Glastetter, LLP, 8 Thurlow Terrace, Albany, NY 12203-1006 via U.S. Mail. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan B. New
　　　　　　　　　　　　　　　　　　　　　　　Jonathan B. New
　　　　　　　　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza, 11th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10111
　　　　　　　　　　　　　　　　　　　　　　　jnew@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　ngarvin@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 589-4200
　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 589-4201
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Receiver John J. Carney*