UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>FRANCISCO ILLARRAMENDI,<br>HIGHVIEW POINT PARTNERS, LLC and<br>MICHAEL KENWOOD CAPITAL<br>  MANAGEMENT, LLC,<br><br>    Defendants,<br><br> and<br><br>HIGHVIEW POINT MASTER FUND, LTD.,<br>HIGHVIEW POINT OFFSHORE, LTD.,<br>HIGHVIEW POINT LP,<br>MICHAEL KENWOOD ASSET<br>  MANAGEMENT, LLC,<br>MK ENERGY AND INFRASTRUCTURE,<br>  LLC, and<br>MKEI SOLAR, LP,<br><br>    Relief Defendants. | Civil Action No. 11-0078 (JBA) |

### PLAINTIFF'S EMERGENCY MOTION FOR HEARING

  The Securities and Exchange Commission (the "Commission") hereby moves on an emergency basis for a hearing to determine whether defendant Francisco Illarramendi ("Illarramendi") has violated the February 3, 2011 Preliminary Injunction Order in this case.

  The basis for this Motion is as follows:  On June 21, 2012, the Commission staff was advised by the United States Attorney's Office for the District of Connecticut that Illarramendi admitted soliciting money from new investors for a company that he allegedly founded with his

cousin.  Illarramendi further admitted to the criminal authorities that he has used certain of those investor funds to pay personal expenses, including the payment of a $300,000 retainer to defense counsel[1] in the civil action filed by the Receiver, and paying off a lien on a Mercedes-Benz (*see* Docket Entry No. 391).  However, Illarramendi also claimed that the investors in his new venture are personal friends, and that he fully disclosed his intention to use some portion of the funds for personal expenses.  Nonetheless, Illarramendi's admissions raise obvious concerns that he has directly violated, *inter alia*, Section III of this Court's February 3, 2011 preliminary injunction order, which prohibits Illarramendi from "soliciting, accepting, or depositing any monies obtained from actual or prospective investors pending the resolution of this action." (Docket Entry No. 67) (incorporating by reference the provisions of the February 2, 2011 Modified Temporary Restraining Order, at Docket Entry No. 59).

In light of the nature and the gravity of the defendant's admissions about his solicitation of new investor funds and his use of those funds for extravagant personal expenses, the Commission respectfully moves this Court to immediately schedule a hearing to determine whether Illarramendi is in contempt of court for violating the February 3, 2011 preliminary injunction order, and if so, to determine the appropriate remedy.  The Commission further moves this Court for an Order allowing expedited discovery, including document requests, third party subpoenas and a limited number of depositions, as to Illarramendi's suspected violation of the preliminary injunction order.

---

[1] Today, the Commission staff notified counsel for Illarramendi in the Receiver's action that the retainer paid by Illarramendi may have been obtained in violation of this Court's preliminary injunction order.

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ Kathleen B. Shields
Rua M. Kelly (Mass. Bar No. 643351)
LeeAnn G. Gaunt (Mass. Bar No. 630557)
Kathleen B. Shields (Mass. Bar No. 637438)
33 Arch Street, 23rd Floor
Boston, Massachusetts  02110
Telephone:  (617) 573-8941 (Kelly direct)
Facsimile:  (617) 573-4590
E-mail:  kellyru@sec.gov

Dated:  June 22, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2012, I electronically filed the Plaintiff's Emergency Motion for Hearing with the Clerk of the Court and parties of record by using the CM/ECF system.

/s/_Kathleen B. Shields
Kathleen B. Shields