UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | CIVIL ACTION NO.: |
| | : | 3:11 CV 00078 (JBA) |
| Plaintiff, | : | |
| v. | : | |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC, and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | : | |
| Defendants, | : | |
| and | : | |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC and MKEI SOLAR, LP, | : | |
| Relief Defendants. | : | JUNE 25, 2012 |

## NOTICE OF LIMITED APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as attorney for the defendant, Francisco Illarramendi ("Defendant Illarramendi"), in the above-entitled action, for the limited purpose of attending and representing Defendant Illarramendi at any hearing that the Court may hold pursuant to the Securities and Exchange Commission's request as set forth in Plaintiff's Emergency Motion for Hearing, filed on June 22, 2012.

ME1 13696234v.1

Dated at Hartford, Connecticut on this 25th day of June 2012.

                        THE DEFENDANT,
                        FRANCISCO ILLARRAMENDI,

                        By:     /s/   Thomas J. Finn
                            Thomas J. Finn
                            Federal Bar No.:  ct 20929
                            tfinn@mccarter.com
                            McCARTER & ENGLISH LLP
                            CityPlace I, 36th Floor
                            185 Asylum Street
                            Hartford, Connecticut 06103
                            Tel: 860.275.6700
                            Fax: 860.724.3397

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of June 2012, a copy of the foregoing Notice of Limited Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/   Thomas J. Finn
                                                    Thomas J. Finn