UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.: 11-cv-78 (JBA)

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

vs.

FRANCISCO ILLARRAMENDI, et al.,

      Defendants.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR BALANCHINE, BRENTWOOD AND EDENWOOD

The undersigned hereby moves to withdraw from representation of Balanchine Corporation, Brentwood Services Incorporated and Edenwood Holding, S.A. This Motion is made pursuant to D.Conn.L.Civ.R. 7(e), which states, in pertinent part:

> Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing that other counsel has appeared or that the party has elected to proceed pro se, and that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw.

In this case, the three entities for which the undersigned has made appearances are represented by other counsel, in addition to the undersigned, who have appeared. The undersigned has hand delivered a copy of this

motion. Further, the undersigned has received letters from each of the three entities consenting to this withdrawal.

>Respectfully submitted,
>
>/s/ Richard E. Brodsky
>Richard E. Brodsky
>THE BRODSKY LAW FIRM, PL
>200 S. Biscayne Blvd., Suite 1930
>Miami, Florida 33131
>Tel.: 786-220-3328
>Fax: 866-564-8231
>rbrodsky@thebrodskylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>/s/ Richard E. Brodsky
>Richard E. Brodsky