# EXHIBIT A

REDACTED
02-Aug-11

26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number    Posting date

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

September 01, 2010 through September 30, 2010
Primary Account: ████████3865

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00016616 DRI 802 154 27410 - NNNNN P 1 000000000 68 0000
FRANCISCO ILLARRAMENDI
OR MARIA JOSEPHINA GONZALEZ-MIRANDA
61 PARADE HILL LN
NEW CANAAN CT 06840-4120



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Platinum Checking | ████73865 | $237,772.12 | $146,192.39 |
| Chase Premier Platinum Savings | ████3801 | 50,024.21 | 44,027.88 |
| Total | | $287,796.33 | $190,220.27 |
| | | | |
| **TOTAL ASSETS** | | **$287,796.33** | **$190,220.27** |

All Summary Balances shown are as of September 30, 2010 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

REDACTED
02-Aug-11
26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

**CHASE** ⬡

September 01, 2010 through September 30, 2010
Primary Account: ▮▮▮▮▮73865

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.   Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service)-if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠 JPMorgan Chase Bank, N.A. Member FDIC

REDACTED
02-Aug-11                                                                                                          26Jul11-100
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number    Posting date

**CHASE** 

September 01, 2010 through September 30, 2010
Primary Account: ████73865



FRANCISCO ILLARRAMENDI                                              Account Number: ████73865
OR MARIA JOSEPHINA GONZALEZ-MIRANDA

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $237,772.12 |
| Deposits and Additions | 4,058,545.00 |
| Checks Paid | - 3,974,574.34 |
| ATM & Debit Card Withdrawals | - 9,515.98 |
| Electronic Withdrawals | - 159,000.41 |
| Fees and Other Withdrawals | - 7,034.00 |
| Ending Balance | $146,192.39 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Premier Platinum Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/16 | Chips Credit Via: Citibank/0008 B/O: The Michael Kenwood Group 1 Ref: Nbnf=Francisco Illarramendi OR Maria New Canaan, CT 068404120/Ac-000009210021 Org=/0012553375151 Ogb=Citibank Connecticut, Fsb - Xc Olssn: 0319611 Trn: 6121400259Fc | $3,000,000.00 |
| 09/16 | Deposit    170221837 | 38,920.00 |
| 09/21 | Chips Credit Via: Citibank/0008 B/O: On Time Overseas, Inc. A Torre Central A Ofic. D Piso Ven Ref: Nbnf=Francisco Illarramendi OR Maria New Canaan, CT 068404120/Ac-000009210021 Org=On Time Overseas, Inc. A Torre Central A Ofic. D Pisossn: 0289615 Trn: █████0264Fc | 1,000,000.00 |
| 09/28 | Highview Point P ACH Pmt ████796   CCD ID: ████235 | 19,625.00 |
| **Total Deposits and Additions** | | **$4,058,545.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 110  ^ | | 09/02 | $14,000.00 |
| 111  ^ | | 09/03 | 499.82 |
| 117 *^ | 09/03 | 09/03 | 1,500.00 |
| 119 *^ | | 09/14 | 32,000.00 |
| 120  ^ | | 09/24 | 75.00 |
| 121  ^ | 09/15 | 09/15 | 390.00 |

F01334-M00007578                                                                                                    JP Morgan Chase

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

# CHASE

September 01, 2010 through September 30, 2010
Primary Account: ███████73865

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 122 ^ | | 09/20 | 1,000.00 |
| 123 ^ | | 09/22 | 700.00 |
| 124 ^ | | 09/20 | 400.00 |
| 125 ^ | | 09/22 | 1,200.00 |
| 126 ^ | | 09/23 | 21,899.52 |
| 127 ^ | | 09/29 | 600.00 |
| 128 ^ | | 09/29 | 550.00 |
| 129 ^ | | 09/30 | 3,033.00 |
| 161 *^ | | 09/02 | 5,000.00 |
| 5254 *^ | | 09/22 | 3,300,000.00 |
| 5256 *^ | | 09/16 | 590,000.00 |
| 5268 *^ | | 09/02 | 102.00 |
| 5270 *^ | | 09/14 | 625.00 |
| 21009 *^ | | 09/27 | 1,000.00 |
| **Total Checks Paid** | | | **$3,974,574.34** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/01 | Card Purchase | 08/31 Tengda Asian Bistro Stamford CT Card 0606 | $41.00 |
| 09/02 | Card Purchase | 08/31 Shell Oil 57543209806 Stamford CT Card 0606 | 90.99 |
| 09/02 | Non-Chase ATM Withdraw | 09/02 249 Bedford St. Stamford CT Card 0606 | 121.50 |
| 09/03 | Card Purchase | 09/01 Royal Green At Sterling Stamford CT Card 0606 | 23.00 |
| 09/03 | Non-Chase ATM Withdraw | 09/03 175 Elm St New Canaan CT Card 0606 | 2,003.00 |
| 09/07 | Card Purchase | 09/06 Le Pain Quotidien New Canaan CT Card 0606 | 6.70 |
| 09/13 | Card Purchase | 09/10 Fedex Office #0269 Stamford CT Card 0606 | 15.05 |
| 09/17 | Card Purchase | 09/16 The Federalist Greenwich CT Card 0606 | 1,552.90 |
| 09/17 | Card Purchase | 09/16 Duane Reade #0127 Q04 New York NY Card 0606 | 11.97 |
| 09/20 | Card Purchase | 09/16 Nyc-Taxi Astoria NY Card 0606 | 14.60 |
| 09/20 | Card Purchase | 09/19 Miami Beach Meter PA Miami Beach FL Card 0606 | 5.00 |
| 09/20 | ATM Withdrawal | 09/18 17534 Collins Ave Sunny Isles B FL Card 0606 | 400.00 |
| 09/20 | Card Purchase | 09/18 Walgreens #2129 Sunny Isles B FL Card 0606 | 114.68 |
| 09/20 | Card Purchase | 09/18 607 Lincoln Road Miami Beach FL Card 0606 | 122.13 |
| 09/20 | Card Purchase | 09/19 Michy's Restaurant Miami FL Card 0606 | 192.13 |
| 09/21 | Card Purchase | 09/18 News Cafe Miami Beach FL Card 0606 | 52.71 |
| 09/21 | Card Purchase | 09/19 The Disney Store #34 North Miami FL Card 0606 | 113.44 |
| 09/21 | Card Purchase | 09/19 Cheesecake Aventura Aventura FL Card 0606 | 65.00 |
| 09/21 | Card Purchase With Pin | 09/21 Walgreen Company 1203 Stamford CT Card 0606 | 9.95 |
| 09/22 | Card Purchase | 09/21 Greenwich Medical Grou Greenwich CT Card 0606 | 20.00 |
| 09/23 | Card Purchase | 09/21 Taste of Asia New Canaan CT Card 0606 | 68.00 |
| 09/24 | Card Purchase | 09/22 Cvs Pharmacy #1213 Q0 New Canaan CT Card 0606 | 30.00 |
| 09/24 | Card Purchase | 09/22 Cvs Pharmacy #1213 Q0 New Canaan CT Card 0606 | 26.98 |

**CHASE**

September 01, 2010 through September 30, 2010
Primary Account: ▮▮▮▮3865



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/24 | Non-Chase ATM Withdraw 09/24 175 Elm St New Canaan CT Card 0606 | 1,003.00 |
| 09/24 | Non-Chase ATM Withdraw 09/24 175 Elm St New Canaan CT Card 0606 | 1,003.00 |
| 09/27 | Card Purchase 09/23 John A Kerchoff Dmd New Canaan CT Card 0606 | 270.00 |
| 09/27 | Card Purchase 09/25 Rave Cinemas - 40703 Milford CT Card 0606 | 14.50 |
| 09/27 | Non-Chase ATM Withdraw 09/27 175 Elm St New Canaan CT Card 0606 | 2,003.00 |
| 09/30 | Non-Chase ATM Withdraw 09/30 765 East Main St Stamford CT Card 0606 | 121.75 |
| **Total ATM & Debit Card Withdrawals** | | **$9,515.98** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | Geico       Prem Coll        PPD ID: 3530075853 | $383.55 |
| 09/02 | St Alosius Churc Autopay       PPD ID: Mp41625720 | 200.00 |
| 09/03 | Bankunited    Mtg Pymt        PPD ID: 1270217289 | 5,624.17 |
| 09/07 | Cl&P - Dd Plan  UTIL Pymt     PPD ID: 3020181050 | 1,001.07 |
| 09/07 | AT&T Care    Payment          PPD ID: 103001001 | 863.55 |
| 09/09 | St Alosius Churc Autopay       PPD ID: Mp41625720 | 200.00 |
| 09/16 | Dcfs USA Llc    Loan Pymnt    PPD ID: 2489483539 | 834.96 |
| 09/16 | St Alosius Churc Autopay       PPD ID: Mp41625720 | 200.00 |
| 09/20 | American Express ACH Pmt  A8426    Web ID: 9493560001 | 15,779.96 |
| 09/21 | 09/21 Online Transfer To Chk Xxxxxxxx7965 Transaction#: 712273029 | 30,000.00 |
| 09/23 | Amex Epayment   ACH Pmt   W9625    Web ID: 0005000008 | 87,316.77 |
| 09/23 | Bank of America Online Pmt Ckl098540560POS Web ID: 9500000000 | 11,381.61 |
| 09/23 | St Alosius Churc Autopay       PPD ID: Mp41625720 | 200.00 |
| 09/24 | Att       Payment       PPD ID: 9864031004 | 245.91 |
| 09/27 | Cablevision    E-Bill    20163563    Web ID: 1680336693 | 303.28 |
| 09/30 | Andrews Building Payment  96814834   Web ID: 1134087066 | 4,214.12 |
| 09/30 | St Alosius Churc Autopay       PPD ID: Mp41625720 | 200.00 |
| 09/30 | Poland Spg Water Company       PPD ID: 0170660197 | 51.46 |
| **Total Electronic Withdrawals** | | **$159,000.41** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | 09/07 Withdrawal | $7,000.00 |
| 09/20 | Returned Item Fee For An Unpaid Check #5254 IN The Amount of $3,300,000.00 | 34.00 |
| **Total Fees & Other Withdrawals** | | **$7,034.00** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $.00 |
| Total Returned Item Fees | $34.00 | $34.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

REDACTED
02-Aug-11
Case 3:11-cv-00078-JBA   Document 514-1   Filed 07/23/12   Page 7 of 13
26Jul11-100
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date



September 01, 2010 through September 30, 2010
Primary Account: ▓▓▓▓▓3865

**FRANCISCO ILLARRAMENDI**
**OR MARIA JOSEPHINA GONZALEZ-MIRANDA**

Account Number: ▓▓▓▓▓3801

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $50,024.21 |
| Deposits and Additions | 12,003.67 |
| ATM Withdrawals | - 18,000.00 |
| Ending Balance | **$44,027.88** |
| Annual Percentage Yield Earned This Period | 0.10% |
| Interest Earned This Period | $3.67 |
| Interest Paid Year-to-Date | $436.98 |

The monthly service fee for this account was waived as an added feature of Chase Premier Platinum Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $50,024.21 |
| 09/15 | Non-Chase ATM Chkg Tfr  09/15 555 Madison Ave New York NY Card 7551 | - 5,000.00 | 45,024.21 |
| 09/15 | Non-Chase ATM Chkg Tfr  09/15 555 Madison Ave New York NY Card 7551 | - 5,000.00 | 40,024.21 |
| 09/15 | Non-Chase ATM Chkg Tfr  09/15 555 Madison Ave New York NY Card 7551 | - 8,000.00 | 32,024.21 |
| 09/20 | ATM Checking Transfer  09/18 17534 Collins Ave Sunny Isles B FL Card 7551 | 12,000.00 | 44,024.21 |
| 09/30 | Interest Payment | 3.67 | 44,027.88 |
|  | **Ending Balance** |  | **$44,027.88** |

You earned a higher interest rate on your Chase Premier Platinum Savings account during this statement period because you had a qualifying Chase Premier Platinum Checking account.

REDACTED
02-Aug-11
26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number    Posting date

**CHASE**

September 01, 2010 through September 30, 2010

Primary Account: 

ACCOUNT #

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.


005890331341 SEP 02 #0000000110 $14,000.00


002190998310 SEP 03 #0000000111 $499.82


006280342077 SEP 03 #0000000117 $1,500.00


008280080131 SEP 14 #0000000119 $32,000.00


001490531893 SEP 24 #0000000120 $75.00


005180003500 SEP 15 #0000000121 $390.00


007880667717 SEP 20 #0000000122 $1,000.00


007980208805 SEP 22 #0000000123 $700.00


002990318878 SEP 20 #0000000124 $400.00

007980208001 SEP 22 #0000000125 $1,200.00

Page 7 of 10

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

**CHASE**

September 01, 2010 through September 30, 2010
Primary Account: █████

 (continued)                                        ACCOUNT # █████

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.


001280910345 SEP 23 #0000000126 $21,899.52


007090928070 SEP 29 #0000000127 $600.00


007090928061 SEP 29 #0000000128 $550.00

002690787892 SEP 30 #0000000129 $3,033.00


005990825180 SEP 02 #0000000161 $5,000.00

009680984905 SEP 22 #0000005254 $3,300,000.00


001090307686 SEP 16 #0000005256 $590,000.00


003480196081 SEP 02 #0000005258 $102.00

008080225064 SEP 14 #0000005270 $625.00

005690842401 SEP 27 #0000021009 $1,000.00

Page 8 of 10

REDACTED
02-Aug-11

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

26Jul11-100

## CHASE

September 01, 2010 through September 30, 2010
Primary Account: [REDACTED]

(continued)

ACCOUNT # [REDACTED]

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

[Check image: CHASE WITHDRAWAL — Seven Thousand and No/100 — $7,000.00]

008880926421 SEP 07 #0000000000 $7,000.00

REDACTED
02-Aug-11

26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date



September 01, 2010 through September 30, 2010
Primary Account: ████████████

## Your Chase credit card comes with Blueprint[SM]

Blueprint is a unique set of features that lets you manage your spending and borrowing-
on your terms.

**FULL PAY:** Helps you avoid Interest
**SPLIT:** Pay off large purchases
**FINISH IT:** Pay down an existing balance
**TRACK IT:** See all your spending

Start with one or use them all. Blueprint is FREE.
Design your plan today at chase.com/blueprint
Or call 1-888-BLUEPRINT

F01334-M00007578                                                                                    JP Morgan Chase

REDACTED
03-Aug-11                                                                    26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number 009580960553  Posting date 20-SEP-10

---

**FRANCISCO ILLARRAMENDI**
8 LOCKWOOD AVE
NEW CANAAN, CT 06840

Check # 5254
Date: 9/15/2010

Pay to the order of: United States Treasury     $ 3,300,000.00

Three million three hundred thousand and 00/100 ——— DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Greenwich, Connecticut 06830
www.Chase.com

MEMO: 2010 Form 1040-ES

5254  ⑆033000000⑆

---

Endorsement area:
001162 211406 261
39 2 20 262 002 79 0
ILLA 30 201012  0918
CREDIT TO THE US TREASURY
LACK OF ENDORSEMENT GUARANTEED
US BANK, NA
ST. LOUIS, MO. 63101

AcctNum: [redacted]   Amount: 000000330000000
Xerno: 0000005254  PostDate: 20100920  Sequence: 009580960553
BankNum: 0902  AppCode: 0001  Field4: C000  ImageStat: 05
UDK: 0B02100920009580960553  BOFD: 000000000  CapSRC: PV
TranCode: 005254  RouteTran: 02110036  DocType: 8
EntryNum: 3854  ItemType: P

F01334-M00007578                                                            JP Morgan Chase

REDACTED
03-Aug-11

26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number 001090307686   Posting date 16-SEP-10

```
FRANCISCO ILLARRAMENDI                                    5256
8 LOCKWOOD AVE
NEW CANAAN, CT  06840
                                              DATE 9/15/2010
PAY TO THE
ORDER OF  Commission Revenue Services      $ 590,000.00

Five hundred ninety thousand and 00/100                DOLLARS

                        10LE2 001664 0114
CHASE
JPMorgan Chase Bank, N.A.
Greenwich, Connecticut 06830
www.Chase.com          2010 F--
MEMO 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    CT-UH0ES    [signature]

                                          5256  /00590000000/
```

DEPOSIT ONLY TO COMMISSIONER
OF REVENUE SERVICES CETX
09/16/2010 10LE201664 114

10LE201664 114

BANK OF AMERICA NA HRT
0911000134 E1853 94 P05
09/16/10

AcctNum: [REDACTED]       Amount: 000000059000000
Xerno: 0000005256 PostDate: 20100916 Sequence: 001090307686
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UUK: 0802100916001090307686 BOFD: 000000000 CapSRC: PV
TranCode: 005256 RouteTran: 02110036   DocType: B
EntryNum: 4665 ItemType: P