# EXHIBIT B

Main Menu > Transfers and Payments >                                                                      Help

**Domestic Wire Using Model**

      **WIRE:** From Account: ▉▉▉▉ **Currency: US Dollars**

      Status: **Processed** - Confirmation Number is **2590013916**.

   Wire Fees: **$12.50**

| Beneficiary | Bank |
|---|---|
| **Francisco Illarramendi&M Gonzalez**<br>61 Parade Hill Lane<br>New Canaan, CT 06840 | Name: **JPMORGAN CHASE BANK, NA**<br>ABA: **021000021**<br>Address: New York, NY |

Beneficiary's Account number: ▉▉▉▉▉▉▉

Amount: **$3,000,000.00**
Date of transfer: **Immediate**
Description: **Advance from MKG for est. tax pmt**

Special Instructions:
Advance for est. tax pmt

[Save as Model] Model Name: FRANCISCO ILLARRAMENDI&M GONZ

[Process another Wire]