# EXHIBIT C

REDACTED

Citibank Client Services  519
PO Box 769013
San Antonio, TX 78245-9013

000001/R1/20F002/0
003
CITIBANK, N.A.
Account ▓▓▓▓▓▓

**Statement Period**
**Sept. 1 - Sept. 30, 2010**
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

Page 1 of 2

THE MICHAEL KENWOOD GROUP LLC
350 BEDFORD ST Suite 405
STAMFORD                    CT 06901

## CitiBusiness® ACCOUNT AS OF SEPTEMBER 30, 2010

### Relationship Summary:

| | |
|---|---|
| Checking | $20,304.97 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Checking Plus | ----- |

## SERVICE CHARGE SUMMARY FROM AUGUST 1, 2010 THRU AUGUST 31, 2010

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** ▓▓▓▓▓▓ | | | |
| Average Daily Collected Balance | | | $3,164,947.42 |
| DEPOSIT SERVICES  CHECKS, DEP ITEMS/TICKETS, ACH **FEE WAIVE | 1 | .3000 | 0.30 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

Beginning Balance: $3,731,367.47
Ending Balance: $20,304.97

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 9/01 | SERVICE CHARGES  FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 3,731,354.97 |
| 9/01 | CBUSOL TRANSFER DEBIT  MKG loan to MK E+I LLC -Veizero | 251,000.00 | | 3,480,354.97 |
| 9/07 | SERVICE CHARGES  FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 3,480,342.47 |
| 9/07 | CBUSOL TRANSFER DEBIT  MKG members' contribution or BTMk | 6,120.00 | | 3,474,222.47 |
| 9/16 | SERVICE CHARGES  FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 3,474,209.97 |
| 9/16 | SERVICE CHARGES  FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 3,474,197.47 |
| 9/16 | CBUSOL TRANSFER DEBIT  Advance from MKG for est. ax pmt | 3,000,000.00 | | 474,197.47 |
| 9/16 | CBUSOL TRANSFER DEBIT  bal. owed by MKG on loan r Atlantic | 50,000.00 | | 424,197.47 |
| 9/17 | CHECK NO:    1002 | 2,920.00 | | 421,277.47 |
| 9/20 | CHECK NO:    1003 | 872.50 | | 420,404.97 |
| 9/21 | CHECK NO:    1004 | 87.50 | | 420,317.47 |
| 9/27 | SERVICE CHARGES  FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 420,304.97 |

F01334-L02904778                                                    FLC Collection

THE MICHAEL KENWOOD GROUP LLC          Account [REDACTED]   Page 2 of 2          000002/R1/20F002/0
                                       Statement Period - Sept. 1 - Sept. 30, 2010

## CHECKING ACTIVITY                                                              Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 9/27 | CBUSOL TRANSFER DEBIT<br>st loan from MK Group to M Consult | 400,000.00 | | 20,304.97 |
|      | **Total Debits/Credits** | **3,711,062.50** | **0.00** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

*Citibank Service Center is a department of Citigroup Inc.