# EXHIBIT D

02-Aug-11 26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number Posting date

CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 01, 2010 through October 29, 2010
Primary Account: [REDACTED]3865

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00018725 DRI 802 154 30310 - NNNNN P 1 000000000 68 0000
FRANCISCO ILLARRAMENDI
OR MARIA JOSEPHINA GONZALEZ-MIRANDA
61 PARADE HILL LN
NEW CANAAN CT 06840-4120



**Take Charge of Your Checking Account to Help Avoid Fees**

1. **Sign up for overdraft protection** from your Savings Account or Chase Credit Card*.
2. **Sign up for low balance alerts** at Chase.com/freealerts.
3. **Enroll in Chase Mobile℠** to get your balance by text message at Chase.com/Mobile.
4. **Check your balances and transactions 24/7 at Chase.com**

Want to learn more about managing your checking account?
Visit your local branch and speak to a personal banker today
or visit www.Chase.com/ManageMyAccount

*Overdraft Protection may be subject to credit approval. Fees may apply.

**CONSOLIDATED BALANCE SUMMARY**

**ASSETS**

| **Checking & Savings** | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Platinum Checking | [REDACTED]3865 | $146,192.39 | $84,103.23 |
| Chase Premier Platinum Savings | [REDACTED]3801 | 44,027.88 | 44,031.36 |
| **Total** | | **$190,220.27** | **$128,134.59** |
| **TOTAL ASSETS** | | **$190,220.27** | **$128,134.59** |

**All Summary Balances** shown are as of October 29, 2010 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

02-Aug-11 26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number Posting date

CHASE

October 01, 2010 through October 29, 2010
Primary Account: [redacted]3865

BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement: Step 1 Balance: $______

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Step 2 Total: $______

3. Add Step 2 Total to Step 1 Balance. Step 3 Total: $______

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total: -$______

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $______

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

EQUAL HOUSING LENDER JPMorgan Chase Bank, N.A. Member FDIC

02-Aug-11 26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number Posting date

October 01, 2010 through October 29, 2010
Primary Account: [redacted]3865

FRANCISCO ILLARRAMENDI
OR MARIA JOSEPHINA GONZALEZ-MIRANDA

Account Number: [redacted]3865

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$148,192.39** |
| Deposits and Additions | 1,270,000.00 |
| Checks Paid | - 12,209.00 |
| ATM & Debit Card Withdrawals | - 6,994.68 |
| Electronic Withdrawals | - 1,306,805.48 |
| Fees and Other Withdrawals | - 6,080.00 |
| **Ending Balance** | **$84,103.23** |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Premier Platinum Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | Fed Wire Credit Via: Citibank/021000089 B/O: Michael Kenwood Asset Mgt 1 Ref: Chase Nyc/Ctr/Bnf=Francisco Illarramendi OR Maria New Canaan, CT 068404120/Ac-000009210021 Rfb=O/B Citibank Nyc Imad: 1015B1Q8021C037886 Trn: 7243509288Ff | $1,050,000.00 |
| 10/15 | Online Transfer From Hel Xxxxxxx8546 Transaction#: 904692253 | 70,000.00 |
| 10/21 | Chips Credit Via: Citibank/0008 B/O: Multiservicios M Y G S.A. Venezuela Miranda Caracas Ref: Nbnf=Francisco Illarramendi OR Maria New Canaan, CT 068404120/Ac-000009210021 Org=Multiservicios M Y G S.A. Venezuela Miranda Caracas Ossn: [redacted] Trn: [redacted] | 150,000.00 |
| **Total Deposits and Additions** | | **$1,270,000.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 116 ^ | | | | 10/18 | $50.00 |
| 130 * ^ | | | | 10/12 | 600.00 |
| 131 ^ | | | | 10/15 | 2,500.00 |
| 132 ^ | | | | 10/18 | 700.00 |
| 162 * | Check # 0162 | Passport Nationl Payment | Arc ID: 1900000120 | 10/12 | 140.00 |
| 163 | Check # 0163 | Passport Nationl Payment | Arc ID: 1900000120 | 10/12 | 140.00 |
| 164 ^ | | | | 10/12 | 74.00 |

02-Aug-11 26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number Posting date

October 01, 2010 through October 29, 2010
Primary Account: [redacted]3865

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 191 * ^ | | 10/13 | 2,500.00 |
| 192 ^ | | 10/12 | 600.00 |
| 193 ^ | | 10/12 | 400.00 |
| 194 ^ | | 10/14 | 800.00 |
| 195 ^ | | 10/12 | 510.00 |
| 221 * ^ | | 10/19 | 500.00 |
| 223 * ^ | | 10/28 | 145.00 |
| 224 ^ | | 10/26 | 1,450.00 |
| 21010 * ^ | | 10/26 | 1,000.00 |
| **Total Checks Paid** | | | **$12,209.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/01 | ATM Withdrawal | 10/01 21 East Avenue New Canaan CT Card 0606 | $800.00 |
| 10/01 | ATM Withdrawal | 10/01 21 East Avenue New Canaan CT Card 0606 | 800.00 |
| 10/01 | ATM Withdrawal | 10/01 21 East Avenue New Canaan CT Card 0606 | 400.00 |
| 10/04 | Card Purchase | 10/02 New Canaan Toy Store New Canaan CT Card 0606 | 28.61 |
| 10/04 | Card Purchase | 10/03 Aux Delices Gourmet 3 W. Elm St. CT Card 0606 | 53.23 |
| 10/04 | Card Purchase | 10/03 Food Emporium #7050 New Canaan CT Card 0606 | 156.46 |
| 10/06 | Card Purchase | 10/04 Lucky's Classic Burger Stamford CT Card 0606 | 37.91 |
| 10/06 | Card Purchase | 10/04 Exxonmobil 1305614 New Canaan CT Card 0606 | 8.75 |
| 10/12 | Card Purchase | 10/08 Silver Spoon #8810 Naples FL Card 0606 | 19.33 |
| 10/12 | Card Purchase | 10/09 Naples Zoo Naples FL Card 0606 | 111.30 |
| 10/12 | Card Purchase | 10/10 Walgreens #10794 Naples FL Card 0606 | 93.36 |
| 10/12 | Card Purchase | 10/10 Cvspharmacy #5187 Q03 Naples FL Card 0606 | 37.56 |
| 10/12 | Card Purchase | 10/10 Tigertail Beach Rent Marco Islan FL Card 0606 | 95.40 |
| 10/12 | Card Purchase | 10/10 Tigertail Beach Rent Marco Islan FL Card 0606 | 500.00 |
| 10/12 | Card Purchase | 10/10 Shell Oil 57542486907 Naples FL Card 0606 | 8.65 |
| 10/12 | Card Purchase | 10/11 King Richards Family F Naples FL Card 0606 | 108.00 |
| 10/12 | ATM Withdrawal | 10/12 8870 Tamiami Trail N Naples FL Card 0606 | 800.00 |
| 10/13 | Card Purchase | 10/11 Skillets Naples FL Card 0606 | 31.42 |
| 10/13 | Card Purchase | 10/11 Nordstrom #0775 Naples FL Card 0606 | 26.98 |
| 10/13 | Card Purchase | 10/11 King Richards Family F Naples FL Card 0606 | 99.38 |
| 10/14 | Non-Chase ATM Withdraw | 10/14 243 Tresser Blvd Stamford CT Card 0606 | 203.00 |
| 10/18 | Non-Chase ATM Withdraw | 10/15 18 South Avenue Darien CT Card 0606 | 122.00 |
| 10/18 | Card Purchase | 10/16 Le Pain Quotidien New Canaan CT Card 0606 | 77.00 |
| 10/18 | Card Purchase | 10/16 Stamford #121-Kona Gril Stamford CT Card 0606 | 98.34 |
| 10/22 | Card Purchase | 10/21 Alan Barr Dds Stamford CT Card 0606 | 260.00 |

Page 4 of 10

F01334-M00007578 JP Morgan Chase

02-Aug-11 26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number Posting date

October 01, 2010 through October 29, 2010
Primary Account: [redacted]3865

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27 | Card Purchase 10/24 My Three Sons Norwalk CT Card 0606 | 5.00 |
| 10/27 | Card Purchase 10/24 My Three Sons Norwalk CT Card 0606 | 10.00 |
| 10/29 | Non-Chase ATM Withdraw 10/29 175 Elm St New Canaan CT Card 0606 | 2,003.00 |
| **Total ATM & Debit Card Withdrawals** | | **$6,994.68** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | Bankunited Mtg Pymt PPD ID: 1270217289 | $5,624.17 |
| 10/04 | Geico Prem Coll PPD ID: 3530075853 | 383.50 |
| 10/07 | 10/07 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Xojet, Inc. San Carlos CA 94070 USA Ref: Ref: 279564 - Michael Kenwood Group- Fabrizio Bettoni - White Plains To Naples, FL Oct. 8, 2010 Return Oct 12, 2010 Imad: 1007B1Qgc01C004844 Trn: 0881400280Es | 24,236.50 |
| 10/07 | 10/07 Online Wire Transfer Via: Wachovia Bk NA FL/063000021 A/C: Manuel Oliver Coral Springs FL 33076 USA Ref:/Bnf/Aba/067006432 Wachovia Bank, Adivision of Wells16301 Sw 88th S T Miami 33196 US Imad: 1007B1Qgc03C004826 Trn: 0969100260Es | 9,000.00 |
| 10/07 | Cl&P - Dd Plan UTIL Pymt PPD ID: 3020181050 | 1,476.87 |
| 10/07 | AT&T Care Payment PPD ID: 103001001 | 671.22 |
| 10/07 | St Alosius Churc Autopay PPD ID: Mp41625720 | 200.00 |
| 10/14 | Chubb & Son Payment PPD ID: 1131963496 | 8,399.00 |
| 10/14 | St Alosius Churc Autopay PPD ID: Mp41625720 | 200.00 |
| 10/15 | 10/15 Online Wire Transfer Via: Etrade Bank/056073573 A/C: Luis Bethart & Martha Bethart Miami FL 33131 USA Ref: Pending Payment For Services Rendered Imad: 1015B1Qgc02C001412 Trn: 0222100288Es | 25,000.00 |
| 10/18 | American Express ACH Pmt A1067 Web ID: 9493560001 | 28,452.93 |
| 10/18 | Dcfs USA Llc Loan Pymnt PPD ID: 2489483539 | 834.96 |
| 10/19 | Irs Usataxpymt PPD ID: 3387702000 | 940,920.00 |
| 10/19 | CT Dor Payment Pit Dirpay PPD ID: T010020076 | 180,919.00 |
| 10/19 | Standard Oil Sec ACH Paymnt PPD ID: 1060665104 | 736.47 |
| 10/21 | 10/21 Online Transfer To Hel Xxxxxxx8546 Transaction#: 943412683 | 70,000.00 |
| 10/21 | St Alosius Churc Autopay PPD ID: Mp41625720 | 200.00 |
| 10/22 | Chase Epay 1006140447 Web ID: 5760039224 | 251.45 |
| 10/26 | Att Payment PPD ID: 9864031004 | 236.10 |
| 10/27 | Norwalk Cable Pmnt PPD ID: 9078080001 | 299.97 |
| 10/27 | Vz Wireless Vn E Check 1637041 Tel ID: 0000751800 | 287.11 |
| 10/28 | Andrews Building Payment 100528341 Web ID: 1134087066 | 4,224.77 |
| 10/28 | St Alosius Churc Autopay PPD ID: Mp41625720 | 200.00 |
| 10/29 | 10/29 Online Wire Transfer Via: Dnb First/031908074 A/C: Yohana Rueda Duarte Glenmore PA 19343 USA Ref: Naples Imad: 1029B1Qgc04C002046 Trn: 0228900302Es | 4,000.00 |
| 10/29 | Poland Spg Water Company PPD ID: 0170660197 | 51.46 |
| **Total Electronic Withdrawals** | | **$1,306,805.48** |

02-Aug-11 26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number Posting date

CHASE

October 01, 2010 through October 29, 2010
Primary Account: [REDACTED]3865

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | Wire Online Domestic Fee | $20.00 |
| 10/07 | Wire Online Domestic Fee | 20.00 |
| 10/15 | Wire Online Domestic Fee | 20.00 |
| 10/18 | 10/16 Withdrawal | 6,000.00 |
| 10/29 | Wire Online Domestic Fee | 20.00 |
| **Total Fees & Other Withdrawals** | | **$6,080.00** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $34.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

[REDACTED]

FRANCISCO ILLARRAMENDI
OR MARIA JOSEPHINA GONZALEZ-MIRANDA

Account Number: [REDACTED]3801

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$44,027.88** |
| Deposits and Additions | 3.48 |
| **Ending Balance** | **$44,031.36** |
| Annual Percentage Yield Earned This Period | 0.10% |
| Interest Earned This Period | $3.48 |
| Interest Paid Year-to-Date | $440.46 |

The monthly service fee for this account was waived as an added feature of Chase Premier Platinum Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$44,027.88** |
| 10/29 | Interest Payment | 3.48 | 44,031.36 |
| | **Ending Balance** | | **$44,031.36** |

You earned a higher interest rate on your Chase Premier Platinum Savings account during this statement period because you had a qualifying Chase Premier Platinum Checking account.

Page 6 of 10

F01334-M00007578 JP Morgan Chase

02-Aug-11 26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number Posting date

CHASE

October 01, 2010 through October 29, 2010
Primary Account: [redacted]3865

ACCOUNT #[redacted]3865

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

003580387630 OCT 18 #0000000116 $50.00

001680425156 OCT 12 #0000000130 $600.00

003190896643 OCT 15 #0000000131 $2,500.00

007890440150 OCT 18 #0000000132 $700.00

003480352309 OCT 12 #0000000164 $74.00

003290204593 OCT 13 #0000000191 $2,500.00

001680425157 OCT 12 #0000000192 $600.00

001680425151 OCT 12 #0000000193 $400.00

003680373925 OCT 14 #0000000194 $800.00

009690011632 OCT 12 #0000000195 $510.00

02-Aug-11 26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number Posting date

October 01, 2010 through October 29, 2010
Primary Account: ██████3865

(continued) ACCOUNT # ██████3865

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

002890343498 OCT 19 #0000000221 $600.00

009080182996 OCT 28 #0000000223 $145.00

004380560855 OCT 28 #0000000224 $1,450.00

009190510733 OCT 25 #0000021010 $1,000.00

██████7862 OCT 18 #0000000000 $6,000.00

02-Aug-11

26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number Posting date

CHASE

October 01, 2010 through October 29, 2010
Primary Account: [redacted]3865

Page 9 of 10

F01334-M00007578

JP Morgan Chase

02-Aug-11

26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number Posting date

CHASE

October 01, 2010 through October 29, 2010
Primary Account: [redacted]3865

This Page Intentionally Left Blank

Page 10 of 10

F01334-M00007578

JP Morgan Chase