# EXHIBIT E

Main Menu > Transfers and Payments >          Help

**Domestic Wire Using Model**

|  | WIRE: | From Account: ▮▮▮▮6677 | Currency: **US Dollars** |
|---|---|---|---|
|  | Status: | **Processed** - Confirmation Number is **2880023144**. | |
| Wire Fees: | **$12.50** | | |

| Beneficiary | Bank |
|---|---|
| **F. Illarramendi & M. J. Gonzalez**<br>8 Lockwood Avenue<br>New Canaan, CT 06840<br><br>Phone: (203) 966-6763 | Name: **JPMORGAN CHASE BANK, NA**<br>ABA: **021000021**<br>Address: New York, NY |

Beneficiary's Account number: ▮▮▮▮3865

Amount:            **$1,050,000.00**
Date of transfer: **Immediate**
Description:      **loan to Francisco Illarramendi**

[ Save as Model ]   Model Name: **F. ILLARRAMENDI & M. J. GONZALEZ**

[ Process another Wire ]