# EXHIBIT F

| | |
|---|---|
| Citibank Client Services  519<br>PO Box 769013<br>San Antonio, TX 78245-9013 | 000001/R1/04F002/0<br>000<br>CITIBANK, N.A.<br>**Account**<br>████ 6677<br>**Statement Period**<br>Oct. 1 - Oct. 31, 2010<br>**Relationship Manager**<br>Citibusiness Service Cent<br>(877) 528-0990<br>Page 1 of 2 |

```
         MICHAEL KENWOOD ASSET MGT LLC
         350 BEDFORD ST  Suite 405
         STAMFORD               CT 06901
```

## CitiBusiness® ACCOUNT AS OF OCTOBER 31, 2010

**Relationship Summary:**

| | |
|---|---|
| Checking | $93,968.92 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Checking Plus | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

*Get up to $200 when you sign up for Merchant Services.*
Open a new account with Citi Merchant Services
Provided by First Data Merchant Services Corp. and
take advantage of this limited time credit offer.
Call 1-800-592-2398 today for more details.

## SERVICE CHARGE SUMMARY FROM SEPTEMBER 1, 2010 THRU SEPTEMBER 30, 2010

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING # ████ 6677** | | | |
| Average Daily Collected Balance | | | $75,808.71 |
| **DEPOSIT SERVICES**<br>    MONTHLY MAINTENANCE FEE | 1 | 15.0000 | 15.00 |
| **CITIBUSINESS ONLINE**<br>    CBOL - OUT. DOMESTIC WIRE TXFR | 1 | 12.5000 | 12.50 |
| **TRANSFER SERVICES**<br>    INCOMING WIRE TRANSFER | 2 | 10.0000 | 20.00 |
| **Total Charges for Services** | | | **$47.50** |
| Average collected balances<br>    Less 10% reserve requirement<br>Balances eligible for Earnings Credit | | | $75,808.71<br>$7,580.87<br>$68,227.84 |
| Balances Required to Offset Service Charges | | | $192,660.00 |
| Earnings Credit allowance at  0.30000%<br>Charges Subject to Earnings Credit | | | $16.82<br>$47.50 |
| **Net Service Charge** | | | **$30.68** |

Charges debited from account # ████ 6677

MICHAEL KENWOOD ASSET MGT LLC        Account ▊▊▊▊6677    Page 2 of 2          000002/R1/04F002/0
                                     Statement Period - Oct. 1 - Oct. 31, 2010

## CHECKING ACTIVITY

**CitiBusiness Checking**
▊▊▊▊6677

Beginning Balance: $559,197.95
Ending Balance: $93,968.92

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 10/01 | FUNDS TRANSFER<br>WIRE FROM SHORT ERM LIQUID TY FUND I, LTD Oct 01 | | 5,000,000.00 | 5,559,197.95 |
| 10/01 | CBUSOL TRANSFER DEBIT<br>NuScale inv. loan disb. | 5,000,000.00 | | 559,197.95 |
| 10/04 | FUNDS TRANSFER<br>WIRE FROM 1/ROWB RROW TRADI G CORP.   Oct 04 | | 5,000,000.00 | 5,559,197.95 |
| 10/04 | FUNDS TRANSFER<br>WIRE FROM NUSCAL POWER, IN   Oct 04 | | 139.77 | 5,559,337.72 |
| 10/04 | CBUSOL TRANSFER DEBIT<br>passthrough - STLF repmt o note | 2,020,000.00 | | 3,539,337.72 |
| 10/05 | FUNDS TRANSFER<br>WIRE FROM NUSCAL POWER INC   Oct 05 | | 9,697.46 | 3,549,035.18 |
| 10/06 | CBUSOL TRANSFER DEBIT<br>50% of rev. due from STLF passthroug | 2,000,000.00 | | 1,549,035.18 |
| 10/07 | CBUSOL TRANSFER DEBIT<br>deposit for travel exp. | 150,000.00 | | 1,399,035.18 |
| 10/08 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 30.68 | | 1,399,004.50 |
| 10/12 | DEPOSIT | | 0.45 | 1,399,004.95 |
| 10/14 | CBUSOL TRANSFER DEBIT<br>Short-Term Financing | 343,400.00 | | 1,055,604.95 |
| 10/15 | FUNDS TRANSFER<br>WIRE FROM RGP IN ESTMENT AD ISORS LLC   Oct 15 | | 45,389.71 | 1,100,994.66 |
| 10/15 | CBUSOL TRANSFER DEBIT<br>loan to Francisco Illarramndi | 1,050,000.00 | | 50,994.66 |
| 10/20 | CBUSOL TRANSFER DEBIT<br>WIRE TO Arnold&Porter LLP | 5,395.74 | | 45,598.92 |
| 10/20 | CBUSOL TRANSFER DEBIT<br>to reimburse expenses | 770.00 | | 44,828.92 |
| 10/21 | BILL PAYMENT<br>MASOTTI & MASOTTI LLC   010000 BA | 860.00 | | 43,968.92 |
| 10/22 | FUNDS TRANSFER<br>WIRE FROM THE MI HAEL KENWO D GROUP   Oct 22 | | 100,000.00 | 143,968.92 |
| 10/22 | CBUSOL INTERNATIONAL WIRE OUT | 100,000.00 | | 43,968.92 |
| 10/27 | FUNDS TRANSFER<br>WIRE FROM THE MI HAEL KENWO D GROUP   Oct 27 | | 50,000.00 | 93,968.92 |
| | **Total Debits/Credits** | **10,670,456.42** | **10,205,227.39** | |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:        YOU CAN CALL:        YOU CAN WRITE:

Checking        877-528-0990        CitiBusiness
                (For Speech and Hearing        100 Citibank Drive
                Impaired Customers Only        San Antonio, TX 78245-9966
                TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

*Citibank Service Center is a department of Citigroup Inc.

F01334-L02904971        FLC Collection