# EXHIBIT G

**TD Bank**

**OFFICIAL CHECK**

4035 1977-0
52-0133
112

RE: MARIA J GONZALEZ MIRANDA

DATE: 05/03/2012

PAY TO THE ORDER OF: DEILY, MOONEY+GLASTETTER LLC

Twenty Eight Thousand Five Hundred Forty One AND 71/100

$28,541.71

DRAWER: TD BANK, N.A.

AUTHORIZED SIGNATURE

⑆626500940⑆

OC-CT Rev2 9/09 M 3001609