UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, <br><br> Defendants, <br><br> and <br><br> HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, <br><br> Relief Defendants. | 11-CV-00078 (JBA) <br><br> ECF CASE |

### CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2012 a copy of the Emergency Motion for an Order Freezing Assets, for an Accounting, for a Summary Proceeding and for Contempt Sanctions; the supporting Declaration of Brian Ong; the supporting Declaration of Dennis O. Cohen, Esq.; the supporting Memorandum of Law; the Appendix of Unpublished Cases cited in the Memorandum of Law; and the Proposed Order Freezing Assets, for an Accounting, for a Summary Proceeding, and for Contempt Sanctions were electronically filed on behalf of John J. Carney, Esq., in his capacity as Receiver, and served by mail upon anyone unable to accept electronic filing.  Notice of this filing was sent by email to all parties by operation of the Court's electric filing system.  Parties may access this filing through the Court's CM/ECF System.

                                                    /s/ Jonathan B. New
                                                    Jonathan R. Barr
                                                    Jonathan B. New
                                                    Ona T. Wang
                                                    Dennis O. Cohen
                                                    BAKER & HOSTETLER LLP
                                                    45 Rockefeller Plaza, 11th Floor
                                                    New York, NY 10111

jbarr@bakerlaw.com  
jnew@bakerlaw.com  
owing@bakerlaw.com  
dcohen@bakerlaw.com  
Tel: (212) 589-4200  
Fax: (212) 589-4201  
*Attorneys for Receiver John J. Carney*