# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | LIMITED APPEARANCE |
| Plaintiff, | CASE NUMBER: 11-CV-00078(JBA) |
| v. | |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | |
| Defendants. | |
| and | |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | |
| Relief Defendants. | |

To the Clerk of this Court and all parties of record:

**Enter my appearance as counsel in this case for:** non-party Victor T. Chong, for the limited purpose of addressing any issues that may relate to Mr. Chong's interests.

July 24, 2012
Date

//s// (Gavan F. Meehan - ct27770)
Signature

ct27770
**Connecticut Federal Bar Number**

Gavan F. Meehan, Esq.
Print Clearly or Type Name

Cowdery, Ecker & Murphy, L.L.C.
280 Trumbull Street, 22nd Floor

(860) 278-5555
**Telephone Number**

Address

(860) 249-0012
**Fax Number**

Hartford, CT 06103
Address

gmeehan@cemlaw.com
**E-mail Address**

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

I hereby certify that on July 24, 2012, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            __//s// (Gavan F. Meehan - ct27770)__
                                                            Gavan F. Meehan, Esquire