UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>FRANCISCO A. ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>        Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC and MKEI SOLAR, LP,<br><br>        Relief Defendants. | Civil Action No. 3:11-CV-00078-JBA |

## NOTICE OF APPEARANCE

Please enter the appearance of JORGE A. RODRIGUEZ in the above-captioned matter as attorney for non-party Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC successor in interest to DaimlerChrysler Financial Services Americas, LLC (herein "MBFS"). This appearance is in place of the appearance by ALEXANDER POWHIDA.

Counsel for MBFS respectfully requests that all subsequent papers be served upon this firm as indicated below.

Dated: July 30, 2012
       Albany, New York

                                          */s/ Jorge A. Rodriguez*

Jorge A. Rodriguez, Esq. (CT 28944)
DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, NY 12203
Telephone:   (518) 436-0344
Facsimile:    (518) 436-8273
Email:        jrodriguez@deilylawfirm.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Notice of Appearance has been served on all parties of record via ECF notification this 30th day of July, 2012. Parties may access this filing through the Court's CM-ECF System.

Dated: July 30, 2012

                                         Jorge A. Rodriguez, Esq. (CT 28944)
                                         DEILY, MOONEY & GLASTETTER, LLP
                                         8 Thurlow Terrace
                                         Albany, New York 12203
                                         Telephone:   (518) 436-0344
                                         Facsimile:    (518) 436-8273
                                         Email: jrodriguez@deilylawfirm.com