0039

**CUSTOMER'S ORDER NO.**
**DATE** 7-31-12

**NAME** Francisco Illaramendi
**ADDRESS** 61 Ponderosa Lane, New Canaan, CT

**DEPT.**

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Certificate of title | | |
| 2 | State of CT - Dept of | | |
| 3 | Motor Vehicles | | |
| 4 | | | |
| 5 | VIN # 4JGBB8JE57A352147 | | |
| 6 | 2007 Mercedes Benz | | |
| 7 | | | |
| 8 | 3:11CV78(JBA) | | |

**SOLD BY**
**REC'D BY** Maria Banietti



KEEP THIS SLIP FOR REFERENCE
FORM 46350®