1cv78schorder
dkt513

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Securities and Exchange Commission,
    *Plaintiff*,
v.
Francisco Illarramendi *et al.*,
    *Defendant*,

and

Highview Point Master Fund, Ltd. *et al.*,
    *Relief Defendants*.

FILED

Civil No. 3:11cv78(JBA)

2012 AUG -1 PM 2:34

U.S. DISTRICT COURT
NEW HAVEN, CT.

August 1, 2012

## SCHEDULING ORDER

Pursuant to the colloquy with counsel and the Receiver on July 31, 2012, the following schedule is ordered:

A. <u>Proceedings on Receiver's Emergency Motion for an Order Freezing Assets, for an Accounting, for a Summary Proceeding, and for Contempt Sanctions Order [Doc. # 513]</u>:

    1. A hearing on the Receiver's Emergency Motion will be held on **August 8, 2012 at 2pm.**

        a. The Receiver shall disclose all exhibits and witnesses that he intends to use at the August 8 hearing by **August 3, 2012.** Any supplementation shall be disclosed by **5pm on August 6, 2012.** A full set of exhibits and a witness list shall be provided to the Court by **5pm on August 6, 2012.**

        b. Defendant Illarramendi's exhibits and witnesses shall be disclosed by **5pm on August 6, 2012.**

        c. Responses to the Receiver's Motion will be filed no later than **9am on August 8, 2012.**

        d. A sealed copy of Defendant Francisco Illarramendi's Sworn Personal Financial Statement for his PSR in 11cr41(SRU) will be provided to

the SEC, the Receiver, and the Court no later than **August 7, 2012**.

  e. Title to Francisco Illarramendi's Mercedes will remain in the custody of the Clerk's Office until further order.

B. <u>Receiver/Highview Point Entities' Settlement</u>:

 1. The Receiver and Relief Defendants shall file:

  a. Their Stipulation and Joint Motion for Order of Approval of Settlement, outlined on the record by **August 7, 2012.**

  b. Their Joint Motion to Expand the Receivership Order of February 3, 2011 by **August 14, 2012,** with their proposed modified Receivership Order.

  c. Any objections must be filed no later than **August 16, 2012**.

 2. A hearing on the proposed settlement between the Receiver and the Relief Defendants and expansion of the Receiver Order will be held on **August 20, 2012 at 3pm**. If no objections have been filed, the hearing will be held telephonically.

IT IS SO ORDERED.

/s/ Janet Bond Arterton, USDJ
_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 1st day of August, 2012.