# EXHIBIT B

 **Bank**
America's Most Convenient Bank®

RECEIVED JUL 24 2012

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034-5400
**T: 888-751-9000**
www.tdbank.com

July 19, 2012

Baker & Hostetler Llp
45 Rockefeller Plaza
New York, NY 10111

Re: United States District Court v Maria J Gonzalez Miranda,Francisco Ilarramendi
Case No. : 3:11-CV-00078(JBA)
TD Bank reference number: 420084

Dear Sir or Madam:

This letter is to inform you that after a review, pursuant to 31 CFR Part 212, the following accounts may have been frozen in compliance with the Order served on the bank in connection with the above referenced matter. Please note, for any defendant not appearing in the following list, no account was located.

| Account | Name | Amount |
| --- | --- | --- |
| 8792 | Maria J Gonzalez Miranda | $0.00 |
| 8197 | Maria J Gonzalez Miranda | $42.46 |
| Total | $42.46 | |

Should you have additional questions, please call me at (888) 751- 9000 ext. 3306.

Sincerely,

TD Bank, N.A.
Levy Department
P.O. Box 1880
Cherry Hill, NJ 08034

