UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>            Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>            Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD, HIGHVIEW POINT OFFSHORE, LTD, HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT LLC, MK ENERGY AND INFRASTRUCTURE, LLC,  and MKEI SOLAR, LP,<br><br>            Relief Defendants. | Case No.:  11-cv-00078 (JBA) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012 a copy of the Motion to Compel Compliance with Investigative Subpoena filed by John J. Carney, in his capacity as Receiver for the Relief Defendants, was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing was sent by email to all parties by operation of the Court's electric filing system.  Parties may access this filing through the Court's CM/ECF System.

                              /s/ Jonathan New
                              Jonathan New
                              BAKER & HOSTETLER LLP
                              45 Rockefeller Plaza, 11th Floor
                              New York, NY 10111
                              jnew@bakerlaw.com
                              Tel: (212) 589-4200
                              Fax: (212) 589-4201
                              *Attorneys for Receiver John J. Carney*