UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Securities and Exchange Commission,<br>    *Plaintiff*,<br><br>    v.<br><br>Francisco Illarramendi *et al.*,<br>    *Defendant*,<br><br>and<br><br>Highview Point Master Fund, Ltd. *et al.*,<br>    *Relief Defendants*. | Civil No. 3:11cv78 (JBA)<br><br><br>August 2, 2012 |

ORDER OF COMPLIANCE

The Receiver's Motion to Compel Compliance with Investigative Subpoena [Doc. # 524] is GRANTED, to enable the subject records to be used at the hearing scheduled for August 8, 2012. TD Bank is directed to comply with the investigative subpoena issued by the Receiver on July 12, 2012 no later than 1pm on August 6, 2012.

In the event that TD Bank objects to this order of compliance, its objections must be filed by August 3, 2012 at 12pm, and TD Bank must be present with the subject documents to argue its objection at the hearing scheduled for August 8, 2012 at 2pm.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 2d day of August, 2012.