# EXHIBIT A

REDACTED
02-Aug-11                                                                                                    26Jul11-100
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number    Posting date

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

September 01, 2010 through September 30, 2010
Primary Account: ▮▮▮▮3865

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00016616 DRI 802 154 27410 - NNNNN P 1 000000000 68 0000
FRANCISCO ILLARRAMENDI
OR MARIA JOSEPHINA GONZALEZ-MIRANDA
61 PARADE HILL LN
NEW CANAAN CT 06840-4120



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Platinum Checking | ▮▮▮73865 | $237,772.12 | $146,192.39 |
| Chase Premier Platinum Savings | ▮▮▮3801 | 50,024.21 | 44,027.88 |
| Total | | $287,796.33 | $190,220.27 |
| **TOTAL ASSETS** | | **$287,796.33** | **$190,220.27** |

All Summary Balances shown are as of September 30, 2010 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Page 1 of 10

REDACTED
02-Aug-11
26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

**CHASE**

September 01, 2010 through September 30, 2010
Primary Account: ▮▮▮▮73865

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠 JPMorgan Chase Bank, N.A. Member FDIC

REDACTED 02-Aug-11

26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

**CHASE**

September 01, 2010 through September 30, 2010
Primary Account: ████████3865



FRANCISCO ILLARRAMENDI
OR MARIA JOSEPHINA GONZALEZ-MIRANDA

Account Number: ████████3865



## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $237,772.12 |
| Deposits and Additions | 4,058,545.00 |
| Checks Paid | - 3,974,574.34 |
| ATM & Debit Card Withdrawals | - 9,515.98 |
| Electronic Withdrawals | - 159,000.41 |
| Fees and Other Withdrawals | - 7,034.00 |
| Ending Balance | $146,192.39 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Premier Platinum Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/16 | Chips Credit Via: Citibank/0008 B/O: The Michael Kenwood Group 1 Ref: Nbnf=Francisco-Illarramendi OR Maria New Canaan, CT 068404120/Ac-000009210021 Org=/001255337515 1 Ogb=Citibank Connecticut, Fsb - Xc Olssn: 0319611 Tm: 6121400259Fc | $3,000,000.00 |
| 09/16 | Deposit   170221837 | 38,920.00 |
| 09/21 | Chips Credit Via: Citibank/0008 B/O: On Time Overseas, Inc. A Torre Central A Ofic. D Piso Ven Ref: Nbnf=Francisco Illarramendi OR Maria New Canaan, CT 068404120/Ac-000009210021 Org=On Time Overseas, Inc. A Torre Central A Ofic. D Pisossn: 0289615 Tm: █████0264Fc | 1,000,000.00 |
| 09/28 | Highview Point P ACH Pmt ██████796   CCD ID: ██████235 | 19,625.00 |
| **Total Deposits and Additions** | | **$4,058,545.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 110 ^ | | 09/02 | $14,000.00 |
| 111 ^ | | 09/03 | 499.82 |
| 117 *^ | 09/03 | 09/03 | 1,500.00 |
| 119 *^ | | 09/14 | 32,000.00 |
| 120 ^ | | 09/24 | 75.00 |
| 121 ^ | 09/15 | 09/15 | 390.00 |

Page 3 of 10

REDACTED
02-Aug-11                                                                                           26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number    Posting date



CHASE

September 01, 2010 through September 30, 2010
Primary Account: ███████3865

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 122 ^ | | 09/20 | 1,000.00 |
| 123 ^ | | 09/22 | 700.00 |
| 124 ^ | | 09/20 | 400.00 |
| 125 ^ | | 09/22 | 1,200.00 |
| 126 ^ | | 09/23 | 21,899.52 |
| 127 ^ | | 09/29 | 600.00 |
| 128 ^ | | 09/29 | 550.00 |
| 129 ^ | | 09/30 | 3,033.00 |
| 161 *^ | | 09/02 | 5,000.00 |
| 5254 *^ | | 09/22 | 3,300,000.00 |
| 5256 *^ | | 09/16 | 590,000.00 |
| 5268 *^ | | 09/02 | 102.00 |
| 5270 *^ | | 09/14 | 625.00 |
| 21009 *^ | | 09/27 | 1,000.00 |
| **Total Checks Paid** | | | **$3,974,574.34** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/01 | Card Purchase | 08/31 Tengda Asian Bistro Stamford CT Card 0606 | $41.00 |
| 09/02 | Card Purchase | 08/31 Shell Oil 57543209806 Stamford CT Card 0606 | 90.99 |
| 09/02 | Non-Chase ATM Withdraw | 09/02 249 Bedford St. Stamford CT Card 0606 | 121.50 |
| 09/03 | Card Purchase | 09/01 Royal Green At Sterling Stamford CT Card 0606 | 23.00 |
| 09/03 | Non-Chase ATM Withdraw | 09/03 175 Elm St New Canaan CT Card 0606 | 2,003.00 |
| 09/07 | Card Purchase | 09/06 Le Pain Quotidien New Canaan CT Card 0606 | 6.70 |
| 09/13 | Card Purchase | 09/10 Fedex Office #0269 Stamford CT Card 0606 | 15.05 |
| 09/17 | Card Purchase | 09/16 The Federalist Greenwich CT Card 0606 | 1,552.90 |
| 09/17 | Card Purchase | 09/16 Duane Reade #0127 Q04 New York NY Card 0606 | 11.97 |
| 09/20 | Card Purchase | 09/16 Nyc-Taxi Astoria NY Card 0606 | 14.60 |
| 09/20 | Card Purchase | 09/19 Miami Beach Meter PA Miami Beach FL Card 0606 | 5.00 |
| 09/20 | ATM Withdrawal | 09/18 17534 Collins Ave Sunny Isles B FL Card 0606 | 400.00 |
| 09/20 | Card Purchase | 09/18 Walgreens #2129 Sunny Isles B FL Card 0606 | 114.68 |
| 09/20 | Card Purchase | 09/18 607 Lincoln Road Miami Beach FL Card 0606 | 122.13 |
| 09/20 | Card Purchase | 09/19 Michy's Restaurant Miami FL Card 0606 | 192.13 |
| 09/21 | Card Purchase | 09/18 News Cafe Miami Beach FL Card 0606 | 52.71 |
| 09/21 | Card Purchase | 09/19 The Disney Store #34 North Miami FL Card 0606 | 113.44 |
| 09/21 | Card Purchase | 09/19 Cheesecake Aventura Aventura FL Card 0606 | 65.00 |
| 09/21 | Card Purchase With Pin | 09/21 Walgreen Company 1203 Stamford CT Card 0606 | 9.95 |
| 09/22 | Card Purchase | 09/21 Greenwich Medical Grou Greenwich CT Card 0606 | 20.00 |
| 09/23 | Card Purchase | 09/21 Taste of Asia New Canaan CT Card 0606 | 68.00 |
| 09/24 | Card Purchase | 09/22 Cvs Pharmacy #1213 Q0 New Canaan CT Card 0606 | 30.00 |
| 09/24 | Card Purchase | 09/22 Cvs Pharmacy #1213 Q0 New Canaan CT Card 0606 | 26.98 |

F01334-M00007578                                                                                           JP Morgan Chase

REDACTED
02-Aug-11

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

26Jul11-100



September 01, 2010 through September 30, 2010
Primary Account: 3865

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/24 | Non-Chase ATM Withdraw  09/24 175 Elm St New Canaan CT Card 0606 | 1,003.00 |
| 09/24 | Non-Chase ATM Withdraw  09/24 175 Elm St New Canaan CT Card 0606 | 1,003.00 |
| 09/27 | Card Purchase     09/23 John A Kerchoff Dmd New Canaan CT Card 0606 | 270.00 |
| 09/27 | Card Purchase     09/25 Rave Cinemas - 40703 Milford CT Card 0606 | 14.50 |
| 09/27 | Non-Chase ATM Withdraw  09/27 175 Elm St New Canaan CT Card 0606 | 2,003.00 |
| 09/30 | Non-Chase ATM Withdraw  09/30 765 East Main St Stamford CT Card 0606 | 121.75 |
| **Total ATM & Debit Card Withdrawals** | | **$9,515.98** |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | Geico      Prem Coll      PPD ID: 3530075853 | $383.55 |
| 09/02 | St Alosius Churc Autopay     PPD ID: Mp41625720 | 200.00 |
| 09/03 | Bankunited    Mtg Pymt      PPD ID: 1270217289 | 5,624.17 |
| 09/07 | Cl&P - Dd Plan  UTIL Pymt    PPD ID: 3020181050 | 1,001.07 |
| 09/07 | AT&T Care     Payment      PPD ID: 103001001 | 863.55 |
| 09/09 | St Alosius Churc Autopay     PPD ID: Mp41625720 | 200.00 |
| 09/16 | Dcfs USA Llc    Loan Pymnt    PPD ID: 2489483539 | 834.96 |
| 09/16 | St Alosius Churc Autopay     PPD ID: Mp41625720 | 200.00 |
| 09/20 | American Express ACH Pmt   A8426    Web ID: 9493560001 | 15,779.96 |
| 09/21 | 09/21 Online Transfer To  Chk Xxxxxxxx7965 Transaction#: 712273029 | 30,000.00 |
| 09/23 | Amex Epayment   ACH Pmt   W9625    Web ID: 0005000008 | 87,316.77 |
| 09/23 | Bank of America  Online Pmt Ckf098540560POS Web ID: 9500000000 | 11,381.61 |
| 09/23 | St Alosius Churc Autopay     PPD ID: Mp41625720 | 200.00 |
| 09/24 | Att      Payment      PPD ID: 9864031004 | 245.91 |
| 09/27 | Cablevision   E-Bill   20163563    Web ID: 1680336693 | 303.28 |
| 09/30 | Andrews Building Payment   96814834   Web ID: 1134087066 | 4,214.12 |
| 09/30 | St Alosius Churc Autopay     PPD ID: Mp41625720 | 200.00 |
| 09/30 | Poland Spg Water Company    PPD ID: 0170660197 | 51.46 |
| **Total Electronic Withdrawals** | | **$159,000.41** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | 09/07 Withdrawal | $7,000.00 |
| 09/20 | Returned Item Fee For An Unpaid Check #5254 IN The Amount of $3,300,000.00 | 34.00 |
| **Total Fees & Other Withdrawals** | | **$7,034.00** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $.00 |
| Total Returned Item Fees | $34.00 | $34.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

# CHASE 

September 01, 2010 through September 30, 2010
Primary Account: ▓▓▓▓3865

### CHASE PREMIER PLATINUM SAVINGS

FRANCISCO ILLARRAMENDI
OR MARIA JOSEPHINA GONZALEZ-MIRANDA

Account Number: ▓▓▓▓3801

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $50,024.21 |
| Deposits and Additions | 12,003.67 |
| ATM Withdrawals | - 18,000.00 |
| **Ending Balance** | **$44,027.88** |
| Annual Percentage Yield Earned This Period | 0.10% |
| Interest Earned This Period | $3.67 |
| Interest Paid Year-to-Date | $436.98 |

The monthly service fee for this account was waived as an added feature of Chase Premier Platinum Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $50,024.21 |
| 09/15 | Non-Chase ATM Chkg Tfr  09/15 555 Madison Ave New York NY Card 7551 | - 5,000.00 | 45,024.21 |
| 09/15 | Non-Chase ATM Chkg Tfr  09/15 555 Madison Ave New York NY Card 7551 | - 5,000.00 | 40,024.21 |
| 09/15 | Non-Chase ATM Chkg Tfr  09/15 555 Madison Ave New York NY Card 7551 | - 8,000.00 | 32,024.21 |
| 09/20 | ATM Checking Transfer   09/18 17534 Collins Ave Sunny Isles B FL Card 7551 | 12,000.00 | 44,024.21 |
| 09/30 | Interest Payment | 3.67 | 44,027.88 |
|  | **Ending Balance** |  | **$44,027.88** |

You earned a higher interest rate on your Chase Premier Platinum Savings account during this statement period because you had a qualifying Chase Premier Platinum Checking account.



THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date



September 01, 2010 through September 30, 2010
Primary Account:

ACCOUNT #



See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



005890331341 SEP 02 #0000000110 $14,000.00    002190998310 SEP 03 #0000000111 $499.82

 

008260342077 SEP 03 #0000000117 $1,500.00    008280080131 SEP 14 #0000000119 $32,000.00

 

001490531893 SEP 24 #0000000120 $75.00    005180003500 SEP 15 #0000000121 $390.00

 

007880667717 SEP 20 #0000000122 $1,000.00    007980208805 SEP 22 #0000000123 $700.00

002990318878 SEP 20 #0000000124 $400.00    007980206001 SEP 22 #0000000125 $1,200.00

Page 7 of 10

F01334-M00007578                                          JP Morgan Chase

REDACTED
02-Aug-11                                                                                                          26Jul11-100
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

# CHASE

September 01, 2010 through September 30, 2010
Primary Account: [REDACTED]

(continued)                                    ACCOUNT # [REDACTED]

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.







Page 8 of 10

REDACTED
02-Aug-11

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

26Jul11-100

**CHASE** ⬡

September 01, 2010 through September 30, 2010
Primary Account: ███████

(continued)                                                           ACCOUNT # ███████

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

CHASE ⬡   WITHDRAWAL   CHECKING ☑ / SAVINGS ☐
[handwritten check image]
61 Pinnacle Hill Lane, Newtown CT  09/07/10
Seven Thousand and No/100
9218 PL 172 PLS    TOTAL $ 7000.00

008880926421 SEP 07 #0000000000 $7,000.00

Page 9 of 10

REDACTED
02-Aug-11

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number   Posting date

26Jul11-100



September 01, 2010 through September 30, 2010
Primary Account: 

## Your Chase credit card comes with Blueprint[SM]

Blueprint is a unique set of features that lets you manage your spending and borrowing-
on your terms.

**FULL PAY:** Helps you avoid interest
**SPLIT:** Pay off large purchases
**FINISH IT:** Pay down an existing balance
**TRACK IT:** See all your spending

Start with one or use them all. Blueprint is FREE.
Design your plan today at chase.com/blueprint
Or call 1-866-BLUEPRINT

F01334-M00007578                                                                                                                              JP Morgan Chase

REDACTED
03-Aug-11
26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number 009580960553  Posting date 20-SEP-10

FRANCISCO ILLARRAMENDI
8 LOCKWOOD AVE
NEW CANAAN, CT 06840

5254

DATE 9/15/2010

PAY TO THE ORDER OF United States Treasury    $ 3,300,000.00

Three million three hundred thousand and 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Greenwich, Connecticut 06830
www.Chase.com

MEMO  2010 Form 1040-ES

5254  ⑆03300000000⑆

001162 211406 261
39 2 20 262 002 79 0
ILLA 30 201012 0918
CREDIT TO THE US TREASURY
LACK OF ENDORSEMENT GUARANTEED
US BANK, NA
ST. LOUIS, MO. 63101

AcctNum:         Amount: 000000330000000
Xerno: 0000005254 PostDate: 20100920 Sequence: 009580960553
BankNum: 0902 AppCode: 0001 Field4: C000 ImageStat: 05
UDK: 0B0210092000958096053 BOFD: 000000000 CapSRC: PV
TranCode: 005254 RouteTran: 02110036  DocType: 8
EntryNum: 3854 ItemType: P

F01334-M00007578                                    JP Morgan Chase

REDACTED
03-Aug-11                                                                                          26Jul11-100

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G26Jul11-100
Sequence number 001090307686   Posting date 16-SEP-10

```
FRANCISCO ILLARRAMENDI                                              5256
8 LOCKWOOD AVE
NEW CANAAN, CT 06840
                                                        DATE 9/15/2010

PAY TO THE
ORDER OF   Commission Revenue Shares         $ 590,000.00

Five hundred ninety thousand and 00/100                      DOLLARS

                    10LE2 001664 0114

CHASE
JPMorgan Chase Bank, N.A.
Greenwich, Connecticut 06830
www.Chase.com               2010 Form
MEMO  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    CT-UHOES

                                                    5256  /00590000000/
```

DEPOSIT ONLY TO COMMISSIONER
OF REVENUE SERVICES  CETX
09/16/2010 10LE201664 114
                              BANK OF AMERICA NA HRT
                              0911001334 E1853 94 P05
                              09/16/10

AcctNum: [REDACTED]          Amount: 000000059000000
Xerno: 0000005256 PostDate: 20100916 Sequence: 001090307686
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 080210091600109030768 BOFD: 000000000 CapSRC: PV
TranCode: 005256 RouteTran: 02110036   DocType: 8
EntryNum: 4665 ItemType: P