# EXHIBIT B

Main Menu > Transfers and Payments >     Help

**Domestic Wire Using Model**

| | | |
|---|---|---|
| **WIRE:** | From Account: ▇▇▇▇ | Currency: **US Dollars** |
| | Status: | **Processed** - Confirmation Number is **2590013916**. |
| | Wire Fees: | **$12.50** |

| Beneficiary | Bank |
|---|---|
| **Francisco Illarramendi&M Gonzalez**<br>61 Parade Hill Lane<br>New Canaan, CT 06840 | Name: **JPMORGAN CHASE BANK, NA**<br>ABA: **021000021**<br>Address: New York , NY |

Beneficiary's Account number: ▇▇▇▇▇▇▇▇

| | |
|---|---|
| Amount: **$3,000,000.00**<br>Date of transfer: **Immediate**<br>Description: **Advance from MKG for est. tax pmt** | Special Instructions:<br>Advance for est. tax pmt |

[ Save as Model ]   Model Name: FRANCISCO ILLARRAMENDI&M GONZ

[ Process another Wire ]