# EXHIBIT F

Citibank Client Services   519
PO Box 769013
San Antonio, TX 78245-9013

000001/R1/04F002/0

000
CITIBANK, N.A.
**Account**
████ 6677
**Statement Period**
**Oct. 1 - Oct. 31, 2010**
**Relationship Manager**
Citibusiness Service Cent
(877) 528-0990
Page  1  of  2

MICHAEL  KENWOOD  ASSET  MGT  LLC
350  BEDFORD  ST   Suite  405
STAMFORD                CT  06901

## CitiBusiness® ACCOUNT AS OF OCTOBER 31, 2010

**Relationship Summary:**

| | |
|---|---|
| Checking | $93,968.92 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Checking Plus | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

*Get up to $200 when you sign up for Merchant Services.*
Open a new account with Citi Merchant Services
Provided by First Data Merchant Services Corp. and
take advantage of this limited time credit offer.
Call 1-800-592-2398 today for more details.

## SERVICE CHARGE SUMMARY FROM SEPTEMBER 1, 2010 THRU SEPTEMBER 30, 2010

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING #** ████ **6677** | | | |
| Average Daily Collected Balance | | | $75,808.71 |
| DEPOSIT SERVICES MONTHLY MAINTENANCE FEE | 1 | 15.0000 | 15.00 |
| CITIBUSINESS ONLINE CBOL - OUT. DOMESTIC WIRE TXFR | 1 | 12.5000 | 12.50 |
| TRANSFER SERVICES INCOMING WIRE TRANSFER | 2 | 10.0000 | 20.00 |
| **Total Charges for Services** | | | **$47.50** |
| Average collected balances Less 10% reserve requirement Balances eligible for Earnings Credit | | | $75,808.71 $7,580.87 $68,227.84 |
| Balances Required to Offset Service Charges | | | $192,660.00 |
| Earnings Credit allowance at  0.30000% Charges Subject to Earnings Credit | | | $16.82 $47.50 |
| **Net Service Charge** | | | **$30.68** |

Charges debited from account # ████ 6677

F01334-L02904971

FLC Collection

MICHAEL KENWOOD ASSET MGT LLC    Account ████6677    Page 2 of 2    000002/R1/04F002/0
Statement Period - Oct. 1 - Oct. 31, 2010

## CHECKING ACTIVITY

**CitiBusiness Checking**

████6677

| | | Beginning Balance: | $559,197.95 |
|---|---|---|---|
| | | Ending Balance: | $93,968.92 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01 | FUNDS TRANSFER<br>WIRE FROM SHORT ERM LIQUID TY FUND I, LTD   Oct 01 | | 5,000,000.00 | 5,559,197.95 |
| 10/01 | CBUSOL TRANSFER DEBIT<br>NuScale inv. loan disb. | 5,000,000.00 | | 559,197.95 |
| 10/04 | FUNDS TRANSFER<br>WIRE FROM 1/ROWB RROW TRADI G CORP.   Oct 04 | | 5,000,000.00 | 5,559,197.95 |
| 10/04 | FUNDS TRANSFER<br>WIRE FROM NUSCAL POWER, IN   Oct 04 | | 139.77 | 5,559,337.72 |
| 10/04 | CBUSOL TRANSFER DEBIT<br>passthrough - STLF repmt o note | 2,020,000.00 | | 3,539,337.72 |
| 10/05 | FUNDS TRANSFER<br>WIRE FROM NUSCAL POWER INC   Oct 05 | | 9,697.46 | 3,549,035.18 |
| 10/06 | CBUSOL TRANSFER DEBIT<br>50% of rev. due from STLF passthroug | 2,000,000.00 | | 1,549,035.18 |
| 10/07 | CBUSOL TRANSFER DEBIT<br>deposit for travel exp. | 150,000.00 | | 1,399,035.18 |
| 10/08 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 30.68 | | 1,399,004.50 |
| 10/12 | DEPOSIT | | 0.45 | 1,399,004.95 |
| 10/14 | CBUSOL TRANSFER DEBIT<br>Short-Term Financing | 343,400.00 | | 1,055,604.95 |
| 10/15 | FUNDS TRANSFER<br>WIRE FROM RGP IN ESTMENT AD ISORS LLC   Oct 15 | | 45,389.71 | 1,100,994.66 |
| 10/15 | CBUSOL TRANSFER DEBIT<br>loan to Francisco Illarramndi | 1,050,000.00 | | 50,994.66 |
| 10/20 | CBUSOL TRANSFER DEBIT<br>WIRE TO Arnold&Porter LLP | 5,395.74 | | 45,598.92 |
| 10/20 | CBUSOL TRANSFER DEBIT<br>to reimburse expenses | 770.00 | | 44,828.92 |
| 10/21 | BILL PAYMENT<br>MASOTTI & MASOTTI LLC   010000  BA | 860.00 | | 43,968.92 |
| 10/22 | FUNDS TRANSFER<br>WIRE FROM THE MI HAEL KENWO D GROUP   Oct 22 | | 100,000.00 | 143,968.92 |
| 10/22 | CBUSOL INTERNATIONAL WIRE OUT | 100,000.00 | | 43,968.92 |
| 10/27 | FUNDS TRANSFER<br>WIRE FROM THE MI HAEL KENWO D GROUP   Oct 27 | | 50,000.00 | 93,968.92 |
| | **Total Debits/Credits** | **10,670,456.42** | **10,205,227.39** | |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:    YOU CAN CALL:    YOU CAN WRITE:

Checking

877-528-0990
(For Speech and Hearing
Impaired Customers Only
TDD: 800-945-0258)

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

*Citibank Service Center is a department of Citigroup Inc.