**EXHIBIT "B"**

# CERTIFICATE OF TITLE



## STATE OF CONNECTICUT
### DEPARTMENT OF MOTOR VEHICLES

| VEHICLE IDENTIFICATION NUMBER (VIN) | YEAR | MAKE | MODEL | BODY STYLE | CYL. | NEW/USED |
|---|---|---|---|---|---|---|
| 4JGBB86E67A252677 | 2007 | MERZ | ML350 | ST WAG | 06 | NEW |

| TITLE NUMBER | DATE OF ISSUE | PRIOR TITLE NUMBER | PRIOR TITLE STATE | PURCHASE DATE | ODOMETER READING |
|---|---|---|---|---|---|
| 030411194 | 05/31/2007 | | | 05/05/2007 | 000006 |

**OWNER(S):**
ILLARRAMENDY FRANCISCO A
8 LOCKWOOD AVE
NEW CANAAN        CT 06840

**FIRST LIENHOLDER:**
DC FIN SVCS AMER LLC
PO BOX 997530
SACRAMENTO     CA 95899--753

**DATE OF LIEN:** 05/05/2007

**SECOND LIENHOLDER:**

**DATE OF LIEN:**

### RELEASE OF LIENS

**FIRST LIEN INTEREST IN DESCRIBED VEHICLE IS HEREBY RELEASED**

| NAME | | |
|---|---|---|
| AUTHORIZED SIGNATURE X | | DATE RELEASED |

**SECOND LIEN INTEREST IN DESCRIBED VEHICLE IS HEREBY RELEASED**

| NAME | | |
|---|---|---|
| AUTHORIZED SIGNATURE X | | DATE RELEASED |

SB0604 REV. 04/07

DC FIN SVCS AMER LLC
PO BOX 997530
SACRAMENTO     CA 95899--753

The Commissioner of Motor Vehicles hereby certifies that an application for a certificate of title for the motor vehicle described herein has been duly filed, pursuant to the provisions of the laws of the State of Connecticut, and based on the statements of the applicant and the records on file with this agency. The applicant named is the owner of said vehicle. The Department of Motor Vehicles further certifies that the vehicle is subject to any security interests shown herein.

IN WITNESS WHEREOF, I have affixed my hand.

*Robert M. Ward*

COMMISSIONER OF MOTOR VEHICLES

**VEHICLE IDENTIFICATION NUMBER (VIN)**

**TITLE NUMBER**

VOID IF ALTERED