**EXHIBIT "F"**

Essegian, Jennifer

| | |
|---|---|
| From: | CMECF@ctd.uscourts.gov |
| Sent: | 01/04/2012 2:30 PM |
| To: | CMECF@ctd.uscourts.gov |
| CC: | |
| BCC: | |
| Attachments: | |
| Priority: | Normal |
| Request: | None |
| Security: | Normal |
| Deliver After | 0  days(s) |
| Subject: | Activity in Case 3:11-cv-00078-JBA Securities & Exchange Commission v. Illarramendi et al Order on Motion for Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

United States District Court for the District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 1/4/2012 at 2:29 PM EST and filed on 1/4/2012

**Case Name:** Securities & Exchange Commission v. Illarramendi et al
**Case Number:** 3:11-cv-00078-JBA <https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?91830>
**Filer:**
**Document Number:** 422(No document attached)

**Docket Text:**
ORDER: Mercedes Benz Financial Services USA LLC's Motion for Relief from Orders [391] is GRANTED absent objection. Signed by Judge Janet Bond Arterton on 1/4/2012. (Flagg, K.)

**3:11-cv-00078-JBA Notice has been electronically mailed to:**

Mark A. Shiffrin mshiffrin@snet.net

Glenn A. Duhl gduhl@siegeloconnor.com

Hope C. Seeley hseeley@santos-seeley.net

Harold James Pickerstein hpickerstein@mdmc-law.com, dparsons@mdmc-law.com

Frank F. Coulom, Jr fcoulom@rc.com, mzup@rc.com

John B. Hughes john.hughes@usdoj.gov, USACT.ECF@usdoj.gov, kristina.batterson@usdoj.gov

Steven I. Frenkel sfrenkel@cl-law.com, dsantos@cl-law.com

Joseph W. Martini (Terminated) jmartini@wiggin.com, ddroniak@wiggin.com, jvollono@wiggin.com

Carl H. Loewenson, Jr cloewenson@mofo.com

Harry S. Davis Harry.Davis@srz.com, courtfilings@srz.com, evan.melluzzo@srz.com

Kevin J. O'Connor kevin.oconnor@bgllp.com

Christopher L. Brigham cbrigham@uks.com

Marc E. Hirschfield mhirschfield@bakerlaw.com

Simon I. Allentuch sia@npmlaw.com, dpoon@npmlaw.com, sbraun@npmlaw.com

LeeAnn G. Gaunt gauntl@sec.gov

Calvin K. Woo cwoo@mdmc-law.com, slyons@mdmc-law.com

John P. Gleason jgleason@gleasonkoatz.com

Fernando Koatz fkoatz@gleasonkoatz.com

Jerome S. Fortinsky jfortinsky@shearman.com

Adam J. Blank ablank@wrkk.com

Christina H. Tsesmelis ctsesmelis@bakerlaw.com, bhlitdocket@bakerlaw.com

Ona Theresa Wang owang@bakerlaw.com, , alrodriguez@bakerlaw.com, bhlitdocket@bakerlaw.com, emearns@bakerlaw.com, jcarney@bakerlaw.com, jday@bakerlaw.com, kschill@bakerlaw.com, kwangsgard@bakerlaw.com, mhirschfield@bakerlaw.com, phannon@bakerlaw.com, solson@bakerlaw.com

Angel Peterson apeterson@uks.com

Joel A. Mullin jamullin@stoel.com, docketclerk@stoel.com, lcmoog@stoel.com

Alexander Powhida Apowhida@deilylawfirm.com, lmcadoo@deilylawfirm.com, pmasiello@deilylawfirm.com

James S. Needham jim.needham@bgllp.com

Rua M Kelly Kellyru@sec.gov, #BRODOCKET@SEC.GOV

Timothy W. Snider twsnider@stoel.com

Lindi Beaudreault lindi.beaudreault@shearman.com

Marc Gottschalk mgottschalk@proterra.com

Adam J. Reinhart (Terminated) Adam.Reinhart@aporter.com

Richard L. Jacobson (Terminated) Richard.Jacobson@aporter.com

Laurence E. Curran, III lecurran@lecurran.com

Donald S. Zakarin DZakarin@Pryorcashman.com

Paul J. Smoot pjsmoot@gmail.com, pjs@smoot.mobi

Jimmy Fokas jfokas@bakerlaw.com, bhlitdocket@bakerlaw.com

Louis J. Price Louis.Price@mcafeetaft.com

Giannina Marin Giannina.Marin@mcafeetaft.com

Kathleen Elizabeth Dion kdion@rc.com, bbowman@rc.com

Dennis O. Cohen dcohen@bakerlaw.com

Jonathan B. New jnew@bakerlaw.com

Francesca M. Harker fharker@bakerlaw.com

David S. Brown dbrown@mofo.com, docketny@mofo.com

Madeleine A. Hensler mhensler@mofo.com, dkeeton@mofo.com

Ronald G. White rwhite@mofo.com

Jonathan R. Barr jbarr@bakerlaw.com

Kathleen Burdette Shields shieldska@sec.gov

Naima J. Garvin ngarvin@bakerlaw.com, bhlitdocket@bakerlaw.com

Richard E. Brodsky rbrodsky@thebrodskylawfirm.com

Michael E. Swartz michael.swartz@srz.com, courtfilings@srz.com, evan.melluzzo@srz.com, nancy.durand@srz.com

Jason Katz jkatz@curtislaw.net

David H. Dickieson ddickieson@schertlerlaw.com

Alan S. Fine afine@fine-law.com

Bruce W. Akerly bakerly@canteyhanger.com

Arthur A. Stewart astewart@canteyhanger.com

Stephanie D. Curtis scurtis@curtislaw.net

**3:11-cv-00078-JBA Notice has been delivered by other means to:**