**EXHIBIT "H"**

D.N. FSTCV 12-501-3812
~~PJR No:~~ : SUPERIOR COURT

MERCEDES-BENZ FINANCIAL
SERVICES USA LLC f/k/a DCFS USA : J.D. OF STAMFORD
LLC successor-in-interest to
DAIMLERCHRYSLER FINANCIAL
SERVICES AMERICAS, LLC,

PLAINTIFF,
-VS- : AT STAMFORD

FRANCISCO A. ILLARRAMENDY : April 23, 2012
a/k/a FRANCISCO A. ~~January~~
ILLARRAMENDI a/k/a FRANCISCO
ILLARRAMENDI,

DEFENDANT.

### ORDER FOR PREJUDGMENT REMEDY

WHEREAS, application has been made by Plaintiff, Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC successor-in-interest to DaimlerChrysler Financial Services Americas, LLC (herein, the "Plaintiff"), in the above-entitled action, for a prejudgment remedy to replevy certain property described in the Application for Prejudgment Remedy and in the Affidavit of Juan Orellana in support hereof in the possession or control of the Defendant, Francisco A. Illarramendy a/k/a Francisco A. Illarramendi a/k/a Francisco Illarramendi of New Canaan, Connecticut.

WHEREAS, after due hearing, for which the Defendant was properly noticed, it is found that there is probable cause that such a judgment will be rendered in this matter in the Plaintiff's favor in the amount of the Prejudgment Remedy sought, taking into account any defenses, counterclaims or set-offs and that the Application should be granted;

NOW THEREFORE, IT IS HEREBY ORDERED that the following prejudgment remedy be issued in favor of Plaintiff:

SUPERIOR OF COURT
JUDICIAL DISTRICT OF
STAMFORD / NORWALK

APR 23 2012

CERTIFIED COPY
SEAL AFFIXED
BY _____
Scott Abel CLERK