# EXHIBIT "I"

