**EXHIBIT "J"**



**Deily, Mooney & Glastetter, LLP**
**Attorneys at Law**

**Jorge A. Rodriguez, Associate**
*Admitted in NY, NJ and CT*
8 Thurlow Terrace, Albany, New York 12203
P: (518) 436-0344 | F: (518) 436-8273
jrodriguez@deilylawfirm.com

June 7, 2012

Anthony Michella, Esq.
Minchella & Associates, LLC
530 Middlebury Road, Suite 209B
Middlebury, Connecticut 06762

Re: Mercedes-Benz Financial Services USA, LLC v. Francisco A. Illarramendy
Index No. FST-CV-12-5013812S
Our File No.: R-MBFSTEX.11.02943

Dear Mr. Michella:

Enclosed please find the Withdrawal in this matter for service upon you. Please do not hesitate to contact me if you have questions or concerns.

Very truly yours,

DEILY, MOONEY & GLASTETTER, LLP

Jorge A. Rodriguez

Enclosure

NY | NJ • www.deilylawfirm.com



| Deily, Mooney & Glastetter, LLP<br>Attorneys at Law | **Jorge A. Rodriguez, Associate**<br>*Admitted in NY, NJ and CT*<br>8 Thurlow Terrace, Albany, New York 12203<br>P: (518) 436-0344 \| F: (518) 436-8273<br>jrodriguez@deilylawfirm.com |
|---|---|

June 7, 2012

Francisco A. Illarramendy
61 Parade Hill Lane
New Canaan, Connecticut

    Re:  Mercedes-Benz Financial Services USA, LLC v. Francisco A. Illarramendy
          Index No. FST-CV-12-5013812S
          Our File No.: R-MBFSTEX.11.02943

Dear Mr. Illarramendy:

    Enclosed please find the Withdrawal in this matter for service upon you. Please do not hesitate to contact me if you have questions or concerns.

                            Very truly yours,

                          DEILY, MOONEY & GLASTETTER, LLP

                            Jorge A. Rodriguez

Enclosure

| | | |
|---|---|---|
| **WITHDRAWAL**<br>JD-CV-41 Rev. 4-11<br>**Fill Out All Sections Below** | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov | Docket number<br>FST-CV-12-5013812-S<br>Return date<br>Jan-27-2012 |

Name of case *(First-named Plaintiff vs. First-named Defendant)*
**MERCEDES BENZ   v.   ILLARRAMENDY, FRANCIS**

[✓] Judicial District  [ ] Housing Session  [ ] Geographical Area number ____

Address of court *(Number, street, town and zip code)*
**123 HOYT STREET   Stamford CT 06905**

**Section I**  *(check only one box)*  This Withdrawal is being filed because the dispute has been resolved by:

**I. Court-Annexed ADR**
- 411088 [ ] Early Intervention
- 411090 [ ] Attorney Trial Referee
- 411091 [ ] Fact-Finding
- 411093 [ ] Arbitration
- 411094 [ ] Mediation
- 411095 [ ] Special Masters
- 411096 [ ] Summary Jury Trial

**II. Court Intervention**
- 411098 [ ] Pretrial Conference
- 411099 [ ] Trial Management Conference
- 411100 [ ] Commencement of Trial   *(court trial - first witness sworn; jury trial - trial jurors sworn)*

**III. Private ADR**
- 411102 [ ] Provider Name: _____

**IV. Other**
- 411103 [✓] Discussion of Parties on Their Own
- 415602 [ ] Unilateral Action of Party(ies)

**Section II   Withdrawal**

**Dispositive** *(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)   [✓] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   [ ] A judgment has been rendered against the following Defendant(s): _____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

**Partial**
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | [ ] Complaint | | (WOAAP) | [ ] Plaintiff(s): |
| (WDCOUNT) | [ ] Counts of the complaint: _____ | | (WOAAD) | [ ] Complaint against defendant(s): _____ |
| (WDINTCO) | [ ] Intervening Complaint | | | only without costs |
| (WDTHPC) | [ ] Third Party Complaint | | | |
| (WAPPCOM) | [ ] Apportionment Complaint | | (WOM) | [ ] Motion: _____ |
| (WDCC) | [ ] Cross Complaint (cross claim) | | | [ ] Other: _____ |
| (WOC) | [ ] Counterclaim | | | |

**Signature Required**

| | | | |
|---|---|---|---|
| Plaintiff | MERCEDES BENZ FINANCIAL SERVICES ; By | JORGE A RODRIGUEZ | Attorney |
| Plaintiff | ; By | | Attorney |
| Defendant | ; By | | Attorney |
| Defendant | ; By | | Attorney |

Office Use Only

Name & Address of Signer: ▶ **JORGE A RODRIGUEZ  8 Thurlow Terrace, Albany, New York 12203**

**Section III   Certification**

Signed *(Individual Attorney or self-represented party)*
**424352**

I certify that a copy was mailed or delivered to all counsel and self-represented parties of record on:

Date
**Jun-7-2012**

Telephone number *(Area code first)*
**518-436-0344**

Name of each party served*
**MINCHELLA & ASSOCIATES LLC**

Address at which service was made*
**530 MIDDLEBURY RD/SUITE 209B/MIDDLEBURY, CT 06762**

* If necessary, attach additional sheet with names of each party served and the address at which service was made.

## Continuation of JD-CV-41 Withdrawal Form for FST-CV-12-5013812-S

### Withdrawal By JORGE A RODRIGUEZ , #424352

#### Certification of Service

**Name and Address at which service was made.**

FRANCISCO A ILLARRAMENDY (Pro Se)

61 PARADE HILL LANE
NEW CANAAN,CT 06840

***** End of Certification of Service *****



# CERTIFICATE OF TITLE
## STATE OF CONNECTICUT
### DEPARTMENT OF MOTOR VEHICLES

| VEHICLE IDENTIFICATION NUMBER (VIN) | YEAR | MAKE | MODEL | BODY STYLE | CYL | NEW/USED |
|---|---|---|---|---|---|---|
| 4JGBB85E27A252?? | 2007 | MERZ | ML350 | ST WAG | 06 | NEW |

| TITLE NUMBER | DATE OF ISSUE | PRIOR TITLE NUMBER | PRIOR TITLE STATE | PURCHASE DATE | ODOMETER READING |
|---|---|---|---|---|---|
| 030411194 | 05/31/2007 | | | 05/05/2007 | 000006 |

**OWNER(S)**
KENNEDY FRANCIS CON
15 LOCKWOOD AVE
NEW CANAAN CT 06840

**FIRST LIENHOLDER**
DC FIN SVCS AMER LLC
PO BOX 997530
SACRAMENTO CA 95899-753

DATE OF LIEN: 05/05/2007

**SECOND LIENHOLDER**

### RELEASE OF LIENS

FIRST LIEN INTEREST IN DESCRIBED VEHICLE IS HEREBY RELEASED
NAME: Mercedes-Benz Financial Services USA LLC Successor in Interest to DC Fin Svcs Amer LLC
AUTHORIZED SIGNATURE: X [signature]
DATE RELEASED: [illegible]

SECOND LIEN INTEREST IN DESCRIBED VEHICLE IS HEREBY RELEASED
NAME:
AUTHORIZED SIGNATURE: X
DATE RELEASED:

500604 REV. 04/07

DC FIN SVCS AMER LLC
PO BOX 997530
SACRAMENTO CA 95899-753

The Commissioner of Motor Vehicles hereby certifies that an application for a certificate of title for the motor vehicle described herein has been duly filed pursuant to the provisions of the laws of the State of Connecticut, and based on the statements of the applicant and the records on file with this agency, the applicant named is the owner of said vehicle. The Department of Motor Vehicles further certifies that the vehicle is subject to any security interests shown herein.

IN WITNESS WHEREOF, I have affixed my hand.

[signature] Robert M. Ward
COMMISSIONER OF MOTOR VEHICLES

VOID IF ALTERED