## CERTIFICATION

This is to certify that a copy of the foregoing Affidavit of Jorge A. Rodriguez and Memorandum of Law in Partial Opposition to Receiver's Emergency Motion have been served on all parties of record via ECF notification this 7th day of August, 2012. Parties may access this through the Court's CM-ECF System.

Dated: August 7th, 2012

_____
Jorge A. Rodriguez, Esq. (CT 28944)
DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
Telephone: (518) 436-0344
Facsimile: (518) 436-8273
Email: jrodriguez@deilylawfirm.com

1