UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                    Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>                    Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>                    Relief Defendants. | CASE NO.: 11-CV-00078 (JBA)<br><br>ECF CASE |

**JOINT MOTION FOR AN ORDER APPROVING STIPULATION OF SETTLEMENT**

This joint motion is respectfully brought by: (a) John J. Carney, Esq. in his capacity as the duly appointed receiver of Highview Point Partners, LLC, and Michael Kenwood Capital Management, LLC and certain other entities (the "Receiver"); (b) Highview Point Master Fund, Ltd. (the "Master Fund") and Highview Point Offshore, Ltd. (the "Offshore Fund"), by and through their directors, Evan Burtton, Scott Dakers and Tom Parsons (collectively, the "Directors"), whose services are provided by Ogier Fiduciary Services (Cayman) Limited ("OFSCL"), for the benefit of the investors identified on Exhibit A to the Stipulation (the "Settling Investors") and all other investors in the Funds (defined below); (c) Evan Burtton, Scott Dakers, Tom Parsons and OFSCL; and (d) Balanchine Corporation, Brentwood Services Inc.,

Edenwood Holding, S.A. (collectively, "BB&E") (the Receiver, the Master Fund, the Offshore Fund, the Directors, OFSCL and BB&E are collectively referred to as the "Movants").[1] Banco General (Overseas) Inc., Alfa Partners Limited, Altenau Corporation, Augusto A. Figueroa and Ana A. Figueroa JTIC, Compania Galletano, S.A., Coruna Holdings Inc., Irkama, S.A., Jose Marin Raventos, Marin Raventos, S.A., Milulo S.A., Norgrave Limited, Ormond Development Ltd., Pertshire Investments S.A., and Roji S.A. (collectively, the "Signatory Investors") are additional investors signing the Stipulation of Settlement. The Receiver, the Master Fund, the Offshore Fund, the Directors, OFSCL, and the Settling Investors, including the Signatory Investors, are collectively referred to herein as the "Settling Parties." The Settling Investors have investments comprising in excess of 90 percent of the total net capital investments in the Funds.

The Movants respectfully move for an Order: (1) approving the Stipulation of Settlement between the Settling Parties (the "Stipulation"), attached as Exhibit A; (2) setting a date for objections, if any, to the Stipulation for August 16, 2012; (3) setting a hearing date for objections, if any, for August 20, 2012 (4) releasing the Receiver's claims against the Settling Investors under the specific terms set forth in the Stipulation; and (5) releasing claims against OFSCL, Evan Burtton, Scott Dakers, Tom Parsons, Vijayaalan Murugesu, David Sargison, and Andrew Eastabrook, and each of their respective present and former partners, managers, members, attorneys, employees, representatives, agents, consultants, accountants, insurers, predecessors, successors and assigns (the "Director Releasees"), under the specific terms set forth in the Stipulation. Pursuant to the terms of the Stipulation, if the Court grants this motion, the Receiver's Motion to Expand the Receivership (Dkt. Nos. 446-47, 450), BB&E's Emergency

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation of Settlement.

Motion to Intervene (Dkt. Nos. 458, 467, 469), and the Funds' and BB&E's pending appeal in the Second Circuit will all be resolved.

The Movants request that the Court approve this Stipulation of Settlement because it will bring about a speedy, just, and economical resolution of several pending motions and the pending appeal, will avoid costly and burdensome litigation, and because it represents a compromise in which the Settling Investors, representing more than 90 percent of the total net capital investments in the Funds, have already agreed, and which provides a mechanism for efficient resolution of any remaining claims of all investors in the Funds.

The Securities and Exchange Commission has indicated that it has no objection to the relief requested.

For the reasons set forth in the accompanying Stipulation of Settlement, and for those provided in any further pleadings or hearings on this Motion, the Receiver, the Master Fund, the Offshore Fund, the Directors, OFSCL and BB&E respectfully request that this motion be GRANTED.

Respectfully submitted this 14th day of August, 2012.

>By: /s/Ona T. Wang
>Ona T. Wang
>Naima J. Garvin
>BAKER & HOSTETLER LLP
>45 Rockefeller Plaza, 11th Floor
>New York, NY 10111
>owang@bakerlaw.com
>ngarvin@bakerlaw.com
>Tel: (212) 589-4200
>Fax: (212) 589-4201
>
>*Attorneys for Receiver John J. Carney*
>
>and

By: /s/ Michael E. Swartz
Michael E. Swartz
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955
michael.swartz@srz.com

*Attorneys for Highview Point Master Fund, Ltd., Highview Point Offshore, Ltd., the Directors and OFSCL*


By: /s/ Laurence E. Curran, III
Laurence E. Curran, III
Curran & Associates
701 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (305) 777-0374
Fax: (305) 675-0548
lecurran@lecurran.com

George Mencio, Jr.
Holland & Knight
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tel: (305) 789-7702
Fax: (305) 789-7799
george.mencio@hklaw.com

*Attorneys for Balanchine Corporation, Brentwood Services Incorporated, and Edenwood Holding S.A.*