UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FRANCISCO ILLARRAMENDI, : <br> HIGHVIEW POINT PARTNERS, LLC and : <br> MICHAEL KENWOOD CAPITAL : <br> MANAGEMENT, LLC, : <br> : <br> Defendants. : <br> : <br> and : <br> : <br> HIGHVIEW POINT MASTER FUND, : <br> LTD., HIGHVIEW POINT OFFSHORE, : <br> LTD, HIGHVIEW POINT LP, MICHAEL : <br> KENWOOD ASSET MANAGEMENT, : <br> LLC, MK ENERGY AND : <br> INFRASTRUCTURE, LLC, and MKEI : <br> SOLAR, LP., : <br> : <br> Relief Defendants. : | No. 3:11-CV-00078-JBA <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> AUGUST 16, 2012 |

**OBJECTION OF NON-PARTY FRANK LOPEZ TO
THE JOINT MOTION FOR AN ORDER APPROVING
STIPULATION OF SETTLEMENT [Doc. # 542]**

Frank Lopez, an interested party to the above-captioned case, through his undersigned counsel, hereby respectfully objects to the Joint Motion for an Order Approving Stipulation of Settlement [Doc. # 542]. In support of his Objection, Mr. Lopez represents:

(1) He is a former employee of Highview Point Partners, LLC ("HPP") and a former director of Highview Point Master Fund, Ltd ("HPMF") and Highview Point Offshore, Ltd ("HPO").

(2)  He is a defendant in a related action brought by the Receiver currently pending before Judge Underhill. That case is styled *Carney v. Lopez, et al.*, No. 3:12-cv-00182-SRU.

(3)  At all relevant times, HPP served as the Investment Manager for both the HPMF and HPO pursuant to the terms of Amended and Restated Investment Management Agreements ("IMAs"). (Copies of those IMAs are attached, respectively, at Tabs A and B).

(4)  In connection with his employment by HPP and as a director of HPMF and HPO, Mr. Lopez is an "Affiliated Party" as defined in the IMAs. See Tabs A & B (IMAs), Sec. 6.

(5)  As an Affiliated Party, Mr. Lopez is the beneficiary of express indemnification and advancement rights – "to the fullest extent legally permissible under the laws of the State of Delaware" – owed to him by the HPMF and HPO pursuant to the terms of the IMAs. See Tabs A & B (IMAs), Sec. 7. Under the IMAs, Mr. Lopez is entitled to "advance amounts in connection with [the] indemnification obligation," but he has not received such amounts despite demand. *See id.*

(6)  In the Joint Motion for an Order Approving Stipulation of Settlement [Doc. # 542], the Receiver attempts to exclude Mr. Lopez and others from the scope of the proposed release. Further, the proposed Joint Motion nowhere provides for the protection and enforcement of Mr. Lopez's – or anyone else's – express indemnification and advancement rights. This failing is significant in that, if appointed pursuant to the proposed settlement, the Receiver – Mr. Lopez's adversary in *Carney v. Lopez, et al.*, No. 3:12-cv-00182-SRU – would be left to decide Mr. Lopez's entitlement to indemnification and advancement of fees and costs in violation of Mr. Lopez's contractual and constitutional rights, including his right to due process of law.

(7) It is also unclear to Mr. Lopez how or by what criteria the Settling Parties assembled Exhibit A. Accordingly, it is unclear to Mr. Lopez whether the list of investors in Exhibit A of the Proposed Stipulation of Settlement is a complete and appropriate list

Accordingly, for all the foregoing reasons, Mr. Lopez respectfully objects to the proposed Joint Motion for an Order Approving Stipulation of Settlement [Doc. # 542] and asks the Court to: (1) set a schedule for briefing; (2) schedule a hearing date to address Mr. Lopez's objection and to have the Receiver explain the methodology behind Exhibit A; and (3) craft a mechanism by which an unbiased decision-maker other than the Receiver oversees the enforcement of Mr. Lopez's rights to indemnification and advancement of fees and costs.

RESPECTFULLY SUBMITTED
DEFENDANT FRANK LOPEZ,

By: /s/ Craig A. Raabe
Craig A. Raabe (ct04116)
J. Tyler Butts (ct28641)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103
Tel.:   (860) 275-8200
Fax.:   (860) 275-8299
craabe@rc.com
jbutts@rc.com

Hope C. Seeley (ct04863)
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT  06106
Tel.:   (860) 249-6548
Fax.:   (860) 724-5533
hseeley@santos-seeley.net

## CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2012, I caused a copy of the foregoing Objection of Non-Party Frank Lopez to the Joint Motion for an Order Approving Stipulation of Settlement [Doc. # 542] to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Craig A. Raabe