UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : : |
| Plaintiff, | : : No. 3:11-CV-00078 (JBA) |
| v. | : : |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | : : : : : |
| Defendants. | : : |
| and | : : |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD, HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP., | : : : : : : : : |
| Relief Defendants. | : : AUGUST 16, 2012 |

**OBJECTION OF NON-PARTY CHRISTOPHER LUTH TO
THE JOINT MOTION FOR AN ORDER APPROVING
STIPULATION OF SETTLEMENT [Doc. # 542]**

Non-party Christopher Luth, through his undersigned counsel, hereby respectfully objects to the Joint Motion for an Order Approving Stipulation of Settlement [Doc. # 542]. In support of his Objection, Mr. Luth represents:

1.  He is a former member and former employee of Highview Point Partners, LLC ("HPP").

2. He is a defendant in a related action brought by the Receiver currently pending before Judge Underhill, styled *Carney v. Lopez, et al.*, No. 3:12-cv-00182-SRU.

3. At all relevant times, HPP served as the Investment Manager for both the Highview Point Master Fund, Ltd and Highview Point Offshore, Ltd pursuant to the terms of Amended and Restated Investment Management Agreements ("IMAs").  (Copies of those IMAs are attached, respectively, at Tabs A and B.)

4. As a consequence of his membership interest in and employment by HPP, Mr. Luth is an "Affiliated Party" as defined in the IMAs.  *See* Tabs A & B (IMAs), Sec. 6.

5. As an Affiliated Party, Mr. Luth is the beneficiary of express indemnification and advancement rights – "to the fullest extent legally permissible under the laws of the State of Delaware" – owed to him by the Highview Point Master Fund, Ltd and Highview Point Offshore, Ltd pursuant to the terms of the IMAs.  *See* Tabs A & B (IMAs), Sec. 7.  In addition, as part of his right to indemnification, Mr. Luth is entitled, upon request, to call upon these Funds to "advance amounts in connection with [their] indemnification obligation[s]. . . ."  <u>See</u> Tabs A & B (IMAs), Sec. 7.

6. In the Joint Motion for an Order Approving Stipulation of Settlement [Doc. # 542], the Receiver makes clear to exclude Mr. Luth and others from the scope of the proposed release.  However, the proposed Joint Motion nowhere provides for the protection and enforcement of Mr. Luth's – or anyone else's – indemnification and advancement rights.  This failing is significant in that, if appointed pursuant to the proposed settlement, the Receiver – Mr. Luth's adversary in *Carney v. Lopez, et al.*, No. 3:12-cv-00182-SRU – would be left to decide Mr. Luth's entitlement to indemnification and advancement in violation of Mr. Luth's contractual and constitutional rights, including his right to due process of law.

Accordingly, for all the foregoing reasons, Mr. Luth respectfully objects to the proposed Joint Motion for an Order Approving Stipulation of Settlement [Doc. # 542] and asks the Court to: (1) set a schedule for briefing; (2) schedule a hearing date to address Mr. Luth's concerns for the preservation of his indemnification and advancement rights; and (3) craft a mechanism by which an unbiased decisionmaker other than the Receiver oversees the enforcement of Mr. Luth's rights to indemnification and advancement.

        CHRISTOPHER LUTH

By:   /s/ Alfred U. Pavlis
     Alfred U. Pavlis (ct08603)
     Richard S. Gora (ct27479)
     FINN DIXON & HERLING LLP
     177 Broad Street, 15th Floor
     Stamford, CT 06901-2689
     Tel: (203) 325-5000
     Fax: (203) 325-5001
     apavlis@fdh.com
     rgora@fdh.com

*Of Counsel*
Michael Q. English
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
menglish@fdh.com

**CERTIFICATION**

I hereby certify that on August 16, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

By: /s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT  06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com