UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| |
|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                          Plaintiff,<br>v.<br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>                          Defendants,<br>and<br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br>                      Relief Defendants. |

FILED
2012 AUG 22 PM 3 58

Case No.: 11-CV-00078 (JBA)
US DISTRICT COURT
NEW HAVEN, CT.

ECF CASE

## SCHEDULING ORDER

**WHEREAS** this matter has come before this Court upon the Receiver's Motion to Modify the August 1, 2012 Scheduling Order (Dkt. No. 523):

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

2. Objections to the Joint Motion for Approval of Settlement and Stipulation of Settlement (Dkt. No. 543) shall be filed by October 11, 2012; and

3. The hearing on the Joint Motion for Approval of Settlement and Stipulation of Settlement and objections will be on October 15, 2012.

Dated: August 22, 2012

/s/ Janet Bond Arterton, USDJ
_____
THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE