## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>-against-<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC,<br><br>    Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP,<br><br>    Relief Defendants. | Case No. 11-CV-78 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>August 24, 2012 |

### LIMITED APPEARANCE

Please enter my limited appearance as counsel for Intervening Plaintiffs, Fractal Fund Management, Ltd. and Fractal P Holding, Ltd. (collectively "Fractal Fund") in the above-captioned matter. This appearance is respectfully submitted subject to Fractal Fund's objections to the Court's jurisdiction.

2435887v1

Dated:  August 24, 2012

Respectfully submitted,

/s/ Ross H. Garber (ct17689)
SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103
Tel:  860.251.5000
Fax:  860.251.5099
Ross H. Garber (ct17689)
Sara J. Goldfarb (ct28370)
rgarber@goodwin.com
sgoldfarb@goodwin.com

Of Counsel:

CHADBOURNE & PARKE, LLP[1]
1200 New Hampshire Avenue NW
Washington, DC 20036
Tel:  202.974.5600
Fax:  202.974.5602
Michael P. Socarras
LeeAnn O'Neill
msocarras@chadbourne.com
loneill@chadbourne.com

30 Rockefeller Plaza
New York, NY 10112
Tel:  212.408.5100
Fax:  212.541.5369
Marcelo Blackburn
mblackburn@chadbourne.com

*Attorneys for Fractal Fund Management, Ltd. and Fractal P Holding, Ltd.*

---

[1] Counsel will file admission *pro hac vice* motions for the Chadbourne & Parke LLP attorneys shortly.

2435887v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/Doc. System.

/s/ Ross H. Garber
Ross H. Garber (ct17689)

2435887v1