UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC,<br><br>Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP,<br><br>Relief Defendants. | Case No. 11-CV-78 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br>August 24, 2012 |

**FRACTAL FUND MANAGEMENT, LTD.'S AND FRACTAL P HOLDING, LTD.'S MOTION TO INTERVENE AS OF RIGHT, TO REJECT AND ENJOIN PERFORMANCE OF STIPULATION OF SETTLEMENT, FOR AN ORDER TO SHOW CAUSE WHY JOHN J. CARNEY'S APPOINTMENT SHOULD NOT BE REVOKED, AND TO DISSOLVE WORLDWIDE ANTI-SUIT INJUNCTION**

Fractal Fund Management, Ltd. and Fractal P Holding, Ltd. (together, "Fractal Fund"), by and through their undersigned attorneys, hereby respectfully move to intervene as of right or, in the alternative, permissively, under Federal Rules of Civil Procedure 24(a)(2) and 24(b)(1)(B), to enjoin performance of the Stipulation of Settlement (Doc. No. 543-2) and reject the Proposed Order (Doc. No. 543-1), for an order to show cause why John J. Carney's appointment as receiver should not be revoked due to conflict of interest, and to dissolve the Court's injunction prohibiting the commencement or continuation of civil actions against Carney or Receivership

**ORAL ARGUMENT REQUESTED**

Entities anywhere in the world (Am. Order App'g Receiver, Doc. No. 423 ¶¶ 36-37) (the "Motion").  Fractal Fund also requests the Court defer consideration of the joint motion that seeks approval of the Stipulation of Settlement until after this Motion is decided.  Fractal Fund respectfully submits the annexed Memorandum of Law and the Declaration of Alain Bibliowicz, attached as Exhibit A thereto, in support of the Motion.

Fully reserving all of Fractal Fund's objections to the Court's personal jurisdiction as set forth in its motion to dismiss in *Carney v. Beracha et al*, No. 3:12-cv-00180-SRU (D. Conn.) (Doc. No. 63-1), Fractal Fund seeks to intervene to protect its interests as creditor of the Receivership Estate.  Those interests would be adversely affected were the Court to approve the Stipulation of Settlement and Proposed Order submitted jointly by John J. Carney as receiver and certain others. (Doc. No. 543-1.)  Fractal Fund's intervention is necessary to contest a number of issues raised by the Stipulation of Settlement, including but not limited to John J. Carney's conflict of interest, and to seek release from the Court's injunction.

Accordingly, Fractal Fund respectfully requests to intervene in the above-captioned matter pursuant to Fed. R. Civ. P. 24(a)(2) or, in the alternative, Fed. R. Civ. P. 24(b)(1)(B), and further requests that the Court defer its consideration of the Joint Motion for a Proposed Order approving a Stipulation of Settlement (Doc. No. 543) until the Court has made its determination with respect to the instant Motion.

Dated: August 24, 2012                                              Respectfully submitted,

/s/ Ross H. Garber

SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103
Tel: 860.251.5000
Fax: 860.251.5099
Ross H. Garber (ct17689)
Sara J. Goldfarb (ct28370)
rgarber@goodwin.com
sgoldfarb@goodwin.com

Of Counsel:

CHADBOURNE & PARKE, LLP[1]
1200 New Hampshire Avenue NW
Washington, DC 20036
Tel: 202.974.5600
Fax: 202.974.5602
Michael P. Socarras
LeeAnn O'Neill
msocarras@chadbourne.com
loneill@chadbourne.com

30 Rockefeller Plaza
New York, NY 10112
Tel: 212.408.5100
Fax: 212.541.5369
Marcelo Blackburn
mblackburn@chadbourne.com

*Attorneys for Fractal Fund Management, Ltd. and Fractal P Holding, Ltd.*

---

[1] Counsel will file admission *pro hac vice* motions for the Chadbourne & Parke LLP attorneys shortly.

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 24, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/Doc. System.

                /s/ Ross H. Garber
                Ross H. Garber (ct17689)