FILED
U.S. DISTRICT COURT
NEW HAVEN, CT.

2012 AUG 24  AM 8 32

U.S. DISTRICT COURT
NEW HAVEN, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE
COMMISSION,
       Plaintiff,

v.

FRANCISCO ILLARRAMENDI, HIGHVIEW
POINT PARTNERS, LLC and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC,

       Defendants,

and

HIGHVIEW POINT MASTER FUND, LTD,
HIGHVIEW POINT OFFSHORE, LTD,
HIGHVIEW POINT LP, MICHAEL
KENWOOD ASSET MANAGEMENT LLC,
MK ENERGY AND INFRASTRUCTURE, LLC,
and MKEI SOLAR, LP,

       Relief Defendants.

Case No.: 11-cv-00078 (JBA)

## PARTIAL JUDGMENT

**WHEREAS,** this matter has come before the Court upon the Stipulation of Judgment and Partial Relief dated August 6, 2012, entered into by and among (1) John J. Carney, Esq. (the "Receiver") as Receiver for the Michael Kenwood Group, LLC ("MKG"), Highview Point Partners, LLC, and certain affiliated entities in the above-captioned matter; and (2) defendant, Francisco Illarramendi ("Illarramendi"), and Maria Josephina Gonzalez-Miranda ("Gonzalez-Miranda"), resolving the Receiver's Emergency Motion for an Order Freezing Assets for an Accounting, for a Summary Proceeding, and for Contempt Sanctions;

**WHEREAS,** the Court entered an Order on August 8, 2012 (the "August 8, 2012 Order"), accepting, adopting and subscribing to the stipulated finding that the $637,576 received from the State of Connecticut by Illarramendi as a tax refund constituted and constitutes property of the Receivership Estate which was and is subject to the Asset Freeze and Receiver Order of this Court and finding that this can be used as an admission against any recipient of the $637,576;

**WHEREAS**, the August 8, 2012 Order directed that within five days of receipt of notice of this order Illarramendi and Gonzalez-Miranda shall return to the Receivership the $637,576 and that Illarramendi and Gonzalez-Miranda shall be given credit against the $637,576 for monies returned directly from other sources;

**WHEREAS**, on August 9, 2012, counsel for the Receiver provided actual notice of the August 8, 2012 Order to the following recipients of the frozen funds via overnight delivery service: Adela Illarramendi, Pablo Illarramendi, Ramon Illarramendi, Emma Illarramendi, Dale Garner and Mercedes-Benz Financial Services USA, LLC;

**WHEREAS**, on August 16, 2012, Dale Garner returned $2,900 to the Receivership Estate;

**WHEREAS,** on August 18, 2012, McCarter & English LLP returned $300,000 to the Receivership Estate;

**WHEREAS**, on August 17, 2012, Adella Illarramendi returned $15,000 to the Receivership Estate;

**WHEREAS,** on August 20, 2012, Mercedes-Benz Financial Services USA LLC returned $28,541.71 to the Receivership Estate; and

**WHEREAS,** no other monies have been returned to the Receivership Estate, as directed by the August 8, 2012 Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** judgment be entered as follows:

1. Judgment is hereby entered in favor of the Receiver, and jointly and severally against Francisco Illarramendi and Maria Josephina Gonzalez-Miranda in the amount of $291,134.29 (the "Judgment").

2. That the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Judgment.

3. There being no just reason for delay, the Clerk of Court shall enter judgment forthwith and without further notice.

Dated:  August 23, 2012
         New Haven, Connecticut

/s/ Janet Bond Arterton
Honorable Janet Bond Arterton
United States District Judge