UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC,<br><br>Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP,<br><br>Relief Defendants. | Case No. 11-CV-78 (JBA)<br><br><br><br>August 29, 2012 |

## LIMITED APPEARANCE

Please enter my limited appearance as counsel for Intervening Plaintiffs, Fractal Fund Management, Ltd. and Fractal P Holding, Ltd. (together "Fractal Fund") in the above-captioned matter. This appearance is respectfully submitted subject to Fractal Fund's objections to the Court's personal jurisdiction as set forth in Fractal Funds' pending motion in *Carney v. Beracha et al.*, No. 12-cv-180 (SRU) (D. Conn) (Doc. No. 63).

2435887v1

Dated:  August 29, 2012            Respectfully submitted,

                                        /s/ LeeAnn O'Neill

                                        LeeAnn O'Neill (phv05389)
                                        CHADBOURNE & PARKE, LLP
                                        1200 New Hampshire Avenue NW
                                        Washington, DC 20036
                                        Tel:   202.974.5600
                                        Fax:  202.974.5602
                                        loneill@chadbourne.com

*Attorney for Fractal Fund Management, Ltd. and Fractal P Holding, Ltd.*

2435887v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 29, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/Doc. System.

                                          /s/ LeeAnn O'Neill
                                          LeeAnn O'Neill (phv05389)

2435887v1