# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>-against-<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC,<br><br>                  Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP,<br><br>                  Relief Defendants. | Case No. 11-CV-78 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>August 29, 2012 |

## LIMITED APPEARANCE

Please enter my limited appearance as counsel for Intervening Plaintiffs, Fractal Fund Management, Ltd. and Fractal P Holding, Ltd. (together "Fractal Fund") in the above-captioned matter. This appearance is respectfully submitted subject to Fractal Fund's objections to the Court's personal jurisdiction as set forth in Fractal Funds' pending motion in *Carney v. Beracha et al.*, No. 12-cv-180 (SRU) (D. Conn) (Doc. No. 63).

Dated:  August 29, 2012                             Respectfully submitted,


       /s/ Marcelo M. Blackburn

       Marcelo M. Blackburn (phv05568)
       CHADBOURNE & PARKE, LLP
       30 Rockefeller Plaza
       New York, NY 10112
       Tel:   212.408.5100
       Fax:   212.541.5369
       mblackburn@chadbourne.com

*Attorney for Fractal Fund Management, Ltd. and Fractal P Holding, Ltd.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 29, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/Doc. System.

                                            /s/ Marcelo M. Blackburn
                                            Marcelo M. Blackburn (phv05568)