**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 11-CV-78 (JBA) |
| -against- | |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC, | |
| Defendants, | |
| and | |
| HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP, | |
| Relief Defendants. | September 4, 2012 |

**LIMITED APPEARANCE**

Please enter my limited appearance as counsel for Intervening Plaintiff, Rowberrow Trading Corp. ("Rowberrow"), in the above-captioned matter.  This appearance is respectfully submitted subject to Rowberrow's objections to the Court's jurisdiction.

Dated:  September 4, 2012                    Respectfully submitted,


                                            /s/ Ross H. Garber (ct17689)
                                            SHIPMAN & GOODWIN, LLP
                                            One Constitution Plaza
                                            Hartford, CT 06103
                                            Tel:  860.251.5000
                                            Fax: 860.251.5099
                                            Ross H. Garber (ct17689)
                                            Sara J. Goldfarb (ct28370)
                                            rgarber@goodwin.com
                                            sgoldfarb@goodwin.com

Of Counsel:

CHADBOURNE & PARKE, LLP[1]
1200 New Hampshire Avenue NW
Washington, DC 20036
Tel:  202.974.5600
Fax:  202.974.5602
Michael P. Socarras
LeeAnn O'Neill
msocarras@chadbourne.com
loneill@chadbourne.com

30 Rockefeller Plaza
New York, NY 10112
Tel:  212.408.5100
Fax:  212.541.5369
Marcelo Blackburn
mblackburn@chadbourne.com

*Attorneys for Rowberrow Trading Corp.*

---

[1]    Counsel will file admission *pro hac vice* motions for the Chadbourne & Parke LLP attorneys shortly.

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/Doc. System.

/s/ Ross H. Garber
Ross H. Garber (ct17689)