UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC,<br><br>Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP,<br><br>Relief Defendants. | Case No. 11-CV-78 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br>September 4, 2012 |

**ROWBERROW TRADING CORP.'S
MOTION TO INTERVENE AS OF RIGHT OR PERMISSIVELY,
TO REJECT AND ENJOIN PERFORMANCE OF STIPULATION OF SETTLEMENT,
FOR AN ORDER REVOKING JOHN J. CARNEY'S APPOINTMENT AS RECEIVER,
TO OPPOSE THIRD MOTION FOR FEES AND ENJOIN FURTHER OBLIGATIONS,
AND TO DISSOLVE WORLDWIDE ANTI-SUIT INJUNCTION**

Rowberrow Trading Corp. ("Rowberrow"), by and through its undersigned attorneys, hereby respectfully moves to intervene as of right or, in the alternative, permissively, under Federal Rules of Civil Procedure 24(a)(2) and 24(b)(1)(B), to enjoin performance of the Stipulation of Settlement and reject the Proposed Order (Doc. No. 543-1), to revoke John J. Carney's appointment as receiver, to oppose Carney's pending Third Interim Application for Fees and Expenses by the Receiver and His Advisors ("Third Motion for Fees") (Doc. No. 519)

**ORAL ARGUMENT REQUESTED**

and enjoin Carney from incurring further obligations on behalf of the Receivership Estate, and to dissolve the Court's injunction prohibiting the commencement or continuation of civil actions against Carney or Receivership Entities anywhere in the world (the "Motion"). Rowberrow also requests that the Court defer consideration of the Third Motion for Fees, and of the motion seeking approval of the Stipulation of Settlement, until after this Motion is decided. Rowberrow respectfully submits the annexed Memorandum of Law and the Declaration of Isabel Munarriz Arrieta, attached as <u>Exhibit A</u> thereto, in support of the Motion.

This Motion by Rowberrow requests essentially the same relief sought in the motion by Fractal Fund Management, Ltd. and Fractal P Holding, Ltd. (together, "Fractal Fund") (Doc. Nos. 556, 557), except that Rowberrow seeks the following additional relief: (1) Rowberrow seeks an order revoking Carney's appointment as receiver regardless of whether the Court enters such an order upon a show-cause procedure as sought by Fractal Fund or otherwise; and (2) Rowberrow seeks intervention for the purpose of opposing Carney's pending Third Motion for Fees and to enjoin Carney from incurring any further obligations on behalf of the Receivership Estate.

Fully reserving all of Rowberrow's objections to the Court's personal jurisdiction as set forth in its motion to dismiss in *Carney v. Beracha et al*, No. 3:12-cv-00180-SRU (D. Conn.) (Doc. No. 63-1), Rowberrow seeks to intervene to protect its interests as creditor of the Receivership Estate. Those interests would be adversely affected were the Court to approve the Stipulation of Settlement and Proposed Order and the Third Motion for Fees. Having been compelled to pursue its claim by filing it with the Receiver, rather than to sue abroad, Rowberrow's intervention has become necessary to contest a number of issues raised by the

Stipulation of Settlement and the Third Motion for Fees, including but not limited to Carney's conflict of interest, and to seek release from the Court's injunction.

Accordingly, Rowberrow respectfully requests to intervene in the above-captioned matter under Federal Rules of Civil Procedure 24(a)(2) and 24(b)(1)(B), and further additionally requests that the Court defer consideration of the Third Motion for Fees, and of the motion seeking approval of the Stipulation of Settlement, until after this Motion is decided.

Dated:  September 4, 2012

Respectfully submitted,

/s/ Ross H. Garber

| | |
|---|---|
| CHADBOURNE & PARKE, LLP | SHIPMAN & GOODWIN, LLP |
| 1200 New Hampshire Avenue NW | One Constitution Plaza |
| Washington, DC 20036 | Hartford, CT 06103 |
| Tel:  202.974.5600 | Tel:  860.251.5000 |
| Fax:  202.974.5602 | Fax:  860.251.5099 |
| Michael P. Socarras (phv05388) | Ross H. Garber (ct17689) |
| LeeAnn O'Neill (phv05389) | Sara J. Goldfarb (ct28370) |
| msocarras@chadbourne.com | rgarber@goodwin.com |
| loneill@chadbourne.com | sgoldfarb@goodwin.com |

30 Rockefeller Plaza
New York, NY 10112
Tel:  212.408.5100
Fax:  212.541.5369
Marcelo Blackburn (phv05568)
mblackburn@chadbourne.com

*Attorneys for Rowberrow Trading Corp.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/Doc. System.

/s/ Ross H. Garber
Ross H. Garber (ct17689)