# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>            v.<br><br>FRANCISCO ILLARREMENDI, et al.,<br><br>                     Defendants. | Case No. 11-CV-78 (JBA) |

### DECLARATION OF ISABEL MUNARRIZ ARRIETA

I, Isabel Munarriz Arrieta, being of legal age and pursuant to 28 U.S.C. § 1746, hereby declare as follows, based on my own personal knowledge:

1. I am employed by Chadbourne & Parke LLP and participated in the preparation of Rowberrow Trading Corp.'s ("Rowberrow") claim against a Cayman Islands entity known as Short Term Liquidity Fund I, Ltd. ("STLF").

2. I make this declaration in support of Rowberrow Trading Corp.'s Motion to Intervene as of Right or Permissively, to Reject and Enjoin Performance of Stipulation of Settlement, for an Order Revoking John J. Carney's Appointment as Receiver, to Oppose Third Motion for Fees and Enjoin Further Obligations, and to Dissolve Worldwide Anti-suit Injunction.

3. Rowberrow is organized and exists under the laws of the British Virgin Islands. Rowberrow does not maintain an office or transact business in Connecticut.

4. On December 30, 2011, Rowberrow submitted a claim against STLF in the amount of $30,200,000 to John J. Carney's consultants in New York, New York because it was directed to do so by the Court's Orders and Mr. Carney. Attached hereto as Exhibits 1, 2 and 3

are true and correct copies of the credit-linked notes between Rowberrow and STLF that relate to the claim.

5. The claim as filed with the receiver is for $30,200,000, rather than for the total nominal amount of $68,537,894 due to Rowberrow at maturity under the contracts, plus coupon, interest and costs, because Mr. Carney's claim procedures limited the amount Rowberrow could seek to $30,200,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York on September 4, 2012

_____
Isabel Munarriz Arrieta