# EXHIBIT 1

 **STLF**                                                  **SHORT TERM LIQUIDITY FUND, LTD.**

# BOLIVARIAN REPUBLIC OF VENEZUELA
## CREDIT LINKED NOTES (the "Notes")
## due 30 April 2011

## Final Terms and Conditions

For Value Received, Short Term Liquidity Fund, Ltd. ("STLF") confirms the following terms regarding financing by Rowberrow Trading Corp. ("Rowberrow") to STLF (the "Financing") with the purpose of participating in various Bolivarian Republic of Venezuela credit-linked transactions entered into by STLF and its affiliated companies (the "Transactions").

Under terms of the Transactions, and as stipulated below, STLF and its counterparties agree that only a Credit Event by the Bolivarian Republic of Venezuela on its international debt obligations as determined by a Credit Derivatives Determinations Committee as convened by the International Swaps and Derivatives Association ("ISDA") would give rise to a subsequent credit event under the Transactions as governed by the ISDA agreements entered into between Credit Suisse, and other international banks, and diverse STLF affiliates.   The basic terms of the present Credit Agreement (the "Agreement") between STLF and Rowberrow are as follows:

| | |
|---|---|
| <u>Issuer:</u> | Short Term Liquidty Fund I, Ltd. |
| <u>Purchaser:</u> | Rowberrow Trading Corp. |
| <u>Nominal Amount:</u> | US$18,200,000.00. |
| <u>Issue Date:</u> | July 26, 2010. |
| <u>Final Maturity:</u> | April 30, 2011 unless previously terminated through Early Redemption or due to the occurrence of a Credit Event. |
| <u>Coupon</u>: | 6% p.a. payable semi-annually on the outstanding amount. |
| <u>Early Redemption:</u> | Early Redemption at 100% of Nominal Amount plus any portion of the Coupon accrued to the Early Redemption Date may occur through mutual accord between Issuer and Purchaser. |
| <u>Early Redemption Date:</u> | The Date on which Early Redemption takes place. |
| <u>Reference Entity:</u> | Bolivarian Republic of Venezuela and any direct or indirect successor to such Reference Entity irrespective of whether such successor assumes any of the obligations of such Reference Entity. |

350 Bedford Street, Suite 405, Stamford, CT 06901
Tel: +1-203-327-8700

Deliverable Obligations:

Each Reference Obligation and any obligation of the Reference Entity which constitutes indebtedness having each of the Characteristics set out below.

*This Agreement does not represent a claim against the Reference Entity and the Purchaser shall have no legal, beneficial or other interest whatsoever in any of the Obligations, except as a result of the assets acquired in the case of a "Redemption following occurrence of a Credit Event."*

Obligation Characteristics:

As of the relevant Event Date:

Not Domestic Issuance
Not Subordinated
Not Domestic Currency
Not Domestic Law

Reference Obligations:

Bolivarian Republic of Venezuela 9.25% due 2027 ISIN US922646AS37.

Credit Events:

Failure to Pay, Obligation Default, Restructuring.

Credit Event Notice:

Upon the occurrence of a Credit Event, the Issuer will provide sufficient proof of a Credit Event Notice issued by the Qualified Counterparty under terms of the Underlying Credit Contracts.

Obligations Deliverable in the Occurrence of a Credit Event:

In the Occurrence of a Credit Event, the Issuer will deliver to the Purchaser an amount of Deliverable Obligations totaling a nominal amount of One Hundred Million United States Dollars.

| | |
|---|---|
| <u>Selling and Transfer Restrictions:</u> | The Notes have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "Act"), and may be offered and sold only by the Issuer to the Purchaser in a privately accorded and accepted transaction. |
| | Moreover, the Purchaser certifies that it is not a U.S. Person as defined in, and pursuant to Regulation S under the Act. |
| | The Note may not be offered or sold in any jurisdiction where offer and sale is prohibited by applicable law or regulation. |
| | The Purchaser certifies that  (a) it is not itself, or is acquiring the Notes with "plan assets" of, an employee benefit or other plan or individual retirement account subject to Section 406 of the United States Employee Retirement Income Security Act of 1974, as amended ("ERISA") or Section 4975 of the United States Internal Revenue Code of 1986, as amended (the "Code") nor a governmental plan or church plan subject to Similar Law, nor an entity whose underlying asets include "plan assets" (within the meaning of ERISA, a Similar Law or regulations thereunder) by reason of an investment in the entity by such plan (each, a "Plan"), or an entity whose underlying assets include "plan assets" by reason of any Plan's investment in the entity or otherwise (a "Plan Asset Entity"). |
| <u>Compliance with Patriot Act provision:</u> | The Issuer and Purchase both certify that they are fully in compliance with all provisions of the Patriot Act of the United States, and are not involved in any activities that may be subject to scrutiny or prohibition under terms of the Patriot Act of the United States, or any other financial markets applicable laws and regulations. |
| <u>Documents Incorporated by Reference:</u> | 2003 ISDA Credit Derivatives Definitions (including the March 2009 Supplement). |

This Agreement is intended solely for the benefit of Rowberrow and nothing in this Agreement, express or implied, shall give any person other than the parties hereto, any beneficial or legal right, remedy or claim hereunder. This Agreement is not assignable by you, and may not be relied upon by any other person or entity.

This Agreement shall be deemed to have been made under the jurisdiction of the Cayman Islands, and the validity of this Agreement, and the construction, interpretation, and enforcement hereof, and the rights of the parties hereto relating to claims or causes of action arising in connection herewith shall be determined under, governed by, and construed in accordance with the laws of the Cayman Islands.

This Agreement is confidential, and both Parties agree not to disclose the contents of this Agreement to any third party (other than its officers, board and counsel, or an appropriate regulatory agency) without prior written consent from the other Party.

**THIS NOTE SUPERSEEDES AND REPLACES A PREVIOUS NOTE ISSUED FOR THE SAME NOMINAL AMOUNT AND MATURITY IN JANUARY 2012.**

Short Term Liquidity Fund, Ltd.

By:      Francisco Illarramendi
Title:      Fund Manager

Rowberrow Trading Corp.

By:
Title: