

### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

LEEANN O'NEILL

was on the __7_TH__ day of _____NOVEMBER, 2008_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 18, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/Doc. System.


/s/ Ross H. Garber_____
Ross H. Garber (ct17689)