UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>    Defendants.<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD, HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP.,<br><br>    Relief Defendants, | Case No. 3:11-CV-00078 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>September 10, 2012 |

**LIMITED APPEARANCE**

Please enter an appearance for the following attorney on behalf of non-party Christopher Luth for the limited purpose of addressing any issues that may relate to Mr. Luth's interests in the above-captioned action:

>Michael Q. English (ct29019)
>FINN DIXON & HERLING LLP
>177 Broad Street, 15th Floor
>Stamford, CT  06901-2689
>Tel: (203) 325-5000
>Fax: (203) 325-5001
>E-mail: menglish@fdh.com

{01505168; 1; 4370-2 }

NON-PARTY
CHRISTOPHER LUTH

By: /s/ Michael Q. English
    Michael Q. English (ct29019)
    FINN DIXON & HERLING LLP
    177 Broad Street, 15th Floor
    Stamford, CT  06901-2689
    Tel: (203) 325-5000
    Fax: (203) 325-5001
    E-mail: menglish@fdh.com

{01505168; 1; 4370-2 }

**CERTIFICATION**

I hereby certify that on September 10, 2012, a copy of foregoing Limited Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Michael Q. English
Michael Q. English (ct29019)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT  06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: menglish@fdh.com

{01505168; 1; 4370-2 }