UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>-against-<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC,<br><br>      Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP,<br><br>      Relief Defendants. | Case No. 11-CV-78 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br>September 13, 2012 |

## LIMITED APPEARANCE

Please enter my limited appearance as counsel for Intervening Plaintiff, Rowberrow Trading Corp. ("Rowberrow") in the above-captioned matter. This appearance is respectfully submitted subject to Rowberrow's objections to the Court's personal jurisdiction as set forth in Rowberrow's pending motion in *Carney v. Beracha et al.*, No. 12-cv-180 (SRU) (D. Conn) (Doc. No. 63).

Dated:  September 13, 2012	Respectfully submitted,

    /s/ Marcelo M. Blackburn

Marcelo M. Blackburn (phv05568)
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:   212.408.5100
Fax:   212.541.5369
mblackburn@chadbourne.com

*Attorney for Rowberrow Trading Corp.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 13, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/Doc. System.

                                                              /s/ Marcelo M. Blackburn
                                                              Marcelo M. Blackburn (phv05568)