UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC,<br><br>Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP,<br><br>Relief Defendants. | Case No. 11-CV-78 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br>September 13, 2012 |

## **LIMITED APPEARANCE**

Please enter my limited appearance as counsel for Intervening Plaintiff Rowberrow Trading Corp. in the above-captioned matter. This appearance is respectfully submitted subject to Rowberrow's objections to the Court's personal jurisdiction as set forth in Rowberrow's pending motion in Carney v. Beracha et al., No. 12-cv-180 (SRU) (D. Conn) (Doc. No. 63).

2435887v1

Dated:  September 13, 2012          Respectfully submitted,

                /s/ LeeAnn O'Neill

                LeeAnn O'Neill (phv05389)
                CHADBOURNE & PARKE, LLP
                1200 New Hampshire Avenue NW
                Washington, DC 20036
                Tel:   202.974.5600
                Fax:  202.974.5602
                loneill@chadbourne.com

*Attorney for Rowberrow Trading Corp.*

2435887v1

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 13, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/Doc. System.

                                                      /s/ LeeAnn O'Neill
                                                      LeeAnn O'Neill (phv05389)

2435887v1