UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEC,<br>   Plaintiff,<br><br>v.<br><br>Illarramendi,<br>   Defendant. | Civil No. 3:11cv78 (JBA) |

ORDER OF REFERRAL

This matter is referred to Magistrate Judge Joan G. Margolis for ruling on Receiver's Third Motion for Costs and Fees [Doc. # 519].

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:  September 19, 2012