IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION    :    3:11 CV 78 (JBA)
:
v.    :
:
FRANCISCO ILLARRAMENDI ET AL.    :    DATE: SEPTEMBER 21, 2012
:
-----------------------------------------------------------------x

APPROVAL OF THIRD INTERIM APPLICATION FOR FEES AND EXPENSES

On September 19, 2012, U.S. District Judge Janet Bond Arterton referred to this Magistrate Judge the pending Third Interim Application for Fees and Expenses, filed July 27, 2012 (Dkt. #519), as to which plaintiff SEC does not object. (Id. at 18, ¶ 50). No timely objections were filed.

After reviewing the Third Interim Application for Fees and Expenses (Dkt. #519) for the Receiver John Carney, the Receiver's legal advisors Baker & Hostetler LLP ["B&H"], as well as Higgs & Johnson (Cayman Islands counsel for the Receiver)["H&J"]. Garrison, Levin-Epstein, Chimes, Richardson & Fitzgerald, independent review counsel ["the Garrison Firm"], and the forensic accountants FTI Consulting, Inc. ["FTI"], which is represented to conform to the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission, and in light of the nature and scope of the work reflected in the Application, subsequent to the Approval of First Interim Application for Fees and Expenses, filed September 28, 2011 (Dkt. #379) and the Approval of Second Interim Application for Fees and Expenses, filed January 9, 2012 (Dkt. #424), the Court approves the Application subject to the twenty percent or twenty-five percent hold–back, which will be reconsidered in a future application.

Accordingly, the Receivership Estate is authorized to pay the Receiver and B&H an

allowance of $2,768,150 for legal services provided during the period of July 1 – December 31, 2011 and a $40,226 reimbursement for expenses;

and it is authorized to pay to H&J an allowance of $49,680 for legal services provided in this period, plus an additional $8,280, for a total of $57,960, and a $9,748 reimbursement for expenses;

and it is authorized to pay the Garrison Firm an allowance of $31,734 for services provided in this period and a $117 reimbursement for expenses; and

and it is authorized to pay to FTI an allowance of $4,619,655 for services provided in this period and a $256,135 reimbursement for expenses.

This is not a Recommended Ruling, but a ruling on a non-dispositive motion, the standard of review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 72.2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within fourteen calendar days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 72.2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; Small v. Secretary, H&HS, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut this 21st day of September, 2012.

    /s/ Joan G. Margolis, USMJ
Joan Glazer Margolis
United States Magistrate Judge