UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE | : | CIVIL ACTION NO.: |
| COMMISSION, | : | 3:11 CV 00078 (JBA) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANCISCO ILLARRAMENDI et al. | : | |
| | : | |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| HIGHVIEW POINT MASTER FUND, LTD. et al., | : | |
| | : | |
| Relief Defendants. | : | SEPTEMBER 27, 2012 |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 25th day of September 2012, a copy of the Declaration of Francisco Illarramendi in Support of Motion for Modification of Modified Temporary Order Freezing Assets, ECF No. 593, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of the filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Dated: September 27, 2012        RESPECTFULLY SUBMITTED,
      Hartford, Connecticut

                                 THE DEFENDANT,
                                 FRANCISCO ILLARRAMENDI


By:   /s/  Thomas J. Finn
     Thomas J. Finn
     Federal Bar No.: ct 20929
     tfinn@mccarter.com
     Paula Cruz Cedillo
     Federal Bar No.: ct 23485
     pcedillo@mccarter.com
     McCARTER & ENGLISH, LLP
     CityPlace I, 36th Floor
     185 Asylum Street
     Hartford, Connecticut 06103
     Tel.: 860.275.6700
     Fax: 860.724.3397