UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD, HIGHVIEW POINT OFFSHORE, LTD, HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>Relief Defendants. | Case No.:  11-cv-00078 (JBA) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2012 a copy of the *Receiver's Consolidated Opposition to Fractal Fund Management, Ltd., Fractal P Holding, Ltd. and Rowberrow Trading Corp.'s Motions to Intervene and to Enjoin Performance of Stipulation of Settlement, for an Order to Show Cause and to Dissolve Worldwide Anti-Suit Injunction, Requests to Defer Consideration of Pending Motions and Objection to September 25, 2012 Magistrate Judge Order and Declaration of Jonathan New* filed by John J. Carney, in his capacity as Receiver for the Relief Defendants, was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing was sent by email to all parties by operation of the Court's electric filing system.  Parties may access this filing through the Court's CM/ECF System.

    By: /s/ Ona T. Wang
        Ona T. Wang
        BAKER HOSTETLER LLP
        45 Rockefeller Plaza
        New York, NY 10111
        owang@bakerlaw.com
        Tel: (212) 589-4200
        Fax: (212) 589-4201
        *Attorneys for Receiver John J. Carney*