UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>                    Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>                    Relief Defendants. | 11-CV-00078 (JBA) |

**DECLARATION OF JONATHAN B. NEW IN SUPPORT OF RECEIVER'S CONSOLIDATED OPPOSITION TO FRACTAL FUND MANAGEMENT, LTD., FRACTAL P HOLDING, LTD., AND ROWBERROW TRADING CORP.'S MOTIONS TO INTERVENE AND TO ENJOIN PERFORMANCE OF STIPULATION OF SETTLEMENT, FOR AN ORDER TO SHOW CAUSE AND TO DISSOLVE WORLDWIDE ANTI-SUIT INJUNCTION, REQUESTS TO DEFER CONSIDERATION OF PENDING MOTIONS, AND OBJECTION TO SEPTEMBER 25, 2012 MAGISTRATE JUDGE ORDER**

I, Jonathan B. New, Esq., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am a partner at the firm of Baker & Hostetler LLP, counsel for John J. Carney, Esq. (the "Receiver"), the Receiver for all assets under the direct or indirect control of Highview Point Partners, LLC; MK Master Investments LP; MK Investments, Ltd.; MK Oil Ventures LLC; The Michael Kenwood Group, LLC; Michael Kenwood Capital Management, LLC; Michael Kenwood Asset Management, LLC ("MKAM"); MK Energy and Infrastructure, LLC ("MKE&I"); MKEI Solar, LP; MK Automotive, LLC; MK Technology, LLC; Michael Kenwood Consulting, LLC; MK International Advisory Services, LLC; MKG-Atlantic Investment, LLC; Michael Kenwood Nuclear Energy, LLC; MyTcart, LLC; TUOL, LLC; MKCM Merger Sub, LLC; MK Special Opportunity Fund ("SOF"); MK Venezuela, Ltd. ("MKV"); and Short Term Liquidity Fund I, Ltd. ("STLF").

2.  I make this declaration in support of the Receiver's Consolidated Opposition to Fractal Fund Management, Ltd., Fractal P Holing, Ltd., and Rowberrow Trading Corp.'s Motions to Intervene and to Enjoin Performance of Stipulation of Settlement, for an Order to Show Cause and to Dissolve Worldwide Anti-Suit Injunction, Requests to Defer Consideration of Pending Motions, and Objection to September 25, 2012 Magistrate Judge Order. I am a member in good standing of the bar of New York and admitted *pro hac vice* to the United States District Court for the District of Connecticut to act as counsel for the Receiver. I have personal knowledge of the facts referenced herein.

3.  Attached hereto as Exhibit 1, is a true and correct redacted copy of the Proof of Claim Form (excluding exhibits) for Claimant Fractal Fund Management, Ltd. indicating a claim against Michael Kenwood Asset Management, LLC.

4.   Attached hereto as Exhibit 2, is a true and correct redacted copy of the Proof of Claim Form (excluding exhibits) for Claimant Fractal Fund Management, Ltd. indicating a claim against Short Term Liquidity Fund I, Ltd.

5.   Attached hereto as Exhibit 3, is a true and correct redacted copy of the Proof of Claim Form (excluding exhibits) for Claimant Rowberrow Trading Corp. indicating a claim against Short Term Liquidity Fund I, Ltd.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      September 27, 2012

 

Jonathan B. New