# EXHIBIT 3

**PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP**

Claimant name: **Rowberrow Trading Corp.**

    Other Entity name(s) (if different from Claimant name): _____

    Address: **Nemours Chambers, Qwomar Complex 4/F, P.O BOX 3170, Road Town, Tortola, British Virgin Islands**

    Email: _____

    Telephone number: _____

    Social Security Number or Tax ID: _____

Contact name (including Counsel): **Thomas E. Butler, Esq., Chadbourne & Parke LLP**

    Address: **30 Rockefeller Plaza, New York, NY 10112**

    Email: **TButler@chadbourne.com**

    Telephone number: **212 408 5100**

Indicate entity against which you assert an amount owed by checking the appropriate box below, (Check only one entity per form).

| | | |
|---|---|---|
| ☐ The Michael Kenwood Group, LLC | ☐ MK Technology, LLC. | ☐ TUOL, LLC |
| ☐ Michael Kenwood Capital Management, LLC | ☐ Michael Kenwood Consulting, LLC | ☐ MKCM Merger Sub, LLC |
| ☐ Michael Kenwood Asset Management, LLC | ☐ MK International Advisory Services, LLC | ☐ MK Special Opportunity Fund, Ltd. |
| ☐ MK Energy and Infrastructure, LLC | ☐ MKG-Atlantic Investment, LLC | ☐ MK Venezuela, Ltd. |
| ☐ MKEI Solar, LP | ☐ Michael Kenwood Nuclear Energy, LLC | ☒ Short Term Liquidity Fund I, Ltd. |
| ☐ MK Automotive, LLC | ☐ MyTcart, LLC | ☐ Highview Point Partners, LLC |
| ☐ MK Investments, Ltd. | ☐ MK Oil Ventures LLC | ☐ Other (attach explanation) |
| ☐ MK Master Investments LP | | |

**1. Claim for money balances:**

a.  The Entity owes me a Credit (Cr.) Balance of    **$30,200,000.00**

b.  I owe the Entity a Debit (Dr.) Balance of    $_____

**2. Please check all boxes that apply to you and provide the requested information at the end of this Proof of Claim Form or attach separate sheets:**

☐ **Former Employee.**

*Former employees of the Michael Kenwood Group, its affiliated entities and funds, and/or Highview Point Partners, LLC who have past due obligations. Please provide all documents evidencing employment.*

☐ **Trade Creditor.**

*Claimants who did business with The Michael Kenwood Group, its affiliated entities and funds, and/or Highview Point Partners, LLC on credit (including consultants, professionals, contractors, and advisors) and have past due payments. Please provide all documents evidencing such an arrangement.*

☒ **Unsecured Lenders.**

*Lenders whose loans and other obligations to the Michael Kenwood Group, its affiliated entities and funds, and/or Highview Point Partners, LLC were not secured by collateral. Please explain the nature of the obligations, the facts giving rise to the obligation, and all documents evidencing the same.*

☐ **Secured Lenders.**

*Lenders whose loans and other obligations to the Michael Kenwood Group, its affiliated entities and funds, and/or Highview Point Partners, LLC were secured by collateral. Please explain the nature of the obligation, the facts giving rise to the obligation, a description of the collateral, and all documents evidencing the same.*

☐ **Fund or Entity Investors.**

*Claimants who invested money with Michael Kenwood Group, its affiliated entities and funds, and/or Highview Point Partners, LLC and have not been fully reimbursed. Please provide all documents evidencing such an arrangement.*

☐ **Taxing and Other Governmental Authorities.**

*Federal, state, or local taxing or other governmental authorities to which the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC has an outstanding obligation. Please provide all documents evidencing such obligations.*

☐ **Other.**

*Please explain the nature of the obligation, the facts giving rise to the obligation, the amount owed, the date the obligation arose, and all documents evidencing the same.*

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your proceeds to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to your claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the entity, proof of wire transfers, etc.) of your deposits of cash or securities with the entity from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the entity.

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS PROVIDED TO RECEIVER WILL NOT BE RETURNED AND MAY BE DESTROYED AFTER SCANNING.**

**PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP**

3. Additional information/questions (if response does not fit in allotted space, please attach additional pages):

a. List any and all lawsuits or other legal proceedings you have participated in related to these cases. Please provide the name and case number of the lawsuit or proceeding, the name of your attorney, and the filing location.
   **None**

b. If you decided to invest any monies or other items of value with the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC but were unable to actually complete the transaction, please provide any and all information related to such an attempt.
   **None**

c. How did you learn about the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC?
   **One of Rowberrow's principals, Moris Beracha, met Francisco Illarramendi in 2004 when Mr. Illarramendi was working for the investment arm of the Venezuelan national petroleum company, PDVSA. At that time, Mr. Beracha was seeking to structure a transaction that would have involved both PDVSA and Lehman Brothers. The proposed transaction ultimately did not occur.**

d. Did you cause anyone else to deposit funds or invest with the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? If so, please list their names and contact information.
   **Rowberrow's principal Moris Beracha introduced Fractal Fund Management Ltd., Sunny Services Corporation, Element Fund, Mount Investors, Niham Corp. and Isaac Eskenazy to the Michael Kenwood Group and its affiliated entities.**

e. Have you ever met personally with the principals of the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? ____NO _X_YES. If so, please explain and include dates and locations.
   **Moris Beracha met Francisco Illarramendi various times in 2004 and 2007-2011 but does not recall the precise dates. Mr. Beracha recalls meeting Mr. Illarramendi once or twice in Caracas, Venezuela, twice at Highview Point's offices in New York, once in Miami, Florida, and once on January 12, 2011 at Mr. Illarramendi's offices in Stamford, Connecticut.**

f. Do you have any written or email correspondence with the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? ____NO _X_YES. If so, please attach a copy to this form.
   **Please see the documents produced by Rowberrow Trading Corp. to the Receiver.**

g. Do you have any information that may assist us in tracing assets of the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC. thereby increasing the return to depositors? _X_NO ____YES. If so. please explain.
   **No**

h. Do you have any knowledge of bank accounts, automobiles, land, cash, long term investments, short term investments, or other assets of the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? If so, please explain.
   **No**

i. Have you ever worked for the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners. LLC? _X_NO ____YES. If so, please explain the nature of employment and provide dates of employment.
   **No**

j. Have you ever been convicted of a crime? If so please explain.
   **No**

k. Are you holding any assets of or traceable to the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? If so, please explain.
   **No**

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your proceeds to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to your claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the entity, proof of wire transfers, etc.) of your deposits of cash or securities with the entity from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the entity.

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS PROVIDED TO RECEIVER WILL NOT BE RETURNED AND MAY BE DESTROYED AFTER SCANNING.**

**PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP**

3. Additional information/questions - continued (if response does not fit in allotted space, please attach additional pages):

l. Are you or were you a director, officer, partner, lender to, or capital contributor of the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? Please list dates of involvement, relevant title, and related entity.

   **Rowberrow extended the loans set forth in Part 4 below.**

m. Are you or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management of the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC? Please explain the relationship and provide supporting detail.

   **No**

n. Are you related to or do you have any business venture with, any of the persons who work or have worked for the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners. LLC? If so, please give the names of said relatives or business associates.

   **No**

o. Is this claim, being filed by or on behalf of a broker, dealer, or bank? If so, please provide documentation with respect to each public customer on whose behalf you are claiming.

   **No**

p. Are you aware of whether anyone else has filed a claim form related to the amount listed in Item 1? If so, please attach a copy of the form and any documents detailing particulars.

   **No**

q. Are there any other documents or information that you would like to bring to the attention of the Receiver? If so, please attach supporting documents or describe below:

   **Please see the exhibits enclosed herewith for documentation concerning the transactions listed in Part 4 below.**

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your proceeds to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to your claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the entity, proof of wire transfers, etc.) of your deposits of cash or securities with the entity from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the entity.

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED PROVIDED TO RECEIVER WILL NOT BE RETURNED AND MAY BE DESTROYED AFTER SCANNING.**

3

**PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP**

4. Investments in, loans to, and distributions from the Michael Kenwood Group, its affiliated entities and funds, or Highview Point Partners, LLC. Enter the information requested below for ALL AMOUNTS INVESTED IN, AND RECEIVED FROM THE MICHAEL KENWOOD GROUP, ITS AFFILLATED ENTITIES AND FUNDS, OR HIGHVIEW POINT PARTNERS, LLC (applicable to fund investors and secured lenders only).

| # | Investment/ Loan Amount | Investment/ Loan Date | Account(s) FROM which Your Investment was made | Account(s) and Name(s) of Person or Entity TO which Your Investment was made |
|---|---|---|---|---|
| 1 | $10,000,000[1] ($10,000,000 Note issued by Highview Point Partners, LLC) | Nov. 7, 2008 | HSBC - Suiza; Account Number: 880 (Rowberrow Trading Corp.) | Bear Stearns - Highview Point Master Fund |
| 2 | $19,048,975 ($20,000,000 Note issued by Highview Point Partners, LLC) | Dec. 31, 2008 | HSBC - Suiza; Account Number: 880 (Rowberrow Trading Corp.) | [Unavailable] |
| 3 | $20,000,000 ($20,000,000 Note issued by Highview Point Partners, LLC) | Sept. 3, 2009 | HSBC - Suiza; Account Number: 880 (Rowberrow Trading Corp.) | Bank: Citibank NA<br>ABA: 221 172 610<br>Address: 15 Broad Street, Stamford, CT 06901<br>Account Number: 432<br>Account Name: Michael Kenwood Consulting, LLC<br>Address: 350 Bedford Street, Stamford, CT 06901<br>Ref: CS - Highview Point Transactions |
| 4 | $14,100,000 ($15,000,000 Note issued by Short Term Liquidity Fund I, Ltd.) | March 22, 2010 | HSBC - Suiza; Account Number: 880 (Rowberrow Trading Corp.) | Bank: Deutsche Bank Trust Company of the Americas, NY<br>Swift: BKTRUS33<br>ABA: 021 001 033<br>Beneficiary: Deutsche Bank AG, Amsterdam<br>Account Number -816<br>For Final Credit To: MK Venezuela Fund Ltd.<br>FFC Acct. No.: 606<br>Ref: Short-Term Liquidity Fund I Investments |
| 5 | $24,250,000 ($25,000,000 Note issued by Short Term Liquidity Fund I, Ltd.)<br>=<br>$8,825,000.00<br>+<br>$8,825,000.00<br>+<br>$4,000,000<br>+<br>$1,000,000<br>+<br>$1,000,000<br>+<br>$600,000 | <br><br><br>$8,825,000.00 / March 9, 2010<br>+<br>$8,825,000.00 / March 9, 2010<br>+<br>$4,000,000 / [Unavailable]<br>+<br>$1,000,000 / [Unavailable]<br>+<br>$1,000,000 / [Unavailable]<br>+<br>$600,000 / [Unavailable] | <br><br><br>$8,825,000.00 / HSBC - Suiza; Account Number 339 (Bradleyville Ltd.)<br>+<br>$8,825,000.00 / HSBC - Suiza; Account Number: 170 (4A Star Corp.)<br>+<br>$4,000,000 / Element Fund. Account HSBC Geneve<br>+<br>$1,000,000 / Mount Investors. Account with Highview Point<br>+<br>$1,000,000 / Niham Corp. Account with Highview Point<br>+<br>$600,000 / Isaac Eskenazy. Account with Bank of America | Bank: Deutsche Bank Trust Company of the Americas, NY<br>Swift: BKTRUS33<br>ABA: 021 001 033<br>Beneficiary: Deutsche Bank AG, Amsterdam<br>Account Number -816<br>For Final Credit To: MK Venezuela Fund Ltd.<br>FFC Acct. No.: 06<br>Ref: Short-Term Liquidity Fund I Investments |
| 6 | $7,500,000 ($15,000,000 Note issued by Short Term Liquidity Fund I, Ltd.) | July 28, 2010 | HSBC - Suiza; Account Number: 880 (Rowberrow Trading Corp.) | Deutsche Bank AG, Amsterdam<br>Beneficiary: Short Term Liquidity Fund I, Ltd |

---

[1] Rowberrow's $10,000,000 investment represented the majority of an $11,000,000 fund transfer. The remaining $1,000,000 was credited as part of one of Rowberrow's principals (Luis Otero) $5,000,000 investment in Highview Point. Another of Rowberrow's principals, Moris Beracha, invested $15,000,000 in Highview Point at this time. The respective investments of Rowberrow, Luis Otero and Moris Beracha each consisted of purchases of a credit linked note issued on November 5, 2008 that matured on May 5, 2009. These notes were the only ones acquired by Luis Otero and Moris Beracha in their personal capacity.

4

**PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP**

| # | | | | |
|---|---|---|---|---|
| 7 | $30,070,000* ($31,000,000,000 and $25,000,000 Notes issued by Short Term Liquidity Fund I, Ltd.)<br><br>* Total Payment: $40,070,000,000 [$10,000,000 was used for the purchase of the note mentioned in transaction 8 below] | July 30, 2010 | HSBC - Suiza; Account Number: ▆▆▆880 (Rowberrow Trading Corp.) | Bank: Deutsche Bank Trust Company Americas<br>ABA: 021 001 033<br>Swift: BKTRUS33<br>Beneficiary: Deutsche Bank Amsterdam<br>Beneficiary Account Number: ▆▆▆-816<br>For Final Credit To Account Name: Short-Term Liquidity Fund I, Ltd.<br>FFC Account Number ▆▆▆ 648-0000USD000<br>FFC Address: 350 Bedford Street, Suite 405, Stamford, CT 06901<br>Ref: Short Term Venezuela Investments |
| 8 | $10,000,000* ($18,200,000 Note issued by Short Term Liquidity Fund I, Ltd.)<br><br>* Total Payment: $30,070,000 [$10,000,000 was used for the purchase of the note mentioned in transaction 7 above] | July 30, 2010 | HSBC - Suiza; Account Number: ▆▆▆880 (Rowberrow Trading Corp.) | Bank: Deutsche Bank Trust Company Americas<br>ABA: 021 001 033<br>Swift: BKTRUS33<br>Beneficiary: Deutsche Bank Amsterdam<br>Beneficiary Account Number ▆▆▆-816<br>For Final Credit To Account Name: Short-Term Liquidity Fund I, Ltd.<br>FFC Account Number ▆▆▆ 648-0000USD000<br>FFC Address: 350 Bedford Street, Suite 405, Stamford, CT 06901<br>Ref: Short Term Venezuela Investments |
| 9 | $12,000,000 ($22,000,000 Note issued by Short Term Liquidity Fund I, Ltd.)<br>=<br>$6,500,000<br>+<br>$5,500,000 | $6,500,000 / August 4, 2010<br><br>$5,500,000 / August 4, 2010 | $6,500,000 / HSBC - Suiza; Account Number: ▆▆▆170 (4A Star Corp.)<br><br>$5,500,000 / HSBC - Suiza; Account Number ▆▆▆880 (Rowberrow Trading Corp.) | Deutsche Bank Amsterdam; Beneficiary: Short-Term Liquidity Fund I, Ltd. |
| 10 | $8,200,000 ($28,337,894 Note issued by Short Term Liquidity Fund I, Ltd.)<br>=<br>$2,200,000<br>+<br>$5,000,000<br>+<br>$1,000,000 | $2,200,000 / October 1, 2010<br>+<br>$5,000,000 / October 1, 2010<br>+<br>$1,000,000 / [Unavailable] | $2,200,000 / HSBC - Suiza; Account Number: ▆▆▆880 (Rowberrow Trading Corp.)<br>+<br>$5,000,000 / HSBC - Suiza; Account Number: ▆▆▆880 (Rowberrow Trading Corp.)<br>+<br>$1,000,000 / [Unavailable] | $2,200,000 / Deutsche Bank Amsterdam; Beneficiary: Short-Term Liquidity Fund I, Ltd.<br>+<br>$5,000,000 / CITYBANK NA; Beneficiary: Michael Kenwood Asset Management, LLC<br>+<br>$1,000,000 / [Unavailable] |

| # | Amount of Monies Returned to You or Amount of Loan and/or Interest Repayment | Date Monies Returned | Account(s) FROM which Monies Were Returned to You | Account(s) TO which Monies Returned to You |
|---|---|---|---|---|
| 1 | $11,126,478,80 | May 5, 2009 | [Unavailable] | HSBC - Suiza; Account Number: ▆▆▆880 (Rowberrow Trading Corp.) |
| 2 | $28,400,000<br>=<br>$20,226,521.54 (to Rowberrow)<br>+<br>$8,183,478.46 | $20,226,521.54 / [Unavailable]<br>+<br>$8,183,478.46 / [Unavailable] | $20,226,521.54 / [Unavailable]<br>+<br>$8,183,478.46 /[Unavailable] | $20,226,521.54 / HSBC - Suiza; Account Number: ▆▆▆880 (Rowberrow Trading Corp.)<br>+<br>$8,183,478.46 / [Unavailable] |
| 3 | $23,999,954 | May 8, 2010 | Deutsche Bank Trust Company of the Americas, NY | HSBC - Suiza; Account Number ▆▆▆880 (Rowberrow Trading Corp.) |
| 4 | $17,844,413.66 | July 9, 2010 | Deutsche Bank Trust Company of the Americas, NY | HSBC - Suiza; Account Number: ▆▆▆880 (Rowberrow Trading Corp.) |

5

**PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP**

| | | | | |
|---|---|---|---|---|
| 5 | $28,000,000 =<br>$14,000,000<br>+<br>$14,000,000 | $14,000,000 / June 16, 2010<br>+<br>$14,000,000 / July 7, 2010 | $14,000,000 / Deutsche Bank Trust Company of the Americas, NY<br>+<br>$14,000,000 / Deutsche Bank Trust Company of the Americas, NY | HSBC - Suiza; Account Number: ███880 (Rowberrow Trading Corp.) |
| 6 & 7 | $75,999,972 =<br> 6,000,000<br>+<br> 6,000,000<br>+<br>2,999,972<br>+<br>6,000,000<br>+<br>8,000,000<br>+<br>5,000,000<br>+<br>2,000,000<br>+<br>5,000,000<br>+<br>5,000,000<br>+<br>5,000,000<br>+<br>5,000,000<br>+<br>1,199,000<br>+<br>1,296,000<br>+<br>16,000,000<br>+<br>1,505,000 | 6,000,000 / Dec. 3, 2010<br>6,000,000 / Dec. 6, 2010<br>2,999,972 / Dec. 7, 2010<br>6,000,000 / Dec. 8, 2010<br>8,000,000 / Dec. 21, 2010<br>5,000,000 / Dec. 21, 2010<br>2,000,000 / Dec. 23, 2010<br>5,000,000 / Dec. 27, 2010<br>5,000,000 / Dec. 29, 2010<br>5,000,000 / Dec. 30, 2010<br>5,000,000 / Dec. 30, 2010<br>1,199,000 / Dec. 31, 2010<br>1,296,000 / Jan. 4, 2011<br>16,000,000 / Jan. 20, 2011<br>1,505,000 / Jan. 24, 2011 | 6,000,000 / Deutsche Bank Trust Company of the Americas, NY<br>6,000,000 / 6-Dic-10 / Internal Credit by order of Short Term Liquidity Fund I, Ltd.<br>2,999,972 / Deutsche Bank Trust Company of the Americas, NY<br>6,000,000 / Deutsche Bank Trust Company of the Americas, NY<br>8,000,000 / By order of Banco del Orinoco<br>5,000,000 / By order of Banco del Orinoco<br>2,000,000 / JPMorgan Chase Bank by order of Banco del Orinoco NV<br>5,000,000 / JPMorgan Chase Bank by order of /███23<br>5,000,000 / JPMorgan Chase Bank by order of /███23<br>5,000,000 / JPMorgan Chase Bank by order of /███23<br>5,000,000 / JPMorgan Chase Bank by order of /███23<br>1,199,000 / JPMorgan Chase Bank by order of /███23<br>1,296,000 / JPMorgan Chase Bank by order of /███23<br>16,000,000 / Fractal Fund by order of STLF<br>1,505,000 JPMorgan Chase Bank by order of /███98 | HSBC - Suiza; Account Number ███880 (Rowberrow Trading Corp.) |
| 8 | $0 | - | - | - |
| 9 | $0 | - | - | - |
| 10 | $0 | - | - | - |

If you need additional space, please attach additional pages formatted in the same manner as the above tables

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your proceeds to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to your claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the entity, proof of wire transfers, etc.) of your deposits of cash or securities with the entity from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the entity.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS PROVIDED TO RECEIVER WILL NOT BE RETURNED AND MAY BE DESTROYED AFTER SCANNING.**

PROOF OF CLAIM FORM FOR THE MICHAEL KENWOOD GROUP, ITS AFFILIATED ENTITIES AND FUNDS, AND HIGHVIEW POINT PARTNERS, LLC RECEIVERSHIP

5. **Claimant Signature**

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF

Date 23/12/11   Signature _____
                           For and on behalf of International Managers Limited
Date _____  Signature _____
Date _____  Signature _____
Date _____  Signature _____
Date _____  Signature _____

(If ownership of the claim is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet).

All claims must be postmarked by December 30, 2011. Please return to the address below:

Michael Kenwood Group Receivership C/O FTI Consulting
3 Times Square
New York, NY 10036

You may also submit your claim in PDF format to the following Email Address:

MKGReceivership@fticonsulting.com

If you would like to receive a proof of receipt, please provide an Email address on the line below:

Email Address: tbutler@chadbourne.com

For any questions, please leave a message at the telephone number or email address below:

Telephone: 646-485-0566
Email Address: MKGReceivership@fticonsulting.com

For updated information, please periodically check the following:

Web Site: www.michaelkenwoodgroupreceivership.com

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your proceeds to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to your claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the entity, proof of wire transfers, etc.) of your deposits of cash or securities with the entity from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the entity.