UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

11-cv-00-78 (JBA)

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

FRANCIXCO ILLARRAMENDI, HIGHVIEW
POINT PARTNERS, LLC and MICHAEL
KENWOOD CAPITAL MANAGEMENT, LLC

        Defendants,

And

HIGHVIEW POINT MASTER FUND, LTD.,
HIGHVIEW POINT OFFSHORE, LTD.,
HIGHVIEW POINT LP, MICHAEL
KENWOOD ASSET MANAGEMENT, LLC,
MK ENERGY AND INFRASTRUCTURE, LLC,
and MKEI SOLAR, LP,

        Relief Defendants.

## REQUEST FOR REMOVAL FROM SERVICE LIST

COMES NOW, Bruce W. Akerly, counsel for Debtors-in-Possession REOSTAR ENERGY CORPORATION, together with its wholly owned affiliates (collectively, "Debtors"), and requests that he be removed from the Service List in the above-referenced matter.

Dated: October 5, 2012.        Respectfully submitted,

                                      CANTEY HANGER LLP

                                      By: /s/ *Bruce W. Akerly*
                                            Bruce W. Akerly
                                            Texas Bar No. 00953200

> 1999 Bryan Street, Suite 3300
> Dallas, Texas 75201
> Telephone: (214) 978-4129
> Facsimile: (214) 978-4150
>
> ATTORNEYS FOR DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served by electronic submission and/or first class mail, postage prepaid, to those persons or entities entitled to received same and, specifically, to the following person/entities on this the 5th day of October, 2012:

> /s/ *Bruce W. Akerly*
> Bruce W. Akerly