UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | CIVIL ACTION NO.: 3:11 CV 00078 (JBA) |
| Plaintiff, | : | |
| v. | : | |
| FRANCISCO ILLARRAMENDI et al. | : | |
| Defendants, | : | |
| and | : | |
| HIGHVIEW POINT MASTER FUND, LTD. et al., | : | |
| Relief Defendants. | : | OCTOBER 11, 2012 |

### CONSENT MOTION FOR LEAVE TO FILE DECLARATION UNDER SEAL BY DEFENDANT FRANCISCO ILLARRAMENDI

Pursuant to Rule 5(e)4(c) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Francisco Illarramendi ("Mr. Illarramendi"), hereby respectfully moves this Court for leave to file under seal a Declaration of Net Worth & Cash Flow Statements, dated August 29, 2012 ("Declaration"), in connection with the Motion for Modification of Modified Temporary Order Freezing Assets, dated September 25, 2012, ECF No. 591 ("Motion for Modification").

The Motion filed by Mr. Illarramendi requested modification of the Court's Modified Temporary Order Freezing Assets, dated February 2, 2011, ECF No. 59 ("Asset Freeze"), to provide Mr. Illarramendi access to funds in the amount of approximately $800,000 for the

ME1 14219399v.1

payment of legal fees and costs, or an amount determined by the Court, and for the payment of monthly living expenses in an amount to be determined by the Court.  See Motion for Modification.  In the accompanying Memorandum of Law in Support of Motion for Modification of Modified Temporary Order Freezing Assets, ECF No. 592 ("Memorandum"), Mr. Illarramendi indicated his willingness to submit the Declaration to the Court for its in camera review in connection with its determination of the Motion.  See Memorandum, at 13 n.7.

The Declaration was prepared and executed by Mr. Illarramendi in connection with the related criminal action entitled, United States v. Illarramendi, 3:11-cr-00041 (SRU), and submitted to Probation.  The Declaration contains sensitive and confidential information concerning the personal finances of Mr. Illarramendi and his family.  As a result of discussions with counsel for the Securities and Exchange Commission ("SEC"), Mr. Illarramendi has provided a copy of the Declaration to the SEC, which it has agreed to keep confidential.  Mr. Illarramendi makes the instant request to submit the Declaration under seal in order to afford the SEC the opportunity to articulate to the Court its response to the Motion for Modification, while still maintaining the confidentiality of Mr. Illarramendi and his family's personal finances.  The SEC consents to the submission of the Declaration to the Court under seal.

Pursuant to Local Rule 5(e)4(c), Mr. Illarramendi shall conventionally submit to the Court copies of the instant motion and the Declaration sought to be sealed.

WHEREFORE, the defendant, Francisco Illarramendi, respectfully requests that the Court grant the instant Motion for Leave to File Declaration Under Seal, dated October 11, 2012, and allow the submission of the Declaration of Net Worth & Cash Flow Statements, dated August 29, 2012, to the Court under seal.

| | |
|---|---|
| Dated: October 11, 2012<br>Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br><br>THE DEFENDANT,<br>FRANCISCO ILLARRAMENDI<br><br>By: /s/ Thomas J. Finn<br>Thomas J. Finn<br>Federal Bar No.: ct 20929<br>tfinn@mccarter.com<br>Paula Cruz Cedillo<br>Federal Bar No.: ct 23485<br>pcedillo@mccarter.com<br>McCARTER & ENGLISH, LLP<br>CityPlace I, 36th Floor<br>185 Asylum Street<br>Hartford, Connecticut 06103<br>Tel.: 860.275.6700<br>Fax: 860.724.3397 |

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of October 2012, a copy of the foregoing Consent Motion for Leave to File Declaration under Seal by Defendant Francisco Illarramendi was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Thomas J. Finn
          Thomas J. Finn

ME1 14219399v.1