# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | CIVIL ACTION NO. |
| Plaintiff, | 11-CV-00078 (JBA) |
| V. | |
| FRANCISCO ILLARRAMENDI, ET AL Defendants. | OCTOBER 15, 2012 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to United States District Court, District of Connecticut, Local Rule 7(e), the undersigned counsel hereby moves to withdraw her appearance on behalf of the Movants, ReoStar Energy Corp., ReoStar Gathering, Inc., ReoStar Leasing, Inc., ReoStar Operating, Inc. and Russco Energy, LLC.

MOVANTS, REOSTAR ENERGY CORP., REOSTAR GATHERING, INC., REOSTAR LEASING, INC., REOSTAR OPERATING, INC. AND RUSSCO ENERGY, LLC.

By: _____
ANGEL PETERSON, ESQ.
Federal Bar No. ct429389
Updike, Kelly & Spellacy, P.C.
265 Church Street
New Haven, CT 06510
Telephone: (203) 786-8311
Facsimile: (203) 772-2037
Email: apeterson@uks.com

635907

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on October 15, 2012, the foregoing was electronically filed. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. The undersigned did cause to be sent, by U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system.

By: _____
ANGEL PETERSON, ESQ.

Updike, Kelly & Spellacy, P.C. • One Century Tower • 265 Church Street • New Haven, Connecticut 06510 • Tel. (203) 786-8300 • Fax (203) 772-2037 • Juris No. 102097

635907