UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>      Plaintiff,<br>v.<br><br>FRANCISCO ILLARRAMENDI HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br>      Defendants,<br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC and MKEI SOLAR, LP,<br>      Relief Defendants. | 11-CV-00078 (JBA) |

**APPROVAL OF FIRST AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO JOHN CARNEY, THE COURT APPOINTED RECEIVER FOR MICHAEL KENWOOD ASSET MANAGEMENT, LLC, AND RELATED ENTITIES FOR THE PERIOD FROM MAY 10, 2011 THROUGH JUNE 7, 2011**

  After reviewing the First and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to John Carney, the Court Appointed Receiver for Michael Kenwood Asset Management, LLC and Related Entities for the Period from May 10, 2011 through June 7, 2011, which is represented to conform to the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission, and in light of the nature and scope of the work reflected in the Application, the Court approves the Application.

RLF1 7453056v.1

Accordingly, the Receivership Estate is authorized to pay Richards, Layton & Finger, P.A. an allowance of $14,776.20 for legal services provided during the period from May 10, 2011 through June 7, 2011 and a $2,054.83 reimbursement for expenses.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this \_\_\_ day of _____.