UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>　　　　　　　　Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD, HIGHVIEW POINT OFFSHORE, LTD, HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT LLC, MK ENERGY AND INFRASTRUCTURE, LLC,  and MKEI SOLAR, LP,<br><br>　　　　　　　　Relief Defendants. | Case No.:  11-cv-00078 (JBA) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2012 a copy of the *First and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to John Carney, the Court Appointed Receiver for Michael Kenwood Asset Management, LLC, and Related Entities for the Period from May 10, 2011 through June 7, 2011 and [Proposed] Approval of First and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to John Carney, the Court Appointed Receiver for Michael Kenwood Asset Management, LLC, and Related Entities for the Period from May 10, 2011 through June 7, 2011* filed by John J. Carney, in his capacity as Receiver for the Relief Defendants, was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing was sent by email to all parties by operation of the Court's electric filing system.  Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　By: /s/ Ona T. Wang
　　　　　　　　　　　　　　　　　　　　　　Ona T. Wang
　　　　　　　　　　　　　　　　　　　　　　BAKER HOSTETLER LLP
　　　　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10111
　　　　　　　　　　　　　　　　　　　　　　owang@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 589-4200
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 589-4201
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Receiver John J. Carney*