UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | CIVIL ACTION NO.: 3:11 CV 00078 (JBA) |
| Plaintiff, | : | |
| v. | : | |
| FRANCISCO ILLARRAMENDI et al. | : | |
| Defendants, | : | |
| and | : | |
| HIGHVIEW POINT MASTER FUND, LTD. et al., | : | |
| Relief Defendants. | : | OCTOBER 26, 2012 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Francisco Illarramendi ("Mr. Illarramendi"), respectfully requests an extension of time of five (5) days in which to file a reply to Plaintiff's Memorandum of Law in Opposition to Defendant Francisco Illarramendi's Motion to Modify Asset Freeze Order, dated October 11, 2012, ECF No. 602 ("Opposition"), up to and including October 30, 2012.

As good cause for the requested extension of time, Mr. Illarramendi respectfully submits that despite his diligence in preparing a response to the Opposition, the additional time is necessary to fully and adequately evaluate and address the arguments set forth in the Opposition.

ME1 14343815v.1

Additionally, Mr. Illarramendi submits that the Receiver in this action has also filed a Memorandum of Law in Opposition to the Motion for Modification of Modified Temporary Order Freezing Assets, dated October 16, 2012, ECF No. 610, a reply to which is currently due on October 30, 2012, as well.  In the interests of efficiency, Mr. Illarramendi respectfully requests that he be allowed the extension of time in order to file both reply briefs on October 30, 2012.

This is Mr. Illarramendi's first request for an extension of time with respect to this matter.  Counsel for the plaintiff, the Securities and Exchange Commission ("Plaintiff"), has no objection to the requested extension of time.

WHEREFORE, the defendant, Francisco Illarramendi, respectfully requests that the Court grant the instant Motion and extend the deadline by which to file a reply to Plaintiff's Opposition to October 30, 2012.

Dated: October 26, 2012
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
FRANCISCO ILLARRAMENDI


By:   /s/   Thomas J. Finn
    Thomas J. Finn
    Federal Bar No.: ct 20929
    tfinn@mccarter.com
    Paula Cruz Cedillo
    Federal Bar No.: ct 23485
    pcedillo@mccarter.com
    McCARTER & ENGLISH, LLP
    CityPlace I, 36th Floor
    185 Asylum Street
    Hartford, Connecticut 06103
    Tel.: 860.275.6700
    Fax: 860.724.3397

## CERTIFICATE OF SERVICE

       I hereby certify that on this 26th day of October 2012, a copy of the foregoing Consent Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                               /s/  Thomas J. Finn
                                               Thomas J. Finn

ME1 14343815v.1