# EXHIBIT A



October 12, 2012

Thomas J. Finn
Partner
T. 860.275.6784
F. 860.560.5967
tfinn@mccarter.com

**VIA EMAIL AND U.S. MAIL CONFIRMATION**
Rua M. Kelly, Esq.
U.S. Securities and Exchange Commission
Division of Enforcement
Boston Regional Office
33 Arch Street
Boston, Massachusetts 02110

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
T. 860.275.6700
F. 860.724.3397
www.mccarter.com

Re:   **Securities and Exchange Commission v. Illarramendi et al.**
      **Civil Action No.: 3:11-cv-00078 (JBA)**

Dear Rua:

We are in receipt of Plaintiff's Memorandum of Law in Opposition to Defendant Francisco Illarramendi's Motion to Modify Asset Freeze Order, dated October 11, 2012, ECF No. 602 ("Opposition") filed by the Securities and Exchange Commission ("SEC") in the above referenced matter. We note that Exhibit C to the Opposition is a portion of the confidential detailed accounting ("Accounting") provided to the Receiver pursuant to the Stipulation for Judgment and Partial Relief, filed August 7, 2012, ECF No. 534 ("Stipulation").

BOSTON

HARTFORD

Please advise in writing as to how the SEC obtained a copy of the Accounting, when it was received, and whether the SEC was advised of the confidential nature of the document.

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

The SEC's act of filing the Accounting as a public document is particularly troubling given our recent discussions and agreement to maintain the confidentiality of the Declaration of Net Worth & Cash Flow Statements submitted by Mr. Illarramendi to the Probation Office ("Declaration"), which contains similar details of the personal finances and transactions of Mr. Illarramendi and his family. Indeed, as the SEC is aware, the very purpose for the Motion to Seal filed by Mr. Illarramendi yesterday was to allow for the SEC's use of the Declaration and its information without public disclosure of the document itself.

ME1 14239291v.1

Rua M. Kelly, Esq.
October 12, 2012
Page 2

      Please respond to our inquiry by Monday, October 15, 2012. Thank you for your cooperation with this matter.

                                    Very truly yours,

                                    Thomas J. Finn

cc:  Kathleen Shields, Esq.  (via email only)
      Paula Cruz Cedillo, Esq.  (via email only)

ME1 14239291v.1