UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | CIVIL ACTION NO.: 3:11 CV 00078 (JBA) |
| Plaintiff, | : : | |
| v. | : : | |
| FRANCISCO ILLARRAMENDI et al. | : : | |
| Defendants, | : : | |
| and | : : | |
| HIGHVIEW POINT MASTER FUND, LTD. et al., | : : | |
| Relief Defendants. | : | NOVEMBER 7, 2012 |

**NOTICE OF FILING REDACTED DECLARATION**
**OF DEFENDANT FRANCISCO ILLARRAMENDI**

Pursuant to the Court's Order dated November 1, 2012, ECF No. 618, granting the

Consent Motion for Leave to File Declaration Under Seal, dated October 11, 2012, ECF No. 601,

the defendant, Francisco Illarramendi ("Mr. Illarramendi"), hereby files a redacted version of the

Declaration of Net Worth & Cash Flow Statements, dated August 29, 2012 ("Declaration"),

attached hereto as Exhibit A.  The Declaration is submitted in connection with Mr. Illarramendi's

Motion for Modification of Modified Temporary Order Freezing Assets, dated September 25,

2012, ECF No. 591.

2

Dated:  November 7, 2012
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
FRANCISCO ILLARRAMENDI

By:___/s/   Thomas J. Finn_____
Thomas J. Finn
Federal Bar No.: ct 20929
tfinn@mccarter.com
Paula Cruz Cedillo
Federal Bar No.: ct 23485
pcedillo@mccarter.com
McCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, Connecticut 06103
Tel.: 860.275.6700
Fax: 860.724.3397

2

ME1 14374436v.1

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November 2012, a copy of the foregoing Notice of Filing Redacted Declaration of Defendant Francisco Illarramendi was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


           /s/  Thomas J. Finn
           Thomas J. Finn

ME1 14374436v.1