UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>            -against-<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC,<br><br>                     Defendants,<br><br>                         and<br><br>HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP,<br><br>                     Relief Defendants. | 11 Civ. No. 78 (JBA)<br><br><br><br><br><br><br><br>November 19, 2012 |

**FRACTAL FUND MANAGEMENT, LTD., FRACTAL P HOLDING, LTD., AND ROWBERROW TRADING CORP.'S NOTICE OF APPEAL**

Notice is hereby given that Intervenor-Applicants Fractal Fund Management, Ltd. and Fractal P Holding, Ltd. (together "Fractal") and Rowberrow Trading Corp. ("Rowberrow," and collectively with Fractal, "Intervenor-Applicants"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Ruling on Motions to Intervene, entered in this action on the 16th day of November 2012, which denied Intervenor-Applicants' motions to intervene. (Doc. No. 628.)

-2-

Dated:  November 19, 2012                                  Respectfully submitted,

                                                           /s/ Michael P. Socarras (phv05388)

SHIPMAN & GOODWIN, LLP                     CHADBOURNE & PARKE, LLP
One Constitution Plaza                     1200 New Hampshire Avenue NW
Hartford, CT 06103                         Washington, DC 20036
Tel:  860.251.5000                         Tel:  202.974.5600
Fax:  860.251.5099                         Fax:  202.974.5602
Ross H. Garber (ct17689)                   Michael P. Socarras (phv05388)
Sara J. Goldfarb (ct28370)                 LeeAnn O'Neill (phv05389)
rgarber@goodwin.com                        msocarras@chadbourne.com
sgoldfarb@goodwin.com                      loneill@chadbourne.com

                                           30 Rockefeller Plaza
                                           New York, NY 10112
                                           Tel:  212.408.5100
                                           Fax:  212.541.5369
                                           Marcelo M. Blackburn (phv05568)
                                           mblackburn@chadbourne.com

*Attorneys for Fractal Fund Management, Ltd., Fractal P Holding, Ltd.*
*and Rowberrow Trading Corp.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/Doc. System.

/s/ Michael P. Socarras
Michael P. Socarras (phv05388)