UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　　-against-<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC,<br><br>　　　　　　　　　　Defendants,<br><br>　　　　　　　　　　and<br><br>HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP,<br><br>　　　　　　　　　　Relief Defendants. | 11 Civ. No. 78 (JBA)<br><br><br><br><br><br>November 19, 2012 |

**INTERVENOR-APPLICANTS' EMERGENCY
MOTION FOR A STAY PENDING APPEAL**

　　　Intervenor-Applicants Fractal Fund Management, Ltd., Fractal P Holding, Ltd. (collectively "Fractal"), and Rowberrow Trading Corp. ("Rowberrow"), by and through their undersigned attorneys, hereby respectfully move for a stay, under Federal Rules of Appellate Procedure 8(a)(1)(A) and 8(a)(1)(C), Federal Rule of Civil Procedure 62(c), and the Court's inherent power, of any decision on the Stipulation of Settlement pending resolution of Intervenor-Applicants' appeal to the United States Court of Appeals for the Second Circuit of the Ruling on Motions to Intervene, dated November 16, 2012 (Doc. No. 628) ("Ruling") denying Intervenor-Applicants' motions to intervene (Doc. Nos. 556, 571).

There is good cause for emergency relief in this situation because, under the terms of the Stipulation of Settlement (Doc. No. 542-1), the Receiver would pay twenty-five million dollars ($25,000,000) to the Settling Investors three business days after any order approving or modifying the settlement is issued.  (Stipulation of Settlement at 6, 8)  If that action were not stayed pending appeal, Intervenor-Applicants would be irreparably harmed because, upon disbursement of the Settlement Payments, the assets in the Receivership Estate available to satisfy Intervenor-Applicants' claims would be permanently diminished by up to $25 million. Three business days is not ample time for the Court of Appeals to rule on the pending appeal.

Indeed, since Intervenor-Applicants' appeal necessarily presents the question whether John J. Carney adequately represents claimants, the Court should stay pending appeal all decisions by the receiver that affect the interests of creditors, including the Intervenor-Applicants.

In the alternative, Intervenor-Applicants seek a stay of the effect of any such order for a period of 14 days from the issuance of the order in order to provide the Second Circuit time to rule on a motion to stay the instant action pending its ruling on the appeal.

-3-

Dated: November 19, 2012                          Respectfully submitted,

                                                  /s/ Michael P. Socarras (phv05388)

SHIPMAN & GOODWIN, LLP            CHADBOURNE & PARKE, LLP
One Constitution Plaza            1200 New Hampshire Avenue NW
Hartford, CT 06103                Washington, DC 20036
Tel:  860.251.5000                Tel:  202.974.5600
Fax:  860.251.5099                Fax:  202.974.5602
Ross H. Garber (ct17689)          Michael P. Socarras (phv05388)
Sara J. Goldfarb (ct28370)        LeeAnn O'Neill (phv05389)
rgarber@goodwin.com               msocarras@chadbourne.com
sgoldfarb@goodwin.com             loneill@chadbourne.com

                                  30 Rockefeller Plaza
                                  New York, NY 10112
                                  Tel:  212.408.5100
                                  Fax:  212.541.5369
                                  Marcelo M. Blackburn (phv05568)
                                  mblackburn@chadbourne.com

*Attorneys for Fractal Fund Management, Ltd., Fractal P Holding, Ltd.
and Rowberrow Trading Corp.*

-4-

## CERTIFICATE OF SERVICE

    I hereby certify that on November 19, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/Doc. System.

/s/ Michael P. Socarras
Michael P. Socarras (phv05388)

-4-