UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS LLC, AND MICHAEL KENWOOD CAPITAL MANAGEMENT LLC, <br><br> Defendants, <br><br> and <br><br> HIGHVIEW POINT MASTER FUND LTD., HIGHVIEW POINT OFFSHORE LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE LLC, and MKEI SOLAR, LP, <br><br> Relief Defendants. | 11 Civ. No. 78 (JBA) <br><br><br><br> November 29, 2012 |

**FRACTAL FUND MANAGEMENT, LTD., FRACTAL P HOLDING, LTD., AND ROWBERROW TRADING CORP.'S NOTICE OF APPEAL**

Notice is hereby given that Fractal Fund Management, Ltd. and Fractal P Holding, Ltd. (together "Fractal") and Rowberrow Trading Corp. ("Rowberrow," and collectively with Fractal, "Intervenor-Applicants"), in their capacities as non-parties having an interest in a settlement separate and distinct from their capacities as Intervenor-Applicants, hereby appeal to the United States Court of Appeals for the Second Circuit from the Ruling on Joint Motion for Approval of Settlement, entered in this action on the 27th day of November 2012, which

granted Receiver John Carney, Highview Point Master Fund and Highview Point Offshore, Ltd.'s joint motion for an Order Approving their Stipulation of Settlement. (Doc. No. 634.)

Dated:  November 29, 2012                              Respectfully submitted,

                                                       /s/ Michael P. Socarras (phv05388)

SHIPMAN & GOODWIN, LLP                CHADBOURNE & PARKE, LLP
One Constitution Plaza                1200 New Hampshire Avenue NW
Hartford, CT 06103                    Washington, DC 20036
Tel:  860.251.5000                    Tel:  202.974.5600
Fax:  860.251.5099                    Fax:  202.974.5602
Ross H. Garber (ct17689)              Michael P. Socarras (phv05388)
Sara J. Goldfarb (ct28370)            LeeAnn O'Neill (phv05389)
rgarber@goodwin.com                   msocarras@chadbourne.com
sgoldfarb@goodwin.com                 loneill@chadbourne.com

                                      30 Rockefeller Plaza
                                      New York, NY 10112
                                      Tel:  212.408.5100
                                      Fax:  212.541.5369
                                      Marcelo M. Blackburn (phv05568)
                                      mblackburn@chadbourne.com

*Attorneys for Fractal Fund Management, Ltd., Fractal P Holding, Ltd.*
*and Rowberrow Trading Corp.*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 29, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/Doc. System.

/s/ Michael P. Socarras
Michael P. Socarras (phv05388)