UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : : | |
| Plaintiff, | : | Case No. 3:11-CV-00078 (JBA) |
| v. | : : | |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | : : : : : | |
| Defendants. | : : | |
| and | : : | |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD, HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP., | : : : : : : : | |
| Relief Defendants, | : : | December 11, 2012 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, non-party Christopher Luth ("Mr. Luth"), through his undersigned counsel, hereby respectfully moves for an extension of the deadline to move for reconsideration of the Court's Ruling on Joint Motion for Approval of Settlement [Docket No. 634.00] (the "Ruling") from December 11, 2012 up to and including the later of February 1, 2013 or the tenth (10th) day following a decision by the United States Court of Appeals for the Second Circuit on the Emergency Motion to Stay Pending Appeal of the

{01549249; 2; 4370-2 }

Ruling of Fractal Fund Management, Ltd., Fractal P Holding, Ltd. and Rowberrow Trading Corp. in *SEC v. Illarramendi*, Docket Nos. 12-4640, 12-4753 (the "Appeal").

In support of this motion, Mr. Luth submits the following.

1. Mr. Luth has adequate grounds to move for reconsideration of the Ruling. Mr. Luth believes that reconsideration is necessary to correct the Court's failure to protect Mr. Luth's right to indemnification and advancement under the Amended and Restated Investment Management Agreements between Highview Point Partners, LLC and each of Highview Point Offshore Fund, Ltd. and the Highview Point Master Fund, Ltd. (collectively, "the HVP Funds").

2. Pursuant to the Court's Ruling, Mr. Luth requested, by letter dated December 6, 2012, that counsel for the Receiver confirm that the Receiver will (i) honor the HVP Funds' indemnification and ongoing advancement obligations, (ii) seek immediate authorization from the Court to advance Mr. Luth's monthly legal fees and expenses, and (iii) advance such fees and expenses within thirty (30) days of presentment of an invoice by his counsel.

3. Counsel for the Receiver responded to Mr. Luth's request by letter dated December 11, 2012. In his letter, the Receiver indicated that Mr. Luth's request was premature, given that the HVP Funds were not yet part of the Receivership Estate.

4. If the HVP Funds become part of the Receiver Estate and the Receiver denies Mr. Luth's request for indemnification and ongoing advancement, then Mr. Luth will have new evidence to support his motion for reconsideration.

5. This is the first request for an extension of time.

6. Counsel for Mr. Luth has conferred with counsel for the Receiver, who consents to the requested extension.

WHEREFORE, Mr. Luth respectfully requests that this Court grant an extension of the deadline to move for reconsideration of the Court's Ruling from December 11, 2012 up to and including the later of February 1, 2013 or the tenth (10th) day following a decision on the Emergency Motion to Stay Pending Appeal of the Ruling of Fractal Fund Management, Ltd., Fractal P Holding, Ltd. and Rowberrow Trading Corp. by the United States Court of Appeals for the Second Circuit in *SEC v. Illarramendi*, Docket Nos. 12-4640, 12-4753, together with such other and further relief as the Court deems just and proper.

        NON-PARTY
        CHRISTOPHER LUTH

By: /s/ Michael Q. English
    Alfred U. Pavlis (ct08603)
    Michael Q. English (ct29019)
    Richard S. Gora (ct27479)
    FINN DIXON & HERLING LLP
    177 Broad Street, 15th Floor
    Stamford, CT 06901-2689
    Tel: (203) 325-5000
    Fax: (203) 325-5001
    E-mail: menglish@fdh.com

## CERTIFICATION

I hereby certify that on December 11, 2012, a copy of foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Michael Q. English
Michael Q. English (ct29019)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: menglish@fdh.com

{01549249; 2; 4370-2 }