UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC,<br><br>Defendants,<br><br>And<br><br>HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP,<br><br>Relief Defendants. | Civil No. 3:11-CV-00078 (JBA) |

**NOTICE**

The United States Attorney for the District of Connecticut wishes to advise any and all persons and entities that believe they are victims of the offenses of conviction in *United States v. Illarramendi*, 3:11CR41 (SRU), that they may check the website of the U.S. Attorney's Office for information concerning the rights of crime victims and dates for upcoming court proceedings, including the sentencing of the defendant, Francisco Illarramendi. The pertinent information can be found at www.justice.gov/usao/ct/multi-victim-updates.html. Court dates are subject to change and any new dates will be posted on the website as soon as possible. The filing of this notice is not intended to imply that any person or entity receiving the notice is or is not a "crime

victim."  For purposes of this notice, the term "crime victim" is defined in 18 U.S.C. § 3771(e).

          Respectfully submitted,

          DAVID B. FEIN
          UNITED STATES ATTORNEY

          */s/ John B. Hughes*
          John B. Hughes (Local Counsel)
          Assistant United States Attorney
          Chief, Civil Division
          157 Church Street
          New Haven, CT 06510
          (203) 821-3700
          (203) 773-5373 (fax)
          Fed Bar No. ct05289
          John.Hughes@usdoj.gov

## **CERTIFICATION**

     I hereby certify that on December 17, 2012, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          /s/
          _____
          JOHN B. HUGHES
          CHIEF, CIVIL DIVISION