UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : CIVIL ACTION |
| | : NO. 3:11-CV-00078 (JBA) |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| FRANCISCO ILLARRAMENDI, *et al*., | : |
| | : DECEMBER 26, 2012 |
| Defendants. | : |

## MOTION TO WITHDRAW

Harold James Pickerstein, co-counsel for the interested but unnamed party Rufino Gonzalez-Miranda, moves the Court for an order permitting his co-counsel, Alan S. Fine, to withdraw. Mr. Fine has been named a judge of the Circuit Court for the State of Florida and will be unable to continue his representation of Mr. Gonzalez-Miranda. However, the undersigned will remain counsel for Mr. Gonzalez-Miranda.

Respectfully submitted,

By: /s/ Harold James Pickerstein
Harold James Pickerstein (ct05094)
Calvin K. Woo (ct24497)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT 06890
Tel.: (203) 319-4000
Fax: (203) 259-0251
Email: hpickerstein@mdmc-law.com

## CERTIFICATE OF SERVICE

I, Harold James Pickerstein, hereby certify that on December 26, 2012, a copy of the foregoing Motion to Withdraw was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/ Harold James Pickerstein
        Harold James Pickerstein

HJP/O0230/1001/1124818v1
12/26/12-HRT/DJP