UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | CIVIL ACTION NO.: 3:11 CV 00078 (JBA) |
| Plaintiff, | : | |
| v. | : | |
| FRANCISCO ILLARRAMENDI et al. | : | |
| Defendants, | : | |
| and | : | |
| HIGHVIEW POINT MASTER FUND, LTD. et al., | : | |
| Relief Defendants. | : | DECEMBER 31, 2012 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Francisco Illarramendi ("Mr. Illarramendi"), respectfully requests an extension of time of twenty-one (21) days in which to file an opposition to the Receiver's Second Motion for Contempt Sanctions, dated December 12, 2012, ECF No. 641 ("Motion"), up to and including January 23, 2013.

As good cause for the requested extension of time, Mr. Illarramendi respectfully submits that despite his diligence in preparing a response to the Motion, the additional time is necessary to fully and adequately evaluate and address the arguments set forth in the Motion.

ME1 14601828v.1

This is Mr. Illarramendi's first request for an extension of time with respect to this matter. Counsel for the Receiver has no objection to the requested extension of time, and counsel for both parties agree that the Receiver's reply, if one is filed, would not be due prior to February 6, 2013.

WHEREFORE, the defendant, Francisco Illarramendi, respectfully requests that the Court grant the instant Motion and extend the deadline by which to file an opposition to the Receiver's Motion by twenty-one (21) days, up to and including January 23, 2012.

Dated: December 31, 2012　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　Hartford, Connecticut

　　　　　　　　　　　　　　　　　　　　THE DEFENDANT,
　　　　　　　　　　　　　　　　　　　　FRANCISCO ILLARRAMENDI


　　　　　　　　　　　　　　　　　　By:　 /s/  Thomas J. Finn
　　　　　　　　　　　　　　　　　　　　Thomas J. Finn
　　　　　　　　　　　　　　　　　　　　Federal Bar No.: ct 20929
　　　　　　　　　　　　　　　　　　　　tfinn@mccarter.com
　　　　　　　　　　　　　　　　　　　　Paula Cruz Cedillo
　　　　　　　　　　　　　　　　　　　　Federal Bar No.: ct 23485
　　　　　　　　　　　　　　　　　　　　pcedillo@mccarter.com
　　　　　　　　　　　　　　　　　　　　McCARTER & ENGLISH, LLP
　　　　　　　　　　　　　　　　　　　　CityPlace I, 36th Floor
　　　　　　　　　　　　　　　　　　　　185 Asylum Street
　　　　　　　　　　　　　　　　　　　　Hartford, Connecticut 06103
　　　　　　　　　　　　　　　　　　　　Tel.: 860.275.6700
　　　　　　　　　　　　　　　　　　　　Fax: 860.724.3397

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of December 2012, a copy of the foregoing Consent Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                 /s/  Thomas J. Finn
                                                  Thomas J. Finn

ME1 14601828v.1