UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> -against- : <br> : <br> FRANCISCO ILLARRAMENDI, : <br> HIGHVIEW POINT PARTNERS LLC, : <br> AND MICHAEL KENWOOD : <br> CAPITAL MANAGEMENT LLC, : <br> : <br> Defendants, : <br> and : <br> : <br> HIGHVIEW POINT MASTER FUND LTD., : <br> HIGHVIEW POINT OFFSHORE LTD., : <br> HIGHVIEW POINT LP, MICHAEL KENWOOD : <br> ASSET MANAGEMENT, LLC, MK ENERGY : <br> AND INFRASTRUCTURE LLC, : <br> and MKEI SOLAR, LP, : <br> : <br> Relief Defendants. : <br> : | Civil No. 3:11-CV-00078(JBA) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> JANUARY 17, 2013 |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw as counsel of record for Defendant Victor Chong. The undersigned will be leaving his position as an associate at Cowdery, Ecker & Murphy, L.L.C., effective January 31, 2013.

No hardship will be occasioned by the withdrawal because Thomas J. Murphy, who has an appearance in this matter, will continue to represent Defendant Victor Chong. A copy of this motion has been served on Defendant Victor Chong by certified mail on this date.

DEFENDANT,
VICTOR CHONG

By: /s/ Gavan F. Meehan
    Gavan F. Meehan (ct27770)
    Cowdery, Ecker & Murphy, L.L.C.
    280 Trumbull Street
    Hartford, Connecticut 06103
    Telephone: (860) 278-5555
    Facsimile: (860) 249-0012
    gmeehan@cemlaw.com

    -His Attorney -

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, a copy of the foregoing Motion to Withdraw as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

This is to further certify that a copy of the foregoing has been served via certified mail on January 17, 2013 to the client of the undersigned, as follows:

Victor T. Chong
227 East 31st Street
New York, NY  10016

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gavan F. Meehan
　　　　　　　　　　　　　　　　　　　　　　　　Gavan F. Meehan