UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CIVIL ACTION NO.: 3:11 CV 00078 (JBA) |
| Plaintiff, | |
| v. | |
| FRANCISCO ILLARRAMENDI et al. | |
| Defendants, | |
| and | |
| HIGHVIEW POINT MASTER FUND, LTD. et al., | |
| Relief Defendants. | January 23, 2013 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Francisco Illarramendi ("Mr. Illarramendi"), respectfully requests an extension of time of thirty (30) days in which to file an opposition to the Receiver's Second Motion for Contempt Sanctions, dated December 12, 2012, ECF No. 641 ("Motion"), up to and including February 22, 2013. The parties also respectfully request that the time for the Receiver to file a Reply, if one is filed, be extended until March 15, 2013.

As good cause for the requested extension of time, Mr. Illarramendi respectfully submits that despite his diligence in preparing a response to the Motion, the additional time is necessary

ME1 14856283v.1

to fully and adequately evaluate and address the arguments set forth in the Motion, as well as assess recent developments in the case that may affect his response to the Motion.

This is Mr. Illarramendi's second request for an extension of time with respect to this matter. Counsel for the Receiver has no objection to the requested extension of time.

WHEREFORE, the defendant, Francisco Illarramendi, respectfully requests that the Court grant the instant Motion and extend the deadline by which to file an opposition to the Receiver's Motion by thirty (30) days, up to and including February 22, 2013.

Dated: January 23, 2013
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
FRANCISCO ILLARRAMENDI

By: /s/ Thomas J. Finn
Thomas J. Finn
Federal Bar No.: ct 20929
tfinn@mccarter.com
Paula Cruz Cedillo
Federal Bar No.: ct 23485
pcedillo@mccarter.com
McCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, Connecticut 06103
Tel.: 860.275.6700
Fax: 860.724.3397

ME1 14856283v.1

## CERTIFICATE OF SERVICE

   I hereby certify that on this 23rd day of January 2013, a copy of the foregoing Consent Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                  /s/ Thomas J. Finn
                  Thomas J. Finn