UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FRANCISCO ILLARRAMENDI; MICHAEL )<br>KENWOOD CAPITAL MANAGEMENT, LLC; )<br>et al., )<br>    Defendants. ) | Case No.: 3:11-cv-00078 (JBA)<br><br><br><br><br>January 25, 2013 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7 (e) of the Local Rules of Civil Procedure, the undersigned respectfully requests that the Court permit the withdrawal of counsel's individual appearance on behalf of <u>Movant</u> Rufino Rafael Gonzalez-Miranda Camejo in his Motion to Quash and the Memorandum of Law thereto on the basis that counsel is leaving the employment of McElroy, Deutsch, Mulvaney & Carpenter, LLP.

The <u>Movant</u> Rufino Rafael Gonzalez-Miranda Camejo has been consulted with respect to this Motion, has been provided a copy of it, and has no objection to it.  Rufino Rafael Gonzalez-Miranda Camejo will continue to be represented by Harold James Pickerstein of McElroy, Deutsch, Mulvaney & Carpenter, LLP.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant

**ORAL ARGUMENT NOT REQUESTED**

this Motion and permit the withdrawal of his individual appearance on behalf of Movant Rufino Rafael Gonzalez-Miranda Camejo.

                                        Respectfully submitted,

By:     /s/ Calvin K. Woo
       Calvin K. Woo (ct24497)
       McElroy, Deutsch, Mulvaney & Carpenter, LLP
       30 Jelliff Lane
       Southport, CT 06890
       Tel.:  (203) 319-4000
       Fax:  (203) 259-0251
       Email: cwoo@mdmc-law.com

**CERTIFICATE OF SERVICE**

    I, Calvin K. Woo, hereby certify that on January 25, 2013, a copy of the foregoing Motion For Withdrawal of Appearance As Movant was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

        /s/ Calvin K. Woo
    Calvin K. Woo