UNITED STATES DISTRICT COURT
DISRTICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>-against-<br><br>FRANCISCO ILLARRAMENDI, et al.<br><br>                    Defendants. | Case No. 3:11-cv-00078-JBA<br><br><br><br>February 15, 2013 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned respectfully requests that the Court permit withdrawal of counsel's individual appearance on behalf of putative intervenors Rowberrow Trading Corp., Fractal Fund Management, Ltd., and Fractal P Holding on the basis that counsel is leaving the employment of Chadbourne & Parke, LLP.

Each of the putative intervenors have been consulted with respect to this Motion, have been provided a copy of it, and have no objection to it. The putative intervenors will continue to be represented by Ross Garber and Sara Goldfarb of Shipman & Goodwin, LLP and Michael Socarras and Marcelo Blackburn of Chadbourne & Parke, LLP.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion and permit the withdrawal of her individual appearance on behalf of Defendants Moris Beracha, Fractal Fund Management, Ltd., Fractal L Holding, Ltd., Fractal P Holding, Ltd., Northwestern International, Ltd., and Rowberrow Trading Corp.

Respectfully submitted,

By:\_\_\_/s/ LeeAnn O'Neill _____

CHADBOURNE & PARKE, LLP
1200 New Hampshire Avenue NW
Washington, DC 20036
Tel:  202.974.5600
Fax:  202.974.5602
LeeAnn O'Neill (phv05389)
loneill@chadbourne.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 15, 2013 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


    /s/ LeeAnn O'Neill

    LeeAnn O'Neill (phv05389)