## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : : |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | : : : : : |
| Defendants, | : : |
| and | : : |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD, HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP., | : : : : : : : |
| Relief Defendants. | : |

Case No. 3:11-CV-00078 (JBA)

May 17, 2013

### VICTOR CHONG'S MOTION FOR ORDER AUTHORIZING THE ADVANCEMENT OF ATTORNEYS' FEES AND EXPENSES

Pursuant to the Court's Ruling on Joint Motion for Approval of Settlement dated November 27, 2012 [Doc. # 634], and the Court's supervisory authority over the Receiver and the Receivership Estate, Victor Chong hereby moves the Court for an order (i) authorizing and directing the Receiver to advance legal fees and expenses to Mr. Chong pursuant to the Amended and Restated Investment Management Agreements, dated December 22, 2008, between Highview Point Partners, LLC and each of the Highview Point Offshore Fund, Ltd. and the

Highview Point Master Fund, Ltd., (ii) directing the Receiver to pay Mr. Chong's reasonable attorneys' fees and expenses within thirty (30) days of presentment of monthly invoices by his counsel, and (iii) providing that a neutral third party, such as a Magistrate Judge, conduct any review for reasonableness of Mr. Chong's attorneys' fees and expenses.

The grounds in support of this motion are set forth in the accompanying Memorandum of Law, where, to avoid unnecessarily repeating arguments already presented to the Court, Mr. Chong principally adopts and incorporates as his own the arguments and related filings made on this same issue by his co-defendant, Christopher Luth. See Docs. ## 700, 701, and 702.

Given that the relief sought in this Motion bears on his ability to defend himself in the case of Carney v. Lopez et al., No. 3:12-CV-00182 (SRU), which is currently pending before Judge Underhill, Mr. Chong respectfully requests that the Court schedule a hearing on this Motion for the earliest date convenient for the Court.

NON-PARTY
VICTOR CHONG

By: //s// Thomas J. Murphy
    Thomas J. Murphy (ct07959)
    John P. D'Ambrosio (ct29101)
    Cowdery, Ecker & Murphy, L.L.C.
    280 Trumbull Street
    Hartford, CT  06103
    Telephone: (860) 278-5555
    Facsimile: (860) 249-0012
    tmurphy@cemlaw.com
    jdambrosio@cemlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2013, I caused a copy of the foregoing Motion for Order Authorizing the Advancement of Attorneys' Fees and Expenses to be filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    //s// Thomas J. Murphy
Thomas J. Murphy (ct07959)