UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 11-cv-78 (JBA) |
| v. | ) ) |
| FRANCISCO ILLARRAMENDI, HIGHVIEW POINT PARTNERS, LLC and MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC, | ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| HIGHVIEW POINT MASTER FUND, LTD., HIGHVIEW POINT OFFSHORE, LTD., HIGHVIEW POINT LP, MICHAEL KENWOOD ASSET MANAGEMENT, LLC, MK ENERGY AND INFRASTRUCTURE, LLC, and MKEI SOLAR, LP, | ) ) ) ) ) ) ) ) |
| Relief Defendants. | ) ) |

**ORDER ON RECEIVER'S APPLICATION FOR LEGAL FEES [DOC. # 766]**

In granting the Receiver's Second Motion for Contempt Sanctions [Doc. # 762], the Court determined that the Receiver's reasonable legal fees and costs incurred in connection with his investigation and litigation of Defendant Illarramendi's contemptuous conduct would be awarded and paid by Defendant Illarramendi. The Receiver's Application was filed October 8,

2013 [Doc. # 766] and Defendant's response was to be filed by October 29, 2013, but none has been filed nor extension requested.

After review of the Receiver's submission of time-and-task summaries of work expended to investigate and litigate Defendant's conduct constituting contempt, the Court grants the Receiver's Application and awards the Receiver $126,323.75 for such services as reasonable for the undertaking in the context of this complex securities fraud case.

As directed in the Ruling on Receiver's Second Motion for Contempt Sanctions, Defendant Illarramendi is ordered to pay this fee award within thirty (30) days from the date of this Order. Failure to make payment timely, absent good cause, will result in a judgment against Defendant Illarramendi in that amount.

IT IS SO ORDERED:

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 27th day of November 2013.