UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>FRANCISCO ILLARRAMENDI,<br>HIGHVIEW POINT PARTNERS, LLC and<br>MICHAEL KENWOOD CAPITAL<br>    MANAGEMENT, LLC,<br><br>        Defendants,<br><br>and<br><br>HIGHVIEW POINT MASTER FUND, LTD.,<br>HIGHVIEW POINT OFFSHORE, LTD.,<br>HIGHVIEW POINT LP,<br>MICHAEL KENWOOD ASSET<br>    MANAGEMENT, LLC,<br>MK ENERGY AND INFRASTRUCTURE,<br>    LLC, and<br>MKEI SOLAR, LP,<br><br>        Relief Defendants. | Civil Action No. 11-cv-78 (JBA) |

## **ORDER OF ADMINISTRATIVE DISMISSAL**

As set forth on the record in open court March 14, 2014, this case will now be placed on inactive status to permit the Receiver's claims administrative process to proceed to conclusion. The case will be restored to the active docket on motion by the Receiver for consideration of his proposed Distribution Plan, for adjudication of disputed claims or for any other matter presented

1

by motion of a party showing necessary action by the Court.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 28th day of March 2014.