**Exhibit A**

**Michael Kenwood Group - Highview Point Partners Receivership Estate**
**Estimated Assets and Liabilities**
**As of June 30, 2014**

| | | |
|---|---|---:|
| **Estimated Assets** | | |
| Cash and Cash Equivalents [1], [2] | $ | 314,829,453 |
| Private Equity Investments | | 23,424,556 |
| Potential Litigation Claims [3] | | 347,726,000 |
| **Total Estimated Assets** | **$** | **685,980,009** |
| **Estimated Liabilities** | | |
| Administrative Expenses | $ | 17,134,205 |
| Filed Claims* | | 887,017,180 |
| **Total Estimated Liabilities** | **$** | **904,151,385** |

**Notes:**

[1] To date the Receiver has made approximately $58.8 million in disbursements and has recovered approximately $373.6 million in cash and cash equivalents.

[2] Amount includes approximately $2.08 million in disputed funds held in escrow by the Receiver.

[3] The Receiver is continuing to investigate the financial transactions of the Receivership Entities, and, accordingly, this estimate of potential litigation claims is subject to change. The estimate of potential litigation claims does not necessarily reflect the expected amount of recovery from any litigation that has been or may be initiated by the Receiver.

**\* Amount represents the Receiver's determined amount of the filed claims plus a reserve for those Claimants who have objected to the Receiver's determination.**

**THIS INTERIM REPORT WAS PREPARED IN CONNECTION WITH PARAGRAPH 58B OF THE AMENDED AND RESTATED ORDER APPOINTING RECEIVER, DATED MARCH 1, 2013. THE INFORMATION CONTAINED IN THIS INTERIM REPORT, INCLUDING, BUT NOT LIMITED TO, ANY FINANCIAL DATA, IS PRELIMINARY AND THE SUBJECT OF ONGOING EVALUATION AND INVESTIGATION. AS SUCH, THIS REPORT IS NOT A FINAL ACCOUNTING AS DEFINED IN PARAGRAPH 58C OF THE AMENDED AND RESTATED ORDER APPOINTING RECEIVER.**

7/29/2014