# EXHIBIT C



Our Ref: 60.13.0002/RFF/eo

**Baker & Hostetler LLP**
Attn: Mr. John J. Carney
45 Rockefeller Plaza
New York, NY 10111-0100

February 18, 2015

# CREDIT NOTE #6015A001

**Re: Legal Advice – Suministros Gey, S.L.**

This credit note rectifies our invoice #10131669, dated April 30, 2013, by reducing its amount by an 18% discount on the total fees.

## Credit Note #6015A001

| | |
|---|---:|
| Total amount on invoice #10.13.1669: | $8,754.08 |
| 18% discount on fees: | ($1,575.00) |
| New total fees and expenses: | $7,179.08 |
| **TOTAL AMOUNT DUE AS PER INVOICE #10131669:** | **$7,179.08** |

GOMEZ-ACEBO & POMBO LLP · 126 East 56th Street · 20th Floor, Suite 2020 · New York, NY 10022 · EIN: 46-0588723